# EXHIBIT K

## Audit and Monetary System

Welcome Patrick Blue (Build: R20160510A)          NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 2015001592) > Contact Log

### Contact Log

#### Basic Information

| | |
|---|---|
| Case # LS20 2015001502 | Contact Log   Electronic Documents |
| Go New York Tours Inc (FEIN 27-4054934) | Initial Claim # LCN15001827 |
| Status Pending Payment | |

#### New Entry

**Entry Type** [Contact ∨]   Please keep comments within 3500 characters

**Contact Type*** [ -- Select -- ∨]

**Contact Date*** [    ] / [    ] / [    ] 🗓

**Comments** [                          ]

**Follow Up/Reminders** [    ] / [    ] / [    ] 🗓

**File** [ Browse... ]

**File Description** [                          ]

**Send Tickler To** [ -- Select -- ∨]   **Assigned Investigator** ☑

**Send Duplicate Tickler To** [ -- Select -- ∨]

**Send Comment**

[ Submit ]

#### Contact Log

| Date | Entry | Follow Up/Reminder |
|---|---|---|
| 10/19/2016 | **Contact -Phone**<br>*(Entry updated 10/19/2016 by USAAXZ )*<br>Updated clmt Moro Latif the case status and new phone- ▮▮▮▮ | |
| 10/19/2016 | **Event -Claimant Update**<br>*(Entry updated 10/19/2016 by USAAXZ )*<br>Moro Latif (1409134) had their; phone number, ack letter changed by Albert Zeng. | |
| 10/18/2016 | **Contact -Contact Center Request**<br>*(Entry updated 10/18/2016 by USAFY3 )*<br>Please call Moro Abdullatif ▮▮▮▮▮▮ or a case update. Please also update Mr.<br>Abdullatif's phone number to ▮▮▮▮▮▮ n WFM. | 10/21/2016 |
| 10/18/2016 | **Contact -Contact Center Update**<br>*(Entry updated 10/18/2016 by USAFY3 )*<br>Labor Standards initially attempted to handle the investigation of your claim through the mail, however it became necessary to visit the establishment, or to have an informal meeting or hearing. As such, your claim has been sent to the District Office that has jurisdiction over the area where this employer is located. They will conduct further investigation of the matter. IF CALLER IS IDENTIFIED AS LCM: Labor Standards asks for your continued patience and Labor Standards will notify you if a determination is made, if they receive payment, or if they need to proceed with further legal action. IF NOT: Labor Standards asks for your continued patience. | |
| 09/09/2016 | **Contact -Phone**<br>*(Entry updated 09/09/2016 by USAFE3 )*<br>Senior made a phone call to attorney Ilan Weiser. He requested calculations by last name first in order to expedite his review of all computations for ticket agents since recap has claimants last names first and it is difficult to go through all pages and find claimants. LSI Garcia emailed attorney calculations as requested. Senior explained that we needed a response to our final determination by the end of September 2016. He argued that due to the substantial amount of calculations and records to review, he will need more time. It was explained to attorney that this time was allowed by the supervisor and that he can discuss this with Supervisor Bautista directly. Senior provided supervisor's number. He will call supervisor to discuss. | |
| 08/19/2016 | **Contact -Phone**<br>*(Entry updated 08/19/2016 by usdeag )*<br>LSI Garcia received a call from ticket agent employee Georgette West. Ms. West requested a status update. LSI explained that were were still awaiting an answer from ER's attorney with regards to payment or compliance conference. Ms. West wanted to reiterate that ER is still taking deductions | |

| | |
|---|---|
| 08/04/2016 | **Contact -Email**<br>*(Entry updated 08/04/2016 by USAFE3 )*<br>Senior LSI emailed attorney clarifying some of his questions. We also requested a pre-meeting to clarify all questions and concerns prior to commencing settlement discussion.<br>📄 RE LS 20 2014007786 LS 20 2015001502 v. Go NY Tours.msg |
| 07/21/2016 | **Contact -Phone**<br>*(Entry updated 07/21/2016 by usdeag )*<br>LSI Garcia received a phone call from claimant Elizabeth Concepcion regarding case status. LSI explained that we had served recap letter, we are currently scheduling a meeting with the attorney to explain methodology and then make a decision regarding the next step of the case. |
| 07/19/2016 | **Contact -Admin Action**<br>*(Entry updated 07/19/2016 by usapbb )*<br>Post card returned.<br>📄 2014007786.pdf |
| 07/13/2016 | **Contact -Email**<br>*(Entry updated 08/04/2016 by USAFE3 )*<br>We received an email from attorney. He had some questions regarding amount and organization of all cases. He also indicated that he did not receive recap for the 2015 case. He also requested time to go over all documents since the amount was substantial.<br>📄 RE LS 20 2014007786 LS 20 2015001502 v. Go NY Tours.off |
| 07/11/2016 | **Contact -Office Visit**<br>*(Entry updated 07/11/2016 by USBERA )*<br>Victor Torres visited this office to provided information. He stated that the address that we have for him is correct but his Apt is L, so his entire correct address is: ▮▮▮▮ Claimant also provided a phone number ▮▮▮▮ |
| 06/17/2016 | **Contact -Letter**<br>*(Entry updated 05/20/2016 by usdeag )*<br>LSI Garcia sent recap letter to Attorney Ilan Weiser and to ER Asen Kostadinov via certified mail. ER has until 07/07/2016 to submit payment or until 06/27/2016 to request CC or payment plan. Please see electronic documents for content. | 07/07/2016 |
| 05/20/2016 | **Contact -Office Visit**<br>*(Entry updated 05/20/2016 by usai3 )*<br>Mortise, Jean (1550832) came in for case status. Informed as per notes below. His address has changes see ls 199 in elec. doc.<br>📄 ls 199 lct 1550832.pdf |
| 04/22/2016 | **Contact -Admin Action**<br>*(Entry updated 04/22/2016 by bchab3 )*<br>Reviewed case, ok to serve |
| 04/22/2016 | **Status Change -Pending Payment -System Log**<br>*(Entry updated 04/22/2016 by bchab3 )* |
| 04/22/2016 | **Contact -System Log**<br>*(Entry updated 04/22/2016 by bchab3 )*<br>*An approval has been entered by Emy Bautista.* |
| 04/21/2016 | **Contact -System Log**<br>*(Entry updated 04/21/2016 by usdeag )*<br>*A change to the audit is awaiting approval.* |
| 04/21/2016 | **Event -Case sent to Sr/Sup for Review**<br>*(Entry updated 04/21/2016 by usdeag )*<br>LSI Garcia submitted case to Supervisor Emy Bautista for further review. |
| 04/21/2016 | **Contact -System Log**<br>*(Entry updated 04/21/2016 by usdeag )*<br>*Minimum Wage for V. Zaminhkovsky (1550835) was changed from $ 5288.03 to $4178.53 by Emelina Garcia.* |
| 04/21/2016 | **Event -Claimant Update**<br>*(Entry updated 04/21/2016 by usdeag )*<br>*Vladimir Zaminhkovsky (1550835) had their; ssn changed by Emelina Garcia.* |
| 04/21/2016 | **Contact -System Log**<br>*(Entry updated 04/21/2016 by usdeag )*<br>*Minimum Wage for V. Zaminhkovsky (1550835) was changed from $ 10360 to $5288.03 by Emelina Garcia.* |
| 04/21/2016 | **Event -Claimant Update**<br>*(Entry updated 04/21/2016 by usdeag )*<br>*Vladimir Zaminhkovsky (1550835) had their; ack letter changed by Emelina Garcia.* |
| 04/19/2016 | **Contact -Admin Action**<br>*(Entry updated 04/19/2016 by usdeag )*<br>LSI Garcia has performed computations, written computation narrative, final report and final LS 129. Please see electronic documents for content. |
| 04/18/2016 | **System Log**<br>*(Entry updated 04/18/2016 by usdeag )*<br>2 claim(s) had Liquidated Damages applied to them. |
| 04/18/2016 | **System Log**<br>*(Entry updated 04/18/2016 by usdeag )*<br>10 claim(s) had Liquidated Damages applied to them. |
| 04/15/2016 | |

FL-16-0854   000002
11/4/2016
15 CV 2326 (ER)
P276

| | | |
|---|---|---|
| | | **System Log**<br>*(Entry updated 04/15/2016 by usdeag )*<br>6 claim(s) had Liquidated Damages applied to them. |
| | 04/15/2016 | **Event -Claimant Update**<br>*(Entry updated 04/15/2016 by usdeag )*<br>Mark Levine (1551011) had their; phone number, alt phone number changed by Emelina Garcia. |
| | 04/15/2016 | **Contact -System Log**<br>*(Entry updated 04/15/2016 by usdeag )*<br>Minimum Wage for M. Levine (1551011) for $ 14127.68 was deleted by Emelina Garcia. |
| | 04/15/2016 | **Event -Claimant Update**<br>*(Entry updated 04/15/2016 by usdeag )*<br>Mark Levine (1551011) had their; begin date, end date, rate, per unit value, occupation, other occupation, complaint text, ack letter changed by Emelina Garcia. |
| | 04/15/2016 | **Event -Claimant Update**<br>*(Entry updated 04/15/2016 by usdeag )*<br>Moro Latif (1409132) had their; address1, phone number, begin date, end date, rate, per unit value, other occupation, complaint text, ack letter changed by Emelina Garcia. |
| + | 04/15/2016 | **Contact -System Log**<br>*(Entry updated 04/15/2016 by usdeag )*<br>Minimum Wage for F Pflantzer (1405841) for $ 3284.41 was added by Emelina Garcia. |
| | 04/15/2016 | **Event -Claimant Update**<br>*(Entry updated 04/15/2016 by usdeag )*<br>Fred Pflantzer (1405841) had their; complaint text, ack letter changed by Emelina Garcia. |
| | 04/15/2016 | **System Log**<br>*(Entry updated 04/15/2016 by usdeag )*<br>9 claim(s) had Liquidated Damages applied to them. |
| | 04/15/2016 | **System Log**<br>*(Entry updated 04/15/2016 by usdeag )*<br>166 claim(s) had Liquidated Damages applied to them. 23 claim(s) had Liquidated Damages unapplied to them |
| | 04/15/2016 | **System Log**<br>*(Entry updated 04/15/2016 by usdeag )*<br>23 claim(s) had Liquidated Damages applied to them. 166 claim(s) had Liquidated Damages unapplied to them |
| | 04/15/2016 | **System Log**<br>*(Entry updated 04/15/2016 by usdeag )*<br>166 claim(s) had Liquidated Damages applied to them. 23 claim(s) had Liquidated Damages unapplied to them |
| | 04/12/2016 | **Event -Investigator Assigned**<br>*(Entry updated 04/12/2016 by bchab3 )*<br>Case assigned to Emelina Garcia by Emy Bautista. |
| | 04/11/2016 | **Event -Investigator Assigned**<br>*(Entry updated 04/11/2016 by bchab3 )*<br>Case assigned to CARLOS ORTIZ by Emy Bautista. |
| | 04/11/2016 | **Event -Investigator Assigned**<br>*(Entry updated 04/11/2016 by bchab3 )*<br>Case assigned to Emelina Garcia by Emy Bautista. |
| + | 04/11/2016 | **Contact -System Log**<br>*(Entry updated 04/11/2016 by USDCO3 )*<br>Minimum Wage for W Wedell (1550662) for $ 14127.64 was added by CARLOS ORTIZ. |
| | 04/11/2016 | **Event -Investigator Assigned**<br>*(Entry updated 04/11/2016 by bchab3 )*<br>Case assigned to CARLOS ORTIZ by Emy Bautista |
| | 12/29/2015 | **Contact -System Log**<br>*(Entry updated 12/29/2015 by usdmmw )*<br>Da Lai, Xue added to case |
| | 12/28/2015 | **Contact -Admin Action**<br>*(Entry updated 12/28/2015 by usbej1 )*<br>PLEASE DISREGARD THE UNPAID WAGE CLAIM. THIS PACKAGE CONSIST OF (3) CLAIMS UNPAID WAGES, WAGE SUPPLEMENTS AND MINIUMUM WAGE.<br><br>XUE DA LAI.pdf |
| | 12/28/2015 | **Contact -Admin Action**<br>*(Entry updated 12/28/2015 by usbej1 )*<br>SEE ATTACHED DOCUMENTS FOR XUE DA LAI<br><br>XUE DA LAI.pdf |
| | 12/22/2015 | **Contact -Office Visit**<br>*(Entry updated 04/19/2016 by usdeag )*<br>Labor Standards Counsel Rebecca Nathanson and LSI Garcia participated in deposition for ER Asen Kostadinov. Mr. Kostadinov was represented by his attorney Ilan Weiser. Please see electronic documents for transcript of deposition. |
| | 10/02/2015 | **Contact -System Log**<br>*(Entry updated 10/02/2015 by usaln3 )*<br>Levine, Mark added to case |
| | 10/01/2015 | **Contact -Admin Action**<br>*(Entry updated 10/01/2015 by usbej1 )* |

FL-16-0854   000003
11/4/2016
15 CV 2326 (ER)
P277

|  |  |
|---|---|
| | SEE ATTACHED DOCUMENTS FOR MARK LEVINE |
| | MARK LEVINE.pdf |
| 07/21/2015 | **Contact -Phone**<br>*(Entry updated 07/21/2015 by usdeag )*<br>LSI Garcia made a phone call to claimant Abdul Latif. Mr. Latif informed LSI that he is still employed at Go New York and has not recieved the wages owed to him. LSI updated him on case and verified his address. |
| 06/22/2015 | **Contact -Phone**<br>*(Entry updated 06/22/2015 by usdeag )*<br>LSI Garcia received a phone call from former employee Stanly Brown. He asked for a meeting where he will present documents regarding an illegal deduction from his wages and possible retaliation. We will meet on June 23, 2015 at 12:00 PM |
| 04/13/2015 | **Contact -Letter**<br>*(Entry updated 04/14/2015 by BCSMS3 )*<br>Rcvd rsp from clmt. Moro Latif. Correspondence sent to District 20.<br>rsp from clmt.pdf |
| 04/13/2015 | **Event -Investigator Assigned**<br>*(Entry updated 04/13/2015 by usnmt1 )*<br>Case assigned to Emelina Garcia by Maritza Lamboy. |
| 04/10/2015 | **Contact -Admin Action**<br>*(Entry updated 04/10/2015 by usppbb )*<br>DOCUMENTS RECEIVED FROM MR.J.KUTTROFF CENTRAL INVESTIGATION UNIT.<br>image2015-04-09-163933--2015201502.pdf |
| 04/06/2015 | **Event -Sent to District Office by Central Inv**<br>*(Entry updated 04/06/2015 by bcbjgd )*<br>Sent by Jenita Delgado-Holley. |
| 04/06/2015 | **Event -Case Transferred**<br>*(Entry updated 04/06/2015 by bcbjgd )*<br>Case transferred from district 10 to district 20 by Jenita Delgado-Holley. |
| 04/02/2015 | **Contact -Phone**<br>*(Entry updated 04/02/2015 by bcbjgd )*<br>Received call from Assistant Director Lamboy requesting we transfer the file to District 20. |
| 04/02/2015 | **Contact -Letter**<br>*(Entry updated 04/02/2015 by usjmd3 )*<br>Rcvd rsp from Fred Pflantzer |
| 04/01/2015 | **Contact -Letter**<br>*(Entry updated 04/01/2015 by usjmd3 )*<br>Mail returned for claimant |
| 03/24/2015 | **Contact -Phone**<br>*(Entry updated 03/24/2015 by usdjck )*<br>Received call from clmt. Moro re: Status. Provided status, explained process, explained law. |
| 03/19/2015 | **Contact -Letter**<br>*(Entry updated 03/19/2015 by usdjck )*<br>Reviewed claim from clmt. Moro. Sent letter to er announcing claim of clmt. Moro. |
| 03/19/2015 | **Contact -Letter**<br>*(Entry updated 03/19/2015 by usdjck )*<br>Reviewed er response to claim of Fred Pflantzer. Er stated clmt. not entitled to payment of bonus due to clmt. was late for work on three occassions. Er supported statement with copy of bonus policy advising that bonus is earned only if ee is not late for work. Written policy appears to have been signed by clmt. on 7/11/14, previous to period of claim. Er also supported statement with three written warning notices notices addressed to clmt. re: Clmt. was late for work on 8/29/14, 11/7/14, and 1/16/14. Clmt. signed first written warning. Clmt. did not sign second and third notice. Second and third notices bore signatures of two individual stating clmt. refused to sign the notices. |
| 03/17/2015 | **Contact -System Log**<br>*(Entry updated 03/17/2015 by usgimd )*<br>Latif, Moro added to case |
| 03/12/2015 | **Contact -Fax Received**<br>*(Entry updated 03/12/2015 by usjmd3 )*<br>rcvd rsp from ER |
| 03/06/2015 | **Contact -Letter**<br>*(Entry updated 03/06/2015 by usdjck )*  *(03/26/2015)* |
| 03/05/2015 | **Event -Investigator Assigned**<br>*(Entry updated 03/05/2015 by bcbjgd )*<br>Case assigned to Jeremy Kuttruff by Jenita Delgado-Holley. |
| 03/05/2015 | **Status Change -Investigation Active -System Log**<br>*(Entry updated 03/05/2015 by bcbjgd )* |
| 03/05/2015 | **Event -1st Collection Letter Generated**<br>*(Entry updated 03/05/2015 by usjmd3 )*<br>1st Collection Letter Batch Generated. |
| 03/04/2015 | **Status Change -Investigation Pending -System Log**<br>*(Entry updated 03/04/2015 by usaimg )*<br>Claim has been made into a case |
| 03/04/2015 | **Contact -System Log**<br>*(Entry updated 03/04/2015 by usaimg )*<br>Status of claim changed from Pending to Valid / Make a Case |

FL-16-0854   000005
11/4/2016
15 CV 2326 (ER)
P279

## Escudero, Favio  (LABOR)

| | |
|---|---|
| **From:** | Ilan Weiser [iw@greenwaldllp.com] |
| **Sent:** | Thursday, September 08, 2016 9:47 AM |
| **To:** | Escudero, Favio  (LABOR) |
| **Cc:** | Garcia, Emelina A (LABOR); Nathanson, Rebecca (LABOR) |
| **Subject:** | RE: Go NY Tours Investigation |

**Categories:**          Red Category

---

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Favio –

I wanted to follow-up on our telephone conversation from early August.  During that call, we agreed that a preliminary meeting prior to a compliance conference was not necessary.  Instead, I asked that you communicate directly with Emelina Garcia regarding our previous request to have her re-issue the Department's computations, specifically for ticket agents. As we discussed, the computations for the ticket agents are listed alphabetically by first name, and not by surname as reflected in the recapitulation sheets. That request was initially sent to the Department in my email to Ms. Garcia, dated 7/13/2016.

The ticket agent computations total approximately 1,293 pages and concern well over 150 individuals.  We want to make the most of the future compliance conference and hopefully reach a resolution at that time.  However, the Department's unorganized production is making both my firm's and my client's ability to analyze the produced ticket agent damage calculations and computations increasingly difficult.  I respectfully request that you provide some clarity on these issues as soon as possible so that we can use the time before the compliance conference to adequately prepare.

We await your response.

Thank you for your cooperation,


Ilan Weiser, Esq.



New York * New Jersey * Connecticut * Pennsylvania

Tel. 845-589-9300x110 / 212-644-1310
Fax 845-638-2707
iw@greenwaldllp.com www.greenwaldllp.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at firm@greenwaldllp.com or by telephone at (845) 638-1943 or (212) 644-1310, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

1

Escudero, Favio  (LABOR)

From:           Escudero, Favio  (LABOR)
Sent:           Thursday, August 04, 2016 1:05 PM
To:             'Ilan Weiser'
Cc:             Bautista, Emy  (LABOR); Garcia, Emelina A (LABOR)
Subject:        RE: LS 20 2014007786, LS 20 2015001502 v. Go NY Tours
Attachments:    Recapitulation#LS202015001502.pdf; Recapitulation#LS202014007786.pdf

Dear Mr. Weiser,

In our June 17, 2016 letter, we also attached the two recapitulation sheet for both cases. Perhaps the confusion was that we served our letter dated June 17, 2016 twice. One containing recap for the 2014 case and the other one for the 2015 case. Nevertheless, attached are the recapitulation sheet for case # LS202014007786 and LS202015001502.

Just to clarify, claimants on case # **LS01 2012011185** are not included in our computations since this case belongs to district 1. You should have been notified by this district of their determination. In our letter we do not mention anything about this case or findings.

We (District 20) are solely handling case #**LS20** 2014007786 and **LS20** 2015001502. These two cases amount to a total of $6,062,890.74 as per our letter dated June 17, 2016. Now, the 2015 case is not only Abdul Latif-Moro but also other employees who came forward after Mr. Latif-Moro. We also utilize the space in the 2015 case to add on any other employee we calculated underpayment for since our system has limited space to add on employees. Please look at these two cases as one however we will not consolidate the case that belongs to district 1 with our cases. Hope this clarifies some issues.

We understand  that it can get confusing and you will need time to go over all the documents. Prior to commencing any settlement discussion, we would like to schedule a preliminary meeting to clarify and answer all questions both sides may have. We can schedule a meeting for August 25 or the 26th. Please get back to us with your availability for these two dates. Thank you and we look forward to meeting with you.

Sincerely,

**Favio Escudero**
Senior Labor Standards Inv.

New York State Department of Labor
Division of Labor Standards
75 Varick St. 7th Floor New York, NY 10013
P: (212) 775-3626 | F: (212) 775-3637
www.labor.ny.gov | favio.escudero@labor.ny.gov

**From:** Ilan Weiser [mailto:iw@greenwaldllp.com]
**Sent:** Wednesday, July 13, 2016 3:30 PM
**To:** Garcia, Emelina A (LABOR)
**Cc:** Escudero, Favio (LABOR); Bautista, Emy (LABOR)
**Subject:** RE: LS 20 2014007786, LS 20 2015001502 v. Go NY Tours

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or

1

## Escudero, Favio (LABOR)

| | |
|---|---|
| **From:** | Ilan Weiser [iw@greenwaldllp.com] |
| **Sent:** | Wednesday, July 13, 2016 3:30 PM |
| **To:** | Garcia, Emelina A (LABOR) |
| **Cc:** | Escudero, Favio (LABOR); Bautista, Emy (LABOR) |
| **Subject:** | RE: LS 20 2014007786, LS 20 2015001502 v. Go NY Tours |

**Categories:** Red Category

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Ms. Garcia –

We are in receipt of the CD-ROM you referenced in the below email.

Please re-issue Recapitulation Sheets incorporating *all* claimants (all individuals who worked for Go New York Tours during the relevant time period). The previous Recapitulation Sheet sent to us by Mr. Escudero on 6/17/2016 is seemingly for LS 20 2014007786, only (as LS 20 2014007786 is the only Establish ID appearing on each page), and only accounts for 3,088,840.90 of the $6,062,890.74 the Department alleges is owed. Also, that Recapitulation Sheet seems to only account for claimants with surnames beginning with the letters A – K (as well as 4 claimants whose names begin with L and/or T). However, the cover letter, dated June 17, 2016, which accompanied the Recapitulation Sheet, also states that:

> "[t]he enclosed Recapitulation Sheet for LS 20 2015001502 a covers minimum wage underpayment of $2,369,391.54, supplemental wages of $679.20, unlawful deduction of $1,631.00, unpaid wages of $1,138.11 and 25% liquidated damages in the amount of $593,209.99 covering the audit period from March 2012 to March 2015."

This above-referenced paragraph is confusing on several levels. First, no Recapitulation Sheet was enclosed for LS 20 2015001502. Two, based on the Department's previous representations throughout the past 2 years or so, it is our understanding that LS 20 2015001502 only concerns one single claimant, Abdul Latif-Moro. Third, your initial notice regarding LS 20 2015001502, dated 3/19/2015, demanded $262.50 for wage owed to this claimant, covering the period 1/25/15 – 1/30/2015, just five days. My previous correspondence to the Department, dated May 12, contained all records requested by the Department for this claimant. The Department has not contacted us regarding LS 20 2015001502 since. Furthermore, your initial 6/29/2016 computations state that Abdul Latif-Moro is due $4,185.00, for the period 4/6/2014 – 2/8/2015. We do not understand how this claimant could be due close to $4,000.00 more than initially computed.

Moreover, those claimants on the 6/17/2016 Recapitulation Sheet are listed alphabetically by surname. Conversely, the ticket agent computations on the CD-ROM are listed alphabetically, *but by first name*. To make matters even more confusing, the computations you initially sent me on 6/29/2016, are organized by job title, rather than alphabetically by first/surname. As you know, the sheer size of this investigation demands a great deal of organization and time to sort out and analyze the documents we are exchanging. We are respectfully requesting that from this point on, all correspondence and documents are consistent in form, for the sake of all parties.

Lastly, we are still unsure as to which investigation/file number concerns each claimant in these matters. For example, Mr. Escudero's Recapitulation Sheet, your initial 6/29/2016 computations, and the CD-ROM references only LS 20 2014007786 and LS 20 2015001502. What about Ms. Bautista's investigation (LS 01 2012011185)? Are the claimants implicated in Ms. Bautista's investigation accounted for in your computations?

1

15 CV 2326 (ER)
P282

As expressed many times over, consolidation of all pending Go NY Tours matters into one singular investigation would make resolving these claims easier for everyone involved. We do not see a reason for refusing to do so. Specifically, because the Department has requested, and has received, time and payroll records for *all* individuals employed by Go NY Tours, for all job classifications, for the relevant time period. The Department should be aware that the relevant time period concerns the entire time Go NY Tours has been in operation. Hence, we do not see a reason for multiple investigations to drag on.

In sum, at the very least, please re-issue a revised Recapitulation Sheet accounting for all damages demanded and all claimants implicated in LS 20 2014007786, LS 20 2015001502, LS 01 2012011185 and provide clarification on the issues raised in this correspondence.

Please let me know your availability for a phone call so that we can discusses these issues.

Regards,

Ilan Weiser, Esq.



New York * New Jersey * Connecticut * Pennsylvania

Tel. 845-589-9300x110 / 212-644-1310
Fax 845-638-2707
iw@greenwaldllp.com www.greenwaldllp.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at firm@greenwaldllp.com or by telephone at (845) 638-1943 or (212) 644-1310, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Garcia, Emelina A (LABOR) [mailto:Emelina.Garcia2@labor.ny.gov]
**Sent:** Tuesday, July 05, 2016 1:55 PM
**To:** Ilan Weiser <iw@greenwaldllp.com>
**Cc:** Escudero, Favio (LABOR) <Favio.Escudero@labor.ny.gov>; Bautista, Emy (LABOR) <Emy.Bautista@labor.ny.gov>
**Subject:** RE: LS 20 2014007786, LS 20 2015001502 v. Go NY Tours

Good Afternoon Mr. Weiser,

I have forwarded to your attention a CD-ROM via certified mail to your office located at 630 Third Avenue, Ste 704 New York, NY 10017. This disc contains all computations for all employees in LS 20 2014007786 and LS 20 2015001502. We ran into a little trouble trying to forward the computations for the ticket agents since it is a large file and could not be forwarded via email. We decided to forward it to you via the disc. Please let me know when you are in receipt of the disc. If you have not received it within the week, I will make sure that I personally hand deliver it to your office.

Your continued assistance in this matter is greatly appreciated,

FL-16-0854   000009

15 CV 2326 (ER)
P283

# Emelina A Garcia

Labor Standards Investigator

New York State Department of Labor
Division of Labor Standards
75 Varick St., 7th Floor, New York, NY 10013
P: (212) 775-3712 | F: (212) 775-3552
www.labor.ny.gov | emelina.garcia2@labor.ny.gov

**From:** Kristin Ventry [mailto:kv@greenwaldllp.com]
**Sent:** Tuesday, July 05, 2016 9:41 AM
**To:** Garcia, Emelina A (LABOR)
**Cc:** Escudero, Favio (LABOR)
**Subject:** LS 20 2014007786, LS 20 2015001502 v. Go NY Tours
**Importance:** High

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or
unexpected emails.*

Ms. Garcia,

Please see attached correspondence from Mr. Weiser regarding the above matter, and feel free to contact our office
with any questions or concerns.

**Kristin Ventry**
Paralegal



GREENWALD
DOHERTY

New York * New Jersey * Connecticut
630 Third Avenue, Suite 704, New York, NY 10017 * 30 Ramland Road, Suite 201, Orangeburg, NY 10962

Tel. 845-589-9300 / 212-644-1310
Fax 845-638-2707
www.greenwaldllp.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached
to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person
responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or
use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received
this transmission in error, please immediately notify us by reply e-mail at firm@greenwaldllp.com or by telephone at (845)
589-9300 or (212) 644-1310, and destroy the original transmission and its attachments without reading them or saving
them to disk. Thank you.

FL-16-0854   000010

15 CV 2326 (ER)
P284

**Emelina A. Garcia**
Labor Standards Investigator

**New York State Department of Labor**
**Division of Labor Standards**
75 Varick Street, 7th Floor
New York, NY 10013
(212) 775-3650
www.labor.ny.gov

June 17, 2016

Greenwald Doherty LLP
630 Third Avenue, 15th Floor
New York, NY 10017
Attn: Ilan Weiser, Attorney

Re:   LS20 2014007786 vs. Go New York Tours Inc.
      LS20 2015001502 vs. Go New York Tours Inc.

Dear Mr. Weiser,

The New York State Department of Labor Division of Labor Standards has concluded its investigation on Go New York Tours Inc, your client. On March 19, 2015, a visit was made to your business located at 218 West 37th Street, Brooklyn NY 10018. At location we met with your client, business owner Asen Kostadinov. We explained to your client that we had received complaints from former employees who indicated that they had not been paid their overtime at the applicable rate and two other employees stated that they had not been paid their wages. Mr. Kostadinov requested for your colleague Kevin Doherty to be conferenced in to our interview. Mr. Doherty was informed of the particulars and requested that his client be given additional time to prepare for the audit. We issued a notice of revisit and requested for all time and payroll records be made available for inspection.

On April 17, 2015, we met with you at your office. At this time, you provided a folder with handwritten timesheets for employees under the category of Drivers, Mechanics and tour guides. Furthermore, you provided spreadsheets that were separated into the above mentioned categories. The spreadsheets did not indicate a week ending date but you stated that they approximately covered a one year period of February 2014 to March 2015. Inspection of records indicated that employees are not paid overtime hours at the applicable overtime rate. You acknowledged that it is clear from the state of the records that there are issues regarding how your client maintains records. Employee interviews indicated that they were not provided with an uninterrupted meal break. Please be advised that Article 5 §162 mandates an employer to allow employees a prescribed meal period. Please note that no records were submitted for the employees under the category of ticket agents. Please note that failure to keep accurate records for each employee violates Article 19 §661 which mandates an employer to keep and have available for inspection a true and accurate record for each employee, showing daily and weekly hours worked.



NEW YORK | **Department**
STATE OF
OPPORTUNITY | **of Labor**

On August 18, 2015, we were provided with a letter from you. With your letter, you submitted a CD-ROM Disc that provided us with copies of cancelled checks; excel spreadsheet for audit years 2014 and 2015. In your letter, you indicated that these spreadsheets contained information relating to ticket agents time in and time out as it pertains to their daily sales and gross commission received. However excel spreadsheet did not contain such information. Furthermore, the spreadsheets do not indicate an hourly rate or a commission percentage, they do not indicate amount of hours worked, total amount of sales or tickets sold.

On December 22, 2015, you and your client Asen Kostadinov appeared in our offices located at 75 Varick Street, New York, New York. Purpose of this visit was to take the sworn testimony of your client Asen Kostadinov. Labor Standards counsel Rebecca Nathanson and LSI Garcia were in attendance during the sworn testimony. During sworn testimony, you maintained the position that ticket agents were not employees. You considered them outside sales persons. Please be advised that your employees are considered Commission Salespersons and as such Article 6 of the New York State Labor Law requires that a commission salesperson's pay/employment agreement must be in writing and signed by both the employer and the salesperson. Please note that the agreement must contain the following:

- A description of how wages, salary, drawing accounts, commissions and all other monies earned and payable will be calculated
- How often the employee will be paid
- The frequency of reconciliation
- Any other details pertinent to the payment of wages, salary, drawing accounts, commissions, and all other monies earned and payable when the employment relationships ends.
- Commission salespersons are entitled to overtime pay as per Fair Labor Standards Act Section 7(i).
- The employer must provide the commission salesperson with a statement of earnings paid, due and unpaid.

Please be advised that New York State Labor Law determined that an outside salesperson is an employee whose primary duty is making sales or obtaining orders or contracts for services or for the use of facilities for which a consideration will be paid by the client or customer. Please note that this definition states that the employee is being paid by a client or customer. Ticket Agent wages were paid a commission based on overall sales by employer Go New York Tours, Inc.

Therefore we calculated for all Ticket Agents, using an average hours worked (46.5) and average salary paid ($287.68); this average was taken from Ticket Agents who provided information via interviews and documents submitted to the division.

As an example, on how we arrived at weekly underpayments for claimants, we used Mr. Vladimir Zaminhkovsky's hours for week ending July 13, 2014. During this week, Mr. Zaminhkovsky worked 57.75 hours and was paid $400.00 for all hours worked. We derived his hourly rate of pay by dividing $400.00 by the total weekly hours worked (i.e.:$400/57.75=$6.93/hour.) Since this amount is below the applicable state minimum wage we calculated Mr. Zaminnhkovsky's minimum wage underpayment using the applicable state minimum wage of $8.00. To compute his underpayment we separate the calculation in two parts. First, we calculated the underpayment for the first 40 hours and then the overtime



NEW YORK STATE OF OPPORTUNITY. | Department of Labor

FL-16-0854   000012

underpayment.   For Mr. Zaminhnkovsky, we find that the applicable state minimum wage earnings should have been $350.00 per week (40 hrs*$8.00=$320.00) and then we subtracted the first 40 hours paid by your client (40*$6.93 (derived rate) =$200). For this week, we found an underpayment of $42.80 (i.e.: $320.00-$277.20) for the first 40 hours. Next, we used the applicable state minimum wage overtime rate of $12.00 to calculate his overtime underpayment. We then multiplied overtime rate of $12.00 ($8.00*1.5) by 17.75 hours of overtime hours owed for the week of 07/13/2014 which equals to $213.00. We then subtracted overtime wages paid of $123.01 ($6.93*17.75 Hrs) from overtime wages earned of $213.00 to arrive at an overtime underpayment of $89.99.  Lastly, we added the overtime underpayment of $89.99 to the first 40 hour underpayment of $42.8 to arrive at weekly underpayment of $132.79. Please note that this is an example for one week and the same methodology was used for all employees who indicated being paid a weekly salary.

Lastly, we have calculated unlawful deductions and supplemental wages for employees. With regards to the unlawful deductions, please be advised that employees informed us that they were made to purchase their uniforms. We informed you that you could not incur the expense of the uniform on the employee. Please be advised that Article 6 §193.2 states that an employer must discontinue requiring payment of money from employees through separate transactions to cover charges not permitted by law. With regards to the supplemental wages, employees have informed us that they were not paid their vacation and bonus accruals. Please be advised that Article 6 § 198-C. titled Benefits or Wage Supplements states that any employer who is party to an agreement to pay or provide benefits or wage supplements to employees or to a third party or fund for the benefit of employees and who fails, neglects or refuses to pay the amount or amounts necessary to provide such benefits or furnish such supplements within thirty days after such payments are required to be made. Article 6 §198-C further explains that the term benefits or wage supplements includes, but is not limited to, reimbursement for expenses; health, welfare and retirement benefits; and vacation, separation or holiday pay.

Please be advised that Section 215 of the New York State Labor Law makes it illegal for employers to discharge, penalize, or in any manner discriminate or retaliate against an employee for providing information to the Department of Labor, testifying in an investigation or other proceedings under labor law, exercising any rights that are protected under labor law or because the employer has received an adverse determination from the Labor Department that involves the employee. If the employer violates this law, the New York State Department of Labor can assess a penalty of up to $10,000.00 per incident and up to $20,000.00 in damages for each affected employee.

The enclosed Recapitulation Sheet for LS 20 2014007786   covers minimum wage underpayment of $2,469,950.11, unlawful deductions of $768.00, Unpaid wages $354.60 and 25% liquidated damages in the amount of $617,768.19 covering the audit period from March 2012 to March 2015. It is your responsibility to conduct an up to date self-audit and come into compliance immediately.

The enclosed Recapitulation Sheet for LS20 2015001502 covers minimum wage underpayment of $2,369,391.54, supplemental wages of $679.20, unlawful deduction of $1,631.00, unpaid wages of $1,138.11 and 25% liquidated damages in the amount of $593,209.99 covering the



NEW YORK | Department
STATE OF | of Labor
OPPORTUNITY

audit period from March 2012 to March 2015. It is your responsibility to conduct an up to date self-audit and come into compliance immediately.

We are also enclosing a Notice of Labor Law Violation for Article 5 §162, Article 6 §193.1, Article 19 §142-2.7 and §661. Accordingly, we are imposing $2,000.00 for each violation, totaling $8,000.00.

Please have your client remit payment of $6,062,890.74 ($4,839,341.65 minimum wage /overtime underpayment, $679.20 in supplemental wages, $2,399.00 in unlawful deductions, $ 1,492.71 in unpaid wages, $ 1,210,978.18 in liquidated damages, and $8,000.00 for violations) by check or money order payable to the Commissioner of Labor by July 7, 2016. If you need a payment plan or do not agree with the amount due and payable to the claimants and you wish to speak with a Senior Investigator in order to resolve this matter, please call Senior Labor Standards Investigator Favio Escudero at (212) 775-3626 by no later than June 27, 2016

Failure to remit payment or otherwise respond as directed will result in the issuance of an Order to Comply including all wages due, with 16% interest; civil penalties not to exceed 200% of the wages due, and 100% liquidated damages without further notice

Please be advised that your case number LS20 2014007786 & LS20 2015001502  and employer identification number 27-4654934 must be shown on all payments and correspondence submitted to this office.

We trust that we can count on your cooperation in this matter.

Very Yours Truly,

Emelina A Garcia
Labor Standards Investigator

CC:   Go New York Tours Inc
      2 East 42nd Street
      New York, NY 10017
      Attn: Asen Kostadinov



NEW YORK | Department
         | of Labor



State of New York
Department of Labor
Division of Labor Standards

### Notice of Labor Law Violation

| Employer |
|---|

**Go New York Tours Inc.**

FEIN: ███████████

Phone:     (646) 894-2506

Entity Type:  Corporation

Case ID#: LS20 2015001502

**Job Location(if different):**

**Name and Address:**

Go New York Tours Inc
217 West 37th St
New York NY 10018

| Investigation |
|---|

**Responsible Person Notified:**
*(Name, Title, Address)*

Greenwald Doherty LLP
630 Third Avenue  15th Floor
New York, NY 10017
Attn: ILAN WEISER - ESG

Violation Date and Time: 4/17/2015

Date of Issuance: 6/17/2016

Phone: 212 - 775 - 3712

## A VIOLATION OF THE WAGE AND BENEFIT SECTIONS OF CHAPTER 31 IS A MISDEMEANOR FOR A FIRST OFFENSE AND A FELONY FOR A SECOND OFFENSE, WITH PENALTIES AS PRESCRIBED BY LAW. YOU ARE HEREBY NOTIFIED TO TAKE IMMEDIATE ACTION TO COMPLY WITH ALL PROVISIONS OF THE LAW.

Maura McCann, Director
FOR THE COMMISSIONER OF LABOR

By:  Emelina Garcia
LABOR STANDARDS INVESTIGATOR

LS-142(7-06)

page 1

FL-16-0854   000015

15 CV 2326 (ER)
P289



State of New York
Department of Labor
Division of Labor Standards

## Notice of Labor Law Violation

Report of Findings

Violation of the sections of the Labor Law noted on this report may subject you to an assessment of a civil penalty pursuant to Labor Law Sections 141, 218, 345 and 361. **If you wish to discuss these findings please contact the district office below within 10 days of the date of issuance of this Notice of Labor Law Violation.** Address your request to:

New York State Dept of Labor
Division of Labor Standards
75 Varick Street
7th Floor
New York NY 10013

I hereby request a meeting to discuss these findings with the Division of Labor Standards.

_____          _____
Signature                                           Date

Name, Address and Phone Number *(if different from above)*

_____
_____
_____
_____

## Article 5 - Hours of Labor

§ 162 Allow employees prescribed meal periods.

## Article 6 - Payment of Wages

§ 193.1 Discontinue deducting money from your employee's wages to cover charges not permitted by law.

## Article 19 - Minimum Wage Act and Minimum Wage Orders

§ 661 Keep and have available for inspection a true and accurate record for each employee, showing daily and weekly hours worked, gross wages, deductions, any allowances claimed and net wages, and all other records required under the Minimum Wage Order for this industry found in NYS Codes, Rules and Regulations Title 12, Parts 137, 138, 141, 142, 143 or 146.

Part 142-2.7 Furnish to each employee a statement with every payment of wages, listing hours worked, rates paid, gross wages, any allowances claimed, deductions and net wages (Miscellaneous Industries and Occupations).

FL-16-0854   000016

15 CV 2326 (ER)
P290



**New York State Department of Labor**
**Andrew M. Cuomo**, Governor
**Roberta Reardon**, Commissioner

Notice of Payment Due

The reverse side of this letter shows the Labor Department's calculation of money owed to your employees. If you agree with the total, obtain a check or money order in that amount payable to the Commissioner of Labor. Mail your payment to the office checked below within 20 days. If you wish to discuss the details of the claim or the amount due, call the number listed for that office within 10 days to speak to an investigator.

Labor Standards offices and phone numbers:

- ❏    State Office Building, Albany. NY 12240, 518-457-2730
- ❏    44 Hawley Street, Rm. 909, Binghamton, NY 13902, 607-721-8014
- ❏    65 Court Street, Buffalo, NY 14202, 716-847-7141
- ❏    400 Oak Street, Suite 101, Garden City, NY 11530, 516-794-8195
- ❏    75 Varick Street, 7th Floor, NY, NY 10013, 212-775-3880
- ❏    109 S. Union Street, Rochester, NY 14607, 585-258-4550
- ❏    333 East Washington Street, Syracuse, NY 13202, 315-428-4057
- ❏    120 Bloomingdale Road, White Plains, NY 10605, 914-997-9521

> **Return a copy of this form with your payment to assure proper credit to your account.**

**Warning**

If you do not send the payment by the 20-day deadline or contact us about it within 10 days, we may issue an order to comply that will add a penalty to the amount owed. To obtain more information about this finding, call the number listed above.

An order to comply directs you to pay wages, benefits or supplements and adds interest charges at a rate set by the Superintendent of Banks under Section 14-a of the Banking Law. The interest rate is set each year and runs from the date of underpayment to the date the employee receives payment. The order to comply also adds a civil penalty of the total payment to the amount owed. (Sections 218-219, New York State Labor Law).

FL-16-0854   000017

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St.
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Abbas, Zakari | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Abbas, Zakari | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Barrie, Umaru | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.92 | | | | |
| Total Amounts Due to: Barrie, Umaru | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Boyd, Wallace Bass | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Boyd, Wallace Bass | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Da Lai, Xue | | 09/01/2013 to 11/28/2015 | Wages $306.71 | | $76.68 | | | | |
| Da Lai, Xue | | 09/01/2013 to 11/28/2015 | Supps $608.00 | | $152.00 | | | | |
| Total Amounts Due to: Da Lai, Xue | | | | $914.71 | | $228.68 | $1,143.39 | | |
| Dawuda, Yassin | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Dawuda, Yassin | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

--1--

FL-16-0854  000018

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

| NAME AND ADDRESS OF EMPLOYER | INVESTIGATOR |
|---|---|
| FEIN | Emelina Garcia |
| Go New York Tours Inc.<br>217 West 37th St<br>New York NY 10018 | |
| ESTABLISHMENT I.D. LS20 2015001502 | DATE<br>06/17/2016 |

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions separately on an additional sheet.

## THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| George, Wienberg | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: George, Wienberg** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Iman, Yussif | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Iman, Yussif** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Latif, Moro | | 04/06/2014 to 02/08/2015 | Min Wage $4,320.00 | | $1,080.00 | | | | |
| Latif, Moro | | 04/06/2014 to 02/08/2015 | Deducts $50.00 | | $12.50 | | | | |
| **Total Amounts Due to: Latif, Moro** | | | | $4,370.00 | | $1,092.50 | $5,462.50 | | |
| Latif, Moro | | 01/25/2015 to 01/30/2015 | Wages $150.00 | | $37.50 | | | | |
| **Total Amounts Due to: Latif, Moro** | | | | $150.00 | | $37.50 | $187.50 | | |
| Latus, Jan | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Latus, Jan** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-2-

FL-16-0854  000019

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM WAGE RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed, if you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Levine, Mark | | 02/01/2014 to 09/01/2015 | Wages $340.70 | | $85.18 | | | | |
| Total Amounts Due to: Levine, Mark | | | | $340.70 | | $85.18 | $425.88 | | |
| Levine, Mark | | 07/06/2015 to 09/06/2015 | Wages $340.70 | | $85.18 | | | | |
| Total Amounts Due to: Levine, Mark | | | | $340.70 | | $85.18 | $425.88 | | |
| Li, Guo Hong | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Li, Guo Hong | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Lo, Yero | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Lo, Yero | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Louis, Philip | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Louis, Philip | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Lysenko, Anzhelika | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Lysenko, Anzhelika | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-3-

FL-16-0854   000020

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE 06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Mahadeo, Gooneshwar | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Mahadeo, Gooneshwar | | | | | | $3,531.91 | $17,659.55 | | |
| Mailela, Patrick | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Mailela, Patrick | | | $14,127.64 | | | $3,531.91 | $17,659.55 | | |
| Mamou Abdullahi | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Mamou Abdullahi | | | | | | $3,531.91 | $27,659.55 | | |
| Mamadou, Diallo | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.68 | $14,127.64 | $3,531.92 | | | | |
| **Total Amounts Due to:** Mamadou, Diallo | | | | | | $3,531.92 | $17,659.60 | | |
| Mamah, Issaka Arif | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Mamah, Issaka Arif | | | | | | $3,531.91 | $17,659.55 | | |

-1-

FL-16-0854   000021

15 CV 2326 (ER)
P295

Case # LS20 2015001502

## RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FBN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Mark, Pellici | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mark, Pellici | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Martin, Alison | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Martin, Alison | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Marwanu, Mohammed | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Marwanu, Mohammed | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mattia, Mabel | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mattia, Mabel | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| McLendon, Anthony | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: McLendon, Anthony | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mecklenburg, Max | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mecklenburg, Max | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-5-

FL-16-0854   000022

15 CV 2326 (ER)
P296

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**

Go New York Tours Inc.
217 West 37th St
New York NY 10018

**FEIN**

ESTABLISHMENT I.D. LS20 2015001502

**INVESTIGATOR**

Emelina Garcia

**DATE**

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately) on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Mellon, Julien | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mellon, Julien | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mercier, Jean Robert | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mercier, Jean Robert | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Miller-Rose, Doran | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Miller-Rose, Doran | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Minoung, Issaka | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Minoung, Issaka | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Modou, Bousso | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Modou, Bousso | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mohamma, Umar Adar | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mohamma, Umar Adar | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-6-

FL-16-0854   000023

15 CV 2326 (ER)
P297

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions and the legal deductions separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER- PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Mohammed, Rafiz | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mohammed, Rafiz | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mohammed, Hamza | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mohammed, Hamza | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mohammed, Jallah | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mohammed, Jallah | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mohammed, Muda | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mohammed, Muda | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mohammed, Nazir | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mohammed, Nazir | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mohammed, Salahu | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mohammed, Salahu | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-7-

FL-16-0854  000024

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

**INVESTIGATOR**

Emelina Garcia

**DATE**

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on the Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions separately on an additional sheet.

## THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Molina, Michael | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Molina, Michael | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Monel, Saron | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Monel, Saron | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Montalvo, Danny | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Montalvo, Danny | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Moore, Ronald | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Moore, Ronald | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Moore, Starr | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Moore, Starr | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Morel, Juan | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Morel, Juan | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-8-

FL-16-0854  000025

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT ID. LS20 2015001502

INVESTIGATOR

Emalina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) Itemized. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Mortise, Jean | | 01/06/2013 to 06/09/2013 | Min Wage $10,146.00 | | $2,536.50 | | | | |
| Mortise, Jean | | 01/06/2013 to 06/09/2013 | Deducts $96.00 | | $24.00 | | | | |
| Total Amounts Due to: Mortise, Jean | | | | $10,242.00 | | $2,560.50 | $12,802.50 | | |
| Muhammad, Amin | | 03/02/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Muhammad, Amin | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mumuni, Mohammed | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mumuni, Mohammed | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Mussa, Ali | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Mussa, Ali | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Ndiaye, Babacar | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Ndiaye, Babacar | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-9-

FL-16-0854   000026

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**

Go New York Tours Inc.
217 West 37th St
New York NY 10018

**FEIN**

**ESTABLISHMENT I.D.** LS20 2015001502

**INVESTIGATOR**

Emelina Garcia

**DATE**

06/17/2016

Note: Violation of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on the Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Nelson, Gary | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Nelson, Gary | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Niang, Elhadji | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Niang, Elhadji | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Nimaga, Mamadou | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Nimaga, Mamadou | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Nnadi, Oliver | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Nnadi, Oliver | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Noapayo, Prosper W | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Noapayo, Prosper W | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Noel, Dwayne | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Noel, Dwayne | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-10-

FL-16-0854   000027

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM WAGE RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Nouenkeu, Billy | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Nouenkeu, Billy | | | | $14,127.64 | | | $17,659.55 | | |
| Nti, Samuel O | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Nti, Samuel O | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Nurudeen, Mohammed | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Nurudeen, Mohammed | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Nuñez, Aaron | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Nuñez, Aaron | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Nyaku, Ablam | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Nyaku, Ablam | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Nyamekeh, Frederick | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Nyamekeh, Frederick | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

FL-16-0854   000028

15 CV 2326 (ER)
P302

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

| NAME AND ADDRESS OF EMPLOYER | | INVESTIGATOR |
|---|---|---|
| Go New York Tours Inc. | FEIN | Emelina Garcia |
| 217 West 37th St | | DATE |
| New York NY 10018 | ESTABLISHMENT I.D. LS20 2015001502 | 06/17/2016 |

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

## THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Omar, Moro | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Omar, Moro | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Omar, Zain | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Omar, Zain | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Omega, Georges | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Omega, Georges | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Omodumbi, Olakunle | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Omodumbi, Olakunle | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Omodumbi, Olakunle | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Omodumbi, Olakunle | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Ortiz, Delia | | 06/03/2012 to 07/07/2013 | Min Wage $1,648.75 | | $412.19 | | | | |
| **Total Amounts Due to:** Ortiz, Delia | | | | $1,648.75 | | $412.19 | $2,060.94 | | |

-12-

FL-16-0854  000029

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT ID. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Ousmane, Diallo | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Ousmane, Diallo** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Ousseini, Moussa S | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Ousseini, Moussa S** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Ousseni, Kienou | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Ousseni, Kienou** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Oveh, Faith | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Oveh, Faith** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Owusu, Ansah | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Owusu, Ansah** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Oyebisi, Abiodun | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Oyebisi, Abiodun** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

--3--

FL-16-0854   000030

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

**SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY**

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

**THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage**

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Pache, Felix | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Pache, Felix** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Paniseo, Davoukoukoulou | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Paniseo, Davoukoukoulou** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Paulino, Alexandra | | 03/04/2014 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Paulino, Alexandra** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Perez, Angel | | 02/02/2014 to 08/03/2014 | Min Wage $12,555.00 | | $3,138.75 | | | | |
| **Total Amounts Due to: Perez, Angel** | | | | $12,555.00 | | $3,138.75 | $15,693.75 | | |
| Perez, Jully | | 09/30/2012 to 03/01/2015 | Min Wage $12,358.50 | | $3,089.63 | | | | |
| Perez, Jully | | 09/30/2012 to 03/01/2015 | Deducts $100.00 | | $25.00 | | | | |
| **Total Amounts Due to: Perez, Jully** | | | | $12,458.50 | | $3,114.63 | $15,573.13 | | |

-14-

FL-16-0854    000031

# RECAPITULATION SHEET - PRELIMINARY REPORT

Case # LS20 2015001502

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER
Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR
Emelina Garcia

DATE
06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER- PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Persaud, Oumer | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Persaud, Oumer** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Pflantzer, Fred | | 01/05/2015 to 01/18/2015 | Suppa $71.20 | | $17.80 | | | | |
| Pflantzer, Fred | | 01/05/2015 to 01/18/2015 | Min Wage $3,284.41 | | $821.10 | | | | |
| **Total Amounts Due to: Pflantzer, Fred** | | | | | | | | | |
| Pflantzer, Fred | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $3,355.61 | $3,531.91 | $838.90 | $4,194.51 | | |
| **Total Amounts Due to: Pflantzer, Fred** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Phagooran, Rajendra | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.68 | | $3,531.92 | | | | |
| **Total Amounts Due to: Phagooran, Rajendra** | | | | $14,127.68 | | $3,531.92 | $17,659.60 | | |
| Pilchman, Stanley | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Pilchman, Stanley** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-15-

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**
Go New York Tours Inc.
217 West 37th St
New York NY 10018

**FEIN**

ESTABLISHMENT I.D. LS20 2015001502

**INVESTIGATOR**
Emelina Garcia

**DATE**
06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Pineda, Nigel | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.93 | | | | |
| **Total Amounts Due to: Pineda, Nigel** | | | | $14,127.64 | | $3,531.93 | $17,659.55 | | |
| Pope, Renee | | 03/04/2012 to 01/26/2014 | Min Wage $12,716.50 | | $3,179.13 | | | | |
| Pope, Renee | | 03/04/2012 to 01/26/2014 | Deducts $50.00 | | $12.50 | | | | |
| **Total Amounts Due to: Pope, Renee** | | | | $12,766.50 | | $3,191.63 | $15,958.13 | | |
| Prince J. Sackey | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.93 | | | | |
| **Total Amounts Due to: Prince J. Sackey** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Rahman, Kazeem | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Rahman, Kazeem** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Reed, John | | 02/03/2013 to 03/01/2015 | Min Wage $3,160.00 | | $790.00 | | | | |

-16-

FL-16-0854 000033

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

**INVESTIGATOR**

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

## THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Reed, John | | 02/03/2013 to 03/01/2015 | Deducts $50.00 | | $12.50 | | | | |
| Total Amounts Due to: Reed, John | | | | $3,210.00 | | $802.50 | $4,012.50 | | |
| Rios, Jose | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Rios, Jose | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Robinson, Joshua | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.96 | | | | |
| Total Amounts Due to: Robinson, Joshua | | | | $14,127.84 | | $3,531.96 | $17,659.80 | | |
| Robinson, Kyle | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Robinson, Kyle | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Robinson, Watey | | 10/07/2012 to 03/01/2015 | Min Wage $22,680.00 | | $5,670.00 | | | | |
| Robinson, Watey | | 10/07/2012 to 03/01/2015 | Deducts $1,020.00 | | $255.00 | | | | |
| Total Amounts Due to: Robinson, Watey | | | | $23,700.00 | | $5,925.00 | $29,625.00 | | |

-17-

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**

GG New York Tours Inc.
217 West 37th St
New York NY 10018

**FEIN**

**ESTABLISHMENT I.D. LS20 2015001502**

**INVESTIGATOR**

Emelina Garcia

**DATE**

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) instead, if you remit the net amount due you must itemize the legal deductions separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Rockwood, Lawrence | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Rockwood, Lawrence | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Rodriguez, Geovanni | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Rodriguez, Geovanni | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Rodriguez, Guillermo | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Rodriguez, Guillermo | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Roman, Jerry | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Roman, Jerry | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Saidou, Lam | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Saidou, Lam | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Salam, Zebah Abdul | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Salam, Zebah Abdul | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-18-

FL-16-0854  000035

Case # LS20 2015001502

## RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

| NAME AND ADDRESS OF EMPLOYER | INVESTIGATOR |
|---|---|
| Go New York Tours Inc.<br>217 West 37th St<br>New York NY 10018 | Emelina Garcia |
| FEIN | |
| ESTABLISHMENT I.D. LS20 2015001502 | DATE<br>06/17/2016 |

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions (for each employee separately) on an additional sheet.

### THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Salami, Ademola | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Salami, Ademola | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Salami, Azizou | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Salami, Azizou | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Salbat, Ilham | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Salbat, Ilham | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Saliou, Diop | | 03/06/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Saliou, Diop | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Sambou, Hyacinthe | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Sambou, Hyacinthe | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Sanchez, Rafael | | 11/03/2013 to 03/01/2015 | Min Wage $6,933.00 | | $1,733.25 | | | | |
| Total Amounts Due to: Sanchez, Rafael | | | | $6,933.00 | | $1,733.25 | $8,666.25 | | |

-19-

FL-16-0854   000036

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately or on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Sanchez, Rafael | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Sanchez, Rafael | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Santana, Sonia | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Santana, Sonia | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Santiago, Nicole | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Santiago, Nicole | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Samusi, Umar | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Samusi, Umar | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Sapir, Ngon | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Sapir, Ngon | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Sapyta, Jeffrey A | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Sapyta, Jeffrey A | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-20-

FL-16-0854   000037

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM WAGE RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

**INVESTIGATOR**

Emelina Garcia

**DATE**

06/17/2016

Note: Violation of this Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

## THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Sarr, Talla | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Sarr, Talla | | | | | | $3,531.91 | $17,659.55 | | |
| Satdeo, Omesh | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Satdeo, Omesh | | | | | | $3,531.91 | $17,659.55 | | |
| Scott, Henri | | 03/23/2014 to 03/01/2015 | Min Wage $2,122.25 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Scott, Henri | | | | $2,122.26 | $530.56 | $530.56 | $2,652.01 | | |
| Seck, Chiekh | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Seck, Chiekh | | | | | | $3,531.91 | $17,659.55 | | |
| Sekure, Abubakar | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Sekure, Abubakar | | | | | | $3,531.91 | $17,659.55 | | |
| Shahabude, Nadeem | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | $14,127.64 | $3,531.91 | | | | |
| **Total Amounts Due to:** Shahabude, Nadeem | | | | $14,127.61 | $3,531.91 | $3,531.91 | $17,659.55 | | |

-21-

FL-16-0854  000038

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Shaihan, Danbaki | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Shaihan, Danbaki | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Singleton, Edward | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Singleton, Edward | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Smith, Victor | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Smith, Victor | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Shitofsky, Stevan | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Shitofsky, Stevan | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Souare, Moussa | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Souare, Moussa | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Spence, Michael | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Spence, Michael | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-22-

FL-16-0854   000039

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM WAGE RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Staples, Leanne | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Staples, Leanne | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Stewart, Hubert | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Stewart, Hubert | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Stewart, William | | 03/24/2013 to 03/02/2014 | Min Wage $10,306.70 | | $2,576.68 | | | | |
| **Total Amounts Due to:** Stewart, William | | | | $10,306.70 | | $2,576.68 | $12,883.38 | | |
| Storer, Angel | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Storer, Angel | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Suber, Rasheeda | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Suber, Rasheeda | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Suleman, Malik | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Suleman, Malik | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-23-

FL-16-0854  000040

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

| NAME AND ADDRESS OF EMPLOYER | INVESTIGATOR |
|---|---|
| Go New York Tours Inc.<br>217 West 37th St<br>New York NY 10018 | Emelina Garcia |
| FEIN | DATE |
| ESTABLISHMENT I.D. LS20 2015001502 | 06/17/2016 |

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately or an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Takiyudin, Mohammed | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Takiyudin, Mohammed | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Tandia, Tierra | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Tandia, Tierra | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Tanikov, Dasha | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Tanikov, Dasha | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Tawfiq, Mubarek | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Tawfiq, Mubarek | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Telly Diallo, Omar | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Telly Diallo, Omar | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Teran, Victor | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Teran, Victor | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

--24--

FL-16-0854  000041

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM WAGE RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER
Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR
Emelina Garcia

DATE
06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Thorne, Gabriel | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Thorne, Gabriel | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Thornton, Thomas | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Thornton, Thomas | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Tinho, Patrick | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Tinho, Patrick | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Tirado, Rollando | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Tirado, Rollando | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Tonow, Kossivi | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Tonow, Kossivi | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Tonvi, Joshua | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Tonvi, Joshua | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-25-

FL-16-0854 000042

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Torres, Victor | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Torres, Victor** | | | | $14,127.64 | | $17,531.91 | $17,659.55 | | |
| Tougnon, Kokou | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Tougnon, Kokou** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Toure, Samba | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Toure, Samba** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Townsend, Darnell | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Townsend, Darnell** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Traore, Issouf | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Traore, Issouf** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Traore, Ounar | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Traore, Ounar** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-26-

FL-16-0854   000043

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed if you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Tulakshyna, Yullia | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Tulakshyna, Yullia | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Ubiles, William | | 07/06/2014 to 06/28/2015 | Min Wage $4,200.00 | | $1,050.00 | | | | |
| **Total Amounts Due to:** Ubiles, William | | | | $4,200.00 | | $1,050.00 | $5,250.00 | | |
| Ujah, David | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Ujah, David | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Ukazu, George | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Ukazu, George | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Urena, Rafael | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Urena, Rafael | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Valdez, Robinson | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Valdez, Robinson | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-27-

FL-16-0854 000044

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER
AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s)
listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Valencia, Danilo | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Valencia, Danilo | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Vaz, William | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Vaz, William | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Velazquez, Luiz | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Velazquez, Luiz | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Veretenov, Rostislav | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Veretenov, Rostislav | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Vidal, Carlos | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Vidal, Carlos | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Wankoye, Amadou | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Wankoye, Amadou | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-28-

FL-16-0854   000045

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Webber, William | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Webber, William** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Wedell, William C | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Wedell, William C** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Welch, Bryan | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to: Welch, Bryan** | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| West, Georgette | | 03/30/2014 to 03/01/2015 | Min Wage $14,060.56 | | $3,515.14 | | | | |
| West, Georgette | | 03/30/2014 to 03/01/2015 | Deducts $155.00 | | $38.75 | | | | |
| **Total Amounts Due to: West, Georgette** | | | | $14,215.56 | | $3,553.89 | $17,769.45 | | |
| White, Ann | | 04/20/2014 to 03/01/2015 | Min Wage $12,553.94 | | $3,138.49 | | | | |

-29-

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM WAGE RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Enelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| White, Ann | | 04/20/2014 to 03/01/2015 | Deducts $110.00 | | $27.50 | | | | |
| Total Amounts Due to: White, Ann | | | | $12,663.94 | | $1,165.99 | $15,829.93 | | |
| Wilhelm, Bain | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Wilhelm, Bain | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Williams, Louis | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Williams, Louis | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Wong, Andrew | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Wong, Andrew | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Wreh, Jahr | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Wreh, Jahr | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Wright, Danny | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| Total Amounts Due to: Wright, Danny | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-30-

FL-16-0854   000047

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

**NAME AND ADDRESS OF EMPLOYER**

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT ID. LS20 2015001502

**INVESTIGATOR**

Emelina Garcia

**DATE**

06/17/2016

Note:  Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed if you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| YaYa, Mouhanna | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** YaYa, Mouhanna | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Yakubu, Abdul Aziz | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Yakunu, Abdul Aziz | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Yong Xiang, Yi | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Yong Xiang, Yi | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Zaharia, Nicusor | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Zaharia, Nicusor | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Zaid, Hanif | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Zaid, Hanif | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |
| Zaiyad Ally, Ali | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Zaiyad Ally, Ali | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

-31-

FL-16-0854  000048

Case # LS20 2015001502

# RECAPITULATION SHEET - PRELIMINARY REPORT

SUMMARY OF CLAIMS FOR UNPAID WAGES, WAGE SUPPLEMENTS OR WAGES DUE UNDER THE PROVISIONS OF THE MINIMUM WAGE ORDER AND/OR STATUTORY MINIMUM RATE UNDER THE NEW YORK STATE MINIMUM WAGE ACT, GOVERNING WAGES IN THE Miscellaneous INDUSTRY

NAME AND ADDRESS OF EMPLOYER

Go New York Tours Inc.
217 West 37th St
New York NY 10018

FEIN

ESTABLISHMENT I.D. LS20 2015001502

INVESTIGATOR

Emelina Garcia

DATE

06/17/2016

Note: Violation of the Wage and benefit Sections of the Labor Law is a misdemeanor for a first offense and a felony for a second offense. The amount listed on this Recapitulation Sheet is the total gross due to the employee(s) listed. If you remit the net amount due you must itemize the legal deductions for each employee separately on an additional sheet.

## THE EMPLOYEES LISTED BELOW ARE DUE: Supplemental Wage Claim, Wage Claim, Unlawful Deductions, Minimum Wage

| NAME AND SOCIAL SECURITY NUMBER OF EMPLOYEE | ADDRESS | PERIOD COVERED BY CLAIM OR UNDER-PAYMENT | Amount Due | Gross Amount Due | Liquidated Damages | Total Liquidated Damages | Grand Total Due | TOTAL DEDUCTIONS | NET DUE AFTER ALL DEDUCTIONS |
|---|---|---|---|---|---|---|---|---|---|
| Zaninhkovsky, Vladimir | | 08/11/2013 to 07/27/2014 | Min Wage $4,178.53 | | $1,044.63 | | | | |
| **Total Amounts Due to:** Zaninhkovsky, Vladimir | | | | $4,178.53 | | $1,044.63 | $5,223.16 | | |
| Zidouemba, Abdoulaye | | 03/04/2012 to 03/01/2015 | Min Wage $14,127.64 | | $3,531.91 | | | | |
| **Total Amounts Due to:** Zidouemba, Abdoulaye | | | | $14,127.64 | | $3,531.91 | $17,659.55 | | |

TOTAL GROSS AMOUNT $2,372,839.85

TOTAL LIQUIDATED DAMAGES $593,209.99

$2,966,049.84

-32-

FL-16-0854  000049

# INVESTIGATION REPORT

CASE NO. LS20 2015001502   FEIN N

| 1. TRADE NAME OF FIRM | Go New York | 2 DISTRICT | 3. DATE |
|---|---|---|---|
| | | 20 | 04/19/2016 |

| 4. STREET CITY & COUNTY | 2 East 42nd Street, New York NY | ZIP CODE 10017 | 5. BUS TELEPHONE (AREA CODE) 212-664-0300 |
|---|---|---|---|

| 6. LEGAL ENTITY NAME AND ADDRESS | Go New York Tours Inc | ZIP CODE | 7. HOME TELEPHONE (AREA CODE) |
|---|---|---|---|

| 8 PERSON INTERVIEWED NAME AND POSITION | Asen Kostadinov- Owner Ilan Weiser- Attorney | 8 TYPE OWNERSHIP | ☒ CORP ☐ PARTNER ☐ INDIV. ☐ OTHER |
|---|---|---|---|

| 10. INDUSTRY | Miscellaneous | 11 TOTAL WORKERS LAST PAYROLL | |
|---|---|---|---|

| 12. OCCASION FOR INVESTIGATION | | 13. SUBJECT OF INVESTIGATION | | 14. MINIMUM WAGE PART NUMBER 142 |
|---|---|---|---|---|
| | | MINIMUM WAGE AND NON-MINIMUM WAGE | X | |
| | | CHILD LABOR & NON-MIN WAGE | 2 | PERIOD COVERED BY REPORT |
| | | FARM LABOR & MIGRANT REGISTRATION | 3 | FROM 03/01/2012 TO 3/01/2015 |
| COMPLAINT | X | HOMEWORK | 4 | PERIODS EXAM. / OCCUPATION / LOWEST WAGE RATE |
| PATROL/TARGETED | 2 | WAGE CLAIM | 5X | 03/01/2012 / Cash |
| PERMIT APPLICATION | 3 | WAGE SUPPLEMENT | 6X | 03/01/2015 / Agent / $ 287.0 PER WK |
| RECHECK | 4 | TIP APPROPRIATION | 7 | $ PER |
| OTHER | 5 | APPAREL REGISTRATION | 8 | $ PER |

| 15. NON-MINIMUM WAGE | MINORS | | UNDER 12 | 12-13 | 14-15 | 16-17 | | |
|---|---|---|---|---|---|---|---|---|
| APPAREL REG # N/A | NO CERTIFICATE | | | | | | NUMBER OF PERSONS UNDERPAID | |
| HOURS POSTED N/A | UNDER LEGAL AGE | | | | | | | 150 |
| WORKERS' COMP. N/A | ILLEGAL HOURS | | | | | | | |
| DISABILITY BENEFIT N/A | NO CERTIFICATE AND ILLEGAL HOURS | | | | | | AMOUNT OF UNDERPAYMENTS $ 2,966,049.84 | |
| WAGE PERIOD Weekly | NO PARENT CONSENT | | | | | | | |
| PAY DAY Wed/ Thurs | NO SCHOOL CONSENT | | | | | | 18. RESTITUTION PLAN | |
| WEEK ENDING Mon- Sunday | PROHIBITED OCCUPATION | | | | | | CHECK RECEIVED | 1 |
| WAGES PAID CASH CHECK | TOTAL NUMBER OF MINORS | | | | | | PAYMENT PLAN AGREED TO | 2 |
| PBC PERMIT Y N N/A | ILLEGALLY EMPLOYED | | | | | | EMPLOYER DISPUTE | 3 |
| | NUMBER OF MINORS INTERVIEWED | | | | | | NO VALID CLAIMS FOUND | 4 |

| 16. HOMEWORK | | 17. FARM | | LAST INSPECTION DATE | NAME AND ADDRESS OF EMPLOYER'S BANK |
|---|---|---|---|---|---|
| REGISTRATION Y N N/A | | TYPE OF EMPLOYER | | | TD Bank |
| PART NUMBER | | GROWER | 1 | CERTIFICATE ISSUED Y N N/A | |
| NO. FACTORY WORKERS | | CONTRACTOR | 2 | | |
| QUOTA HOMEWORKERS | | COMMISSARY | 3 | COMMISSARY PERMIT ISSUED Y N N/A | |
| NO HOMEWORKERS LAST PAYROLL | | GROW & COMM. | 4 | | ACCT # - |
| | | CONT. & COMM. | 5 | | |

## 19. REMARKS (indicate item Number(s) Referred To)

Claimant Anderson Lavoc, Thelmo Cordones and Tehran McDonald filed unpaid wage claims. Initial inspection revealed that ER did not maintain time records for EE's, did not meet MW/ OT regulations for Ticket Agents. Therefore, underpayments were calcualted for $2,369,391.54 in OT underpayments, $679.20 in supplemental wages $1,631.00 in unlawful deductions, $1,138.11 in unpaid wages and $593,209.99 in LD's.

Vio:Art.5§162 , Art.6§193.1, and Art.19 §142-2.7 and §661

| 20. CIRCLE SECTIONS OF LAW VIOLATED | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130.1 | 130.2e | 131 | 131.2 | 131.3f | 132 | 133 | 135 | 138 | 142.1a | 142.1b | 142.1c | 142.1d | 142.1e | 142.2a | 142.2b | 142.2c | 142.2d | 142.2f(i) |
| 142.3a | 142.3b | 142.3c | 142.3d | 142.5e | 143.1a | 143.1b | 143.1c | 143.1f | 143.1e | 143.1eM | 143.1f | 143.1fM | 143.1g | 143.2a | 143.2b | 143.2c | 143.2d | 144.1 |
| 144.2 | 161.1 | 161.3 | 162 X | 190-12 | 190-6.1(1) | | 190-6.1(2) | | 190-8.1 | 191.1a | 191.1C | 191.1d | 192.1 | 192.2 | 193 X | 193.2 | 193.3 | 195.4 |
| 195.5 | 195.6 | 196-d | 198-c | 198-d | 212-a.2a | 212-a.2b | 212-a.2c | 212-a.2d | 212-a.3a | 212-a.3c | 212-a.3d | 212-a.4a | 212-a.4b | 213-a.4c | 212-a.4d | 212-b1 | 212-b2 | 212-b3 |
| 215 | 217 | 352 | 354a | 345.1 | 345.2 | 345.3 | 652.1 | 661 X | 661a | 673 | 679 | 679s | 31 | 32 | 3227 | 3228 | | |

| 21. TIME FOR INVESTIGATION & WRITING THIS REPORT (INCLUDING ALL TIME SPENT ON INCOMPLETES) 8 HRS | 22. INVESTIGATED BY ☒ INVESTIGATOR ☐ SR. INVESTIGATOR LSI. Emeline Garcia | 23. REVIEWED BY - DATE |
|---|---|---|

LS-129 E

FL-16-0854   000052



**GREENWALD** LLP
**DOHERTY**
ATTORNEYS AT LAW

30 Ramland Road  Suite 201
Orangeburg, New York 10962
Tel: 845 589 9300
Fax: 845 638 2707

August 18, 2015

**Via First Class Mail and E-Mail (Emelina.garcia2@labor.ny.gov;**
**rebecca.nathanson@labor.ny.gov)**
Emelina Garcia, Labor Standards Investigator
Rebecca Nathanson, Counsel to Labor Standards
New York State Department of Labor
75 Varick Street, 7th Floor
New York, NY 10013

Re: **LS202014007786 vs. Go NY Tours, Inc.**

Dear Investigator Garcia and Ms. Nathanson,

As you know, our office represents Go New York Tours, Inc. ("Go NY Tours"). Please accept the additional enclosed documentation regarding the above-referenced matter, which supplements all of Go NY Tour's previous document productions to the Department.

Please find enclosed the following documents concerning specific Go NY Tours employees:

- Paystubs, May 18, 2015 through May 24, 2015; and
- Paystubs, May 25, 2015 through May 31, 2015.

Please be advised that the enclosed paystubs are for employees with various job classifications.

- Svetlana Khanimova; Bookkeeper
- Jose Rios; Supervisor
- Michael Spence; Supervisor
- Livia Calugari; Office Manager
- John LittleJohn; Supervisor
- Filipov Filip; Supervisor
- Alex Spencer Crystal; Sales Manager
- Eduard Baran; Office Manager
- Evan Salz; Director
- Victor Torres; Supervisor
- Nicholas Bates; Supervisor
- Amadou Wankoye; Supervisor

# Final Narrative

Establishment: Go New York Tours Inc

Type: Miscellaneous

Address: 218 West 37th Street, Brooklyn NY 10018 (Old Office)

2 East 42nd Street, New York, NY 10017 (current headquarters)

Investigator: Emelina Garcia

Date: 04/18/2016

On 03/19/2015, LSI Garcia visited 42nd Street and 7th Avenue to interview employees of the Tour Bus sightseeing company, Go New York. There are many Tour companies operating in the area but Go New York employees wear neon green winter jackets with the company logo, black pants and beanie hats with the company logo. LSI was successful in interviewing six employees, other employees approached by LSI did not want to speak at the moment because they feared that a supervisor would see them speaking to LSI. LSI gave out her business card and stated that they could give a call when they could and we would be able to take their interview over the phone. Employees stated that they were ticket agents and their primary objective was to sell tour bus packages that go to different areas of Manhattan and Brooklyn. They stated that they are not paid an hourly rate but are paid a commission based on the total amount of sales during the day. They stated that if they did not sell any packages, they do not receive any money. Most employees also stated that if they lose a credit card slip or if the slip is not signed, their employer takes the amount of the sale from their wages.

LSI Garcia then proceeded to walk to the business office located at 218 West 37th Street for an initial inspection of Go New York. At business offices I met owner Asen Kostadinov. LSI Garcia identified herself and stated that we had received complaints from former employees who indicated that they had not been paid their overtime at the correct rate and two other employees also stated that they had not been paid their wages. LSI was led to Mr. K's office where marketing director Evan Salz was also present.  Mr. Kostadinov stated that Go New York is a tour bus business that caters to tourists who want to see New York City from a double Decker buses. LSI Garcia proceeded to ask him question from LS 129 form but Mr. Kostadinov requested to have his attorney on the phone while LSI asked him any further questions.

Business attorney is Kevin Doherty. Mr. Doherty informed LSI that his client had been investigated previously by the NYS DOL and by US DOL.  LSI informed Mr. Doherty that we had

received further claims stating that overtime is not being paid at the correct rate and that employees Anderson Lavoc and Thelmo Cardones had not been paid their wages. Mr. Doherty stated that his client is paying his employees based on the law and that he will provide proof of payroll records via email to corroborate that his client is compliant with the law. LSI informed Mr. Doherty and Mr. Kostadinov that unpaid wages must be paid within one week and if they have evidence that the employees were paid their wages, they can submit the evidence within one week.

Mr. Kostadinov stated that he currently does not know how many employees he has on payroll since it fluctuates week by week. He stated that he has seasonal employees that only work during the summer months.

LSI issued a notice to revisit for 03/26/2015 and educated employer regarding the retaliation law. As we exited the premises, Mr. Kostadinov showed LSI Garcia the minimum wage poster and LSI noted that the poster was outdate, LSI gave Mr. Kostadinov a copy that she had on hand to post. Please note that location of the posters for workers comp, minimum wage and UI certificate was within the interior office and was not accessible for employees to view them.

On 4/10/13, Senior LSI Lety Escobar and LSI Emelina Garcia made a scheduled records inspection visit to Greenwald Doherty, attorney for GO New York. At office location, we were informed by receptionist that attorney Ilan Weiser was currently in the New Jersey office and would not be returning. Receptionist contacted Mr. Weiser and we were led to a private office so that we could speak to him.

Mr. Weiser stated that he was not ready for the inspection because based on his telephone conversation with Supervisor Bautista he would provide records at the compliance conference. Prior to the inspection, LSI Garcia had a conversation with Supervisor Bautista and she had informed LSI that the audit period would be for the entire three years, that Mr. Weiser was looking into the suspensions and that records would be provided during our inspection on 04/10/15.

Mr. Weiser persisted in stating that he had until the compliance conference to submit records. Since Mr. Weiser was not relenting on the timeframe as to when to submit records, LSI Garcia telephoned Supervisor Bautista and consequently informed her of Mr. Weiser's position. Supervisor Bautista informed Mr. Weiser that he was not to wait until the compliance conference to submit records and that we would grant him an additional week to submit records.

Furthermore, we also addressed the alleged suspensions with Mr. Weiser. He stated that his client had not suspended any employees. We will investigate further as to how many employees were suspended.

We also addressed the uniform deduction. Mr. Weiser explained that he was aware that his client would take $50.00 as a deposit to cover for the uniform that all employees wear. Please note that we instructed Mr. Weiser to stop the practice of retaining $50.00 from employees wages for the uniforms that all employees wear in order to be employed by GO New York Tours and to give back any money taken from employees prior to the start of our investigation. Mr. Weiser had no comment and no reply to our instructions.

Mr. Weiser stated that during our next inspection we would be provided with Timesheets, corresponding payroll ledgers. Please note that we also requested for the company policy and Mr. Weiser stated that he would not provide it.  We rescheduled records inspection visit for April 17, 2015 at 10:00 AM.

Senior LSI Escudero and LSI Garcia made a second records inspection visit to Attorney Ilan Weiser's office located at 630 Third Avenue, 15th Floor New York, NY 10017. Mr. Weiser provided a folder with handwritten timesheets for employees under the category of Drivers, Mechanics and tour guides. He also turned over spreadsheets that were separated into the above mentioned categories. The spreadsheets did not indicate a week ending date but Mr. Weiser stated that they covered a one year period of February 2014 to March 2015 and that his client would forward more documents via email. Corresponding Timesheets were not provided for the spreadsheets.

Inspection of records indicated that employees are not paid overtime hours at the applicable overtime rate. Although he did not acknowledge it, Mr. Weiser did state that it is clear from the records that there are issues regarding how his client maintains records.

Please note that no records were submitted for the employees under the category of ticket agents. When we inquired as to why no records were submitted for ticket agents, Mr. Weiser stated that ticket agents make their own hours and it is hard for his client to keep track of their hours. We noted that in the Go New York employee manual that Mr. Weiser submitted there was a section regarding ticket agents having to punch in and out. Mr. Weiser stated that he will try to obtain the timesheets from his client and provide via email.  No commission slips were provided for ticket agents, however prior to our visit, GO NY employee Georgette West had provided a commission slip where she had pointed out the inconsistencies with regards to final payment. LSI Garcia redacted Ms. West's name and provided a copy to Mr. Weiser for further explanation but he had no answer as to how the commission was calculated .He stated that he would follow up with his client as to the methodology of payment behind the commissions. We also stated that all of the ticket agents that we have interviewed thus far have indicated that they have the same issues concerning the payment of their wages and that there are weeks in which they do not make any sales and go home without any money earned. Senior LSI and LSI

Garcia discussed the legality of the ticket agents being titled "Exempt outside Salespersons" we will discuss this subject further with Supervisor Bautista and AD Lamboy.

We also brought up the policy of having an employee pay for their uniform. Mr. Weiser stated that the cost of the uniform is returned to the employee once they leave employment. He did not see anything wrong with this policy but we educated as to NYS Labor Law Article 6 §193.1 which states that an employer must not deduct money from an employee's wages to cover charges not permitted by law. We stated that this practice must end and all employees who have paid for their uniforms they must be given their money back.

On June 25, 2015, LSI Garcia forwarded letters to all employees that had their address listed on paystubs. We received response letters and used the letters to determine underpayments for EE. Please see computation narrative and response letters for detailed explanation for all EE's that we calculated for.

On 12/22/2016, Labor Standards counsel Rebecca Nathanson and LSI Garcia participated in a deposition for ER Asen Kostadinov. During deposition, ER maintained that ticket agents were not employees. He considered them outside sales persons. We explained that ticket agents were not outside salespersons, we asked that he enter into compliance and maintain time records for all employees including ticket agents. He did not provide commission slips, time records, or evidence of payment for ticket agents. (Please see deposition pages 34-58). Therefore we calculated for all Ticket Agents, using an average hours worked (46.5) and average salary paid ($287.68), this average was taken from Ticket agents who provided information via their interview, documents submitted.

During deposition, we once again requested for all ticket agent commission slips, time records and payroll ledgers to be submitted.

On 02/19/2016, Attorney Ilan Weiser provided an answer via letter. In his letter, he stated that "their position has not changed in that all Go NY tour ticket agents are exempt outside salespersons and/or retail sales employees." As far as to the commission slips, he stated that the commissions were provided via excel spreadsheet and that slips that were identified during the deposition and entered as exhibit 2 in the deposition transcript "are in the process of locating additional documents concerning commissions for any time period not previously provided." Please note that the spreadsheets are being used as a medium of compliance for all records requested. These spreadsheets do not indicate hours worked, rate of pay, commission percentage or evidence of payment.

Based on decision by ER and his counsel, we calculated underpayments using employee interview and the average amount worked and earned by ticket agents.

Please see computation narrative for a detailed explanation for all employees we were successful in calculating minimum wage/ overtime underpayments, unpaid wages, supplemental wages.

Violations issued:

| | |
|---|---|
| § 661 Keep and have available for inspection a true and accurate record for each employee, showing daily and weekly hours worked, gross wages, deductions, any allowances claimed and net wages, and all other records required under the Minimum Wage Order for this industry found in NYS Codes, Rules and Regulations Title 12, Parts 137, 138, 141, 142, 143 or 146. | Article 19 - Minimum Wage Act and Minimum Wage Orders |
| Part 142-2.7 Furnish to each employee a statement with every payment of wages, listing hours worked, rates paid, gross wages, any allowances claimed, deductions and net wages (Miscellaneous Industries and Occupations). | Article 19 - Minimum Wage Act and Minimum Wage Orders |
| § 162 Allow employees prescribed meal periods. | Article 5 - Hours of Labor |
| § 193.1 Discontinue deducting money from your employee's wages to cover charges not permitted by law. | Article 6 - Payment of Wages |

FL-16-0854   000060



GREENWALD LLP

DOHERTY
ATTORNEYS AT LAW

30 Ramland Road  Suite 201
Orangeburg, New York 10962
Tel: 845 589 9300
Fax: 845 638 2707

February 19, 2016

**Via E-Mail (rebecca.nathanson@labor.ny.gov)**
Rebecca Nathanson, Counsel to Labor Standards
New York State Department of Labor
75 Varick Street, 7th Floor
New York, NY 10013

Re: **LS202014007786 vs. Go NY Tours, Inc.**

Dear Ms. Nathanson:

As you know, our office represents Go New York Tours, Inc. ("Go NY Tours"). We are in receipt of your email, dated February 8, 2016, requesting ten (10) separate additional items. This request is seemingly a follow-up to the deposition of Asen Kostadinov held earlier this winter. Go NY Tours has and will continue to provide all relevant documentation requested by the DOL as it pertains to this investigation. However, your recent request is troublesome in certain respects.

For one, the items referred to in your email are extremely vague, and Go NY Tours is unable to adequately respond to the requests without the appropriate context in which to place those items. Perhaps the DOL could provide us with a transcript of Mr. Kostadinov's deposition so that Go NY Tours can better respond to your latest demand.

Second, and most importantly, your latest demand appears to request many items already provided to the DOL since the outset of this investigation. Go NY Tours, and ASK Transit Corp. d/b/a Bike Rental Central Park ("ASK"), also owned by Mr. Kostadinov, are both currently being investigated by the DOL in several, separate matters. As you know, Go NY Tours has already provided thousands upon thousands of pages of relevant documentation on at least seven (7) separate occasions: April 17, 2015; May 12, 2015; May 26, 2015; May 28, 2015; June 26, 2015; July 31, 2015; and August 18, 2015. It is our position that most, if not all of the items you have requested in your latest email have already been produced to the DOL. We will address each of those items, separately, below:

February 19, 2016
Page 2

### 1. Ticket agent logs

The DOL is referred to our letter, dated May 12, 2015, and the accompanying documents provided to you on that date. As is indicated therein, your colleagues were provided a copy of the Go NY Tours 'Outside Salesperson Policy and Procedure Handbook' on April 17, 2015, at my office. As contained in that policy, Go NY Tours ticket agents are classified as outside salespersons (or alternatively retail sales employees) and thus exempt from overtime under state law. Go NY Tours ticket agents, which may number in the hundreds in any given year, work a variable number of hours per week. Ticket agents come and go as they please, and are free to work anywhere and anytime and at their discretion. Ticket Agents do not clock in and out with Go NY Tours, but rather sign out there ticket printing machine each day they decide to work.

Our position has not changed in that all Go NY Tours ticket agents are exempt outside salespersons and/or retail sales employees. Nevertheless, Go NY Tours maintained time and pay records concerning their employment. That information was provided to you in the form of a spreadsheet on August 18, 2015. That spreadsheet, which encompasses the time period January 2014 through July 31, 2015, lists each ticket agent's sign in/out times for their respective ticket machines, as well as each agent's sales and commissions earned on each day they worked within that time frame.

Go NY Tours does not understand what additional documentation the DOL is seeking.

### 2. Print out of computer record for commissions

As described in the preceding section, please refer to the 'Ticket Agent Commission Spreadsheet, Jan. 2014 – July 31, 2015.' As was explained to the DOL in our letter, dated August 18, 2015, which accompanied that spreadsheet:

> "...due to the extremely large size of this file, the spreadsheet is being provided to you only on the above-referenced CD-ROM. We recommend zooming in to at least 400% to view the document."

As such, we are unable to provide you with a print out as the document is only in electronic form. We apologize for any inconvenience.

### 3. Commission slip/cash out forms

Many of the Go NY Tours' records detailing commissions earned and subsequently paid to ticket agents, or other Go NY Tours employees receiving commissions, have already been provided to you. To the extent the information sought by the DOL is not contained in the 'Ticket

February 19, 2016
Page 3

Agent Commission Spreadsheet, Jan. 2014 – July 31, 2015' previously referenced, or the payroll records previously provided to you, the DOL is referred to the Excel spreadsheets provided to you on May 12, 2015. Those spreadsheets concern all Go NY Tours employees for 2014 and 2015, and contain information such as gross pay, net pay, applicable deductions, and each employee's job title. Also provided to you on July 31, 2015 were cleared checks for all Go NY Tours employees through June 2015, which supplement the copies of checks issued to Go NY Tours employees from August 2012 through July 2013, of which were provided to your office on April 17, 2015, and additional copies of checks for Go NY Tours employees from October 2012 through February 2015, provided to the DOL with our May 12, 2015 production. As was previously disclosed to you, Go NY Tours began to pay its employees strictly by check beginning in or about October 2014. Before then, some employees, at their request, were paid wholly or partially in cash.

As for "commission slips," the DOL is referred to our letter, dated April 27, 2015. In that letter, we describe how a copy of a commission slip was given to us during our meeting with the DOL on April 17, 2015. The DOL requested an explanation as to why the unnamed complainant was paid a certain amount; our explanation is contained in our letter. Go NY Tours is in the process of locating additional documents concerning commissions for any time period not previously provided to you, and will provide such information shortly.

### 4. Updated Employee Manual

As is explained above, the DOL was provided with the Go NY Tours 'Outside Salesperson Policy and Procedure Handbook' at our meeting on April 17, 2015, and again on May 12, 2015. Moreover, the policies in that handbook were elaborated on in our letter to the DOL, dated May 12, 2015, and at Mr. Kostadinov's deposition. That version of the Go NY Tours 'Outside Salesperson Policy and Procedure Handbook' is the most up-to-date version of those policies. Also attached here for your reference are the following Go NY Tours policies:

- Driver Rules and Policies;
- Employee Benefits;
- Field Warehouse and Office Employees Policy and Procedure Handbook;
- Garage Employee Clock in and Clock out Policy;
- Go NY Tours Policy and Safety Manual;
- Go NY Tours Policy on Hand-held Communications and Devices;
- Go NY Tours Sexual Harassment Policy;
- Tour Guide Rules and Policies;
- Tour Guide Trip Advisor Policy for July 3, 2014 – August 3, 2014; and
- Tour Guide Trip Advisor Policy for September 19, 2014 – October 19, 2014.

February 19, 2016
Page 4

No other employee policies have since been updated.

## 5. Digital copies of bike rental commissions

This request proves the DOL is not coordinating with other investigators within the Department who are overseeing separate investigations of Go NY Tours, as well as those investigations of Mr. Kostadinov's other company, ASK. An Excel spreadsheet listing all cash payments to ASK vendors for bike rentals was provided on November 25, 2015 to Investigator FangYu Ding, in connection with Case No. LS01 2015005291. As was explained to Investigator Ding in a follow-up letter, dated December 9, 2015, the individuals identified in that spreadsheet were never employed by ASK. Those individuals knew that ASK would pay them a percentage of the fees paid by a customer they personally referred to ASK. ASK had no official relationship with any of those vendors. This payment structure is common practice amongst the many bike rental shops operating in midtown Manhattan. Those vendors were referring customers to ASK at the same time they were referring customers to ASK's many competitors in the surrounding area. The vendors owed no duty of loyalty to ASK, and ASK did not expect it in return. The vendors were never required to report to work on a specific date, and were in fact never required to report at all. ASK never provided those vendors with a uniform or company documents. As the vendor list shows, many of the individuals listed only referred customers to ASK on one single occasion, while others did so more frequently, albeit inconsistently, and on a date and time of the vendor's choosing. In short, these were just individuals who knew they could pick up extra money from referral fees they would get from the various bike rental businesses in Manhattan.

Should the DOL require an extra copy of the aforementioned spreadsheet, Go NY Tours will produce it for inspection, again.

## 6. Uniform records/deposit records

The DOL is referred to our email to you, dated May 26, 2015:

*Request No. 3 of the subpoena seeks records for all payments made by employees and outside salespersons to Go NY Tours for company uniforms. I specifically discussed this issue at my meeting with Investigators Escuedro and Garcia on April 17, 2015. Upon information and belief, Go NY Tours had been requiring new employees to put down a small deposit upon hire for a company uniform, which was always returned in full upon termination of employment. The Investigators were clear in saying that no complaints were lodged alleging that the deposit was not being returned upon termination. Rather, the DOL wanted Go NY Tours to revise that alleged policy, and return the deposit to any current employees who put down a deposit when*

FL-16-0854  000064

February 19, 2016
Page 5

*hired. Upon information and belief, all current employees who paid a uniform deposit have had that deposit returned to them. Also, no new Go NY Tours employees hired after April 17, 2015 have not been required to pay a deposit for their company uniform.*

We are aware that your response to that email, dated May 27, 2015, reiterated your request for documents pertaining to uniform deposits. As stated to you, and repeated above for your clarification, all deposits paid by current employees have been returned to them, to the extent they were hired prior to April 17, 2015. Please note that this issue concerns ticket agents only. Go NY Tours is in the process of locating additional documentation concerning this issue, and to the extent it can, will provide it to you shortly.

### 7. Complete contact information for all current and former employees including ticket agents

This information is spread out among the many pages of documents previously provided to you. Unfortunately, Go NY Tours does not maintain a centralized list of all current and/or past employees. However, much, if not all of the information you are requesting specific to this demand are listed in the time and pay records produced, including the spreadsheets which contain much of the same information. In addition, please refer to the numerous examples of correspondence and company documentation sent to you which speak to employee classification, job titles, pay structure, and employee identifying information, specifically those documents sent to you on August 18, 2015.

Go NY Tours sincerely apologizes that its company records are not in the format preferred by the DOL. However, all identifying information in its possession has been produced.

### 8. All deduction receipts

This request is duplicative of the information previously provided by Go NY Tours. All applicable deductions are indicated on each employee's weekly paystubs. Those deductions are also listed on the employee spreadsheets previously provided to the DOL.

### 9. Time records for all employees when punch clock was first started to be used

The DOL is referred to our letter, dated May 12, 2015. In that letter, the DOL was informed that beginning in or around October 2014, all non-exempt Go NY employees (tour guides, drivers, garage employees, administrative staff) were required to punch in/out each day on the finger-print system located in each of their respective job locations. Time records pertaining to the prior time period (i.e., 2012, 2013, and pre-October 2014) were provided to the DOL previously. Time records pertaining to the period during which the time clock was

February 19, 2016
Page 6

installed were produced to you thereafter, with the majority enclosed with our productions on April 17, 2015, May 12, 2015 and July 31, 2015. Please also refer to time entries contained in the several Excel spreadsheets previously provided to you, which are organized by week, as well as the pay records provided to you, for clarification.

Please identify any purported gaps, or missing records, previously not disclosed by Go NY Tours. Once the DOL does that, we will assist you in locating any potential time records you believe you are missing.

## 10. Written warnings/discipline records, for Mr. Jhefferson Candelario, throughout his employment.

All documents pertaining to Mr. Candelario's employment have already been provided to you, with the majority of those time and pay records enclosed with our production on April 17, 2015, and again on June 26, 2015. Go NY Tours does not believe they are in possession of any further documentation pertaining to Mr. Candelario's employment, including those that may pertain to warnings/discipline.

*****

Go NY Tours wants nothing more than to resolve the several pending investigations being handled by the DOL. As is explained in detail above, the DOL has issued duplicative requests for certain documents which has cost our client time and increased legal fees. We disagree with the DOL's position that Go NY Tours has simply performed a "data dump" on the DOL. To the contrary, Go NY Tours has spent much effort and taken on increased costs to deliver the documents requested by the DOL in the format requested, or as close to it as possible.

Also, a number of the claimants implicated in this investigation have brought private lawsuits against Go NY Tours. You were advised in our letter, dated May 12, 2015, that certain employees should not be implicated in these investigations, and your resulting damage calculations, as their claims have been fully resolved. Moreover, a former Go NY Tours employee, Victor Balderramo, has filed a federal lawsuit against Go NY Tours and has already filed his motion seeking to certify a collective class pursuant to 29 U.S.C. § 216(b). See *Victor H. Alvarado Balderramo, individually and on behalf of himself and all other persons similarly situated v. Go New York Tours Inc., and Asen Kostadinov, jointly and severally, 15-cv-02326 (S.D.N.Y. 2015)(ER)*. Should the court certify the collective class, counsel to plaintiffs will seek to recoup all the damages sought by the DOL in this specific and the other related investigations. You had previously mentioned to Kevin Doherty that you may choose to intervene with plaintiffs' counsel should they seek class or collective certification in a private action, to avoid

February 19, 2016
Page 7

your investigation from potentially becoming moot.  We are informing you of the now pending
action, so you can determine how you wish to proceed.

    We are anticipating your response.

                Respectfully,

                Ilan Weiser
                Counsel to Respondent Employer

cc:  Emelina Garcia (Emelina.Garcia2@labor.ny.gov)

# Computation Narrative

**Establishment: Go NY**

**Type: Miscellaneous**

**Address: Investigator: Emelina Garcia**

**Date: 04/18/2016**

The following employees were computed for using wage statements maintained by ER, however information taken during initial visit interviews was used because employees indicated that they worked more hours than what was recorded on wage statements. ER submitted handwritten time sheets, these sheets do not indicate time in or out, rather they indicate a schedule, where EE's indicated that the hours were correct we used them, when not correct we used information provided by each EE. Please note that ER has acknowledged that he did not maintain electronic time records:

**Supervisors:**

**Henri Scott**

- Occupation: Supervisor
- Rate: $488.00 per week
- Length of employment: March 19, 2014 to present
- Time off: No vacations.
- Lunch/Meals: No meals, he eats on the run
- Uniforms: EE indicated he has not paid for his uniform
- Tips: No tips
- Total underpayment: **$2,652.81 ($2,122.25 in MW/OT, $530.56 in LD's)**

**Larry Ashby-**
- Occupation: Driver then promoted to Supervisor
- Rate: $12-13 as a Driver (2012-2013), as a supervisor (2014-2015)
- Length of employment: July 12, 2012 to May 22, 2015. However our audit ends in March.
- Time off: No vacations.
- Lunch/Meals: No meals, he ate in the bus while he was at rest stop.
- Uniforms: $80.00 (4 shirts @ $20.00 a piece), $120.00 (2 jackets)

- Tips: No tips
- Total underpayment: $29,481.56 ($23,585.25 in underpayments, $5,896.31 in liquidated damages)

**John Reed:**
- Occupation: Supervisor
- Rate: $492.00 per week
- Length of employment: February 2013 to present
- Time off: one vacations in November 2014
- Hours: 9:00 Am to 5: 30 PM Friday to Tuesday, summer months (May to October) 9:00 AM to 7:00 PM
- Day Off: Wednesday and Thursday
- Lunch/Meals: No meals, he eats on the run
- Uniforms: $50.00 for uniform
- Tips: No tips
- Total underpayment: $4,012.50 ($3,160.00 in MW/OT, $50.00 in unlawful deductions, $802.50 in liquidated damages)

<u>Drivers:</u>

**Victor Chavez (LSI attempted call to verify response letter but EE's Phone # is disconnected):**
- Occupation: Driver
- Rate: $12.00 ( April 2013-June 2013) $13.00 (June 2013 to September 2013) $15.00 (September 2013) $12.00 to end of employment
- Length of employment: April 2013 to October 2013
- Time off:
- Lunch/Meals: No meals, he ate in the bus while he was at rest stop.
- Tips: $65.00 per week. No tip allowance, EE is paid above state minimum wage.
- Total underpayment: $3,851.25 ($3,081.00 in MW/OT underpayment, $770.25 in liquidated damages)

**Toriano Brown (LSI Garcia spoke to EE on 2/11/16 to verify response letter):**

- Occupation: Bus Operator
- Rate: $12.00 (September012-April 2013) $13.00 (April 2013-August 2013)
- Length of employment: September 2012 to August 2013
- Hours: EE indicated he worked a range of 6:00 AM to 6:00 PM or 7:00 AM to 8:00 PM, we used average of 11 hours worked when no hours were documented in handwritten sheets.
- Time off: none
- Lunch/Meals: No meals, he ate while driving.
- Uniforms: EE indicates that he paid approximately $100.00 for his uniform
- Tips: No tips
- Total underpayment: $17,192.50 ($13,654.00 in MW/OT, $100.00 in unlawful deductions, $3,438.50 in liquidated damages)

**Jean Mortise:**

- Occupation: Driver
- Rate: $12.00 (January 5, 2013 to June 6, 2013)
- Length of employment: January 5, 2013 to June 6, 2013
- Hours: EE indicated he worked from 8:00 Am to 8:00 Pm, Friday was his day off.
- Time off: none
- Lunch/Meals: No meals break.
- Uniforms: $48.00 (4 shirts @ $12.00 per shirt) $48.00 (2 Pants @ $24.00 per pant)
- Tips: $10.00 per day
- Total underpayment:$12,802.50 ($10,242.00 in MW/OT,$96.00 in unlawful deductions, $2,560.50 in liquidated damages)

**Delia Ortiz:**

- Occupation: Driver
- Rate: $12.00
- Length of employment: June 2012 to July 2013
- Hours: EE indicated he worked from 8:00 Am to 8:00 Pm, Friday was his day off.
- Time off: none
- Lunch/Meals: No meals break.
- Uniforms: EE indicates he was not charged for uniform.
- Tips: N/A
- Total underpayment: $2,060.94 ($1,648.75 in MW/OT, $412.19in liquidated damages)

**William Stewart (LSI Garcia spoke with EE on 2/11/16 to verify information on response letter):**

- Occupation: Driver
- Rate: $12.00 (March 2013- June 2013) $13.00 (June 2013- September 2013) $12.00 (September 2013- March 2014)
- Length of employment: March 2013 to March 2014
- Hours: EE indicated he worked from 7:00 Am to 5:00 Pm Monday-Sunday with Wed/Thurs-day off.
- Time off: none
- Lunch/Meals: No meals break.
- Uniforms: EE indicates he was not charged for uniform.
- Tips: $120.00 weekly
- Total underpayment: **$12,883.38 ($10,306.70 in MW/OT, $2,576.68 in liquidated damages)**

**Angel Perez:**

- Occupation: Driver
- Rate: $15.00 ( February 2014- September 2014)
- Length of employment: February 2014- September 2014
- Hours: EE indicated he worked from 8:00 Am to 1:00 AM Monday-Sunday with Friday-day off.
- Time off: none
- Lunch/Meals: No meals break.
- Uniforms: EE indicates he was not charged for uniform.
- Tips: $5.00 per day
- Total underpayment: **$15,693.75 ($12,555.00 in MW/OT, $3,138.75 in liquidated damages)**

**Arthur Jenkins**

- Occupation: Driver
- Rate: $12.00 (June 2014- Present)
- Length of employment: June 2014- Present
- Hours: EE indicated he worked from 12:00 pm to 12:00 AM Wednesday- Sunday until 01/01/2015. After he worked 12:45 Pm to 5:00 Pm.
- Day off: Monday and Tuesday

15 CV 2326 (ER)
P341

- Time off: Thanksgiving, Christmas
- Lunch/Meals: No meals break.
- Uniforms: EE indicates he was not charged for uniform.
- Tips: $40.00 per week
- Total underpayment: $4,70.00 ($3,576.00 In MW/OT, $894.00 in liquidated damages)

**Rafael Sanchez:**

- Occupation: Driver
- Rate:$15.00(November 2013-March 2014) $832.00 (March 2014- March 2015)
- Length of employment: November 2013- present
- Hours: EE indicated he worked from 8:00 Am to 8:00 PM on Saturday, Sunday and Tuesday. 3:00 PM to 11:00 PM on Monday, Thursday and Friday with Wednesday-day off.
- Time off: 2 one week vacations and 2 sick days.
- Lunch/Meals: No meal break.
- Uniforms: EE indicates he was not charged for uniform.
- Tips: None
- Total underpayment: **$8,666.25 ($6,933.00 in MW/OT, $1,733.25 in liquidated damages)**

**Stanley Brown**

- Occupation: driver
- Rate: $12.00
- Length of employment: April 27, 2014- present
- Hours: EE indicated he worked from 1:45 PM to 11:00 PM on Monday and Friday, 1:30 PM to 8:00 PM Tuesday- Thursday. From June 2014 to August 2014 he worked from 2:30 PM to 11:30 PM.
- Day off: Saturday and Sunday (Tuesday & Wednesday- June to August 2014)
- Time off: 2 sick days in february.
- Lunch/Meals: No meal break.
- Uniforms: EE indicates he was not charged for uniform.
- Tips: $30.00 per day
- Total underpayment: **$525.00 ($420.00 in MW/OT, $105.00 in liquidated damages)**

**Wakey Robinson (Mr. Robinson visited our offices on 2/17/15 to be interviewed regarding his employment at GO NY; LSI Moreno assisted LSI Garcia in interviewing EE):**

- Occupation: driver
- Rate: $12.00
- Length of employment: October 2012- present
- Hours: EE indicated he worked from 6:00 AM to 8:00 PM Monday- Friday
- Day off: Saturday and Sunday
- Time off: none
- Lunch/Meals: No meal break.
- Uniforms: EE indicates he was charged for $20.00 for uniform shirt.
- Expenses: EE was made to reimburse ER $1,000.00 for damage made to bus.
- Tips: $30.00 per day
- Total underpayment: **$29,625.00 ($22,680.00 in MW/OT, $1,020.00 in unlawful deductions, $255.00 in liquidated damages)**

## Mechanics:

**Vladimir Zaminhkovsky (LSI Garcia attempted phone call to EE on 02/11/16 but phone number is disconnected):**

- Occupation: Mechanic
- Rate: $10.00 (August 2013 to July 2014) ER has submitted handwritten records that indicate that EE was paid an additional $300.00 in cash from weekending August 11- 2013 to September 15, 2013.
- Length of employment: August 09, 2013 to July 27, 2014
- Hours: EE indicated he worked from 8:00 PM to 12 PM and then returned at 8:00 AM and worked until 12:15 PM. EE worked Monday to Sunday.
- Time off: one day off a month. EE took 7 days off for vacation.
- Lunch/Meals: No meals break.
- Uniforms: EE indicates he had to pay for his uniform but did not indicate an amount.
- Tips: None
- Total underpayment:**$12,950.00 ($10,360.00 in MW/OT, $2,590.00 in liquidated damages)**

**Tour Guides:**

**Camelia Cassin (LSI Garcia spoke to EE on 02/11/16 to verify information on response letter):**

- Occupation: Tour Guide
- Rate: $13.00 (April 2013 to May 2013)
- Length of employment: April 2013 to May 2013
- Hours: EE indicated she worked from 9:00 AM to 6:00 PM, Monday thru Friday.
- Time off: None
- Lunch/Meals: No meals break.
- Uniforms: EE indicates she had to pay $40.00 for her uniform
- Tips: None
- Total underpayment: $234.38 ($147.50 in MW/OT, $40.00 in unlawful deductions, $46.88 in liquidated damages)

**Tehran McDonald (Original claimant):**

- Occupation: Tour Guide
- Rate: $525.00 (December 30,2012 to January 2014) $8.00 (02/24/14 to 04/06/2014) $10.00 (04/07/2014 to 11/23/2014)
- Length of employment: December 30, 2012 to November 23, 2014.
- Hours: EE indicated he worked from 8:30 AM to 7:00 PM, Monday thru Friday.
- Time off: None
- Lunch/Meals: No meals break.
- Uniforms: EE indicates he had to pay $50.00 for his uniform
- Tips: None
- Total underpayment:$7,556.25 ($5,995.00 in MW/OT, $50.00 in unlawful deductions, $1,511.25 in liquidated damages)

**Thelmo Cardones:**

- Occupation: Tour Guide
- Rate: $13.00 (June 7, 2014- September 10 2014)
- Length of employment: June 7, 2014- September 10 2014
- Hours: ER provided hours worked (please see main file for hours)
- Time off: None
- Lunch/Meals: No meals break.
- Uniforms: EE did not indicate that he had to pay for his uniform.
- Tips: None

- Total underpayment: $1,497.94 ($1,198.35 in MW/OT, $299.59 in liquidated damages)

## Ticket Agents

**Renee Pope (LSI spoke to Ms.Pope on 2/11/16 to discuss her response letter):**
- Occupation: Ticket Agent
- Rate: $90.00 for 12 hours
- Length of employment: February 2010 to January 23, 2014
- Hours: EE indicated he worked from 7:00 Am to 7:00 Pm, Monday- Sunday. Three times a month she would take off Wednesday and thursday
- Time off: 7 times a year for sickness or extreme weather
- Lunch/Meals: No meals break.
- Uniforms: EE indicated she was charged $50.00 for her uniform
- Tips: $30.00 - $75.00 per day
- Total underpayment: $15,958.13 ($12,716.50 in MW/OT, $50.00 in unlawful deductions, $3,191.63 in liquidated damages)

**Elizabeth Concepcion (LSI Garcia attempted phone call to EE but phone not in service on 2/11/16. EE received a phone call on 2/17/16, EE verified information given during initial interview):**
- Occupation: Ticket Agent
- Rate: $90.00 per day
- Length of employment: April 14, 2014 to present
- Hours: EE indicated she worked from 3:00 PM to 9:00 PM, Monday- Sunday. 8:00 Am to 11:00 PM during summer months.
- Day off: Wednesday
- Time off: None
- Lunch/Meals: 30 mins.
- Uniforms: EE indicated she was charged $110.00 for her uniform
- Tips: None
- Total underpayment: $6,997.50 ($5,448.00 in MW/OT, $110.00 in unlawful deduction, $$1,399.50 in liquidated damages)

Georgette West (EE provided commission slips for days that she was provided with them and receipts for deductions made (i.e uniform)

- Occupation: Ticket Agent
- Rate: $ 50.00 per day
- Length of employment: March 26, 2014 to present
- Hours: EE indicated she worked from 7:45 AM to 5:30 PM, Monday to Sunday
- Day off: none
- Time off: 4 days December 2014, has taken approximately six days off
- Lunch/Meals: none
- Uniforms: EE indicated she was charged $50.00 for her uniform
- Expenses: EE indicates she had to reimburse $90.00 for a lost credit card slip, **$15.00 in miscellaneous deductions (we have the receipts).**
- Tips: None
- Total underpayment: **$17,769.45 ($14,060.56 in MW/OT, $155.00 in unlawful deductions, $3,553.89 in liquidated damages)**

Ann White

- Occupation: Ticket Agent
- Rate: $ 28.00 per day
- Length of employment: April 18, 2014 to present
- Hours: EE indicated she worked from 7:30AM to 5:00 PM, Monday to Sunday
- Day off: Tuesday and Wednesday
- Time off: Thanksgiving and Christmas
- Lunch/Meals: none
- Uniforms: EE indicated she was charged $110.00 for her uniform. $50.00 for Shirt, pants and $60.00 for jacket
- Expenses: none
- Tips: None
- Total underpayment: **$15,829.93 ($12,553.94 in MW/OT, $110.00 in unlawful deductions, $3,165.99 in liquidated damages)**

**Jully Perez (LSI spoke to EE on 2/15/16 to verify information on interview sheet):**

- Occupation: Ticket Agent
- Rate: $ 250.00 per week
- Length of employment: September 2012 to present
- Hours: EE indicated he worked from 10:00 AM to 5:00 PM, Monday and Tuesday. From 9:00 AM to 5:00 Pm Wednesday- Saturday
- Day off: Sunday
- Time off: Thanksgiving, Christmas and New Years
- Lunch/Meals: none
- Uniforms: EE indicated he was charged $100.00 for her uniform. $50.00 for Shirt, pants and $50.00 for jacket
- Expenses: none
- Tips: None
- Total underpayment: **$15,573.13 ($12,358.50 in MW/OT, $100.00 in unlawful deductions, $3,114.63 in liquidated damages)**

**Tchagovni Adoyi:**

- Occupation: Ticket Agent
- Rate: $ 229.00 per week
- Length of employment: August 2013 to present
- Hours: EE indicated he works from 9:30 AM to 5:00 PM, Monday - Friday
- Day off: Saturday & Sunday
- Time off: None
- Lunch/Meals: none
- Uniforms: EE indicated he was charged $50.00 for uniform.
- Expenses: none
- Tips: None
- Total underpayment: **$5,527.38 I MW/OT, $50.00 in unlawful deductions, $1,394.35 in liquidated damages)**

**Kelvin  Green (LSI spoke to EE on 02/15/16 to verify information on interview sheet):**

- Occupation: Ticket Agent
- Rate: $350.00 per week during winter months, $600.00 during summer months
- Length of employment: March 2014 to December 2015. We only computed to end of audit - March 2015
- Hours: EE indicated he works from 7:00 AM to 9:00 PM, Monday - Friday

- Day off: Saturday & Sunday
- Time off: None
- Lunch/Meals: 30 mins
- Uniforms: EE indicated he was charged $50.00 for uniform but it was returned to him.
- Expenses: $158.00 in lost credit card slips.
- Tips: None
- Total underpayment: **$19,983.56 ( $15,828.85 in MW/OT, $158.00 in unlawful deductions, $3,996.71 in liquidated damages)**

**Osman Dillo (LSI Garcia telephoned EE on 2/15/16 to verify info on interview sheet but no answer, LSI computed based on interview info):**

- Occupation: Ticket Agent
- Rate: $30.00 per day
- Length of employment: June 2014 to present
- Hours: EE indicated he works from 9:00 AM to 3:00 PM, Monday - Friday
- Day off: Saturday & Sunday
- Time off: Christmas
- Lunch/Meals: 30 mins
- Uniforms: EE indicated he was not charged for his uniform
- Expenses: none
- Tips: None
- Total underpayment: **$4,730.63 ($3,784.50 in MW/OT, $946.13 in liquidated damages)**

**Saidou Lam (LSI Garcia telephoned EE on 2/15/16 to verify info on interview sheet but phone disconnected, LSI computed based on interview info):**

- Occupation: Ticket Agent
- Rate: $30.00 per day
- Length of employment: May 2014 to present
- Hours: EE indicated he works from 8:30 AM to 2:30 PM, Monday - Sunday
- Day off: None
- Time off: None
- Lunch/Meals: 30 mins
- Uniforms: EE indicated he was charged $60.00 for his uniform
- Expenses: none
- Tips: None

- Total underpayment: $7,807.81 ($6,186.25 in MW/OT, $60.00 in unlawful deductions, $1,561.56 in liquidated damages)

**Souleyman Diop**
**Lam (LSI Garcia telephoned EE on 2/15/16 to verify info on interview sheet but phone disconnected, LSI computed based on interview info):**
- Occupation: Ticket Agent
- Rate: $30.00 per day
- Length of employment: May 2014 to present
- Hours: EE indicated he works from 8:30 AM to 2:30 PM, Monday – Saturday. On Sunday he works from 8:30 PM to 6:30 PM
- Day off: None
- Time off: None
- Lunch/Meals: 30 mins
- Uniforms: EE indicated he was not charged for his uniform
- Expenses: none
- Tips: None
- Total underpayment: **$10,423.44 ($8,338.75 MW/OT, $2,084.69 in liquidated damages)**

**Moro Abdul Latif (original claimant)**
- Occupation: Ticket Agent
- Rate: $30.00 per day
- Length of employment: May 2014 to present
- Hours: EE indicated he works from 8:30 AM to 2:30 PM, Monday – Saturday. On Sunday he works from 8:30 PM to 6:30 PM
- Day off: None
- Time off: None
- Lunch/Meals: 30 mins
- Uniforms: EE indicated he was not charged for his uniform
- Expenses: none
- Tips: None
- Total underpayment: **$5,650.00 ($4,320.00 MW/OT, $50.00 in unlawful deductions, $150.00 in unpaid wages, $1,130.00 in liquidated damages)**

**Unpaid Wages Claimants:**
Da Lai Xue $306.71, $608.00 in wage supplements
Mark Levine $340.70
Fred Pflantzer $71.20, $3,284.41 in MW/OT

**Employee who we did not calculate for:**

**Hanna White-** Address invalid
**Yana Tymchuk-** LSI Garcia left a voicemail on 2/11/16 to obtain further information since response letter did not supply any hours worked.
**Innokenty Grekov-** Mr. Grekov indicated that he does not work any overtime hours and is paid above the state minimum wage.
**Jean Okeno-** Mr. Okeno refused to answer any further questions during interview.
**Lawrence Atkinson-** LSI Garcia left a voicemail on 2/17/16to discuss his response letter. EE does not submit amount of hours worked or an amount paid in weekly wages.
**Deborah Kops-** Response letter does not provide a phone number in which to call call. EE does not submit amount of hours worked or an amount paid in weekly wages.
**Guo Hong Li-** LSI Shirley Lee telephoned EE on 2/17/16 and he indicated the following: he Rarely worked OT, sometimes in the summer, around 45 hours. He received 1.5 times of the regular pay. OT rate is $24. He did not have to pay for his uniform. Any deductions made for any reason: yes, it happens 3 times. In 2014, 1 time and In 2015, 2 times. Mr. Li stated that company say hourly rate is $12, hourly bonus rate is $4. When he made no mistake on that week, he earned $16 per hour. However, when incident happened, company deducted the bonus. For instance, he stated that he earned $400+ on the week after deduction. Although, these were deductions, they were for bonus and a bonus is contingent on performance, we will not calculate for this.
**Edward Orefice-** LSI had a telephone conversation with EE on 02/17/16. EE stated that when he worked OT hours, he was paid 1.5 times his hourly rate of $10.00. He did not have to purchase his uniform. He has no complaint regarding his wages.

**Ticket Agents (No Records):**
The following employees have been identified as ticket agent employees. We received a spreadsheet that indicated an address and a net and gross amount paid to employee. However, these spreadsheets do not indicate a check number, hours worked, amount earned in commissions. We made the decision to not use the spreadsheets since we cannot verify that employees were paid amounts listed on the spreadsheet. We calculated using the average hours worked and average amount earned by ticket agents who provided information to NYSDOL. The average hours was 46.5 hours and average salary paid was $287.68 per week.

1. Aaron Nuñez
2. Abdallah Adams
3. Abdelali Elmajdouli
4. Abdoulaye Balla
5. Abdoulaye Barry
6. Abdoulaye Zidouemba
7. Abdourahaman Idrissou
8. Abdul AZIZ Yakubu
9. Abdul Bais Ahmed
10. Abdul Kadir
11. Abdullahi Mama
12. Abiodun Oyebisi
13. Ablam Nyaku
14. Abubakar Sekure
15. Ade Findley
16. Ademola Salami
17. Ajibola Agoro
18. Akpo Ate
19. Alexandra Paulino
20. Alhasan K Abubakari
21. Ali Abubakar
22. Ali B Musa
23. Ali Zaiyad Ally
24. Aliko Kouassi
25. Alison Martin
26. Alseye Diongue
27. Amadou Diallo
28. Amadou Idrissou
29. Amadou Wankoye
30. Amin Muhammad
31. Andre Gordon
32. Andrew Wong
33. Angel Storer
34. Annette White
35. Ansah Owusu
36. Anthony Aspuru
37. Anthony Mclendon
38. Anzhelika Lysenko
39. Appiah Frank

FL-16-0854   000081

40. ARAHMAN Bashiru
41. Arthur Jenkins
42. Asmao Bagayoko
43. Assane Diop
44. Augustin Folly
45. Aziz Bello Giwah
46. Azizou Salami
47. Babacar Ndiaye
48. Babaloa Bodunrin
49. Bain Wilhem
50. Barry Alfusainey
51. Basil Dacres
52. Bassiro Balde
53. Bazo Kone
54. Benjamin Jantica
55. Billy Nouenkeu
56. Bousso Modou
57. Bruce Dukes
58. Bryan Welch
59. Carlos Vidal
60. Carroll Jose
61. Chalas Gilverto
62. Chantou Benoit
63. Charles Demonah
64. Cheikh Diaw
65. Chiekh T Seck
66. Conde Chieck
67. Connel Tyrone Henderson
68. Craig Charles
69. Craig Gaymon
70. Danbaki Shaihan
71. Daniel Diaz
72. Daniel Golden
73. Daniel Kaminsky
74. Danilo Hidalgo
75. Danilo Valencia
76. Danny Montalvo
77. Danny Wright
78. Daouda Bonkoungou
79. Darnell Townsend
80. Darwin German

FL-16-0854   000082

81. Dasha Tanikov
82. David Cass
83. David Ujah
84. Dawoukoukoulou Panisso
85. Delion Badenock
86. Dennis Anakum
87. Diallo Amadou
88. Diallo Mamadou
89. Diallo Ousmane
90. Diaw Daouda
91. Diop Saliou
92. Doran Miller Rose
93. Dwayne Noel
94. Edem Adugu
95. Eduard Baran
96. Edward Singleton
97. El Houssain Ait Tazart
98. Elhadji Niang
99. Elkamel Elboussati
100. Elliot Crown
101. Emanuel Hoffer
102. Emmanuel Guzman
103. Eric Jimmerson
104. Ernest Brown
105. Eustance Hafianyo
106. Evan Salz
107. Evangeline Halatsis
108. Faith Oveh
109. Fallou Diop
110. Farid Ettakaoury
111. Farouk Aziz
112. Fateema Halilu Adamu
113. Felix Pache
114. Floyd Freeze
115. Frederick Nyamekeh
116. Gab Soo Jin
117. Gabriel Thorne
118. Gary Nelson
119. George Ukazu
120. Georges Omega
121. Geovanni Rodriguez

| | |
|---|---|
| 122. | Gervais Djomadji |
| 123. | Gooneshw Mahadeo |
| 124. | Goumbo Faye |
| 125. | Gregory Gray |
| 126. | Guillermo Rodriguez |
| 127. | Guo Hong Li |
| 128. | Hafiz Mohammed |
| 129. | Halima Amboson |
| 130. | Hamza Mohammed |
| 131. | Hanif Zaid |
| 132. | Hendricks Jackie |
| 133. | Henri Scott |
| 134. | Henry Awotwi |
| 135. | Henry Fernandez |
| 136. | Howard Feller |
| 137. | Hubert Stewart |
| 138. | Hyacinthe Sambou |
| 139. | Ibrahim Drame |
| 140. | Idriss Umar Kuta |
| 141. | Ilham Salbat |
| 142. | Ismaila Abdulahi |
| 143. | Issaka Arif Mamah |
| 144. | Issaka Minoung |
| 145. | Issouf Traore |
| 146. | Jacqueline Kabore |
| 147. | Jallah Mohammed |
| 148. | James Appiah |
| 149. | Jan Latus |
| 150. | Jarh Wreh |
| 151. | Jean Kangang |
| 152. | Jean Pierre Keroley |
| 153. | Jean Robert Mercier |
| 154. | Jeffrey A Sapyta |
| 155. | Jerry Roman |
| 156. | John Ahamba |
| 157. | Jonathan Caba |
| 158. | Jose Rios |
| 159. | Joseph Klu |
| 160. | Joshua Robinson |
| 161. | Joshua Tonvi |
| 162. | Juan Ferreras |

FL-16-0854   000084

163. Juan Morel
164. Julien Mellon
165. Kada Animba Hemna
166. Karimou Ibidakpo
167. Kasinauth Jagdeo
168. Kazeem Rahman
169. Keith Rob Burton
170. Kelani Babatunde
171. Kelvin Green
172. Ken Dike
173. Kenneth Imonim
174. Kienou Ousseni
175. Kimball Hinton
176. Kokou Tougnon
177. Kossivi Tonow
178. Kyle Robinson
179. Lam Saidou
180. Lamar Holliday
181. Lawrence Rockwood
182. Leanne Staples
183. Lisa Ann Harris
184. Louis Williams
185. Lubumi Akanle
186. Luiz Velazquez
187. Lynne Kalustian
188. Mabel Mattia
189. Macalou Gumba
190. Magdy Abdelgowad
191. Malik Suleman
192. Mamadou Nimaga
193. Maria Arroyo
194. Marilyn Horan
195. Mark Asare
196. Mark Gilman
197. Martha Hernandez
198. Max Mecklenburg
199. Michael J Killings
200. Michael Molina
201. Michael Spence
202. Mohamed Keita
203. Mohammed Abdul

| | |
|---|---|
| 204. | Mohammed Badrul |
| 205. | Mohammed Faisal |
| 206. | Mohammed Marwanu |
| 207. | Mohammed Mumuni |
| 208. | Mohammed Nurudeen |
| 209. | Mohammed Takiyudin |
| 210. | Mohammod Abubakar |
| 211. | Moro Omar |
| 212. | Mouhanma YaYa |
| 213. | Moussa Souare |
| 214. | Moussa Diop |
| 215. | Moussa Ide |
| 216. | Moussa S Ousseini |
| 217. | Mubarek Tawfiq |
| 218. | Muda Mohammed |
| 219. | Muhiz Abdul |
| 220. | Mushin Abdul Iddris |
| 221. | Nadeem Shahabude |
| 222. | Nassah Herve |
| 223. | Nayarit Delgado |
| 224. | Nayo Edem |
| 225. | Nazir Mohammed |
| 226. | Ndiaye Bassirou |
| 227. | Ngom Sapir |
| 228. | Nicholas Ekpeti |
| 229. | Nicole Santiago |
| 230. | Nicusor Zaharia |
| 231. | Nigel Pineda |
| 232. | Obas Ennold |
| 233. | Oinkunkie Omodumbi |
| 234. | Olakunle Omodunbi |
| 235. | Oliver Nnadi |
| 236. | Oluwaseun Emovon |
| 237. | Omar Diaz |
| 238. | Omar Telly Diallo |
| 239. | Omesh Satdeo |
| 240. | Oumar Traore |
| 241. | Oumer Persaud |
| 242. | Patrice Djomo |
| 243. | Patrick Henry |
| 244. | Patrick Maliela |

245. Patrick Tinho
246. Paul Amadis
247. Pellici Mark
248. Peter Kramer
249. Philip Louis
250. Prince Atta-Badoo
251. Prosper W Noapayo
252. Rafael Sanchez
253. Rafael Urena
254. Rajendra Phagooran
255. Ramesh Hans
256. Rasheeda Suber
257. Rashid Kabore
258. Rexford Apenteng Ofosu
259. Robert Anderson
260. Robert Burns
261. Robert Hayward
262. Robinson Valdez
263. Rollando Tirado
264. Ronald Moore
265. Rostislav Veretnov
266. Ryan Council
267. Sackey Prince J
268. Saidu Abubakar
269. Saint Fort Jean Wilky
270. Sakibou Affo
271. Salahu Mohammed
272. Salbat Ilham
273. SAMBA TOURE
274. Samuel O Nti
275. Sanon Monel
276. Serigne Amar
277. Shameka Barley
278. Shamsu Abubakar
279. Sheldon Hampton
280. Sherry Jenkins
281. Shurine Byron
282. Sidi Ahmed Amraoui
283. Sidiki Coulibaly
284. Sileye Dia
285. Silvia Durango

FL-16-0854   000087

| | |
|---|---|
| 286. | Simplice Woguia Kamwa |
| 287. | Sonia Santana |
| 288. | Stanley Pilchman |
| 289. | Starr Moore |
| 290. | Steven Snitofsky |
| 291. | Stivahr Ashley |
| 292. | Taaha Ahmed |
| 293. | Talla Sarr |
| 294. | Tarsha Becton |
| 295. | Tasha Burnett |
| 296. | Theodore Dalton |
| 297. | Thomas Gaines |
| 298. | Thomas Thornton |
| 299. | Tidjani Kodjo |
| 300. | Tierra Tandia |
| 301. | Toudonou Honvo |
| 302. | Tyrone Forbes |
| 303. | Umar Adar Mohamma |
| 304. | Umar Sanusi |
| 305. | Umaru Barrie |
| 306. | Victor Fiawoo |
| 307. | Victor Smith |
| 308. | Victor Teran |
| 309. | Victor Torres |
| 310. | Wallace Ba Boyd |
| 311. | Wienbarg George |
| 312. | William C Wedell |
| 313. | William Vaz |
| 314. | William Webber |
| 315. | Yassin Dawuda |
| 316. | Yero Lo |
| 317. | Yi Yong Xiang |
| 318. | Yullia Tulakshyna |
| 319. | Yussif Imam |
| 320. | Zain Omar |
| 321. | Zakari Abbas |
| 322. | Zebah Abdul Salam |

NYS Dept of Labor Audit/Monetary System                                    Page 1 of 5

## Audit and Monetary System

Welcome Emelina Garcia (Build: R20160205D)          NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 2015001502) > Claimants

### Case Claimant Summary

**Basic Information**

| | |
|---|---|
| Case # LS20 2015001502 | Contact Log  Electronic Documents |
| Go New York Tours Inc (*FEIN* 27-4654934) | Initial Claim # LCM15001827 |
| Status Investigation Active | |

**Claims**

Self Audit  Copy Claimants From Case  Add Claimant

| ☐ | Name | SSN | Claimant Id | Claim Type | Claim Status ☐ | Initial Amount Owed |
|---|---|---|---|---|---|---|
| ☐ ⊞ | Abbas, Zakan | | 1550671 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Barrie, Umaru | | 1550653 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Boyd, Wallace Bass | | 1550659 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Da Lai, Xun | | 1522344 | Wage Claim  LD | Active-In Progress ☐ | $306.71 |
| ☐ ⊞ | Da Lai, Xun | | 1522344 | Supplemental Wage Claim  LD | Active-In Progress ☐ | $608.00 |
| ☐ ⊞ | Daxuda, Yassin | | 1550666 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | George, Wenbara | | 1550660 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Imam, Yussif | | 1550669 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Latif, Mom | | 1409132 | Minimum Wage  LD | Active-In Progress ☐ | $4,320.00 |
| ☐ ⊞ | Latif, Mom | | 1409132 | Unlawful Deductions  LD | Active-In Progress ☐ | $50.00 |
| ☐ ⊞ | Latif, Mom | | 1409134 | Wage Claim  LD | Active-In Progress ☐ | $150.00 |
| ☐ ⊞ | Latus, Jan | | 1551097 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Levine, Mark | | 1551011 | Wage Claim  LD | Active-In Progress ☐ | $340.70 |
| ☐ ⊞ | Levine, Mark | | 1502444 | Wage Claim  LD | Active-In Progress ☐ | $340.70 |
| ☐ ⊞ | Li, Gue Hong | | 1550889 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Lin, Yero | | 1550664 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Louis, Philip | | 1550993 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Lysenko, Anzhelika | | 1551038 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mahadeo, Gooneshwar | | 1550863 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Maliela, Patrick | | 1550936 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mama, Abdullahi | | 1551133 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mamadou, Diallo | | 1550859 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.68 |
| ☐ ⊞ | Mamadou, Diallo | | 1550999 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mamah, Issaka Atif | | 1551088 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mark, Pelici | | 1551075 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Martin, Alison | | 1550981 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Marwenu, Mohammed | | 1551101 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mattia, Mabel | | 1550803 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mclendon, Anthony | | 1550944 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mecklenburg, Max | | 1551062 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mellon, Julien | | 1551122 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Mercier, Jean Robert | | 1551091 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Miller-Rose, Doran | | 1550961 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |
| ☐ ⊞ | Minoung, Issaka | | 1551004 | Minimum Wage  LD | Active-In Progress ☐ | $14,127.64 |

15 CV 2326 (ER)
P359

| Name | ID | Type | | Status | Amount |
|---|---|---|---|---|---|
| Modou, Bousso | 1550830 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mohamma, Umar Adar | 1551110 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mohammed, Hafiz | 1550929 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mohammed, Hamza | 1551006 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mohammed, Jallah | 1551089 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mohammed, Muda | 1550872 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mohammed, Nazir | 1550854 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mohammed, Salahu | 1551125 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Molina, Michael | 1551063 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Monel, Sanon | 1550958 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Montalvo, Danny | 1550848 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Moore, Ronald | 1551027 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Moore, Starr | 1551032 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Morel, Juan | 1550865 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mortise, Jean | 1550832 | Minimum Wage | LD | Active-In Progress | $10,146.00 |
| Mortise, Jean | 1550832 | Unlawful Deductions | LD | Active-In Progress | $96.00 |
| Muhammad, Amin | 1551135 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mumuni, Mohammed | 1550953 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Mussa, Ali | 1550942 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Ndiaye, Babacar | 1550844 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nelson, Gary | 1550862 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Niang, Elhadji | 1550851 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nimaga, Mamadou | 1550964 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nnadi, Oliver | 1550933 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Noapayo, Prosper W | 1550995 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Noel, Dwayne | 1550926 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nouenkeu, Billy | 1550829 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nti, Samuel O | 1551126 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nuñez, Aaron | 1551136 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nurudeen, Mohammed | 1551066 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nyaku, Ahlam | 1550975 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Nyamekeh, Frederick | 1550861 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Omar, Moro | 1550871 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Omar, Zain | 1550670 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Omega, Georges | 1551116 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Omodumbi, Oinkunkie | 1550856 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Omodunbi, Olakunla | 1551094 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Ortiz, Delia | 1550833 | Minimum Wage | LD | Active-In Progress | $1,648.75 |
| Ousmane, Diallo | 1550860 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Ousseini, Moussa S | 1550915 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Ousseni, Kienou | 1550805 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Oveh, Faith | 1551050 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Owusu, Ansah | 1550984 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Oyebisi, Abiodun | 1551084 | Minimum Wage | LD | Active-In Progress | $14,127.64 |
| Pache, Felix | 1550852 | Minimum Wage | LD | Active-In Progress | $14,127.64 |

| Name | ID | Claim Type | Status | Amount |
|---|---|---|---|---|
| Panisso, Dawoukoukoulou | 1550857 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Paulino, Alexandra | 1550843 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Peraz, Angel | 1550821 | Minimum Wage LD | Active-In Progress | $12,555.00 |
| Perez, Jully | 1550819 | Minimum Wage LD | Active-In Progress | $12,358.50 |
| Perez, Jully | 1550819 | Unlawful Deductions LD | Active-In Progress | $100.00 |
| Persaud, Oumer | 1550935 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Pflantzer, Fred | 1405841 | Supplemental Wage Claim LD | Active-In Progress | $71.20 |
| Pflantzer, Fred | 1405841 | Minimum Wage LD | Active-In Progress | $3,284.41 |
| Pflantzer, Fred | 1550853 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Phagooran, Rajendra | 1551024 | Minimum Wage LD | Active-In Progress | $14,127.68 |
| Pilchman, Stanley | 1551128 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Pineda, Nigel | 1551071 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Pope, Renre | 1550822 | Minimum Wage LD | Active-In Progress | $12,716.50 |
| Pope, Renre | 1550822 | Unlawful Deductions LD | Active-In Progress | $50.00 |
| Prince J, Sackey | 1550879 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Rahman, Kazeem | 1551099 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Reed, John | 1550816 | Minimum Wage LD | Active-In Progress | $3,160.00 |
| Reed, John | 1550816 | Unlawful Deductions LD | Active-In Progress | $50.00 |
| Rios, Jose | 1550912 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Robinson, Joshua | 1551059 | Minimum Wage LD | Active-In Progress | $14,127.84 |
| Robinson, Kyle | 1550914 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Robinson, Wakey | 1550818 | Minimum Wage LD | Active-In Progress | $22,680.00 |
| Robinson, Wakey | 1550818 | Unlawful Deductions LD | Active-In Progress | $1,020.00 |
| Rockwood, Lawrence | 1550902 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Rodriguez, Geovanni | 1550888 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Rodriguez, Guillermo | 1550909 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Roman, Jerry | 1551057 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Saidou, Lam | 1550810 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Salam, Zebah Abdul | 1550672 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Salami, Ademola | 1551132 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Salami, Azizou | 1551039 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Salbat, Ilham | 1551120 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Saliou, Diop | 1551000 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Saliz, Evari | 1550963 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Samhou, Hyacinthe | 1551085 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Sanchez, Rafael | 1550840 | Minimum Wage LD | Active-In Progress | $6,933.00 |
| Senchez, Rafael | 1550939 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Santana, Sonia | 1551031 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Santiago, Nicole | 1550855 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Sanusi, Umar | 1550652 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Sapir, Ngoim | 1550967 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Sapyta, Jeffrey A | 1550930 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Sarr, Talla | 1551080 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Satdeo, Omesh | 1551074 | Minimum Wage LD | Active-In Progress | $14,127.64 |

| | | | | |
|---|---|---|---|---|
| Scott, Henn | 1550841 | Minimum Wage LD | Active-In Progress | $2,122.25 |
| Seck, Chiekh | 1550960 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Sekure, Abubakar | 1550976 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Shahabude, Nadeem | 1550956 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Shaihan, Danbaki | 1550895 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Singleton, Edward | 1550887 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Smith, Victor | 1550658 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Snitofsky, Steven | 1551129 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Souare, Moussa | 1550954 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Spence, Michael | 1551064 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Staples, Leanne | 1550868 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Stewart, Hubert | 1551055 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Stewart, William | 1550839 | Minimum Wage LD | Active-In Progress | $10,308.70 |
| Storer, Angel | 1550885 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Suber, Rasheeda | 1551078 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Suleman, Malik | 1551100 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Takiyudin, Mohammed | 1551067 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tandia, Tierra | 1551036 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tanikov, Dasha | 1550998 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tawfiq, Mubarek | 1551103 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Telly Diallo, Omar | 1551073 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Teran, Victor | 1550655 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Thorne, Gabriel | 1551052 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Thornton, Thomas | 1551096 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tinho, Patrick | 1550937 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tirado, Rollando | 1550878 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tonow, Kossivi | 1550809 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tonvi, Joshua | 1550864 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Torres, Victor | 1550657 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tougnon, Kokou | 1550901 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Toure, Samba | 1550691 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Townsend, Darnell | 1550849 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Traore, Issouf | 1551098 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Traore, Oumar | 1550934 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Tulakshyna, Yulia | 1550668 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Ubhes, William | 1550979 | Minimum Wage LD | Active-In Progress | $4,200.00 |
| Ujah, David | 1550907 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Ukazu, George | 1550927 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Urena, Rafael | 1550874 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Valdez, Robinson | 1550876 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Valencia, Danilo | 1550906 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Vaz, William | 1550663 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Velazquez, Luiz | 1550869 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Verstnov, Rostislav | 1551028 | Minimum Wage LD | Active-In Progress | $14,127.64 |
| Vidal, Carlos | 1550845 | Minimum Wage LD | Active-In Progress | $14,127.64 |

NYS Dept of Labor Audit/Monetary System

Page 5 of 5

| | | | | | |
|---|---|---|---|---|---|
| Wankoye, Amadou | 1550982 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Webber, William | 1550061 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Wedell, William C | 1550662 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Welch, Bryan | 1550922 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| West, Georgette | 1550836 | Minimum Wage LD | Active-In Progress | | $14,060.56 |
| West, Georgette | 1550836 | Unlawful Deductions LD | Active-In Progress | | $155.00 |
| White, Ann | 1550824 | Minimum Wage LD | Active-In Progress | | $12,553.94 |
| White, Ann | 1550824 | Unlawful Deductions LD | Active-In Progress | | $110.00 |
| Wilhelm, Bain | 1551013 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Williams, Lovia | 1550812 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Wong, Andrew | 1550983 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Wreh, Jahr | 1551090 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Wright, Danny | 1551044 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Yakubu, Abdul Aziz | 1550973 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| YaYa, Mouhanma | 1550890 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Yong Xiang, Yi | 1550667 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Zaharia, Nicusor | 1550988 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Zast, Hanif | 1551118 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Zaivad Ally, Ali | 1550903 | Minimum Wage LD | Active-In Progress | | $14,127.64 |
| Zaminhkovsky, Vladimir | 1550835 | Minimum Wage LD | Active-In Progress | | $10,360.00 |
| Zidouemba, Abdoulaye | 1551082 | Minimum Wage LD | Active-In Progress | | $14,127.64 |

| Delete | -- Select -- | Request Approval | $2,393,148.96 |
|---|---|---|---|
| | Change Status | (Un)apply Liquidated Damages | |

*"Initial Amount Owed" does not include any Liquidated Damages applied

# Records Inspection Visit Narrative

**Establishment: GO NEW YORK TOURS INC**

**Type: Miscellaneous**

**Address: 630 Third Avenue, 15th Floor New York, NY 10017**

**Investigator: Emelina Garcia**

**Date: 04/17/2015**

Senior LSI Escudero and LSI Garcia made a second records inspection visit to Attorney Ilan Weiser's office located at 630 Third Avenue, 15th Floor New York, NY 10017. Mr. Weiser provided a folder with handwritten timesheets for employees under the category of Drivers, Mechanics and tour guides. He also turned over spreadsheets that were separated into the above mentioned categories. The spreadsheets did not indicate a week ending date but Mr. Weiser stated that they covered a one year period of February 2014 to March 2015 and that his client would forward more documents via email. Corresponding Timesheets were not provided for the spreadsheets.

Inspection of records indicated that employees are not paid overtime hours at the applicable overtime rate. Although he did not acknowledge it, Mr. Weiser did state that it is clear from the records that there are issues regarding how his client maintains records.

Please note that **no records** were submitted for the employees under the category of **ticket agents**. When we inquired as to why no records were submitted for ticket agents, Mr. Weiser stated that ticket agents make their own hours and it is hard for his client to keep track of their hours. We noted that in the Go New York employee manual that Mr. Weiser submitted there was a section regarding ticket agents having to punch in and out. Mr. Weiser stated that he will try to obtain the timesheets from his client and provide via email. No commission slips were provided for ticket agents, however prior to our visit, GO NY employee Georgette West had provided a commission slip where she had pointed out the inconsistencies with regards to final payment. LSI Garcia redacted Ms. West's name and provided a copy to Mr. Weiser for further explanation but he had no answer as to how the commission was calculated .He stated that he would follow up with his client as to the methodology of payment behind the commissions. We also stated that all of the ticket agents that we have interviewed thus far have indicated that they have the same issues concerning the payment of their wages and that there are weeks in which they do not make any sales and go home without any money earned. Senior LSI and LSI

Garcia discussed the legality of the ticket agents being titled "Exempt Outside Salespersons" we will discuss this subject further with Supervisor Bautista and AD Lamboy.

We also brought up the policy of having an employee pay for their uniform. Mr. Weiser stated that the cost of the uniform is returned to the employee once they leave employment. He did not see anything wrong with this policy but we educated as to NYS Labor Law Article 6 §193.1 which states that an employer must not deduct money from an employee's wages to cover charges not permitted by law. We stated that this practice must end and all employees who have paid for their uniforms they must be given their money back.

# Records Inspection Narrative

Establishment: Go New York Tours Inc

Type: Miscellaneous

Address: 630 Third Avenue, 15th Floor NY 10017

Investigator: Emelina Garcia

Date: 04/10/2015

On 4/10/13, Senior LSI Lety Escobar and LSI Emelina Garcia made a scheduled records inspection visit to Greenwald Doherty, attorney for GO New York. At office location, we were informed by receptionist that attorney Ilan Weiser was currently in the New Jersey office and would not be returning. Receptionist contacted Mr. Weiser and we were led to a private office so that we could speak to him.

Mr. Weiser stated that he was not ready for the inspection because based on his telephone conversation with Supervisor Bautista he would provide records at the compliance conference. Prior to the inspection, LSI Garcia had a conversation with Supervisor Bautista and she had informed LSI that the audit period would be for the entire three years, that Mr. Weiser was looking into the suspensions and that records would be provided during our inspection on 04/10/15.

Mr. Weiser persisted in stating that he had until the compliance conference to submit records. Since Mr. Weiser was not relenting on the timeframe as to when to submit records, LSI Garcia telephoned Supervisor Bautista and consequently informed her of Mr. Weiser's position. Supervisor Bautista informed Mr. Weiser that he was not to wait until the compliance conference to submit records and that we would grant him an additional week to submit records.

Furthermore, we also addressed the alleged suspensions with Mr. Weiser. He stated that his client had not suspended any employees. We will investigate further as to how many employees were suspended

We also addressed the uniform deduction. Mr. Weiser explained that he was aware that his client would take $50.00 as a deposit to cover for the uniform that all employees wear. Please note that we instructed Mr. Weiser to stop the practice of retaining $50.00 from employees wages for the uniforms that all employees wear in order to be employed by GO New York Tours

FL-16-0854   000096

15 CV 2326 (ER)
P366

and to give back any money taken from employees prior to the start of our investigation. Mr. Weiser had no comment and no reply to our instructions.

Mr. Weiser stated that during our next inspection we would be provided with Timesheets, corresponding payroll ledgers. Please note that we also requested for the company policy and Mr. Weiser stated that he would not provide it.  We rescheduled records inspection visit for April 17, 2015 at 10:00 AM.

# Initial Visit Narrative

**Establishment: Go New York Tours Inc**

**Type: Miscellaneous**

**Address: 218 West 37th Street, Brooklyn NY 10018**

**Investigator: Emelina Garcia**

Date: 03/19/2015

LSI Garcia went to 42nd Street and 7th Avenue to interview employees of the Tour Bus sightseeing company, Go New York. There are many Tour companies operating in the area but Go New York employees wear neon green winter jackets with the company logo, black pants and beanie hats with the company logo. LSI was successful in interviewing six employees, other employees approached by LSI did not want to speak at the moment because they feared that a supervisor would see them speaking to LSI. LSI gave out her business card and stated that they could give a call when they could and we would be able to take their interview over the phone. Employees stated that they were ticket agents and their primary objective was to sell tour bus packages that go to different areas of Manhattan and Brooklyn. They stated that they are not paid an hourly rate but are paid a commission based on the total amount of sales during the day. They stated that if they did not sell any packages, they do not receive any money. Most employees also stated that if they lose a credit card slip or if the slip is not signed, their employer takes the amount of the sale from their wages.

LSI Garcia then proceeded to walk to the business office located at 218 West 37th Street for an initial inspection of Go New York. At business offices I met owner Asen Kostadinov. LSI Garcia identified herself and stated that we had received complaints from former employees who indicated that they had not been paid their overtime at the correct rate and two other employees also stated that they had not been paid their wages. LSI was led to Mr. K's office where marketing director Evan Salz was also present. Mr. Kostadinov stated that Go New York is a tour bus business that caters to tourists who want to see New York City from a double Decker buses. LSI Garcia proceeded to ask him question from LS 129 form but Mr. Kostadinov requested to have his attorney on the phone while LSI asked him any further questions.

Business attorney is Kevin Doherty. Mr. Doherty informed LSI that his client had been investigated previously by the NYS DOL and by US DOL. LSI informed Mr. Doherty that we had received further claims stating that overtime is not being paid at the correct rate and that

employees Anderson Lavoc and Thelmo Cardones had not been paid their wages. Mr. Doherty stated that his client is paying his employees based on the law and that he will provide proof of payroll records via email to corroborate that his client is compliant with the law. LSI informed Mr. Doherty and Mr. Kostadinov that unpaid wages must be paid within one week and if they have evidence that the employees were paid their wages, they can submit the evidence within one week.

Mr. Kostadinov stated that he currently does not know how many employees he has on payroll since it fluctuates week by week. He stated that he has seasonal employees that only work during the summer months.

LSI issued a notice to revisit for 03/26/2015 and educated employer regarding the retaliation law. As we exited the premises, Mr. Kostadinov showed LSI Garcia the minimum wage poster and LSI noted that the poster was outdate, LSI gave Mr. Kostadinov a copy that she had on hand to post. Please note that location of the posters for workers comp, minimum wage and UI certificate was within the interior office and was not accessible for employees to view them.

Case 1:15-cv-02326-ER   Document 192-1   Filed 10/09/20   Page 97 of 99
NYS Dept of Labor Audit/Monetā ║ ystem
Page 1 of 1

## Audit and Monetary System

Welcome Emelina Garcia (Build: R20160205D)

NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 20150015C2) > Claimants > Claimant (Latif, Moro) > Edit Claimant (Latif, Moro)

### Edit Claimant

**Basic Information**

| | | | |
|---|---|---|---|
| * First Name | Moro | | |
| * Last Name | Latif | | |
| SS# | | | |
| Address | | | |

Complaint
Minimum Wage/Overtime, unlawful deduction

| | | | |
|---|---|---|---|
| City | | State | |
| Postal Code | | | |
| Phone | | Ext | |
| Other Phone | ( ) - | Ext | |
| Other Phone 2 | ( ) - | Ext | |
| Email | | | |

Period Claimed 04 / 06 / 2014 to 02 / 08 / 2015
Rate 150.00 Per Week
Occupation -- Select --
or
Job Title Ticket Agent

### Update Claim Types

| Include | Claim Type | Amount (Lump Sum) | Interest Start Date |
|---|---|---|---|
| | Child Labor | N/A | N/A |
| | Farm Labor | N/A | N/A |
| | Homework | N/A | N/A |
| | Hours and Meal Period | N/A | N/A |
| | Mandatory Overtime/Nurses | N/A | N/A |
| | Minimum Wage | $ 4320.00 | 02 / 08 / 2015 |
| | Permit/Licensing | N/A | N/A |
| | Supplemental Wage Claim | $ | / / |
| | Tip Appropriations | $ | / / |
| | Unlawful Deductions | $ 50.00 | 03 / 08 / 2015 |
| | Wage Claim | $ | / / |
| | Wage Statement/Records/Payment | N/A | N/A |

* If present, the interest start date will override the interest start date for the case.

Submit  Cancel

**GO NY 2015 Claimants**

Hr Adj: 0 / 0  
LUNCH:  
Reg Hrs: 40 / 0  
# of Meal:

| WIE | NAME | M | T | W | TH | F | S | S | Tot Hr | Salary Earning | Min Rate | Wage Paid + Meal | Spread | SMW + Uniform | Derived Rate | Derived OT Rate | Wage Due @ Derived Rate | OT Hours Field | Wage Due @ Hourly Rate | Tot Due | Underpayment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 04/13/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 04/20/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 04/27/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 05/04/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 05/11/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 05/18/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 05/25/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 06/01/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 06/08/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 06/15/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 06/22/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 06/29/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 07/06/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 07/13/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 07/20/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 07/27/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 08/03/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 08/10/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 08/17/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 08/24/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 08/31/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 09/07/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 09/14/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 09/21/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 09/28/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 10/05/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 10/12/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 10/19/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 10/26/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 11/02/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 11/09/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 11/16/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 11/23/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 11/30/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 12/07/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 12/14/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 12/21/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 12/28/14 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.00 | 150.00 | 0 | 240.00 | 5.00 | 7.50 | 120.00 | 0.00 | 0.00 | | 90.00 |
| 01/04/15 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.75 | 150.00 | 0 | 262.50 | 5.00 | 7.50 | 150.00 | 0.00 | 0.00 | | 112.50 |
| 01/11/15 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.75 | 150.00 | 0 | 262.50 | 5.00 | 7.50 | 150.00 | 0.00 | 0.00 | | 112.50 |
| 01/18/15 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.75 | 150.00 | 0 | 262.50 | 5.00 | 7.50 | 150.00 | 0.00 | 0.00 | | 112.50 |
| 01/25/15 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.75 | 150.00 | 0 | 262.50 | 5.00 | 7.50 | 150.00 | 0.00 | 0.00 | | 112.50 |
| 02/01/15 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.75 | 150.00 | 0 | 262.50 | 5.00 | 7.50 | 150.00 | 0.00 | 0.00 | | 112.50 |
| 02/08/15 | Moro Abdul Latif | X | X | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 30.00 | 150.00 | 8.75 | 150.00 | 0 | 262.50 | 5.00 | 7.50 | 150.00 | 0.00 | 0.00 | | 112.50 |
| Total | | | | | | | | | | | | | | | | | | | | | 4185.00 |

NYS Dept of Labor Audit/Moneta ||| System                                                          Page 1 of 1

## Audit and Monetary System

Welcome Emelina Garcia (Build: R20160205D)                    NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 2015001502) > Claimants > Claimant (Pflaetzer, Fred) > Edit Claimant (Pflantzer, Fred)

### Edit Claimant

#### Basic Information

| | | |
|---|---|---|
| * First Name | Fred | |
| * Last Name | Pflantzer | |
| SS# | - - | |
| Address | | |
| City | | State |
| Postal Code | 11215 | |
| Phone | | Ext |
| Other Phone | ( ) - | Ext |
| Other Phone 2 | ( ) - | Ext |
| Email | | |

**Complaint**
Unpaid Bonus

Period Claimed 01 / 05 / 2015 to 01 / 18 / 2015
Rate 10.0 Per Hour
Occupation -- Select --
or
Job Title Tour Guide

#### Update Claim Types

| Include | Claim Type | Amount (Lump Sum) | Interest Start Date |
|---|---|---|---|
| ☐ | Child Labor | N/A | N/A |
| ☐ | Farm Labor | N/A | N/A |
| ☐ | Homework | N/A | N/A |
| ☐ | Hours and Meal Period | N/A | N/A |
| ☐ | Mandatory Overtime/Nurses | N/A | N/A |
| ☐ | Minimum Wage | $ 3284.41 | 01 / 11 / 2015 |
| ☐ | Permit/Licensing | N/A | N/A |
| ☑ | Supplemental Wage Claim | $ 71.2 | 01 / 18 / 2015 |
| ☐ | Tip Appropriations | $ | / / |
| ☐ | Unlawful Deductions | $ | / / |
| ☐ | Wage Claim | $ | / / |
| ☐ | Wage Statement/Records/Payment | N/A | N/A |

* If present, the interest start date will override the interest start date for the case.

[Submit]  [Cancel]

15 CV 2326 (ER)
P372