GO NY 2015 Claimants

| Hr Adj: | 0 | | | Reg Hrs: | | | -40 | |
| LUNCH: | 0 | | | # of Meal: | | | 0 | |

| Wit | NAME | M | T | W | TH | F | S | S | Tot Hr | Salary Earning | Min Rate | Wage Paid + Meal | Spread | SWF + Uniform | Derived Rate | Derived OT Rate | Wage Due @ Derived Rate | OT Hourly Rate | Wage Due @ Hourly Rate | Underpayment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/29/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 07/06/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 07/13/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 07/20/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 07/27/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 08/03/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 08/10/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 08/17/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 08/24/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 08/31/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 09/07/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 09/14/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 09/21/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 09/28/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 10/05/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 10/12/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 10/19/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 10/26/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 11/02/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 11/09/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 11/16/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 11/23/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 11/30/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 12/07/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 12/14/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 12/21/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 12/28/14 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 8.00 | 287.68 | 0 | 398.36 | 6.18 | 9.27 | 72.69 | 0.00 | 0.00 | 110.68 |
| 01/04/15 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 6.75 | 287.68 | 0 | 435.71 | 6.18 | 9.27 | 102.69 | 0.00 | 0.00 | 148.03 |
| 01/11/15 | Fred Pflantzer | | | | | | | | 46.53 | 287.68 | 6.75 | 287.68 | 0 | 435.71 | 6.18 | 9.27 | 102.69 | 0.00 | 0.00 | 148.03 |
| Total | | | | | | | | | | | | | | | | | | | | 3284.41 |

FL-16-0854   000103

NYS Dept of Labor Audit/Money || || System                                    Page 1 of 1

## Audit and Monetary System

Welcome Emelina Garcia (Build: R2016020SD)                   NY.Gov Home  ·  Audit/Monetary Wage Home  ·  Log Off

Home > Cases > Case (LS20 2015001502) > Claimants > Claimant (Levine, Mark) > Edit Claimant (Levine, Mark)

### Edit Claimant

#### Basic Information

| | | |
|---|---|---|
| * First Name | Mark | |
| * Last Name | Levine | |
| SS# | | |
| Address | ████████ | |
| City | ████ | State ████ |
| Postal Code | | |
| Phone | ( ) - Ext | |
| Other Phone | ( ) - Ext | |
| Other Phone 2 | ( ) - Ext | |
| Email | | |
| Period Claimed | 02 / 01 / 2014  to  09 / 01 / 2015 | |
| Rate | 15.00  Per Hour | |
| Occupation | -- Select -- | |
| or | | |
| Job Title | Tour Guide | |

**Complaint**

Unpaid wages

#### Update Claim Types

| Include | Claim Type | Amount (Lump Sum) | Interest Start Date |
|---|---|---|---|
| ☐ | Child Labor | N/A | N/A |
| ☐ | Farm Labor | N/A | N/A |
| ☐ | Homework | N/A | N/A |
| ☐ | Hours and Meal Period | N/A | N/A |
| ☐ | Mandatory Overtime/Nurses | N/A | N/A |
| ☑ | Minimum Wage | $ | / / |
| ☐ | Permit/Licensing | N/A | N/A |
| ☐ | Supplemental Wage Claim | $ | / / |
| ☐ | Tip Appropriations | $ | / / |
| ☐ | Unlawful Deductions | $ | / / |
| ☐ | Wage Claim | $ 340.70 | 10 / 06 / 2015 |
| ☐ | Wage Statement/Records/Payment | N/A | N/A |

* If present, the interest start date will override the interest start date for the case.

[ Submit ]  [ Cancel ]

15 CV 2326 (ER)
P374

NYS Dept of Labor Audit/Monetary System | Page 1 of 5

## Audit and Monetary System

Welcome Emelina Garcia (Build: R20160205D)     NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 2015001502) > Claimants

### Case Claimant Summary

**Basic Information**

| | |
|---|---|
| Case # LS20 2915001502 | Contact Log   Electronic Documents |
| Go New York Tours Inc (FEIN ▮▮▮▮) | Initial Claim # LCN15001827 |
| Status  Investigation Active | |

### Claims

Self Audit  Copy Claimants From Case  Add Claimant

| | Name | SSN | Claimant Id | Claim Type | Claim Status | | Initial Amount Owed |
|---|---|---|---|---|---|---|---|
| ☐ | Abbas, Zakon | | 1550671 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Barrie, Ummu | | 1550653 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Boyd, Wallace Bass | | 1550659 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Da Lai, Xue | | 1522344 | Wage Claim LD | Active-In Progress | ☐ | $306.71 |
| ☐ | Da Lai, Xue | | 1522344 | Supplemental Wage Claim LD | Active-In Progress | ☐ | $608.00 |
| ☐ | Dawuda, Yassin | | 1550666 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | George, Wenbarg | | 1550660 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Imam, Yussif | | 1550669 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Latif, Moro | | 1409132 | Minimum Wage | Active-In Progress | ☐ | $4,320.00 |
| ☐ | Latif, Moro | | 1409132 | Unlawful Deductions | Active-In Progress | ☐ | $50.00 |
| ☐ | Latif, Moro | | 1409134 | Wage Claim LD | Active-In Progress | ☐ | $150.00 |
| ☐ | Latus, Jan | | 1551097 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Levine, Mark | | 1551011 | Wage Claim | Active-In Progress | ☐ | $340.70 |
| ☐ | Levine, Mark | | 1502444 | Wage Claim | Active-In Progress | ☐ | $340.70 |
| ☐ | Li, Guo Hong | | 1550889 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Lo, Yero | | 1550664 | Minimum Wage | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Louis, Philip | | 1550993 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Lysenko, Anzhelika | | 1551038 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mahadoo, Gooneshwar | | 1550863 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Makela, Patrick | | 1550936 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mama, Abdullahi | | 1551133 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mamadou, Diallo | | 1550859 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.68 |
| ☐ | Mamadou, Diallo | | 1550999 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mamon, Isaaka Arif | | 1551009 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mark, Pelici | | 1551075 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Martin, Alson | | 1550961 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Marwanu, Mohammed | | 1551101 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mattia, Mabel | | 1550803 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mclendon, Anthony | | 1550944 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mecklenburg, Max | | 1551062 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mellon, Julien | | 1551122 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Mercier, Jean Robert | | 1551091 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Miller-Rose, Doran | | 1550961 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |
| ☐ | Minoung, Issaka | | 1551004 | Minimum Wage LD | Active-In Progress | ☐ | $14,127.64 |

15 CV 2326 (ER)
P375

| | Name | ID | Type | | Status | | Amount |
|---|---|---|---|---|---|---|---|
| | Modou, Boursa | 1550830 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mohamma, Umar Adar | 1551110 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mohammed, Hafiz | 1550929 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mohammed, Hamza | 1551006 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mohammed, Jallah | 1551089 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mohammed, Muda | 1550872 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mohammed, Nazir | 1550854 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mohammed, Salahu | 1551125 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Molina, Michael | 1551063 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Monel, Sanon | 1550958 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Montalvo, Danny | 1550848 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Moore, Ronald | 1551027 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Moore, Starr | 1551032 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Morel, Juan | 1550865 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Morlise, Jean | 1550832 | Minimum Wage | LD | Active-In Progress | | $10,146.00 |
| | Morlise, Jean | 1550832 | Unlawful Deductions | LD | Active-In Progress | | $96.00 |
| | Muhammad, Amin | 1551135 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mumuni, Mohammed | 1550953 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Mussa, Ali | 1550942 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Ndiaye, Babacar | 1550844 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nelson, Gary | 1550862 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Niang, Elhadji | 1550851 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nimaga, Mamadou | 1550964 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nnadi, Oliver | 1550933 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Noapayo, Prosper W | 1550995 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Noel, Dwayne | 1550926 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nouenkeu, Billy | 1550829 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Ns, Samuel O | 1551126 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nuñez, Aaron | 1551136 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nurudeen, Mohammed | 1551066 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nyaku, Ablam | 1550975 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Nyamekeh, Frederick | 1550861 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Omar, Moro | 1550871 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Omar, Zain | 1550670 | Minimum Wage | | Active-In Progress | | $14,127.64 |
| | Omega, Georges | 1551116 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Omodumbi, Oinkunkie | 1550856 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Omodunbi, Olakunle | 1551054 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Ortiz, Delia | 1550833 | Minimum Wage | LD | Active-In Progress | | $1,648.75 |
| | Ousmane, Diallo | 1550860 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Ousseini, Moussa S | 1550915 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Ousseini, Kienou | 1550808 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Oveh, Faith | 1551050 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Owusu, Ansah | 1550934 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Oyebisi, Abiodun | 1551084 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |
| | Pache, Felix | 1550852 | Minimum Wage | LD | Active-In Progress | | $14,127.64 |

| Name | ID | Claim Type | Status | Amount |
|------|-----|-----------|--------|--------|
| Panisse, Dawoukoukoulou | 1550857 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Paulino, Alexandra | 1550843 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Perez, Angel | 1550821 | Minimum Wage  LD | Active-In Progress | $12,555.00 |
| Perez, July | 1550819 | Minimum Wage  LD | Active-In Progress | $12,358.50 |
| Perez, July | 1550819 | Unlawful Deductions  LD | Active-In Progress | $100.00 |
| Persaud, Oumer | 1550935 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Pflantzer, Fred | 1405841 | Supplemental Wage Claim | Active-In Progress | $71.20 |
| Pflantzer, Fred | 1405841 | Minimum Wage | Active-In Progress | $3,284.41 |
| Pflantzer, Fred | 1550853 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Phagooran, Rajendra | 1551024 | Minimum Wage  LD | Active-In Progress | $14,127.68 |
| Pilchman, Stanley | 1551128 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Pineda, Nigel | 1551071 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Polanco, Jennifer | 1550931 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Pope, Renee | 1550822 | Minimum Wage  LD | Active-In Progress | $12,716.50 |
| Pope, Renee | 1550822 | Unlawful Deductions  LD | Active-In Progress | $50.00 |
| Prince J. Sackey | 1550879 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Rahman, Kazeem | 1551099 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Reed, John | 1550816 | Minimum Wage  LD | Active-In Progress | $3,160.00 |
| Reed, John | 1550816 | Unlawful Deductions  LD | Active-In Progress | $50.00 |
| Rios, Jose | 1550912 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Robinson, Joshua | 1551058 | Minimum Wage  LD | Active-In Progress | $14,127.84 |
| Robinson, Kyle | 1550914 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Robinson, Wakey | 1550818 | Minimum Wage  LD | Active-In Progress | $22,680.00 |
| Robinson, Wakey | 1550818 | Unlawful Deductions  LD | Active-In Progress | $1,020.00 |
| Rockwood, Lawrence | 1550902 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Rodriguez, Geovanni | 1550888 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Rodriguez, Guillermo | 1550909 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Roman, Jerry | 1551057 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Saidou, Lam | 1550810 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Salem, Zebah Abdul | 1550572 | Minimum Wage | Active-In Progress | $14,127.64 |
| Salami, Ademola | 1551132 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Salami, Azizou | 1551039 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Salbat, Ilham | 1551120 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Saliou, Diop | 1551000 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Salz, Eyal | 1550963 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Sambou, Hyacinthe | 1551085 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Sanchez, Rafael | 1550840 | Minimum Wage  LD | Active-In Progress | $6,933.00 |
| Sanchez, Rafael | 1550939 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Santana, Sonia | 1551031 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Santiago, Nicole | 1550855 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Sanusi, Umar | 1550652 | Minimum Wage | Active-In Progress | $14,127.64 |
| Sapp, Naomi | 1550967 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Sapyta, Jeffrey A | 1550930 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Sarr, Tata | 1551080 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| Satdeo, Omesh | 1551074 | Minimum Wage  LD | Active-In Progress | $14,127.64 |

| Name | ID | Type | | Status | | Amount |
|------|-----|------|--|--------|--|--------|
| Scott, Henn | 1550841 | Minimum Wage | LD | Active-In Progress | ☐ | $2,122.25 |
| Scott, Henn | 1551007 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Seck, Chiekh | 1550960 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Sekure, Abubakar | 1550976 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Shahabudo, Nadeem | 1550956 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Shahan, Danbaki | 1550895 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Singleton, Edward | 1550887 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Smith, Victor | 1550658 | Minimum Wage | | Active-In Progress | ☐ | $14,127.64 |
| Snitofsky, Steven | 1551129 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Souare, Moussa | 1550954 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Spence, Michael | 1551064 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Staples, Leanne | 1550868 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Stewart, Hubert | 1551055 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Stewart, William | 1550839 | Minimum Wage | LD | Active-In Progress | ☐ | $10,306.70 |
| Storer, Angel | 1550885 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Suber, Rasheeda | 1551078 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Suleman, Malik | 1551100 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Takyudin, Mohammed | 1551067 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tandia, Tierra | 1551036 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tanikov, Dasha | 1550998 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tawfiq, Mubarek | 1551103 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Telly Dallo, Omar | 1551073 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Teran, Victor | 1550655 | Minimum Wage | | Active-In Progress | ☐ | $14,127.64 |
| Thorne, Gabriel | 1551052 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Thornton, Thomas | 1551096 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tinho, Patrick | 1550937 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tirado, Rollando | 1550878 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tenow, Kossivi | 1550809 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tony, Joshua | 1550864 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Torres, Victor | 1550657 | Minimum Wage | | Active-In Progress | ☐ | $14,127.64 |
| Tougnon, Kokou | 1550901 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Toure, Samba | 1550891 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Townsend, Darnell | 1550849 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Traore, Issouf | 1551098 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Traore, Oumar | 1550934 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Tulaksmyna, Yullia | 1550868 | Minimum Wage | | Active-In Progress | ☐ | $14,127.64 |
| Ubiers, William | 1550979 | Minimum Wage | LD | Active-In Progress | ☐ | $4,200.00 |
| Ujah, David | 1550807 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Ukazu, George | 1550927 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Urena, Rafael | 1550874 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Valdez, Robinson | 1550876 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Valencia, Danilo | 1550906 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Vaz, William | 1550663 | Minimum Wage | | Active-In Progress | ☐ | $14,127.64 |
| Velazquez, Luiz | 1550869 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |
| Veresnov, Rostislav | 1551028 | Minimum Wage | LD | Active-In Progress | ☐ | $14,127.64 |

FL-16-0854    4/15/2016

15 CV 2326 (ER)
P378

| | Name | ID | Violation | Status | Amount |
|---|---|---|---|---|---|
| | Vidal, Carlos | 1550845 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Wankoye, Amadou | 1550982 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Webber, William | 1550661 | Minimum Wage | Active-In Progress | $14,127.64 |
| | Wedeh, William C | 1550662 | Minimum Wage | Active-In Progress | $14,127.64 |
| | Welch, Bryan | 1550922 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | West, Georgette | 1550836 | Minimum Wage  LD | Active-In Progress | $14,060.56 |
| | West, Georgette | 1550836 | Unlawful Deductions  LD | Active-In Progress | $155.00 |
| | White, Ann | 1550824 | Minimum Wage  LD | Active-In Progress | $12,553.94 |
| | White, Ann | 1550824 | Unlawful Deductions  LD | Active-In Progress | $110.00 |
| | White, Annette | 1550886 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Wilhelm, Bain | 1551013 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Williams, Louis | 1550812 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Wong, Andrew | 1550983 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Wreh, Jahr | 1551090 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Wright, Danny | 1551044 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Yakubu, Abdul Aziz | 1550973 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | YaYa, Mouhagma | 1550890 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Yong Xiang, Yi | 1550667 | Minimum Wage | Active-In Progress | $14,127.64 |
| | Zaharia, Nicusor | 1550968 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Zaid, Hanif | 1551118 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Zaivad Ally, Ali | 1550903 | Minimum Wage  LD | Active-In Progress | $14,127.64 |
| | Zaminhkevsky, Vladimir | 1550835 | Minimum Wage  LD | Active-In Progress | $10,360.00 |
| | Zigouemba, Abdoulaye | 1551092 | Minimum Wage  LD | Active-In Progress | $14,127.64 |

Delete   -- Select --     Change Status      Request Approval      (Un)apply Liquidated Damages      $2,435,531.88

*"Initial Amount Owed" does not include any Liquidated Damages applied

To be appended to LS: 201500150λ

New York State Department of Labor
Division of Labor Standards
**Claim for Unpaid Wages**

For Office Use Only    [W]
Identification Number
| | | | | | | | |

Refer to wage suppl. I.D. No. if any)

Taken By _Lee Hurley_

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12 Rm.185C
State Office Campus, Albany NY 12240

Section 190.7 of the New York State Labor Law excludes from wage payment coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week.

**Note: It is necessary for you to have asked for the wages due before we can assist you.**

1. Your Full Name    ☐ Ms.  ☐ Mrs.  ☑ Mr.    XUE, DA LAI

2. Your Address

3. Social Security No.

4.
Day
Evening

6. Corporation Name, if any    C/O N Y TOURS, INC

7. Address of main office or headquarters of firm    City, Town or Village    County    Zip Code
2 East 42nd Street., New York, NY 10017

8. (Area Code) Telephone No.
(212) 664-0300

9. Names and addresses of responsible persons of firm
Branimir Rogachav

Their positions
Manager

10. Kind of business firm engaged in
Tours / Bus

11. Is firm still in business?
☑ Yes    ☐ No

12. What was your work or occupation with this firm?
Bus Operator

13. Address where you worked
46 st / 8th Ave., NYC    Zip Code 10036

14. Date Hired
6/2014

15. Name and Position of person hiring you
Branimir Rogachav | Manager

16. Name of superintendent, manager or foreman
Henry?

17. Latest agreed rate of pay
(per hour per week, per day)
$12/hr.

18. Last Day Worked
11/28/2014

19. Status with Firm
☐ I quit
☑ I was discharged
☐ I was temporarily laid off
☐ I am still employed

20. Reason for quitting, discharge or layoff
Employer said claimant curse the other employee.

21. Were you a member of any union when employed by this firm?
☐ Yes    ☑ No

If "yes", give name, local no., address, zip code and telephone no. of union

22. Have you asked your union for assistance?
☐ Yes    ☐ No

If "yes" what action has the union taken?

**Before answering questions 23 and 25, first fill out back of this form to help you figure wages due**

23. Wages claimed for period (first date to last date)
From 9/9/2013 to 9/15/2013 inclusive

24. Name and address of employer's bank    Zip Code
TD Bank

25. Total amount of wages due
$ 296.71 306.71

26. Did you request these wages?
☑ Yes    ☐ No

27. Date of Request
4/2014

28. To whom was the request made?
Jennifer

29. Did employer refuse to pay for these wages?
☑ Yes    ☐ No

If "yes", give employer's reason for refusal
The check was long time ago. Didn't want to pay. Go to the bank.

30. Were any payments due you paid by checks returned not honored?    No ☐ Yes ☑    If "yes", submit photocopies of check(s)

31. How were wages paid?    ☐ Cash  ☑ Check  ☐ Other (Explain)

32. What was your normal payday?
Monday

What period did this cover?
Mon — Sun

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____
Signature of Claimant

12/22/2015
Date

LS 223 (11-13)                    (Continue Over)

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 9/15/2013 | Can't Not recall | 5 | $ 12 per hr. | $ 296.71 net | $ 0 | $ 296.71 $10 fine for the bounce Check | check date 9/20/2013 #296.71 (Net, bounce check $ 003306 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | 41. Total Amount Due |
|---|---|
| | $ 296.71 (Net)   bounce check fee + 112 ($306.71) |

*Gross wage is the amount before taxes or other monies are deducted.

42. Include any additional information below:

① Customer started working with the company in 9/2013 and quit in 12/2013. After that he rejoined the company in 6/2014.

② Customer didn't recall the gross amount of the bounce. Check issue in 2013.

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 9/15/2013 | Cant Not recall | 5 | $ 12 per hr. | $ 296.71 cnet | $ 0 | $ 296.71 $10 fhofor the bounce check) | check date 9/20/201 $296.71 (No) bounce chck# 0033 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

|  |  |
|---|---|
| 41. Total Amount Due | $ 296.71 (Net) bounce chek + 10 fee ($ 306.71) |

*Gross wage is the amount before taxes or other monies are deducted.

42  Include any additional information below:

① Customer started working with the company in 9/2013 and quit in 12/2013. After that he rejoined the company in 6/2014.

② Customer didn't recall the gross amount of the bounce check issue in 2013.



# NYS Department of State



FEIN #

2nd $\alpha$ /$_{2012}$ ⟶ present

## Division of Corporations

## Entity Information

The information contained in this database is current through December 23, 2015.

Selected Entity Name: GO NEW YORK TOURS INC.
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | GO NEW YORK TOURS INC. |
| DOS ID #: | 4046754 |
| Initial DOS Filing Date: | JANUARY 25, 2011 |
| County: | NEW YORK |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC BUSINESS CORPORATION |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GO NEW YORK TOURS INC.
2 EAST 42 STREET
NEW YORK, NEW YORK, 10017

**Chief Executive Officer**

YULIYA TULAKSHYNA
2 EAST 42 STREET
NEW YORK, NEW YORK, 10017

**Principal Executive Office**

GO NEW YORK TOURS INC.
2 EAST 42 STREET
NEW YORK, NEW YORK, 10017

**Registered Agent**

NONE

This office does not record information regarding the names

15 CV 2326 (ER)
P383

Case 1:15-cv-02326-ER Document 192-2 Filed 10/09/20 Page 12 of 99

and addresses of officers, shareholders or directors of
nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and shareholders
in the initial certificate of incorporation, however this
information is not recorded and only available by viewing
the certificate.

## *Stock Information

### # of Shares  Type of Stock  S Value per Share
200            No Par Value

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 25, 2011 | Actual | GO NEW YORK TOURS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

EL-16-0854-000114

15 CV 2326 (ER)
P384

NYS Dept of Labor Audit/Monetary System

Audit and Monetary System

Welcome Kam Piu Chan  (Build: R20151029A)                    NY.Gov Home  ·  Audit/Monetary Wage Home  ·  Log Off

Home > Cases > Case (LS20 2015001502)

## Case Details

| Case # LS20 2015001502 (589821) | Set High Priority  Re-Assign Investigator  Associate Cases  Contact Log  Electronic Documents |
|---|---|
| Go New York Tours Inc | Initial Claim # LCM15001827 | Assigned Investigator Emelina Garcia |
| (FEIN | Claim Management | |
| 217 West 35th St | Status  Investigation Active | |
| New York, NY 10016 | Case Date 03/04/2015 | Follow Up Date |
| (646) 894 - 2506 | Associated Cases LS81 2012011165 | |
| | LS13 2014005194 | |
| | LS10 2014006737 | |
| | LS20 2014007786 | |
| | LS20 2015001502 | |

### Investigation / Audit Information

| Investigation Active | | View Claimants  Narrative  Reports |
|---|---|---|
| Summary For Version "Default" | | |
| Audit Total  $561.90 | | |

### Violation Information

There are no violations at this time

### Monetary Information

New Check Receipt

---

NYS Dept of Labor Audit/Monetary System

Audit and Monetary System

Welcome Kam Piu Chan (Build: R20151029A)                    NY.Gov Home  ·  Audit/Monetary Wage Home  ·  Log Off

Home > Cases > Case (LS20 2015001502) > Claimants

## Case Claimant Summary

### Basic Information

| Case # LS20 2015001502 | Contact Log  Electronic Documents |
|---|---|
| Go New York Tours Inc (FEIN | Initial Claim # LCM15001827 |
| Status  Investigation Active | |

### Claims

| Name | SSN | Claimant Id | Claim Type | Claim Status | | Initial Amount Owed |
|---|---|---|---|---|---|---|
| Latif, Moro | | 409132 | | | | |
| Latif, Moro | | 409134 | Wage Claim  LD | Active-In Progress | | $150.00 |
| Levine, Mark | | 1502444 | Wage Claim  LD | Active-In Progress | | $340.70 |
| Pfleutzer, Fred | | 1465641 | Supplemental Wage Claim  LD | Active-In Progress | | $71.20 |
| | | | | | | $561.90 |

**"Initial Amount Owed" does not include any Liquidated Damages applied



**New York State Department of Labor**
Division of Labor Standards

**Claim for Unpaid Wage Supplements**

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12, Rm. 185C,
State Office Campus, Albany NY 12240

| For office use only | | S |
| --- | --- | --- |
| Identification number | | |
| Refer to wage claim ID no., if any | | |
| Taken by _Lee Au Yeung_   _Andy Chin_ | | |

Section 198-c (3) of the New York State Labor Law excludes from wage supplement coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

**Note: You must have asked for the supplements due before we can help you.**

| 1. Your full name | 3. Social Security number |
| --- | --- |
| ☐ Ms. ☐ Mrs. ☑ Mr.  Xue, Da Lai | ▮▮▮ |

| 2. ▮▮▮ | 4. (Area code) Day / Evening ▮▮▮ |
| --- | --- |

5. Claim against (trade name of employer)  Go New York Tours Inc

6. Corporation name, if any  Go New York Tours Inc

7. Address of main office or headquarters of firm  2 E 42nd St   City, town or village  New York   County  NY   Zip code  10017

8. (Area code) phone number  (212) 682 - 9388

9. Names and addresses of responsible persons of firm   Branimir Rogaschar   Manager

10. Kind of business firm engaged in   Hop on Hop off sightseeing

11. Is the firm still in business?  ☑ Yes  ☐ No

12. What was your work or occupation with this firm?  Bus operator

13. Address where you worked  465 8 / 8 AV NY, NY   Zip code  10036

14. Date hired  6/2014

15. Name and position of person who hired you  Branimir Rogaschar manager

16. Name of superintendent, manager or foreman  1408tty

17. Latest agreed rate of pay (per hour, per week, per day)  $12 / hr

18. Last day worked  11/28/2015

19. Status with firm
☐ I quit
☐ I was discharged
☐ I was temporarily laid off
☐ I am still employed

20. Reason for quitting, discharge, or layoff  Allegedly close

21. Were you a member of any union when employed by this firm?  ☐ Yes  ☑ No   If "Yes," give name, local no., address, zip code and telephone no. of union

22. Have you asked your union for assistance?  ☐ Yes  ☑ No   If "Yes," what action has the union taken?

**Before answering question 24, first fill out the back of this form to help you figure payments due**

23. Name and address of employer's bank  TD bank   Zip code  ?

24. Total amount of payment due  $ 608.00

25. Did you request these benefits?  ☑ Yes  ☐ No

26. Date of request  12/7/2015

27. To whom was the request made?  Sofilia

28. Did the employer refuse to pay these benefits?  ☑ Yes  ☐ No   If "Yes," give employer's reason for refusal  you're not work here right now.

29. Were any payments due you paid by checks returned not honored?  ☑ Yes  ☐ No   If "Yes," submit photo copies of check(s)

30. How were wages paid?  ☐ Cash  ☑ Check  ☐ Other (explain)

Any false statements knowingly made are punishable as a Class A misdemeanor (Section 210.45, the New York State Penal Law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____   Claimant's signature

12.21 22/2015   Date

**See Reverse**

LS 425 (08/13)

FL-16-0854   000116

15 CV 2326 (ER)
P386

S

| 31. Supplement claimed | 32. Period involved ? | 33. Date payments due and payable | 34. Amount claimed |
|---|---|---|---|
| ☐ Holiday pay | | | |
| ☑ Vacation pay  on the web site | 2017 — 2015 | 12/28/15 | $480 — |
| ☐ Sick pay | | | |
| ☐ Health insurance   ☐ Hospital   ☐ Medical - surgical | | | |
| B,C ☑ Bonus | ... 2017 — 2017 | | |
| ☑ Expenses $40/mo, $55 surcharge $30 coffee | 2013 of 2014 | 12/28/15 | $128 — |
| ☑ Other (specify) ~~free parcadent bonus of~~ ~~4334500 every 3 months~~ | | | |
| | | | 35. Total amount claimed $ |
| 36. Did this employer previously pay this type of benefit to you?   ☑ Yes   ☐ No | | | 608.00 |

36. Did this employer previously pay this type of benefit to you?   ☑ Yes   ☐ No
A. For what period? _____  Amount $ _____
B. Who paid the benefits?   ☑ Employer   ☐ Union   ☐ Other (explain; e.g., Blue Cross, HIP)

37. What kind of agreement covers this benefit? If based upon a written document, attach a copy.
☐ Company policy   ☐ Oral   ☐ Written (specify, e.g., employee handbook, letter)
☐ Union contract   ☐ Other (explain)

38. What are the terms of agreement (eligibility requirements) for this benefit?

39. Include any additional information below

① ~~Customer~~ claimant is not certain the amount of the unpaid.
wage supplements at the time of filing the claim.

② Claimant stated he started to work with the company in
9/2013 and quit in 12/2013. After that, he rejoined
the company in 6/2014.

S

| 31. Supplement claimed | 32. Period involved ? | 33. Date payments due and payable | 34. Amount claimed |
|---|---|---|---|
| ☐ Holiday pay | | | |
| ☑ Vacation pay  on the web site | 2014  — 2015 | 12/28/15 | $480 — |
| ☐ Sick pay | | | |
| ☐ Health insurance   ☐ Hospital   ☐ Medical - surgical | | | |
| B,C  ☑ Bonus | 2015  — 2015 | | |
| ☑ Expenses $40 fine, $55 surcharge $50 cab fee | june & sept | 12/28/15 | $128 — |
| ☑ Other (specify) $100.00 accident bonus of attested over 3 months | | | |
| | | | 35. Total amount claimed $ |
| | | | 608.00 |

36. Did this employer previously pay this type of benefit to you?   ☑ Yes   ☐ No
A  For what period? _____   Amount $ _____
B. Who paid the benefits?   ☑ Employer   ☐ Union   ☐ Other (explain; e.g., Blue Cross, HIP)

37. What kind of agreement covers this benefit? If based upon a written document, attach a copy.
☐ Company policy   ☐ Oral   ☐ Written (specify, e.g., employee handbook, letter)
☐ Union contract   ☐ Other (explain)

38. What are the terms of agreement (eligibility requirements) for this benefit?

39. Include any additional information below

① ~~Customer~~ Claimant is not certain the amount of the unpaid. wage supplements at the time of filing the claim.

② Claimant stated he started to work with the company in 9/2013 and quit in 12/2013. After that, he rejoined the company in 6/2014.

MOTORIST
COPY

**DEPARTMENT OF MOTOR VEHICLES**
**TRAFFIC VIOLATIONS DIVISION**
**MANHTTN S TVB**

DATE 12/10/15                                                    TIME 4:49 PM

NAME: XUE, DA, LAI
DOB/SEX: ███████████

| TICKET INFO | DISP | FINE | + SC | + STF | - TKT BOND | = SUB TOTAL | - OTHER BOND$ | = TICKET TOTAL |
|---|---|---|---|---|---|---|---|---|
| ██████ 0/18/14 | GUILTY | 40 | 88 | 0 | 0 | 128 | 0 | 128 J |
| IMPRPR CELLPHONE USE | | | | | | | | |
| TOTALS $ | | 40 | 88 | 0 | 0 $ | 128 | PMNTS | 0 |

BALANCE DUE$                                                    128
TOTAL AMOUNT DUE AFTER: 12/24/15   $           198

J ADJOURN - YOUR NYS DRIVERS LICENSE/PRIVILEGE WILL BE SUSPENDED IF PAYMENT
           OF $   128 IS NOT RECEIVED BY CLOSE OF BUSINESS ON 12/24/15
           IF PAYMENT IS RECEIVED AFTER 12/24/15 YOU MUST PAY
           AN ADDITIONAL  $70 SUSPENSION TERMINATION FEE
           FOR EACH OUTSTANDING TICKET BEFORE YOUR
           DRIVERS LICENSE/PRIVILEGE WILL BE RESTORED.
           YOU MAY PAY ON-LINE AT: DMV.NY.GOV/PLEADANDPAY/

| | | |
|---|---|---|
| RCPT# FAJP089 | RETAIN FOR YOUR RECORDS | CASH $     0 |
| OPER ADJFAJ | | CHECK      0 |
| TERM# RS24  N | PAGE  1 OF  1 | CREDIT CARD      0 |

FL-16-0854  000119

15 CV 2326 (ER)
P389

(a)

to be appended to LS20 2015001502

**New York State Department of Labor**
**Division of Labor Standards**
**Claim for Unpaid Wages**

COPY

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12 Rm.185C
State Office Campus, Albany NY 12240

| For Office Use Only | W |
|---|---|
| Identification Number | |
| Refer to wage suppl. I.D. No. if any) | |
| Taken by  Lee Huiley | |

Section 190.7 of the New York State Labor Law excludes from wage payment coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week.

Note: It is necessary for you to have asked for the wages due before we can assist you.

1. Your Full Name    ☐ Ms.  ☐ Mrs.  ☑ Mr.     XUE, DA LAI        3. Social Security No.

5. Claim against (Trade Name of Employer)   GO NY TOURS, INC.     6. Corporation Name, if any

7. Address of main office or headquarters of firm   City, Town or Village   County   Zip Code    8. (Area Code) Telephone No.
2 East 42nd Street, New York, NY 10017        212 664-0300

9. Names and addresses of responsible persons of firm                    Their positions
Branimir Rogachau                                 Manager

10. Kind of business firm engaged in          11. Is firm still in business?
Tours / Bus                                 ☑ Yes  ☐ No

12. What was your work or occupation with this firm?   Bus Operator.     13. Address where you worked  46 St / 8th Ave. NYC    Zip Code  10036

14. Date hired  6/2014    15. Name and Position of person hiring you   Branimir Rogachau / Manager    16. Name of superintendent, manager or foreman  Henry?

17. Latest agreed rate of pay (per hour per week, per day)  $12/hr.    18. Last Day Worked  11/28/2015    19. Status with Firm
☐ I quit
☑ I was discharged
☐ I was temporarily laid off
☐ I am still employed

20. Reason for quitting, discharge or layoff
Employer said claimant curse the other employee.

21. Were you a member of any union when employed by this firm?  ☐ Yes  ☑ No    If "yes", give name, local no., address, zip code and telephone no. of union

22. Have you asked your union for assistance?  ☐ Yes  ☑ No    If "yes" what action has the union taken?

**Before answering questions 23 and 25, first fill out back of this form to help you figure wages due**

23. Wages claimed for period (first date to last date)   From 9/9/2013 To 9/15/2013 inclusive    24. Name and address of employers bank  TD Bank    Zip Code    25. Total amount of wages due  $296.91  306.91

26. Did you request these wages?  ☑ Yes  ☐ No    27. Date of Request  4/2014    28. To whom was the request made?  Jennifer.

29. Did employer refuse to pay for these wages?  ☑ Yes  ☐ No    If "yes", give employer's reason for refusal
The check was long time ago. Didn't want to pay. Go to the bank.

30. Were any payments due you paid by checks returned not honored?    No ☐ Yes ☑    If "yes", submit photocopies of check(s)   What period did this cover?

31. How were wages paid?  ☐ Cash  ☑ Check  ☐ Other (Explain)    32. What was your normal payday?  Monday.    1 Mon — Sun

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

Signature of Claimant _____        Date  12/22/2015

(Continue Over)

LS 223  (11-13)

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages' earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) check date 9/20/201 |
|---|---|---|---|---|---|---|---|
| 9/15/20/2013 Can't Not recall | 5 | | $12 per hr. | $296.71 (net) | $0 | $296.71 - $10 for the bounce check) bounce check 0033 | $296.71 (Net) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

41. Total Amount Due  $296.71 (Net) — bounce check fee
+ 10
($306.71)

'Gross wage is the amount before taxes or other monies are deducted.

42. Include any additional information below:

① Customer started working with the company in 9/2013 and quit in 12/2013. After that he rejoined the company in 6/2014.

② Customer didn't recall the gross amount of the bounce check issue in 2013.

# NYS Department of State



FEIN #

2ⁿᵈ Q/2012 ⟶ present

## Division of Corporations

### Entity Information

The information contained in this database is current through December 23, 2015.

---

Selected Entity Name: GO NEW YORK TOURS INC.
Selected Entity Status Information

**Current Entity Name:** GO NEW YORK TOURS INC.
**DOS ID #:** 4046754
**Initial DOS Filing Date:** JANUARY 25, 2011
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GO NEW YORK TOURS INC.
2 EAST 42 STREET
NEW YORK, NEW YORK, 10017

**Chief Executive Officer**

YULIYA TULAKSHYNA
2 EAST 42 STREET
NEW YORK, NEW YORK, 10017

**Principal Executive Office**

GO NEW YORK TOURS INC.
2 EAST 42 STREET
NEW YORK, NEW YORK, 10017

**Registered Agent**

NONE

This office does not record information regarding the names

FL-16-0854   000122

15 CV 2326 (ER)
P392

and addresses of officers, shareholders or directors of
nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and shareholders
in the initial certificate of incorporation, however this
information is not recorded and only available by viewing
the certificate.

### *Stock Information

# of Shares  Type of Stock  $ Value per Share
200        No Par Value

*Stock information is applicable to domestic business corporations.

### Name History

**Filing Date   Name Type        Entity Name**
JAN 25, 2011 Actual        GO NEW YORK TOURS INC.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The
entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results            New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact
Us

15 CV 2326 (ER)
P393





New York State Department of Labor
Division of Labor Standards

**Claim for Unpaid Wage Supplements**

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12, Rm 185C,
State Office Campus, Albany NY 12240

For office use only    S

Identification number

Refer to wage claim ID no., if any

Taken by
Lee Au Yau        Judy Chu

Section 198-c (3) of the New York State Labor Law excludes from wage supplement coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

**Note: You must have asked for the supplements due before we can help you.**

| | |
|---|---|
| 1. Your full name ☐ Ms. ☐ Mrs. ☑ Mr.  Xue, Da Lai | 3. Social Security number |
| 2. Your address        Apt. no.    City, town or village    County    Zip code | 4. (Area code) phone number Day Evening |
| 5. Claim against (trade name of employer) Go New York Tours Inc | 6. Corporation name, if any Go New York Tours Inc |
| 7. Address of main office or headquarters of firm    City, town or village    County    Zip code 2 E 42nd St    New York    NY    10017 | 8. (Area code) phone number (212) 652-0358 |
| 9. Names and addresses of responsible persons of firm    Blanimir Robuchor   Manager | |
| 10. Kind of business firm engaged in    Hop on Hop off sightseeing | 11. Is the firm still in business? ☑ Yes  ☐ No |
| 12. What was your work or occupation with this firm?  Bus operator | 13. Address where you worked 46st/8Av NY NY  Zip code 10036 |
| 14. Date hired 6/2014 | 15. Name and position of person who hired you Branimir Robuchor manager | 16. Name of superintendent, manager or foreman Henry |
| 17. Latest agreed rate of pay (per hour, per week, per day) $12/hr | 18. Last day worked 11/28/2015 | 19. Status with firm ☐ I quit ☑ I was discharged ☐ I was temporarily laid off ☐ I am still employed | 20. Reason for quitting, discharge, or layoff Allegedly close |
| 21. Were you a member of any union when employed by this firm? ☐ Yes ☑ No | If "Yes," give name, local no., address, zip code and telephone no. of union |
| 22. Have you asked your union for assistance? ☐ Yes ☑ No | If "Yes," what action has the union taken? |

**Before answering question 24, first fill out the back of this form to help you figure payments due**

| 23. Name and address of employer's bank D bank | Zip code ? | 24. Total amount of payment due $ 608.00 |
|---|---|---|
| 25. Did you request these benefits? ☑ Yes ☐ No | 26. Date of request 12/7/2015 | 27. To whom was the request made? Sofilia Henry |
| 28. Did the employer refuse to pay these benefits? ☑ Yes ☐ No | If "Yes," give employer's reason for refusal you're not work here right now. | |
| 29. Were any payments due you paid by checks returned not honored? ☑ Yes ☐ No If "Yes," submit photo copies of check(s) | 30. How were wages paid? ☐ Cash ☑ Check ☐ Other (explain) | |

Any false statements knowingly made are punishable as a Class A misdemeanor (Section 210.45, the New York State Penal Law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____    12.__ 22/2015
Claimant's signature                  Date

**See Reverse**

LS 425 (08/13)

FL-16-0854   000125

15 CV 2326 (ER)
P395

S

| 31  Supplement claimed | 32. Period involved ? | 33. Date payments due and payable | 34.  Amount claimed |
|---|---|---|---|
| ☐ Holiday pay | | | |
| ☑ Vacation pay  on the web site | 2014 – 2015 | 12/28/15 | $480 – |
| ☐ Sick pay | | | |
| ☐ Health insurance   ☐ Hospital   ☐ Medical - surgical | | | |
| B,C ☑ Bonus | 2013 – 2015 | | |
| ☑ Expenses $40 fine + $35 surcharge $50 court fee  june 2014 | | 12/28/15 | $128 – |
| ☑ Other (specify) +150 per accident bonus of satisfied every 3 months | | | |
| | | | 35.  Total amount claimed  $ |

36. Did this employer previously pay this type of benefit to you?   ☑ Yes   ☐ No           608. 0
  A.  For what period? _____ Amount $ _____
  B.  Who paid the benefits?   ☑ Employer   ☐ Union   ☐ Other (explain; e.g., Blue Cross, HIP)

37. What kind of agreement covers this benefit?  If based upon a written document, attach a copy.
  ☐ Company policy   ☐ Oral   ☐ Written (specify, e.g., employee handbook, letter)
  ☐ Union contract   ☐ Other (explain)

38. What are the terms of agreement (eligibility requirements) for this benefit?

39. Include any additional information below

① ~~Customer~~ Claimant is not certain the amount of the unpaid.
wage supplements at the time of filing the claim.

② Claimant stated he started to work with the company in
9/2013 and quit in 12/2013. After that, he rejoined
the company in 6/2014.

MOTORIST
COPY

DEPARTMENT OF MOTOR VEHICLES
TRAFFIC VIOLATIONS DIVISION
MANHTTN S TVB

DATE 12/10/15                                    TIME 4:49 PM

NAME: XUE,DA,LAI
DOB/SEX: ███████████

| TICKET INFO | DISP | FINE | + SC | + STF | - TKT BOND | = SUB TOTAL | - OTHER BOND$ | = TICKET TOTAL |
|---|---|---|---|---|---|---|---|---|
| ██████████ 10/18/14 | GUILTY | 40 | 88 | 0 | 0 | 128 | 0 | 128 J |
| IMPRPR CELLPHONE USE | | | | | | | | |
| | | ---- | -- | --- | ---- | ------ | | ------ |
| TOTALS $ | | 40 | 88 | 0 | 0 $ | 128 | PMNT$ | 0 |
| | | | | BALANCE DUE$ | | | | 128 |
| | | | TOTAL AMOUNT DUE AFTER: 12/24/15 | | | $ | | 198 |

J ADJOURN - YOUR NYS DRIVERS LICENSE/PRIVILEGE WILL BE SUSPENDED IF PAYMENT
        OF $   128 IS NOT RECEIVED BY CLOSE OF BUSINESS ON 12/24/15
        IF PAYMENT IS RECEIVED AFTER 12/24/15 YOU MUST PAY
          AN ADDITIONAL  $70 SUSPENSION TERMINATION FEE
          FOR EACH OUTSTANDING TICKET BEFORE YOUR
          DRIVERS LICENSE/PRIVILEGE WILL BE RESTORED.
        YOU MAY PAY ON-LINE AT: DMV.NY.GOV/PLEADANDPAY/

| RCPT# FAJP089 | RETAIN FOR YOUR RECORDS | CASH $ | 0 |
|---|---|---|---|
| OPER  ADJFAJ | | CHECK | 0 |
| TERM# RS24   N | PAGE   1 OF  1 | CREDIT CARD | 0 |

163

| 1. DISTRICT | 20 | 2. COMPLAINT I.D. NO. | | 3. ASSIGNED TO | | 4. DATE ASSIGNED | 5. DATE DUE |
|---|---|---|---|---|---|---|---|

6. NAME - ADDRESS OF ESTABLISHMENT (INCLUDE ZIP CODE)
GO NY TOURS, INC.
2 East 42nd Street, Flushing NY 11354.

7. INDUSTRY
Tours / Bus.

8. BUS. TEL. NO.

9. NAME - ADDRESS OF COMPLAINANT (INCLUDE ZIP CODE)
XUE, DA LAI

10. APT/FL. NO.

13. JOB TITLE: Bus Operator.

| | | | | 15. SOURCE | | |
|---|---|---|---|---|---|---|
| ☐ W.C. | ☐ W.S. | ☐ M.W. | ☐ RECORDS | ☐ TEL. | ☑ OFFICE VISIT | ☐ CORRES. |
| ☐ C.L. | ☐ HOURS | ☐ HW | ☐ P.B.C. | ☐ INV. REPORT | ☐ VIO. REPORT | ☐ REFERRAL |
| ☐ WAGE PMT. | ☐ FARM | ☑ OTHER | | ☐ OTHER | | |

16. ATTACHMENTS INCLUDED
☐ NO    ☑ YES (DESCRIBE)

| 17. COMPLAINT TAKEN BY | 18. DATE TAKEN |
|---|---|
| Lee An/org. | 12/22/2015 |

19. ASSIGNMENT INFORMATION
According to the company menu, employer needs to pay bonus to employee.
when all the requirements are met. Company menu and sample pay stubs
were attached.
* Claimant is not certain the amount of the unpaid wage supplements
at the time of filling the complaint.

**FOR MINIMUM WAGE ONLY**

| 20. PERIOD OF EMPLOYMENT | | | 21. PERIOD OF COMPLAINT | |
|---|---|---|---|---|
| FROM | | TO | FROM | TO |

| 22. HIRED BY (NAME AND POSITION) | 23. PAID BY | 24. SUPERVISED BY |
|---|---|---|

25. HOURS WORKED - STARTING AND STOPPING TIME AND TIME OFF FOR MEALS EACH DAY, IF HOURS VARY, EXPLAIN ON REVERSE

26. WAGES - INDICATE GROSS OR NET. IF WAGES VARY, EXPLAIN ON REVERSE

| 27. UNIFORMS | 28. MEALS | 29. LODGING | 30. TIPS |
|---|---|---|---|
| a. REQUIRED | a. PROVIDED | a. PROVIDED | a. RECEIVED |
| b. FURNISHED | | | b. DAILY OR WEEKLY AMOUNT |
| c. MAINTAINED | b. NO. PER DAY | b. NO. OF DAYS | |

**31. FOR BUILDING SERVICE COMPLAINT ONLY**

| a. NO. OF APTS. | d. APT. FURNISHED | e. UTILITY FURNISHED |
|---|---|---|
| b. NO. OF STORES | NO. _____ RMS. _____ | HOUSE LINE _____ SEP. METER _____ |
| c. TYPE OF HEAT. | PRIOR TENANT ? _____ YES _____ NO | f. OTHER PAYMENTS, IF YES, EXPLAIN BELOW |

| 32. DATE | 33. INVESTIGATOR | 34. FINDINGS | 35. RECHECK DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

T-144 (6-84)    SPECIAL ASSIGNMENT

Division of Labor Standards 16-0854  000128

Employee Name: Da Lai Xue

I, Da Lai Xue, certify that I worked a total of 30.27 hours during the pay period beginning on November 23, 2015 and ending on November 29, 2015. I acknowledge that today I received a check in the total gross amount of $363.24, which represents 30.27 hours of work paid at my regular rate of $12 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____          _____
Employee's Signature          Date          Supervisor's Signature          Date

FL-16-0854   000129

The below payment schedule and policies supersede and replace any and/or all other payment rates/schedules and policies contained within this employee handbook.

This payment schedule applies only to drivers who have completed 30 days a $13 per hour base payment applies. No hourly bonus is available.

*Bus Driver/Operators' Payment Chart*

A.      Base Hourly Payment – $12.00

B.      Bonus - $3.00 per hour will be added to all hours worked by a driver during one complete payment cycle ( The cycle is 7 days Monday – Sunday) is all of the requirements below are met:

1.      The employee has NO UNANNOUNCED NO-SHOWS or NO-CALLS. (Each driver must notify the operations manager one week in advance in case he/she needs to take a day off while scheduled to be on duty in order to qualify for the $3.00 per hour bonus

2.      The employee is NOT late for his/her schedule. (If a driver shows up to work late he/she will NOT qualify for the $3.00 per hour weekly bonus).

3.      A driver follows the route and makes all times at all stops at all times at designated locations. A driver who does not make all the required stops will be disqualified from $3.00 per hour bonus.

4.      A driver has to check tickets and give out headphones in case there is no tour guide on the bus. If there are passengers on the bus without a ticket, has expired ticket, or no head phones. the driver will be disqualified from $3.00 per hour bonus.

5.      A Driver works FULL TIME (at least 5 days per week).

6.      A Driver has no accidents during the payment cycle. Any accident regardless of which party is at fault or accident being reported or not reported to the police department would automatically disqualify the driver from the $3.00 per hour bonus.

If an unreported accident is reported/discovered/acknowledged during and or after a driver's employment with Go New York Tours Inc., this will result in the $3.00 per hour bonus reversal. If bonus is already paid to the driver, the bonus amount paid may be subject to collections procedures. Each driver who keeps an accident free record for each 4 month period starting September 1st will receive $100.00 bonus on the 15th of the month following the 4 month period (In order to qualify for the $100 bonus each driver must be working full time during each 4 month period throughout the period.)

7.      A driver provides all necessary documents including but not limited to the required up to date medical cards/abstracts/accident reports and any and all paperwork Go New York Tours Inc., deems necessary for driver's employment compliance.

C.      A successful driver receives $1 bonus raise after first 12 consecutive months of employment following requirements 1-7.

Driver's Name (PRINT)_____

Signature: _____        Date: /2 / 14 / 14

*Go New York Tours Inc. reserves the right to change or amend any or all payment rates and

policies without prior notice at any time

FL-16-0854   000130

Employee Name:  Da Lai Xue

I, Da Lai Xue, certify that I worked a total of 38.3 hours during the pay period beginning on December 1, 2014 and ending on December 7, 2014. I acknowledge that today I received a check in the total gross amount of $574.5, which represents 38.3 hours of work paid at my regular rate of $15 per hour.  I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

| _____ | 12/14/14 | _____ | _____ |
|---|---|---|---|
| Employee's Signature | Date | Supervisor's Signature | Date |

FL-16-0854   000131

Dear Go New York Tours Drivers,

Please note that effective 12/15/14 every driver is subject to the following punch in policy
(For punching in use the stationary device installed in the yard and mobile devices with the
supervisors at 46 ST and 8 AVE and Central Park South and 6 AVE stops).
You must punch in at any of the following cases:

1) You pick up a bus from the yard.
2) Upon your first arrival in Manhattan after you have picked up a bus from the yard
   (you can punch in at 46 ST and 8 AVE or Central Park South and 6 AVE depending
   on the type of tour you are scheduled to do or you are dispatched for).
3) You are relieved in Manhattan and will not drive a bus from Manhattan to the yard
   (punch out as you are signed out).
4) You are dispatched to drive a bus from Manhattan to the yard. You must punch in
   at one of the main bus stops at 46 ST and 8 AVE or Central Park South and 6 AVE
   depending on which is your last tour for that day).
5) Upon arrival at the yard after you have driven a bus from Manhattan to the yard.

At the end of each work day you must have an even number of punch ins.
Any driver who fails to follow this policy will be disqualified from any applicable weekly
bonus. Any driver who takes longer than the average travel time for the particular day
from the yard to Manhattan, and from Manhattan to the yard will be disqualified from any
applicable weekly bonus and be subject to termination.


Name of driver who has received the above policy:

_____

Signature:

_____

Date: /2 / 14 / 14

FL-16-0854   000132

HSBC Bank USA, N.A. - Image Archive



| Account Number | Date Posted | IRD Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
|  | 05/30/2014 | 4 | 0000003306 | 296.71 | 33164781 |  |

HSBC Bank USA, N.A. - Image Archive

(19)

| 1. DISTRICT 20 | 2. COMPLAINT I.D. | 3. ASSIGNED TO | 4. DATE ASSIGNED | 5. DATE DUE |
|---|---|---|---|---|

**6. NAME - ADDRESS OF ESTABLISHMENT (INCLUDE ZIP CODE)**
GO NY TOURS, INC.

**7. INDUSTRY** Tours/Bus.

**9. NAME - ADDRESS OF COMPLAINANT (INCLUDE ZIP CODE)**
XUE DA LAI

**10. APT/FL. NO.**

**13. JOB TITLE:** Bus Operator.

**15. SOURCE**

| ☐ W.C. | ☐ W.S. | ☐ M.W. | ☐ RECORDS |
|---|---|---|---|
| ☐ C. L | ☐ HOURS | ☐ HW | ☐ P.B.C. |
| ☐ WAGE PMT. | ☐ FARM | ☑ OTHER | |

☐ TEL.   ☑ OFFICE VISIT   ☐ CORRES.
☐ INV. REPORT   ☐ VIO. REPORT   ☐ REFERRAL
☐ OTHER

**16. ATTACHMENTS INCLUDED**
☐ NO   ☑ YES (DESCRIBE)

**17. COMPLAINT TAKEN BY** Lee Au /ley. (A)
**18. DATE TAKEN** 12/22/2015

**19. ASSIGNMENT INFORMATION**

According to the company memo, employer needs to pay bonus to employee. When all the requirements are met. company memo and sample pay stubs were attached.
* Claimant is not certain the amount of the unpaid wage supplements at the time of filling the complaint.

## FOR MINIMUM WAGE ONLY

| 20. PERIOD OF EMPLOYMENT | | 21. PERIOD OF COMPLAINT | |
|---|---|---|---|
| FROM | TO | FROM | TO |

| 22. HIRED BY (NAME AND POSITION) | 23. PAID BY | 24. SUPERVISED BY |
|---|---|---|

**25. HOURS WORKED - STARTING AND STOPPING TIME AND TIME OFF FOR MEALS EACH DAY, IF HOURS VARY, EXPLAIN ON REVERSE**

**26. WAGES - INDICATE GROSS OR NET. IF WAGES VARY, EXPLAIN ON REVERSE**

| 27. UNIFORMS | 28. MEALS | 29. LODGING | 30. TIPS |
|---|---|---|---|
| a. REQUIRED___ | a. PROVIDED___ | a. PROVIDED___ | a. RECEIVED___ |
| b. FURNISHED___ | | | b. DAILY OR WEEKLY AMOUNT___ |
| c. MAINTAINED___ | b. NO. PER DAY___ | b. NO. OF DAYS___ | |

## 31. FOR BUILDING SERVICE COMPLAINT ONLY

| a. NO. OF APTS.___ | d. APT. FURNISHED___ | e. UTILITY FURNISHED___ |
|---|---|---|
| b. NO. OF STORES___ | NO.___ RMS.___ | HOUSE LINE___ SEP. METER___ |
| c. TYPE OF HEAT.___ | PRIOR TENANT ?___ YES___ NO | f. OTHER PAYMENTS, IF YES, EXPLAIN BELOW |

| 32. DATE | 33. INVESTIGATOR | 34. FINDINGS | 35. RECHECK DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2-144 (6-84)   **SPECIAL ASSIGNMENT**

FL-76-0854-000134

Division of Labor Standards

**Employee Name: Da Lai Xue**

I, Da Lai Xue, certify that I worked a total of 30.27 hours during the pay period beginning on November 23, 2015 and ending on November 29, 2015. I acknowledge that today I received a check in the total gross amount of $363.24, which represents 30.27 hours of work paid at my regular rate of $12 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____     _____     _____     _____
Employee's Signature              Date            Supervisor's Signature            Date

<u>The below payment schedule and policies supersede and replace any and/or all other payment rates/schedules and policies contained within this employee handbook.</u>

This payment schedule applies only to drivers who have completed 30 days a $13 per hour base payment applies. No hourly bonus is available.
*Bus Driver/Operators' Payment Chart*
A.     Base Hourly Payment – $12.00
B.     Bonus - $3.00 per hour will be added to all hours worked by a driver during one complete payment cycle ( The cycle is 7 days Monday – Sunday) is all of the requirements below are met:
1.     The employee has NO UNANNOUNCED NO-SHOWS or NO-CALLS. (Each driver must notify the operations manager one week in advance in case he/she needs to take a day off while scheduled to be on duty in order to qualify for the $3.00 per hour bonus

2.     The employee is NOT late for his/her schedule. (If a driver shows up to work late he/she will NOT qualify for the $3.00 per hour weekly bonus).

3.     A driver follows the route and makes all times at all stops at all times at designated locations. A driver who does not make all the required stops will be disqualified from $3.00 per hour bonus.

4.     A driver has to check tickets and give out headphones in case there is no tour guide on the bus. If there are passengers on the bus without a ticket, has expired ticket, or no head phones, the driver will be disqualified from $3.00 per hour bonus.

5.     A Driver works FULL TIME (at least 5 days per week).

6.     A Driver has no accidents during the payment cycle. Any accident regardless of which party is at fault or accident being reported or not reported to the police department would automatically disqualify the driver from the $3.00 per hour bonus.

If an unreported accident is reported/discovered/acknowledged during and or after a driver's employment with Go New York Tours Inc., this will result in the $3.00 per hour bonus reversal. If bonus is already paid to the driver, the bonus amount paid may be subject to collections procedures. Each driver who keeps an accident free record for each 4 month period starting September 1st will receive $100.00 bonus on the 15th of the month following the 4 month period (In order to qualify for the $100 bonus each driver must be working full time during each 4 month period throughout the period.)
7.     A driver provides all necessary documents including but not limited to the required up to date medical cards/abstracts/accident reports and any and all paperwork Go New York Tours Inc., deems necessary for driver's employment compliance.
C.     A successful driver receives $1 bonus raise after first 12 consecutive months of employment following requirements 1-7.

Driver's Name (PRINT) _____

Signature: _____          Date: 12/14/14

*Go New York Tours Inc. reserves the right to change or amend any or all payment rates and policies without prior notice at any time

Employee Name:  Da Lai Xue

I, Da Lai Xue, certify that I worked a total of 38.3 hours during the pay period beginning on December 1, 2014 and ending on December 7, 2014. I acknowledge that today I received a check in the total gross amount of $574.5, which represents 38.3 hours of work paid at my regular rate of $15 per hour.  I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____   12/14/14        _____
Employee's Signature       Date             Supervisor's Signature    Date

Dear Go New York Tours Drivers,

Please note that effective 12/15/14 every driver is subject to the following punch in policy (For punching in use the stationary device installed in the yard and mobile devices with the supervisors at 46 ST and 8 AVE and Central Park South and 6 AVE stops).
You must punch in at any of the following cases:

1) You pick up a bus from the yard.
2) Upon your first arrival in Manhattan after you have picked up a bus from the yard (you can punch in at 46 ST and 8 AVE or Central Park South and 6 AVE depending on the type of tour you are scheduled to do or you are dispatched for).
3) You are relieved in Manhattan and will not drive a bus from Manhattan to the yard (punch out as you are signed out).
4) You are dispatched to drive a bus from Manhattan to the yard. You must punch in at one of the main bus stops at 46 ST and 8 AVE or Central Park South and 6 AVE depending on which is your last tour for that day).
5) Upon arrival at the yard after you have driven a bus from Manhattan to the yard.

At the end of each work day you must have an even number of punch ins.
Any driver who fails to follow this policy will be disqualified from any applicable weekly bonus. Any driver who takes longer than the average travel time for the particular day from the yard to Manhattan, and from Manhattan to the yard will be disqualified from any applicable weekly bonus and be subject to termination.

Name of driver who has received the above policy:

_____

Signature:

_____

Date: /2 /14 /14



| Account Number | Date Posted | IRD Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| | 05/30/2014 | 4 | 0000003306 | 296.71 | 33164781 | |

FL-16-0854   000139

**New York State Department of Labor**
Division of Labor Standards
**Claim for Unpaid Wages**

RECEIVED
NYC DEPARTMENT OF LABOR
STREET ... ... 10013

SEP 30 2015

DIVISION OF LABOR STANDARDS
INFORMATION

For Office Use Only [W]
Identification Number
Refer to wage suppli. I.D. No. if any)

Julio Rodriguez

Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12 Rm.185C
State Office Campus, Albany, NY 12240

Section 190.7 of the New York State Labor Law excludes from wage payment those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week.

Note: It is necessary for you to have asked for the wages due before we can assist you.

1. Your Full Name: ☐ Ms. ☐ Mrs. ☒ Mr.  **Mark Levine**
3. Social Security No. [redacted]

GO NY TOURS INC   Go New York Tours Inc.

7. Address of main office or headquarters of firm: 2 East 42nd St.  City, Town or Village: NY/NY  County  Zip Code: 10017
8. (Area Code) Telephone No. (212) 664-0300

9. Names and addresses of responsible persons of firm: Bronimir Rogachev, Director of Operations   Michael Spence Supervisor   Their positions

10. Kind of business firm engaged in: Tours/Transportation
11. Is firm still in business? ☒ Yes ☐ No

12. What was your work or occupation with this firm? Tour Guide
13. Address where you worked: Same as #7   Zip Code

14. Date Hired: 2/1/14
15. Name and Position of person hiring you: Bronimir Rogachev
16. Name of superintendent/manager or foreman: Michael Spence

17. Latest agreed rate of pay (per hour per week, per day): $15.00 per hr
18. Last Day Worked: 9/1/15
19. Status with Firm: ☐ I quit ☒ I was discharged ☐ I was temporarily laid off ☐ I am still employed
20. Reason for quitting, discharge or layoff: Another job

21. Were you a member of any union when employed by this firm? ☐ Yes ☒ No
22. Have you asked your union for assistance? ☐ Yes ☒ No

Before answering questions 23 and 25, first fill out back of this form to help you figure wages due

23. Wages claimed for period: From 7/6/15 To 9/6/15 Inclusive
24. Name and address of employer's bank: Unknown   Zip Code
25. Total amount of wages due: $3,407.70

26. Did you request these wages? ☒ Yes ☐ No
27. Date of Request: 9/21/15
28. To whom was the request made? Bronimir Rogachev

29. Did employer refuse to pay for these wages? ☐ Yes ☒ No   If "yes", give employer's reason for refusal: N/A

30. Were any payments due you paid by checks returned not honored? No ☒ Yes ☐
31. How were wages paid? ☐ Cash ☒ Check ☐ Other
32. What was your normal payday? Monday   What period did this cover? Mon-Sun

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

Signature of Claimant   Date: 9/29/15

LS 223 (11-13)   (Continue Over)



All employees:  Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 7/12/15 | 35 | 5 | $ 15.00 per hr | $ 525 | $ 455 | $ 70 | |
| 7/19/15 | 2.6 | 1 | | 39 | 33.80 | 5.20 | |
| 7/26/15 | 28 | 4 | | 420 | 364 | 56 | |
| 8/16/15 | 20.75 | 3 | | 311.25 | 269.75 | 41.50 | |
| 8/23/15 | 34.58 | 5 | | 578.70 | 449.54 | 69.16 | |
| 8/30/15 | 35.67 | 5 | | 535.05 | 463.71 | 71.34 | |
| 9/6/15 | 13.75 | 2 | ✓ | 206.25 | 178.75 | 27.50 | |
| | | | | | | | |
| | | | | | | | |
| | | | | 41. Total Amount Due | $ 340.70 | | |

*Gross wage is the amount before taxes or other monies are deducted.

42.  Include any additional information below:

FL-16-0854   000141

15 CV 2326 (ER)
P411

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 7/12/15 | 35 | 5 | $15.00 per hr | $525 | $455 | $70 | |
| 7/19/15 | 2.6 | 1 | | 39 | 33.80 | 5.20 | |
| 7/26/15 | 28 | 4 | | 420 | 364 | 56 | |
| 8/16/15 | 20.75 | 3 | | 311.25 | 269.75 | 41.50 | |
| 8/23/15 | 34.58 | 5 | | 518.70 | 449.54 | 69.16 | |
| 8/30/15 | 35.67 | 5 | | 535.05 | 463.71 | 71.34 | |
| 9/6/15 | 13.75 | 2 | | 206.25 | 178.75 | 27.50 | |
| | | | | | | | |
| | | | | | | | |
| | | | | 41. Total Amount Due | | $340.70 | |

*Gross wage is the amount before taxes or other monies are deducted.

42. Include any additional information below:

15 CV 2326 (ER)
P412

Entity Information

# NYS Department of State

## Division of Corporations

FEIN# 

2nd Q/2012 ——> present

## Entity Information

The information contained in this database is current through September 28, 2015.

Selected Entity Name: GO NEW YORK TOURS INC.
Selected Entity Status Information

**Current Entity Name:** GO NEW YORK TOURS INC.

**DOS ID #:** 4046754

**Initial DOS Filing Date:** JANUARY 25, 2011

**County:** NEW YORK

**Jurisdiction:** NEW YORK

**Entity Type:** DOMESTIC BUSINESS CORPORATION

**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

GO NEW YORK TOURS INC.
348 W 57TH STREET
NEW YORK, NEW YORK, 10019-3702

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate

15 CV 2326 (ER)
P413

NYS Dept of Labor Audit/Monetary System

Audit and Monetary System

Welcome Kam Piu Chan (Build: R201507288)          NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 2015001502)

**Case Details**
Basic Information

| Case # LS20 2015001502 (IS89821) | Set High Priority  Re-Assign Investigator  Associate Cases  Contact Log  Electronic Documents |
| **Go New York Tours Inc** | Initial Claim # LCM15001827 | Assigned Investigator Ermelina Garcia |
| 217 West 37th St | Claim Management | |
| New York, NY 10018 | Status Investigation Active | |
| (646) 894 - 2506 | Case Date 03/04/2015 | Follow Up Date |
| | Associated Cases LS01 2012011185 | |
| | LS01 2014005194 | |
| | LS10 2014005737 | |
| | LS20 2014007785 | |
| | LS20 2015001092 | |

| Investigation / Audit Information | |
| Investigation Active | View Claimants  Narrative  Reports |
| Summary For Version "Default" | |
| Audit Total $221.20 | |
| Violation Information | |
| There are no violations at this time | |
| Monetary Information | |
| | New Check Receipt |

---

NYS Dept of Labor Audit/Monetary System

Audit and Monetary System

Welcome Kam Piu Chan (Build: R201507288)          NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 2015001502) > Claimants

**Case Claimant Summary**
Basic Information

| Case # LS20 2015001502 | Contact Log  Electronic Documents |
| Go New York Tours Inc | Initial Claim # LCM15001827 |
| Status Investigation Active | |

Claims

| Name | SSN | Claimant Id | Claim Type | Claim Status | | Initial Amount Owed |
|------|-----|-------------|------------|--------------|---|---------------------|
| Latif, Moro | | 1409132 | | | | |
| Latif, Moro | | 1409134 | Wage Claim  LD | Active-In Progress | | $150.00 |
| Pfantzer, Fred | | 1405641 | Supplemental Wage Claim  LD | Active-In Progress | | $71.20 |
| | | | | | | $221.20 |

**Initial Amount Owe          any Liquidated Damages applied

added into the case
appeal

# · Division of Labor Standards — Claim Intake Review Form

This form is used by District Offices for processing new monetary claim forms, non-monetary claims/phone calls and appending new claims to existing cases. When used for monetary claims and appending claims, this form must be accompanied by a completed LS-222, LS-223 or LS-425.

Only those sections marked in YELLOW are required fields

Reviewed by: usbej1          RACF:

| Check One: | ☐ New Claim | ☒ Append to Case No. | 20 2015001502 |
|---|---|---|---|

## CLAIMANT INFORMATION:

| First Name  MARK | Last Name  LEVINE |
|---|---|
| Social Security Number | -    - |

| Address | ███████████████ |
|---|---|
| | ██████ |
| | |

| City | ██████ | State | ████ | Zip | ██████ |
|---|---|---|---|---|---|

| Phone | ███████████ |
|---|---|
| Other Phone | █████████ |
| Other Phone 2 | -    - |
| Email | |

## EMPLOYER INFORMATION:

| Employer Name | GO NY TOURS INC |
|---|---|
| Business Type (Use one of the following in this field: Corporation/DBA/Individual/LLC/Other/Partnership) | TOUR TRANSPORTATION |
| FEIN | |
| ER First Name | BRONIMIR |
| ER Last Name | ROGACHEV |

FL-16-0854   000145

| Address | 2 EAST 42ND STREET |
|---|---|
|  |  |
|  |  |
| City          NEW YORK | State    NY  Zip     10017 |
| Phone | 212 - 664 - 0300 |
| Industry<br>(Use one of the following in this field:  Apparel, Building Service, Electric, Farms, General Construction, HVAC, Homework, Hotels, Miscellaneous, Miscellaneous – Non-Profit, Non-Profit Exempt, Plumbing, Public Schools, Restaurants) | TOUR TRANSPORTATION |

## COMPLAINT INFORMATION:

| Source of Complaint<br>(Use one of the following in this field:<br>Anonymous, Investigator/Patrol,<br>Parent/3rd Party, Permit Application,<br>Recheck, Referral, Union, Worker) |  |
|---|---|
| Type of Complaint | Check all necessary boxes and enter amount if applicable<br>NOTE:  At least one box marked with an asterisk * must<br>be checked for non-monetary claims. |
|  | *          ☐Child Labor |
|  | *          ☐Farm Labor |
|  | *          ☐Homework |
|  | *     ☐Hours and Meal Period |
|  | ☐Minimum Wage |
|  | *     ☐Permit/Licensing |
|  | ☐Supplemental Wage Claim |
|  | ☐Tip Appropriations |
|  | ☐Unlawful Deductions |
|  | ☒Wage Claim  $340.70 |
|  | *     ☐Wage Statement/Records/Payment |

| District | 20 |
|---|---|
| County | NEW YORK |
| Dates Worked | From 7/ 06/ 15 to 09 / 06 / 15 |
| Rate $15.00 | Per   HOUR |
| | |
| Occupation TOUR GUIDE **Or**   Job Title | |

**COMPLAINT:  What you put in here will populate the collection letter. Please be professional and concise with your wording.**

Language

Complaint Specific Information:

| Violation Date | /        / |
|---|---|
| | |
| ☐Central Investigations | ☒Send Acknowledgement letter |

Status:

| ☐Incomplete | ☐Invalid |
|---|---|
| ☐No Jurisdiction | ☐Pending |
| ☒Valid/Make a Case | |

COMMENTS:

Please docket claim and return file to DISTRICT 20. CASE DATE 9/29/15

*Append*   20   201500/50.2

**COPY**

New York State Department of Labor
Division of Labor Standards RECEIVED
Claim for Unpaid Wages DEPARTMENT OF LABOR
75 VARICK STREET ___ ___ 10013

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor, SEP 3 0 2015
Division of Labor Standards, Bldg. 12 Rm.185C
State Office Campus, Albany NY 12240 LABOR STANDARDS

For Office Use Only  [W]
Identification Number
Refer to wage suppt. I.D. No. if any]

*Tono Rodriguez*

Section 190.7 of the New York State Labor Law excludes from wage payment **ENFORCEMENT** those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

Note: It is necessary for you to have asked for the wages due before we can assist you.

| 1. Your Full Name | | | | 3. Social Security No. |
|---|---|---|---|---|
| ☐ Ms.  ☐ Mrs.  ☒ Mr. | Mark Levine | | | |

| | County | Zip Code | 4. (Area Code) Telephone |
|---|---|---|---|
| | | | Day ___ Ev___ |

5. Claim against (Trade Name of Employer)   GO   TOURS INC   6. Corporation Name, if any   GO New YORK TOURS INC.

7. Address of main office or headquarters of firm   2 East 42nd St.   City, Town or Village   NY / NY   County   Zip Code   10017   8. (Area Code) Telephone No.   (212) 664-0300

9. Names and addresses of responsible persons in charge   Bronimir Rogachev, Director of Operations   Michael Spence, Supervisor   Their positions

10. Kind of business firm engaged in   Tours / Transportation

11. Is firm still in business?   ☒ Yes   ☐ No

12. What was your work or occupation with this firm?   Tour Guide   13. Address where you worked   same as #7   Zip Code

14. Date Hired   2/1/14   15. Name and Position of person hiring you   Bronimir Rogachev   16. Name of superintendent manager or foreman   Michael Spence

17. Latest agreed rate of pay (per hour per week, per day)   $15.00 per hr   18. Last Day Worked   9/1/15   19. Status with Firm:   ☒ I quit   ☐ I was discharged   ☐ I was temporarily laid off   ☐ I am still employed   20. Reason for quitting, discharge or layoff   Another job

21. Were you a member of any union when employed by this firm?   ☐ Yes   ☒ No   If "yes", give name, local no., address, zip code and telephone no. of union

22. Have you asked your union for assistance?   ☐ Yes   ☒ No   If "yes" what action has the union taken?

**Before answering questions 23 and 25, first fill out back of this form to help you figure wages due**

23. Wages claimed for period (first date to last date)   From 7/6/15 To 9/6/15 Inclusive   24. Name and address of employer's bank   Unknown   Zip Code   25. Total amount of wages due   $ 340.70

26. Did you request these wages?   ☒ Yes   ☐ No   27. Date of Request   9/21/15   28. To whom was the request made?   Bronimir Rogachev

29. Did employer refuse to pay for these wages?   ☐ Yes   ☒ No   If "yes", give employer's reason for refusal   N/A

30. Were any payments due you paid by checks returned not honored?   No ☒   Yes ☐   If "yes", submit photocopies of check(s)

31. How were wages paid?   ☐ Cash   ☒ Check   ☐ Other (Explain)   32. What was your normal payday?   Monday   What period did this cover?   Mon-Sun

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.   9/29/15

_____   Signature of Claimant   Date

LS 223  (11-13)

(Continue Over)

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 7/12/15 | 35 | 5 | $ 15.00 per hr | $ 525 | $ 455 | $ 70 | |
| 7/19/15 | 2.6 | 1 | | 39 | 33.80 | 5.20 | |
| 7/26/15 | 28 | 4 | | 420 | 364 | 56 | |
| 8/16/15 | 20.75 | 3 | | 311.25 | 269.75 | 41.50 | |
| 8/23/15 | 34.58 | 5 | | 578.70 | 449.54 | 69.16 | |
| 8/30/15 | 35.67 | 5 | | 535.05 | 463.71 | 71.34 | |
| 9/6/15 | 13.75 | 2 | ✓ | 206.25 | 178.75 | 27.50 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | 41. Total Amount Due | $ 340.70 |

*Gross wage is the amount before taxes or other monies are deducted.

42. Include any additional information below:

FL-16-0854   000149

9/29/2015                                                Entity Information

# NYS Department of State

## Division of Corporations



FEIW#

2011 & /2015 ——> present

## Entity Information

The information contained in this database is current through September 28, 2015.

---

Selected Entity Name: GO NEW YORK TOURS INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | GO NEW YORK TOURS INC. |
| **DOS ID #:** | 4046754 |
| **Initial DOS Filing Date:** | JANUARY 25, 2011 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GO NEW YORK TOURS INC.
348 W 57TH STREET
NEW YORK, NEW YORK, 10019-3702

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate

FL-161-0854   000160

15 CV 2326 (ER)
P420



RECEIVED
New York STATE
Department OF LABOR
Division of Labor Standards
FEB 27 2015

# Minimum Wage/Overtime Complaint

DIV OF LABOR STANDARD-
ALBANY CENTRAL OFFICE

Answer all questions on both sides.  Print clearly.

**Identification Number:**

Non-Monetary X-Reference Number

Monetary X-Reference Number

FEIN:

Shaded areas are for office use only.   **$1.00**

| Section | ☑ 652.1 | ☐ 137- | ☐ 138- | ☐ 141- |
| | ☐ 142- | ☐ 162 | ☐ 196.d | ☑ 193 |
| | ☐ Other | | | |

Claim Taken By:

| 1. Your Name - First | | Mid. Init. | Last | 2. Social Security Number |
| MORO | | | ABBUL LATIF | |

| 3. | Apt. No. | City | State | Zip Code | 4. |

5. Claim against (Trade name)
**GO NY tours Inc.**

6. Corporation name, if any

7. Address of main office or headquarters of firm
**218 WEST 37 STREET # 3RD FLOOR 10018**

8. Employer's telephone
**1888-680-4669**

9. Names and addresses of responsible persons of firm
**HASSAN, MANAGER AND OWNER**
**218 WEST 37 ST 3RD FLOOR NEW YORK 10018**

Their title(s) and telephone number(s)
**MR. 1888-6804669**

10. Kind of business firm is engaged in
**TOURISM / BUS COMPANY**

Number of persons employed
**OVER 150**

11. Is the firm still in business?
☑ Yes  ☐ No

12. What was your job or occupation with this firm?
**TICKET AGENT or / SALES**

13. Address of plant where you worked

14. Date started to work
**04 / 14**

15. Name and position of person hiring you
**THE COMPANY ITSELT GO NY fous Inc.**

16. Name of supervisor, manager or foreman
**HASSAN (OWNER)**

17. Latest agreed rate of pay
**0% Commission / $150/per week**

18. Last day worked

19. Status with firm: ☐ Quit  ☐ Laid Off
☐ Discharged  ☑ Still Employed

20. Reason for quitting, discharge or lay off

21. Were you a union member when employed by this firm? ☐ Yes  ☑ No
If "Yes," give name, local no., address, zip code and telephone no. of union
**N/A**

22. Have you asked your union for assistance? ☐ Yes  ☑ No
If "Yes," what action has the union taken? If "No," why not?
**N/A**

23. Period of complaint
From: first date **02/06/15**
To: last date **PRESENT**

24. Name and address of employer's bank
**TD BANK LTD.**

25. Were any checks not honored?
☐ Yes  ☑ No  If "Yes," submit photocopy of check(s)

26. How were wages paid?
☑ Cash  ☑ Check
☐ Direct Deposit

27. What was your regular pay day?

| Sun | Mon | Tues | Wed | Thurs | (Fri) | Sat |
| (Daily) | Weekly | Bi-Weekly | Semi-Monthly | | Monthly |

28. What days are covered in the pay period?
From: **WEDNESDAY** To: **SUNDAY**
For example: Mon to Sun, or Thurs to Wed, etc.

29. Briefly explain your complaint:
**I WAS DENIED PAYMENT OF $150 WEEKY CHECK FOR 30 HR
WORK DONE FOR THE PERIODS OF 01/25/15 - 01/30/15
BECAUSE I WAS LATE TO REPORT TO WORK EXPLAIN 2/10/15**

LS 222 (03.08)

NYS Department of Labour
Division of Labor, standard Blg. 12 Rm 182
State Office Campus, Albany
NY 12240

MORO & BUL LATIF

Dear Sir/Madam;

REQUEST TO COUNT ON YOUR USUAL COOPERATION IN
ENFORCING THE LABOUR LAW ON MY EMPLOYER THAT
IS GO NY TOURS INC. TO RELEASE MY PAY CHECK
FOR THE PERIODS OF 01/25/15 - 01/30/15 WHICH WAS
TO BE PAID ON 02/06/15. BUT THE COMPANY FAILED
TO PAY WITH EXCUSE THAT I WAS LATE IN SIGNING-IN
FOR THE START OF WORK AND ALSO TO ENFORCE THE
LAW ON THE COMPANY TO TREAT WORKERS ACCORDINGLY

My name is MORO ABBUL LATIF, I am an employee
of GO New York Tours Inc. who wish to draw the
attention of the labour department on criminal treatment
of workers by the management of GO NY tours which is
a complete violation of the labour law.

I work as a ticket agent representing the company and
charged with the responsibility of selling all kinds of sight
seeing bus tour tickets on the streets of Manhattan
to tourist.

The job is fully commission base in summer periods
but comes with $30 a day mark for qualifying
hardworking agents plus 30% commission for sales
made.

Unfortunately, the $30 mark for 6 hours a day work
which is equivalent to $5/per hour is also a problem
for the company to honour when pay due.

EE16-0854 [000152]

(2)

Imagine you are not been paid the right minimum hourly rate and at the end of the week too the company finds excuses not to pay not just that of an hour or two but decides to canceal payment for the whole week just because a worker was either late for a few minutes in reporting to work or either cashing out few minutes earlier at the close of work.

In my case, I reported for work on this faiteful day of February 3rd 2015 and was meet with some insurance policy forms to either sign-up for or decline. I requested for extra time to look through thoroughly to know what I was signing since the time on the form stated I had upto 12 Noon as the grace period. Almost all the ticket agents that were present requests for some reasonable time but the company refused. We requested to speak with the manager for further explanation because we didn't understand why verbally declining wasn't enough.

After some while of heated debate on the issue, one of the supervisor's who was with the group by name (Abdallah Mahamma) suggested we all just sign either supporting or declining the offer which I did exactly by the command of the supervisor.

I was officially handed a machine to leave for work at around 10:30 am havent come around 8:40 am. I said to the cashier by name (Jeniffa) to take note that it was their fault for holding me all this while and for that matter am respecting my shift from

FL-16-0854 000153

8:40am to 3:30 pm which she replied no cause to worry. But only to come on February 6th which was a pay day and was told I dont have a check after working for (30 hrs) in a week.

All attempts to get my check proved futile and I decided to resort to the police which I called the "911" for police presence but yet still the owner of the company by name (HASSAN) as popularly called still insisted he was not paying even a penny. The police were even annoyed and even wondered why I or we were working for such company. The Police advised us to take the matter to the department of labour since the issue was more of a civil case than a criminal one. And that is why am reporting the matter for an amicable solution. At least I expect to get pay for the four (4) days I covered my full shift of 24 hours even if the company is refusing the to pay me for the very day that centers on the controversy that I was late.

I will also be greatful if the department of labour will take advantage of this complaints and enforce the company to pay its employees. the following: Sick day, minimum hourly wage, vacation pay, overtime etcetera. And if possible unionise the company so that the worker can have better condition of service.

Counting on your usual cooperation.

Thank You.

Yours faithfully,

(3)

FL-16-0854  000154



(7/10/12 return 20510249104151)

(take 2) 10/12/14 sent

New York State Department of Labor
Division of Labor Standards, Bldg.
Bldg-12 Rm, 185C
State Office Campus
Albany - NY 12240.

RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR
APR 13 2015
DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

MORO f "BULL LATUF

No LS102015001502

NEW YORK STATE DEPARTMENT OF
LABOR, Emeline
LS 20 20150
DIVISION OF LABOR STAT wpm scan!
BLDG. 12 RM, 185C
STATE OFFICE CAMPUS,
ALBANY. NY 12240.

**RECEIVED**
NEW YORK STATE
DEPARTMENT OF LABOR

APR 13 2015

DIV OF LABOR STANDARD
ALBA... OFFIC'

Dear Sir/Madam,

ACKNOWLEDGEMENT OF RECEIPT OF RESPONDS ABOUT ONGOING
INVESTIGATION REGARDING MY UNPAID WAGES/SALARY
BY MY EMPLOYER (GO NEW YORK TOURS INC.).

I am very grateful of the steps taken by the department
of labor standards board regarding my complaint which I
filed a couple of weeks ago about unpaid wages/salary
by my employer for hours worked for.

I still maintain my stand on the matter that I deserve to
be compensated for the period of (30 hrs) I worked and
the excuse that I was late and for that matter doesn't
deserve a penny is a clear attempt by my employer to
exploit his employees.

One may wonder to ask why will the employer resort
to such tactics or thing? And the answer is very simpler
Almost half of the workers (TICKET + GUIDS) don't have legally
authorized documents for work and for that matter always
choose to remain silent despite the employers bad tactics,

FL-16-0854 000157

15 CV 2326 (ER)
P427

In addition, the mutual understanding between the ticket agent and the company is that any employee especially, the hard working and punctual ones are paid $150 salary plus 30% commission in winter season. And I am part of the ticket agents who qualifies for such offer.

Eventhough, there has been repeated plea asking for an upward adjustement at least to a minimum wage status, the company has always failed to listen.

But surprisingly, the owner is always quick to come out with excuses for not paying this money whenever pay period is due. And it's always one story or the other of which I am a victim today.

Hope the case will be thoroughly pursued as already started and I believe I will be crowned victorious at the end of all proceedings!

Thank You.

Yours faithfully,

MORO ABDUL LATIF.

FL-16-0854   000158

## CENTRAL INVESTIGATION
Docketing Sheet/Additional Instructions

| Date Received | Initial _MD_ |
|---|---|
| RECEIVED<br>NEW YORK STATE<br>DEPARTMENT OF LABOR<br><br>FEB 19 2015<br><br>DIV OF LABOR STANDARD,<br>ALBANY CENTRAL OFFICE | |
| **Date Sorted** | Initial _____ |
| **Date Reviewed**<br>Results: ☐ Accepted<br>☐ RCL | Initial _____ |

☐ **Docket as New**

☐ **Existing Case #** _____

☐ **Additional Claimant(s) – Append**

☐ **No Collection Letter**

☐ **Return to District**

☐ **Other/Specify Comments:** _____

_____

_____

_____

_____

_____

| Date Docketed _____ | Initial _____ |
|---|---|

FL-16-0854   000159



U.S. POSTAGE
PAID
NY,NY 10036
FEB 20, '15
AMOUNT
$0.70
0313557A-13

NY STATE OF DEPARTMENT OF LABOR
DIVISION OF LABOR STANDARDS, BLdG.
12 Rm. 185C
STATE OFFICE CAMPUS, ALBANY -
NY 12240, 0015

RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR
FEB 27 2015
DIV OF LABOR STANDARD.
ALBANY CENTRAL OFFICE

From: Mar

FL-16-0854   000160

## CENTRAL INVESTIGATION
Docketing Sheet/Additional Instructions

| | |
|---|---|
| **Date Received** | Initial _MD_ |
| RECEIVED<br>NEW YORK STATE<br>DEPARTMENT OF LABOR<br><br>FEB 27 2015<br><br>DIV OF LABOR STANDARDS<br>ALBANY CENTRAL OFFICE | |
| **Date Sorted**  3/17/15 | Initial _____ |
| **Date Reviewed**<br>Results: ☑ Accepted<br>☐ RCL | Initial _____ |

☐ **Docket as New**

☐ **Existing Case #** _____

☐ **Additional Claimant(s) – Append**

☐ **No Collection Letter**

☐ **Return to District**

☐ **Other/Specify Comments:** _____

_____

_____

_____

_____

_____

| | |
|---|---|
| Date Docketed _____ | Initial _____ |

FL-16-0854   000161

NYS Department of Labour
Division of Labor, Standard Blg, 12 Rm 185
State Office Campus, Albany
NY 12240

RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR
MAR 05 2015
DIV OF LABOR STANDARD
ALBANY

Dear Sir/Madam;

REQUEST TO COUNT ON YOUR USUAL CO OPERATION IN
ENFORCING THE LABOUR LAW ON MY EMPLOYER THAT
IS GO NY TOURS INC. TO RELEASE MY PAY CHECK
FOR THE PERIODS OF 01/25/15 - 01/30/15 WHICH WAS
TO BE PAID ON 02/06/15. BUT THE COMPANY FAILED
TO PAY WITH EXCUSE THAT I WAS LATE IN SIGNING-IN
FOR THE START OF WORK AND ALSO TO ENFORCE THE
LAW ON THE COMPANY TO TREAT WORKERS ACCORDINGLY

My name is MORO ABDUL LATIF, I am an employee
of GO New York Tours Inc. who wish to draw the
attention of the labour department on criminal treatment
of workers by the management of GO NY. tours which is
a complete violation of the labour law.

I work as a ticket agent representing the company and
charged with the responsibility of selling all kinds of sight
seeing bus tour tickets on the streets of Manhattan N
to tourist.

The job is fully commission base in summer periods
but comes with $30 a day mark for qualifying
hardworking agents plus 30% commission for sales
made.

Unfortunately, the $30 mark for 6 hours a day work
which is equivalent to $5/per hour is also a problem
for the company to honour when pay days resolve.

(1)

(2)

Imagine you are not been paid the right minimum hourly rate and at the end of the week too the company finds excuses not to pay not just that of an hour or two but decides to cancel payment for the whole week just because a worker was either late for a few minutes in reporting to work or either cashing out few minutes earlier at the close of work.

In my case, I reported for work on this ~~faiteful~~ day of February 3rd 2015 and was meet with ~~some~~ insurance policy forms to either sign-up for or decline I ~~requested~~ for extra time to look through thoroughly to know what I was signing since the time on the form stated I had ~~up~~ to 12 Noon as the grace period & Almost all the ticket agents that were present requeste for some reasonable time but the company refused. We requested to speak with the manager for further explanation because we didn't understand why verbally declining wasn't enough.

After some while of heated debate on the issue, one of the supervisor's who was with the group by name (Abdallah Mahamma) suggested we all just sign either supporting or declining the offer. which I did exactly by the command of the supervisor.

I was officially handed a machine to leave for work at around 10:30 am havent come around 8:40 am. I said to the cashier by name (Jeniffa) to take note that it was their fault for holding me all this while and for that matter am respecting my shift from

EH-16-0854  000163

15 CV 2326 (ER)
P433

8:40am to 3:30pm which she replied no cause to worry. But only to come on February 6th which was a pay day and was told I dont have a cheek after working for (30hrs) in a week.

All attempts to get my check proved futile and I decided to resort to the police which I called the "911" for police presence but yet still the owner of the company by name (HASSAN) as popularly called still insisted he was not paying even a penny.

The police were even annoyed and even wondered why I or we were working for such company. The Police advised us to take the matter to the department of labour Since the issue was more of a civil case than a criminal one. And that is why am reporting the matter for an amicable solution. At least I expect to get pay for the four (4) days I covered my full shift of 24hour even if the company is refusing the to pay me for the very day that centers on the controversy that I was late.

I will also be greatful if the department of labour will take advantage of this complaints and enforce the Company to pay its employees the following, Sick day, minimum hourly wage, vacation pay, overtime etcetera.
And if possible unionise the company so that the workers can have better condition of service.

Counting on your usual cooperation.

Thank you.

Yours faithfully,

MORO ABDUL LATIF

(3)

FL-16-0854   000164



RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR

MAR 0 5 2015

DIV OF LABOR STANDARD
ALBANY CENTRAL OFFICE

Miss Abbie Long

NYS Department of Labour
Division of Labour, Standard Bldg 12 Rm
(185C)
State office Campus, Albany
NY 122 40.

12240

02 MAR 2015 PM 4 L

NEW YORK NY 100

Robert Robinson Taylor

FL-16-0854   000165

**New York State Department of Labor**
**Division of Labor Standards**
**Claim for Unpaid Wages**

| For Office Use Only | W |
| --- | --- |
| Identification Number | |

Refer to wage suppl. I.D. No. if any)

Taken By    CS10201500502

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12 Rm.185C
State Office Campus, Albany NY 12240

STATE OF NEW YORK STATE
NT OF LABOR
2 7 2015
DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

Section 190.7 of the New York State Labor Law excludes from wage payment coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week.

Note: It is necessary for you to have asked for the wages due before we can assist you.

| 1. Your Full Name | 3. Social Security No. |
| --- | --- |
| ☐ Ms.  ☐ Mrs.  ☒ Mr.   ABESUL LATIF MORO | |

| 2. Your Address    Apt. No.   City, Town or Village   County   Zip Code | 4. |
| --- | --- |

5. Claim against (Trade Name of Employer)   GO NY tours

6. Corporation Name, if any

7. Address of main office or headquarters of firm   City, Town or Village   County   Zip Code
218 WEST 37 ST   3RD FLOOR   NY   10018

8. (Area Code) Telephone No.   1888 680 4669

9. Names and addresses of responsible persons of firm   HASSAN MANANGER / OWNER OF GO NY tours INC

Their positions   OWNER.

10. Kind of business firm engaged in   TOURISM / BUS COMPANY.

11. Is firm still in business?   ☒ Yes   ☐ No

12. What was your work or occupation with this firm?   TICKET AGENT

13. Address where you worked   218 WEST 37 ST 3RD FLOOR NY   Zip Code   10018

14. Date Hired   04/2014

15. Name and Position of person hiring you   GO NY TOUR INC.

16. Name of superintendent, manager or foreman   HASSAN (OWNER)

17. Latest agreed rate of pay (per hour per week or per day)   30% Commission &150/per week

18. Last Day Worked

19. Status with Firm
☐ I quit
☐ I was discharged
☐ I was temporarily laid off
☒ I am still employed

20. Reason for quitting, discharge or layoff

21. Were you a member of any union when employed by this firm?   ☐ Yes   ☒ No   N/A

If "yes", give name, local no., address, zip code and telephone no. of union   N/A   BECAUSE THE OWNER REFUSES

22. Have you asked your union for assistance?   ☐ Yes   ☐ No   N/A

If "yes" what action has the union taken?   N/A   AFTER AGENT INITIALLY RULE AGAINST IMPOSSING ONE ON US

Before answering questions 23 and 25, first fill out back of this form to help you figure wages due

| 23. Wages claimed for period (first date to last date)   From 01/25/15 To 01/30/15 inclusive | 24. Name and address of employer's bank   HASSAN TD BANK   Zip Code | 25. Total amount of wages due   $ 150 PER WEEK |
| --- | --- | --- |

26. Did you request these wages?   ☒ Yes   ☐ No

27. Date of Request   02/06/15

28. To whom was the request made?   EDWORD INCHARGE OF CHECK

29. Did employer refuse to pay for these wages?   ☒ Yes   ☐ No

If "yes", give employer's reason for refusal   THAT I GOT SIGNED IN LATE FOR WORK EVEN THOUGH I WAS ON TIME.

30. Were any payments due you paid by checks returned not honored?   No ☒   Yes ☐   If "yes", submit photocopies of check(s)

31. How were wages paid?   ☒ Cash   ☒ Check   ☐ Other (Explain)

32. What was your normal payday?   FRIDAYS

What period did this cover?   Sunday — WEDNESDAY — SUNDAY

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

Date   02/06/15

Signature of Claimant

(Continue Over)

LS 223 (11-13)

FL-16-0854   000166

15 CV 2326 (ER)
P436

W

All employees:  Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 2/3/2015 | 30 | 5 | $30.00 per day | $ 150.00 | $0.00 | $150.00 | |
| | | | | * | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

|  | 41.  Total Amount Due | $ |
|---|---|---|

*Gross wage is the amount before taxes or other monies are deducted. $ 134.26

42  Include any additional information below:

THE OWNER HAS DECIDED NOT TO PAY ON GROUND
THAT I WAS LATE IN SIGNING IN TO START WORK
ON FEBRUARY 3RD 2015. AN EVEN THOUGH I
COVERED THE REQUIRED 30 HR REQUIRED FOR
THE WEEK PAY OF $150 HE WASN'T GOING TO
PAY EVEN A PENNY. AND THAT I CAN TAKE HIM TO
ANYWHERE I WANT. HE CARE LESS



New York State Department of Labor
Division of Labor Standards

**Claim for Unpaid Wage Supplements**

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12, Rm. 185C,
State Office Campus, Albany NY 12240

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

REC'V'D
FEB 27 2015

| For office use only | | | | | S |
|---|---|---|---|---|---|
| Identification number | | | | | |
| Refer to wage claim ID no., if any | | | | | |
| Taken by | | | | | |

Section 198-c (3) of the New York State Labor Law excludes from wage supplement coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week.

**Note: You must have asked for the supplements due before we can help you.**

1. Your full name
☐ Ms.   ☐ Mrs.   ☒ Mr.

2. Your address

4.

5. Claim against (trade name of employer)
GO NY Tours Inc

6. Corporation name, if any

7. Address of main office or headquarters of firm
218 WEST 37 ST 3RD FLOOR
City, town or village
BRONX, NY
County
Zip code
10018

8. (Area code) phone number
(1888 - 680 - 4669

9. Names and addresses of responsible persons of firm
HASSAN, THE MANAGER AND OWNER OF GO MY TOURS INC

10. Kind of business firm engaged in
TOURISM / BUS COMPANY

11. Is the firm still in business?
☒ Yes   ☐ No

12. What was your work or occupation with this firm?
TICKET AGENT OR SALES

13. Address where you worked
218 WEST
Zip code

14. Date hired
04/ 2014

15. Name and position of person who hired you
THE COMPANY GO NY TOURS.

16. Name of superintendent, manager or foreman
ABDULLAH AMHADOU

17. Latest agreed rate of pay
(per hour, per week, per day)
30% commission $150 per week

18. Last day worked

19. Status with firm
☐ I quit
☐ I was discharged
☐ I was temporarily laid off
☒ I am still employed

20. Reason for quitting, discharge, or layoff

21. Were you a member of any union when employed by this firm?   ☐ Yes   ☒ No

If "Yes," give name, local no., address, and telephone no. of union

22. Have you asked your union for assistance?
☐ Yes   ☐ No
N/A

If "Yes," what action has the union taken?

**Before answering question 24, first fill out the back of this form to help you figure payments due**

23. Name and address of employer's bank
TD BANK LTD
Zip code

24. Total amount of payment due
$ 150.00

25. Did you request these benefits?
☒ Yes   ☐ No

26. Date of request
02 06 2015

27. To whom was the request made?
EDWARD IN CHARGE OF CHECKS

28. Did the employer refuse to pay these benefits?
☒ Yes   ☐ No

If "Yes," give employer's reason for refusal
THAT I WAS LATE FOR WORK ONE DAY

29. Were any payments due you paid by checks returned not honored?
☐ Yes   ☒ No   If "Yes," submit photo copies of check(s)

30. How were wages paid?   ☐ Cash   ☐ Check   ☐ Other (explain)

Any false statements knowingly made are punishable as a Class A misdemeanor (Section 210.45, the New York State Penal Law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____
Claimant's signature

02/17/15
Date

**See Reverse**

LS 425 (08/13)

FL-16-0854   000168

S

| 31. Supplement claimed | 32. Period involved | 33. Date payments due and payable | 34. Amount claimed |
|---|---|---|---|
| ☒ Holiday pay | | | |
| ☒ Vacation pay | | | |
| ☒ Sick pay | | | |
| ☐ Health insurance   ☐ Hospital   ☐ Medical - surgical | | | |
| ☐ Bonus | | | |
| ☐ Expenses | | | |
| ☐ Other (specify) | | | |
| | | | 35. Total amount claimed $ |

36. Did this employer previously pay this type of benefit to you?   ☐ Yes  ☐ No
A. For what period? _NO REASON_   Amount $ _____
B. Who paid the benefits?   ☐ Employer  ☐ Union  ☐ Other (explain; e.g., Blue Cross, HIP)

37. What kind of agreement covers this benefit? If based upon a written document, attach a copy.
☐ Company policy   ☐ Oral   ☐ Written (specify, e.g., employee handbook, letter)
☐ Union contract   ☐ Other (explain)                                    N/A

38. What are the terms of agreement (eligibility requirements) for this benefit?

ALL TICKET AGENT ARE SUPPOSED TO WORK, SIX (6) HOURS PER
DAY THAT IS 30 HOURS FOR THE WEEK TO GET
$15⁰ PAY. PLUS OTHER COMMISSION FOR SALES MADE
DURING THE WEEK, BUT THE EMPLOYER FINDS
EXCUSES NOT TO MAKE PAYMENT ANY TIME THE
WEEK IS DUE. IN MY CASE I WAS DENIED PAYMENT
JUST BECAUSE I WAS SEEKING FOR FURTHER INFORMATION
REGARDING INSURANCE PROPOSAL THAT GOT ME LATE IN

39. Include any additional information below

SIGNING--IN FOR THE DAY SHIFT. I MADE COMPLAINT
TO THE CASHIER THAT WAS SIGHING ME IN TO TAKE
NOTE OF THAT WHICH SHE ANSWERED SHE WAS GOING
TO DO BUT UNFORTUNATELY, I DIDN'T GET PAY FOR
THE WEEK ENDING FEBRUARY 03ᴿᴰ 2015. SIMPLY
BECAUSE THE OWNER BY NAME HASSAN FEELS I WAS
LATE FOR ONE DAY EVENTHOUGH I COVERED MY 30H
SHIFT FOR THE WEEK, HE WAS NOT GOING TO PAY
EVEN A PENNY CLAIMING IT'S A BONUS SO HE CAN
DECIDES NOT TO PAY IT AND NOTHING WILL HAPPEN
AND I CAN REPORT HIM TO ANY DEPARTMENT, HE
DOESN'T CARE.

FL-16-0854  000169



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*

Moro Latif

March 17, 2015



RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR

MAR 2 7 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

**Subject: Complaint Received**

| | |
|---|---|
| LCF# | 1409132 |
| CASE ID# | LS10 2015001502 |
| Employer Name | Go New York Tours Inc |

Dear Claimant:

We have received your recent complaint. The Case ID number we have assigned to your case is located in the box above. We are looking into this matter and will notify you when an investigator is assigned to your case. Each case is unique, so we can't tell you how long it will take to complete this investigation.

**PLEASE keep us informed of any changes to your address or phone number.** Use the "Change of Address Chart" at the bottom of this letter and return a copy to us. We need this information in case we have to contact you during the investigation.

If you have more details that would help us investigate your case, please contact our office. Use the address given below or this email address: Wages.LS10.CentralInvestigations@labor.ny.gov

Please send only *copies* of any documents and keep the original documents for yourself.

Very truly yours,

Christine L Anderson

Christine Anderson

Supervising Labor Standards Investigator

**Change of Address Chart: complete and return to DOL**

| Name | | SSN (optional) XXX - XX - _____ |
|---|---|---|
| Address | | Email address |
| Address | | Home phone |
| City | | Cell phone |
| State | Zip | Other phone |

State Office Bldg. Campus, Bldg 12, Room 185C, Albany, NY 12240-0122

LS18 (10/13)

FL-16-0854  000170
www.labor.ny.gov

NYS Department of Labor
W. Averell Harriman
State Office Building Campus
Albany, New York 12240-0001



GA 901 (2-07)    \85-C

RECEIVED
NEW YORK STATE DEP... OF L...OR
DEPART...
MAR 27 2015
DIV...
ALB...

NIXIE        100    FE  1B99      0003/23/

RETURN  TO  SENDER
ATTEMPTED  -  NOT  KNOWN
UNABLE  TO  FORWARD

BC:  122400001        ⁿ0237-10970-18

10453...000001

 **New York State Department of Labor**
Andrew M. Cuomo, *Governor*

March 17, 2015

Moro Latif



The other side of this paper contains important information. If you need assistance understanding it, please call 1- (888) 4-NYSDOL (888-469-7365) for free language services.

El otro lado de esta hoja contiene información importante. Si necesita explicación sobre lo que dice, llame al 1- (888) 4-NYSDOL (888-469-7365), ofrecemos servicios lingüísticos gratis.

이 서류의 뒷면에 중요한 정보가 담겨 있습니다. 그 정보를 이해하시는 데 도움이 필요하신 경우, 1- (888) 4-NYSDOL (888-469-7365)로 전화하시고 무료 언어 서비스를 신청하십시오.

本文件反面含有重要資訊。 如果您需要協助理解資訊內容， 請撥打 1- (888) 4-NYSDOL (888-469-7365)， 獲取免費語言服務。

На обратной стороне этого документа приводится важная информация. Если Вам необходима помощь, чтобы понять содержание приводимой информации, позвоните, пожалуйста, по телефону 1-888-469-7365, и Вам предоставят бесплатные переводческие услуги.

Lòt bò papye sa a gen enfòmasyon ki enpòtan. Si ou bezwen èd pou konprann enfòmasyon yo, tanpri rele 1- (888) 4-NYSDOL (888-469-7365) pou jwenn sèvis lang gratis.

L'altro lato del foglio contiene informazioni importanti. Per assistenza o chiarimenti, chiamare il numero1- (888) 4-NYSDOL (888-469-7365) per servizi linguistici gratuiti.

Odwrotna strona tego pisma zawiera ważne informacje. jeżeli potrzebuje Pan/i pomocy, aby je zrozumieć, proszę zadzwonić pod numer 1- (888) 4-NYSDOL (888-469-7365) po bezpłatne usługi językowe.

LY 2015001821
S10 2015001502

**RECEIVED**
**NEW YORK STATE**
**DEPARTMENT OF LABOR**

FEB 19 2015

DIV OF LABOR STANDARD
ALBANY CENTRAL OFFICE

New York State Department of Labor
Division of Labor Standards

**Claim for Unpaid Wage Supplements**

Answer all questions on both sides.  Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12, Rm. 185C,
State Office Campus, Albany NY 12240

For office use only    [S]
Identification number

Refer to wage claim ID no., if any

Taken by  John Rodriguez
VINCENT HAMMOND

Section 198-c (3) of the New York State Labor Law excludes from wage supplement coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

**Note:  You must have asked for the supplements due before we can help you.**

| 1. Your full name  ☐ Ms.  ☐ Mrs.  ☒ Mr.    Fred  Pflantzer | 3. Social Security number |
|---|---|

| 5. Claim against (trade name of employer) | 6. Corporation name, if any  Go New York Tours Inc. |
|---|---|

| 7. Address of main office or headquarters of firm  217 West 37th Street  City, town or village)  New York NY  County  Zip code 10018 | 8. (Area code) phone number  (646) 894-2506 |
|---|---|

9. Names and addresses of responsible persons of firm
Branco, Operations Manager

| 10. Kind of business firm engaged in  Tours & Sightseeing | 11. Is the firm still in business?  ☒ Yes  ☐ No |
|---|---|

| 12. What was your work occupation with this firm?  Tour Guide | 13. Address where you worked  46th Street & 8th Ave, NYB  Zip code BUS STOP |
|---|---|

| 14. Date hired  7/4/14 | 15. Name and position of person who hired you  Branco | 16. Name of superintendent, manager or foreman  Michael Spence |
|---|---|---|

| 17. Latest agreed rate of pay (per hour, per week, per day)  $10.10 per hr + 16 bus | 18. Last day worked  1/11/15 | 19. Status with firm  ☐ I quit  ☒ I was discharged  ☒ I was temporarily laid off  ☐ I am still employed | 20. Reason for quitting/discharge, or layoff  Branco said my services were no longer needed |
|---|---|---|---|

| 21. Were you a member of any union when employed by this firm?  ☐ Yes  ☒ No | If "Yes," give name, local no., address and telephone no. of union |
|---|---|

| 22. Have you asked your union for assistance?  ☐ Yes  ☒ No | If "Yes," what action has the union taken? |
|---|---|

**Before answering question 24, first fill out the back of this form to help you figure payments due**

| 23. Name and address of employer's bank  TD Bank | Zip code | 24. Total amount of payment due  $ 71.20 |
|---|---|---|

| 25. Did you request these benefits?  ☒ Yes  ☐ No | 26. Date of request  January 2015 | 27. To whom was the request made?  Branco |
|---|---|---|

| 28. Did the employer refuse to pay these benefits?  ☒ Yes  ☐ No | If "Yes," give employer's reason for refusal  I was late |
|---|---|

| 29. Were any payments due you paid by checks returned not honored?  ☐ Yes  ☒ No  If "Yes," submit photo copies of check(s) | 30. How were wages paid?  ☐ Cash  ☒ Check  ☐ Other (explain) |
|---|---|

Any false statements knowingly made are punishable as a Class A misdemeanor (Section 210.45, the New York State Penal Law).  I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____
Claimant's signature

2/11/15
Date

**See Reverse**

LS 425 (08/13)

S

| 31. Supplement claimed | 32. Period involved | 33. Date payments due and payable | 34. Amount claimed |
|---|---|---|---|
| ☐ Holiday pay | | | |
| ☐ Vacation pay | | | |
| ☐ Sick pay | | | |
| ☐ Health insurance   ☐ Hospital   ☐ Medical – surgical | | | |
| ☒ Bonus    35.6 hours | 1/5/15 – 1/18/15 | 1 / 23 / 15 | $71.²⁰ |
| ☐ Expenses | | | |
| ☐ Other (specify) | | | |
| | | | 35. Total amount claimed  $ 71.²⁰ |

36. Did this employer previously pay this type of benefit to you?   ☒ Yes   ☐ No   1/4/15
   A. For what period?  7/4/14          Amount $  1/4/15
   B. Who paid the benefits?   ☒ Employer   ☐ Union   ☐ Other (explain; e.g., Blue Cross, HIP)

37. What kind of agreement covers this benefit?  If based upon a written document, attach a copy.
   ☒ Company policy   ☐ Oral   ☒ Written (specify, e.g., employee handbook, letter) → Pay stub
   ☐ Union contract   ☐ Other (explain)

38. What are the terms of agreement (eligibility requirements) for this benefit?

The employer stated that bonus pay was based
on "giving good tours and following procedure."
The claimant stated he was unaware of a
written policy that indicated how bonus pay was
earned and not earned. From 7/4/14 to 1/4/15
the employer paid an extra $5.⁰⁰ per hour
listed as bonus in wage statements (See attached
samples for details.

39. Include any additional information below

Starting during the period of 1/5/15 to
1/11/15 the employer reduced the bonus
to $3.⁰⁰ per hour over an instance of
tardiness. The employer did not support their
decision with a written bonus pay policy.

Breakdown
$71.²⁰ = 35.6 hours × $2.⁰⁰

15 CV 2326 (ER)
P444



FRED PFLANTZER

RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR

APR 0 2 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

March 29, 2015

Mr. Jeremy Kuttruff
NYS Dept. of Labor
Central Investigation Unit
State Office Building Campus BLDG 12 Rm 185C
Albany NY 12240-0121

**RE: Case Number LS 10 2015001502**

Dear Mr. Kuttruff,

Thank you for taking the time to look into my dispute about bonus pay with GO New York, but I respectfully disagree with your decision.

I know the bonus pay is confusing, so I want to clarify; the bonus I am contesting is not the three-dollar bonus, but the two-dollar bonus.

I have enclosed the Second Bonus Note to TG's at GONY, it is completely mute on any way a guide can loose a bonus. This is the relevant document that I believe that you should have based your findings on.

GONY makes no claim that I lost my bonus for violating any one of the rules on this document. Their arguments are based solely on the three-dollar bonus criteria, which is irrelevant here. Therefore my loss of bonus should not have occurred.

Thank you for your reconsideration of my claim.

Yours truly,

Fred Pflantzer



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*

Date: March 19, 2015

Fred Pflantzer

Case Number: LS10 2015001502

Dear Mr. Pflantzer:

Regarding your claim for $71.20 bonus pay filed against Go New York Tours Inc., the employer responded by stating that you are not entitled to payment for the bonus pay you claimed because you arrived late for work during the period of your claim and the company written policy states that if a tour guide comes to work late he will not qualify for the bonus pay.

The employer supported his position with a copy of the referenced written policy concerning bonus pay bearing your signature dated July 11, 2014, a copy of your schedule for the day you were late during the period of your claim, a copy of your time sheet for the day you were late during the period of your claim, and a copy of the written notice of warning addressed to you detailing your lateness that occurred during the period of your claim. A copy of the employer's evidence is enclosed for your review.

Based on the employer's evidence you have no valid claim to payment for the bonus pay you claimed. If you have any documentary evidence supporting your position that you are entitled to payment for the bonus pay you claimed send that evidence to our office immediately. If we do not receive evidence to support your claim within 15 days we will close your case and take no further action against your former employer on your behalf.

Very truly yours,

Jeremy Kuttruff, Senior Labor Standards Investigator

Phone: 518-457-9093 Fax: 518-485-6001
State Office Bldg Campus Building 12, Rm. 185C   Albany, NY 12240-0122

www.labor.state.ny.us

FL-16-0854   000176

15 CV 2326 (ER)
P446

## SECOND BONUS NOTE TO GONY TOUR GUIDES

In addition to the hourly($10 per hour) and 1st Bonus($3 per hour if qualified) compensation, GONY will add a 2nd Bonus compensation in the amount of $2 per hour for every hour worked(during the specific work week) if any of GONY's tour guides meet all of the following prerequisites:

1. Show up to work wearing fully prescribed, clean and neat uniform.
2. Check(ensure each customer has a valid ticket and proper ticket for the particular tour) and perforate each customer's ticket before allowing the customer to board the bus.
3. At each bus stop, get off the bus by the bus door and ensure ticket checking and perforation.
4. At each bus stop, announce the name of the current bus top as well as the next bus stop.
5. After announcing the name of the current and next stops, announce all nearby attractions including all tour connections and packed attractions.
6. Friendly with customers and welcoming people at every bus stop.
7. Distribute earphones and ensure everybody on the bus has them.
8. Ensure absolutely no one is standing on the bus while the bus is in motion.
9. Do not ask(solicit) for tips/gratuities and absolutely do not hold, point towards, a tip box.
10. Do not use speaker boxes at all.
11. Standing by the bus door - outside of the vehicle - on 46 and 8th AVE and welcome passengers during the time the bus picks up or drops off.
12. Give informative and entertaining tour and not to make "no commentary" pauses longer than 30 seconds during each tour.
13. Give accurate and updated schedule and operations information to customers(such as hours of operation for each tour and others).
14. Minimum quantity of information announced per each tour must be equal or more than the gony tours script.
15. Make sure customers remain seated until the bus comes to a complete stop - for example the passengers are not allowed to start moving a block or so away of the coming bus stop, rather they must remain seated until the bus reaches the actual bus stop location.

Tour Guide's Name accepting the above terms and conditions of the Second Bonus agreement:



NEW YORK NY 1[...]

30 MAR 2015 PM 4 L

MR. J. KU[...]
NYS DEPT OF LABOR
DIVISION OF LABOR STANDARDS
CENTRAL INVESTIGATION UNIT
STATE OFFICE BUILDING CAMPUS BLDG 12 RM 185C
ALBANY NY 12240-0121



R E C E I V E D
NEW YORK STATE
DEPARTMENT OF LABOR

APR 0 2 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

SE 4.12 (6/05)

FL-16-0854   000178

15 CV 2326 (ER)
P448



**New York State Department of Labor**
Andrew M. Cuomo, *Governor*

Date: March 19, 2015

Fred Pflantzer

Case Number: LS10 2015001502

Dear Mr. Pflantzer:

Regarding your claim for $71.20 bonus pay filed against Go New York Tours Inc., the employer responded by stating that you are not entitled to payment for the bonus pay you claimed because you arrived late for work during the period of your claim and the company written policy states that if a tour guide comes to work late he will not qualify for the bonus pay.

The employer supported his position with a copy of the referenced written policy concerning bonus pay bearing your signature dated July 11, 2014, a copy of your schedule for the day you were late during the period of your claim, a copy of your time sheet for the day you were late during the period of your claim, and a copy of the written notice of warning addressed to you detailing your lateness that occurred during the period of your claim. A copy of the employer's evidence is enclosed for your review.

Based on the employer's evidence you have no valid claim to payment for the bonus pay you claimed. If you have any documentary evidence supporting your position that you are entitled to payment for the bonus pay you claimed send that evidence to our office immediately. If we do not receive evidence to support your claim within 15 days we will close your case and take no further action against your former employer on your behalf.

Very truly yours,

Jeremy Kuttruff, Senior Labor Standards Investigator

Phone: 518-457-5093 Fax: 518-485-6001
State Office Bldg. Campus Building 12, Rm. 185C  Albany, NY 12240-0122

www.labor.state.ny.us

FL-16-0854   000179

15 CV 2326 (ER)
P449

The below payment schedule and policies supersede and replace any and/or all other payment rates/schedules and policies contained within this employee handbook.

This payment schedule applies to Go New York Tours Inc. tour guides. *Tour Guide's Payment Chart*

A) Base Hourly Payment - $10.00 per hour,

B) Bonus - $3.00 per hour will be added to all hours worked by a tour guide during one complete payment cycle (The cycle is 7 days Monday - Sunday) if all of the requirements below are met:

1. A tour guide has NO UNANNOUNCED NO-SHOWS. (Each tour guide must notify the operations manager one week in advance in case he/she needs to take a day off while scheduled to be on duty in order to qualify for the $3 per hour bonus)

2. A tour guide is NOT late for his/her schedule. (If a tour guide comes to work late he/she will NOT qualify for the $3.00 per hour bonus)

3. A tour guide must announce all stops follows the route and makes all stops and provide a great tour to the customers. A tour guide that gets more than 3 customer complaints regarding his/her tour quality will be disqualified from $3.00 per hour bonus.

4. A tour guide has to check tickets and give out head phones. If there are passengers on the bus without a ticket or a passenger has expired ticket or no head phones, the tour guide will be disqualified from $3.00 per hour bonus.

7. A tour guide provides all necessary documents including but not limited to the required up to date NYC Tour Guide License and any and all paperwork Go New York Tours Inc. deems necessary for tour guide's employment compliance.

Tour Guide Name (Print) FRED PLANTZE

Signature _____ Date: 7/11/14

*Go New York Tours Inc. reserves the right to change or amend any or all payment rates and policies without notice at any time.*

FL-16-0854   000180

15 CV 2326 (ER)
P450



Fred Pflantzer
LS10 2015001502

Scheduled for 10:15 AM

LS  2015001502

**GONY TOURS**

Jose

Supervisor Name

Central Park

Location

1 / 10 / 15

Date

| Data | 10:45 | — ARRIVED | | | |
|---|---|---|---|---|---|
| | Fred | 30 mins after | | | |
| Start Day Signature | | scheduled shift. | | | |
| 1st Start Time | 10:45 | | | | |
| End Time | 12:15 | | | | |
| Tour Type | UT | | | | |
| Bus # | 303 | | | | |
| 2nd Start Time | 12:30 | | | | |
| End Time | 2:00 | | | | |
| Tour Type | UT | | | | |
| Bus # | 303 | | | | |
| 3d Start Time | 2:25 | | | | |
| End Time | 3:52 | | | | |
| Tour Type | UT | | | | |
| Bus # | 303 | | | | |
| 4th Start Time | 3:55 out | | | | |
| End Time | | Refused to do | | | |
| Tour Type | Fed | last uptown tour | | | |
| Bus # | | | | | |
| 5th Start Time | | | | | |
| End Time | | | | | |
| Tour Type | | | | | |
| Bus # | | | | | |
| 6th Start Time | | | | | |
| End Time | | | | | |
| Tour Type | | | | | |
| Bus # | | | | | |
| End Day Signature | | | | | |
| Total | | | | | |

FL-16-0854  000182

F . PFLANTZER
LS10 2015001502

Go New York Tours
218 W 37th St, 5th Floor
New York, NY 10018

January 16, 2015

Dear Fred Pflantzer:

This letter should serve as an official warning to you. Your attendance has been unacceptable.
According to records, you have been late on January 10, 2015 . Your performance has not met
the expectation we have for the position.

Failure to take care of this problem will result in termination of employment.

We value you as an employee and hope that you will take the necessary steps to improve your
performance.

Sincerely,

Branimir Rogachev

1/16/15
refuse to sign
Jennifer Polanco

Name:_____

Signature:_____

Eduard Baran



**New York State Department of Labor**
**Andrew M. Cuomo**, Governor
, Commissioner

DATE: March 5, 2015

RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR

MAR 16 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

Go New York Tours Inc
217 West 37th St
New York, NY 10018

ADDRESS REPLY TO:
State Office Bldg. Campus
Building 12, Rm. 185C
Albany, NY 12240-0122
Fax: 518-485-6001

REFER TO:
LS10 2015001502

Claim(s) for wages and/or wage supplements have been filed against you by the following employee(s):

| Name | Occupation | Salary | Period of Claim | Type of Claim / Amount | |
|------|-----------|--------|-----------------|------------------------|---|
| Pflantzer, Fred | Tour Guide | 10.00 Hour | 01/05/2015 - 01/18/2015 | Supplemental Wage Claim: | $71.20 |
| Complaint<br>Unpaid Bonus (Pflantzer); | | | | Total: $71.20 | |

This Department, in accordance with the New York State Labor Law, has been authorized to collect the amounts due and shown for the employee(s) as listed above.

Regardless of any dispute you have on other matters, if the claim is correct, please remit a check or money order payable to *Commissioner of Labor* and forward to this office by March 15, 2015. Payment should be in the amount due *after* legal deductions. Please itemize to show differences between the gross and net amounts.

Article 6 of the New York State Labor Law specifies that failure to pay earned wages or supplements falls within this department's civil and criminal jurisdiction. If you do not agree with these amounts due and payable to the claimant(s), provide a full statement giving your reasons. Include a copy of any payroll records, policies, contracts, etc. to substantiate your position. Your federalemployer identification number (FEIN) must be shown on all payments and correspondence submitted to this office.

Failure to respond with payment or credible evidence to the contrary will result in the assessment of liquidated damages equaling an additional 25% of the original claim.

We trust that we can count on your cooperation in this matter.

Very truly yours,

Christine Anderson
Supervising LS Investigator

State Office Bldg. Campus Building 12, Rm. 185C Albany, NY 12240-0122

15 CV 2326 (ER)
P454



218 W 37th St. 5th Floor

New York NY 10018

Claimant: Fred Pflantzer
Claimant SS #

To whom it may concern,

The company has received a claims for wages filed by the above claimant (Fred Pflantzer) with a collection amount of $71.20. The complaint reason to the New York State Department of Labor is as follows: **Unpaid Bonus total $71.20 Period of Claim 1/05/2015 -01/18/2015.**
Enclosed are:

1. Schedule of former employee (week of January 5, 2015- January 11, 2015)
2. Time sheet marked January 10, 2015 with signature of claimant 10:45 AM. (30 minutes late) bearing signature of Fred Pflantzer.
3. Payment schedule where former employee signed in agreement with policy of bonus. **A BONUS IS GIVEN TO AN EMPLOYEE WHEN REQUIREMENTS ARE MET.** The following requirement for bonus was not fulfilled by Mr. Pflantzer.
   a. A Tour Guide is NOT late for his/her schedule. (If a tour guide comes to work late he/she will NOT qualify for the $3.00 per hour bonus)
4. Second Bonus for Tour Guides signed by Fred Pflantzer.
5. Three Warning letters since the beginning of his employment given due to lateness.
   a. First signed with comment
   b. Second and third refused to sign.
6. Operations Manager statement of January 16, 2015 incident sent to NYSUI on March 2, 2015.

The claimant was given his base pay of $10.00 + $3.00 bonus. He was not given the additional $2.00 bonus because of his lateness as well as his refusal to work a tour during his work shift. The company's bonus pay is used to reward the tour guide, it is not part of his **BASE PAY**. This bonus is specified by a contract (exhibit 3) which has to be met by prerequisites.

Any further questions you may contact the HR department at 212-664-0300

FRED PFLANTZER
LSi   201500I502

The below payment schedule and policies supersede and replace any and/or all other payment rates/schedules and policies contained within this employee handbook.

This payment schedule applies to Go New York Tours Inc. tour guides. *Tour Guide's Payment Chart*

A) Base Hourly Payment - $10.00 per hour,

B) Bonus - $3.00 per hour will be added to all hours worked by a tour guide during one complete payment cycle (The cycle is 7 days Monday - Sunday) if all of the requirements below are met:

1. A tour guide has NO UNANNOUNCED NO-SHOWS. (Each tour guide must notify the operations manager one week in advance in case he/she needs to take a day off while scheduled to be on duty in order to qualify for the $3 per hour bonus)

2. A tour guide is NOT late for his/her schedule. (If a tour guide comes to work late he/she will NOT qualify for the $3.00 per hour bonus)

3. A tour guide must announce all stops follows the route and makes all stops and provide a great tour to the customers. A tour guide that gets more than 3 customer complaints regarding his/her tour quality will be disqualified from $3.00 per hour bonus.

4. A tour guide has to check tickets and give out head phones. If there are passengers on the bus without a ticket or a passenger has expired ticket or no head phones, the tour guide will be disqualified from $3.00 per hour bonus.

7. A tour guide provides all necessary documents including but not limited to the required up to date NYC Tour Guide License and any and all paperwork Go New York Tours Inc. deems necessary for tour guide's employment compliance.

Tour Guide Name (Print) FRED PFLANTZER

Signature _____   Date: 7/11/14

*Go New York Tours Inc. reserves the right to change or amend any or all payment rates and policies without notice at any time.*



Fred Pflanzeck
LS10 2015001502

Scheduled for 10:15 AM

FL-16-0854   000187

FP D PLANKLK
LS. 201500150Z

**GONY TOURS**

Supervisor Name: Jose

Location: Central Park

Date: 1/10/15

| Data | 10:45 Fred | — ARRIVED | | |
|---|---|---|---|---|
| Start Day Signature | | 30 mins after | | |
| 1st Start Time | 10:45 | Scheduled shift. | | |
| End Time | 12:15 | | | |
| Tour Type | UT | | | |
| Bus # | 303 | | | |
| 2nd Start Time | 12:30 | | | |
| End Time | 2:00 | | | |
| Tour Type | UT | | | |
| Bus # | 303 | | | |
| 3d Start Time | 2:25 | | | |
| End Time | 3:52 | | | |
| Tour Type | UT | | | |
| Bus # | 303 | | | |
| 4th Start Time | 3:55 Out | | Refused to do | |
| End Time | | | last uptown tour | |
| Tour Type | | | | |
| Bus # | | | | |
| 5th Start Time | | | | |
| End Time | | | | |
| Tour Type | | | | |
| Bus # | | | | |
| 6th Start Time | | | | |
| End Time | | | | |
| Tour Type | | | | |
| Bus # | | | | |
| End Day Signature | | | | |
| **Total** | | | | |

FL 16 0854 000180

F. PFLANTZER
LS10 2015001502

Go New York Tours
218 W 37th St, 5th Floor
New York, NY 10018

January 16, 2015

Dear Fred Pflantzer:

This letter should serve as an official warning to you. Your attendance has been unacceptable.
According to records, you have been late on January 10, 2015 . Your performance has not met
the expectation we have for the position.

Failure to take care of this problem will result in termination of employment.

We value you as an employee and hope that you will take the necessary steps to improve your
performance.

Sincerely,

Branimir Rogachev

refuse to sign
Jennifer Polanco

Edward Baron

Name:_____

Signature:_____



## SECOND BONUS NOTE TO GONY TOUR GUIDES

In addition to the hourly($10 per hour) and 1st Bonus($3 per hour if qualified) compensation, GONY will add a 2nd Bonus compensation in the amount of $2 per hour for every hour worked(during the specific work week) if any of GONY's tour guides meet all of the following prerequisites:

1. Show up to work wearing fully prescribed, clean and neat uniform.
2. Check(ensure each customer has a valid ticket and proper ticket for the particular tour) and perforate each customer's ticket before allowing the customer to board the bus.
3. At each bus stop, get off the bus by the bus door and ensure ticket checking and perforation.
4. At each bus stop, announce the name of the current bus top as well as the next bus stop.
5. After announcing the name of the current and next stops, announce all nearby attractions including all tour connections and packed attractions.
6. Friendly with customers and welcoming people at every bus stop.
7. Distribute earphones and ensure everybody on the bus has them.
8. Ensure absolutely no one is standing on the bus while the bus is in motion.
9. Do not ask(solicit) for tips/gratuities and absolutely do not hold, point towards, a tip box.
10. Do not use speaker boxes at all.
11. Standing by the bus door - outside of the vehicle - on 46 and 8th AVE and welcome passengers during the time the bus picks up or drops off.
12. Give informative and entertaining tour and not to make "no commentary" pauses longer than 30 seconds during each tour.
13. Give accurate and updated schedule and operations information to customers(such as hours of operation for each tour and others).
14. Minimum quantity of information announced per each tour must be equal or more than the gony tours script.
15. Make sure customers remain seated until the bus comes to a complete stop - for example the passengers are not allowed to start moving a block or so away of the coming bus stop, rather they must remain seated until the bus reaches the actual bus stop location.

Tour Guide's Name accepting the above terms and conditions of the Second Bonus agreement:

FRED PFLANTZER

Tour Guide's Signature: _____

Date: 8/20/14

FL-16-0854   000190

F PHLANTZER
LS10 2015001502

John LittleJohn

August 29, 2014

Dear Fred Pflantzer:

This letter should serve as an official warning to you. Your attendance has been unacceptable.
According to records, you have been late on August 23, 2014. Your performance has not met the
expectation we have for the position.

This is your first warning about this issue, and it must be resolved. Failure to take care of this problem
will result in termination of employment.

We value you as an employee and hope that you will take the necessary steps to improve your
performance.

Sincerely,

John LittleJohn

I DON'T UNDERSTAND THIS WARNING
ONE LATENESS DOES NOT CONSTITUTE
A PATTERN. I

Name: _____

Signature: _____

F. PHZANTZER
LSID  2015001502.

John LittleJohn

November 7, 2014

Dear Fred Pflantzer:

This letter should serve as an official warning to you. Your attendance has been unacceptable. According to records, you have been late on November 2, 2014. Your performance has not met the expectation we have for the position.

This is your first warning about this issue, and it must be resolved. Failure to take care of this problem will result in termination of employment.

We value you as an employee and hope that you will take the necessary steps to improve your performance.

Sincerely,

John LittleJohn

refuse to sign
Jennifer Polan
Jennifer Pola

Name: _____

Signature: _____

Eduard Baran
11/12/2014

FL-16-0854   000192

15 CV 2326 (ER)
P462



## 218 W 37th St. 5th Floor
## New York NY 10018

Claimant: Fred Pflantzer
Claimant SS
March 2, 2015

To whom it may concern,

The above claimant was terminated from the company on January 16, 2015 for arguing with his
Manager (I, Branimir Rogachev). He came in to the office demanding to speak with me while I
was in a meeting. The front desk had made him aware I was currently busy and that I will follow
up with him when I received a chance. When he raised his voice and was able to hear him from
the adjacent room I quickly paused my meeting and came to see what the cause of the issue. Mr.
Pflantzer then approached me aggressively demanding the company pay him one of his weekly
bonuses. Mr. Pflantzer was disqualified due to lateness (January 10, 2015) and refusal to do
another scheduled tour during the same week. When his tone of voice got a lot higher I then
proceeded to let the claimant know he was terminated from the company as he has been warned
verbally of the disqualification of his actions (such as his refusal of tours) in the weeks prior to
the incident of January 16, 2015. Go New York Tours does not accept or tolerate misconduct
towards management or any individual within the company.
Any further questions you may contact me at 212-664-0300

Best Regards,

Branimir Rogachev



R E C E I V E D
NEW YORK STATE
DEPARTMENT OF LABOR

MAR 16 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

LSE 4.12 (12/10)

Co New York
218 W 57th St Ste PL
1801 8

New York Tones inc

NYS DEPT OF LABOR
DIVISION OF LABOR STANDARDS
CENTRAL INVESTIGATION UNIT
STATE OFFICE BUILDING CAMPUS BLDG 12 RM 185C
ALBANY NY 12240-0121

FL-16-0854   000194

03-12-15:13:42  ;From:     To:1518485600)    :12126649610    #  1/ 11

**New York Tours**

218 W 37th St Floor 5

New York, NY 10018

212-664-0300

Jeremy

# FAX

**To:** NYS Dept of Labor

**From:** Go New York Tours

**Re:** Fred Pflantcer

**Cc:** LS10 2015001502

**Fax:** 518 485 6001

**Date:** March 12, 2015

**Pages:** 11 pgs

☑ Urgent

☐ For Review

☐ Please Comment

☐ Please Reply

☐ Please Recycle

FL-16-0854  000195

03-12-15,13:42 ;From: To:15184856001 12126649610 # 2/ 11



**New York State Department of Labor**
Andrew M. Cuomo, Governor
, Commissioner

DATE: March 5, 2015

Go New York Tours Inc
217 West 37th St
New York, NY 10018

ADDRESS REPLY TO:
State Office Bldg. Campus
Building 12, Rm. 185C
Albany, NY 12240-0122
Fax: 518-485-6001

REFER TO:
LS10 2015001502

Claim(s) for wages and/or wage supplements have been filed against you by the following employee(s):

| Name | Occupation | Salary | Period of Claim | Type of Claim / Amount | |
|---|---|---|---|---|---|
| Pflantzer, Fred | Tour Guide | 10.00 Hour | 01/05/2015 - 01/18/2015 | Supplemental Wage Claim: | $71.20 |
| | | | | **Total: $71.20** | |
| **Complaint** Unpaid Bonus (Pflantzer); | | | | | |

This Department, in accordance with the New York State Labor Law, has been authorized to collect the amounts due and shown for the employee(s) as listed above.

Regardless of any dispute you have on other matters, if the claim is correct, please remit a check or money order payable to Commissioner of Labor and forward to this office by March 15, 2015. Payment should be in the amount due *after* legal deductions. Please itemize to show differences between the gross and net amounts.

Article 6 of the New York State Labor Law specifies that failure to pay earned wages or supplements falls within this department's civil and criminal jurisdiction. If you do not agree with these amounts due and payable to the claimant(s), provide a full statement giving your reasons. Include a copy of any payroll records, policies, contracts, etc. to substantiate your position. Your federalemployer identification number (FEIN) must be shown on all payments and correspondence submitted to this office.

Failure to respond with payment or credible evidence to the contrary will result in the assessment of liquidated damages equaling an additional 25% of the original claim.

We trust that we can count on your cooperation in this matter.

Very truly yours,

Christine Anderson
Supervising LS Investigator

State Office Bldg. Campus Building 12, Rm. 185C Albany, NY 12240-0122

FL-16-0854   000196

15 CV 2326 (ER)
P466



218 W 37th St. 5th Floor

New York NY 10018

Claimant: Fred Pflantzer

Claimant SS #

To whom it may concern,

The company has received a claims for wages filed by the above claimant (Fred Pflantzer) with a collection amount of $71.20. The complaint reason to the New York State Department of Labor is as follows: **Unpaid Bonus total $71.20 Period of Claim 1/05/2015 -01/18/2015.**

Enclosed are:

1. Schedule of former employee (week of January 5, 2015- January 11, 2015)
2. Time sheet marked January 10, 2015 with signature of claimant 10:45 AM. (30 minutes late) bearing signature of Fred Pflantzer.
3. Payment schedule where former employee signed in agreement with policy of bonus. A **BONUS IS GIVEN TO AN EMPLOYEE WHEN REQUIREMENTS ARE MET.** The following requirement for bonus was not fulfilled by Mr. Pflantzer.
   a. A Tour Guide is NOT late for his/her schedule. (If a tour guide comes to work late he/she will NOT qualify for the $3.00 per hour bonus)
4. Second Bonus for Tour Guides signed by Fred Pflantzer.
5. Three Warning letters since the beginning of his employment given due to lateness.
   a. First signed with comment
   b. Second and third refused to sign.
6. Operations Manager statement of January 16, 2015 incident sent to NYSUI on March 2, 2015.

The claimant was given his base pay of $10.00 + $3.00 bonus. He was not given the additional $2.00 bonus because of his lateness as well as his refusal to work a tour during his work shift. The company's bonus pay is used to reward the tour guide, it is not part of his **BASE PAY.** This bonus is specified by a contract (exhibit 3) which has to be met by prerequisites.

Any further questions you may contact the HR department at 212-664-0300

EASLY SHIFT

Saturday 01/10/2015

Guides Count: 13-1-

| 1 | 2 | 3 | 4 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 |

10:15:00

LATE SHIFT

Saturday

Guides Count: 3

10:30:00

10:45:00

11:45:00

3:00:00

3:15:00

3:30:00

Fred Pflanzer
LS10 2015001502

Scheduled for 10:15 AM

FL-16-0854 000198

15 CV 2326 (ER)
P468

03-12-15;13:42 ;From: To:1518485600; '12126649610 # 5/ 11

LS10 2015001502

# GONY TOURS

Jose

Supervisor Name

Central Park

Location

1 / 10 / 15

Date

| Data | 10:45 Fred | — ARRIVED . | | | |
|---|---|---|---|---|---|
| Start Day Signature | | 30 mins after scheduled shift. | | | |
| 1ˢᵗ Start Time | 10:45 | | | | |
| End Time | 12:15 | | | | |
| Tour Type | UT | | | | |
| Bus # | 303 | | | | |
| 2ⁿᵈ Start Time | 12:30 | | | | |
| End Time | 2:00 | | | | |
| Tour Type | UT | | | | |
| Bus # | 303 | | | | |
| 3d Start Time | 2:25 | | | | |
| End Time | 3:52 | | | | |
| Tour Type | UT | | | | |
| Bus # | 303 | | | | |
| 4ᵗʰ Start Time | 3:55 out | | | | |
| End Time | | | Refused to do | | |
| Tour Type | FU | | last uptown tour | | |
| Bus # | | | | | |
| 5ᵗʰ Start Time | | | | | |
| End Time | | | | | |
| Tour Type | | | | | |
| Bus # | | | | | |
| 6ᵗʰ Start Time | | | | | |
| End Time | | | | | |
| Tour Type | | | | | |
| Bus # | | | | | |
| End Day Signature | | | | | |
| Total | | | | | |

FL-16-0854 000199

The below payment schedule and policies supersede and replace any and/or all other payment rates/schedules and policies contained within this employee handbook.

This payment schedule applies to Go New York Tours Inc. tour guides. *Tour Guide's Payment Chart*

A) Base Hourly Payment - $10.00 per hour,

B) Bonus - $3.00 per hour will be added to all hours worked by a tour guide during one complete payment cycle (The cycle is 7 days Monday - Sunday) if all of the requirements below are met:

1. A tour guide has NO UNANNOUNCED NO-SHOWS. (Each tour guide must notify the operations manager one week in advance in case he/she needs to take a day off while scheduled to be on duty in order to qualify for the $3 per hour bonus)

2. A tour guide is NOT late for his/her schedule. (If a tour guide comes to work late he/she will NOT qualify for the $3.00 per hour bonus)

3. A tour guide must announce all stops follows the route and makes all stops and provide a great tour to the customers. A tour guide that gets more than 3 customer complaints regarding his/her tour quality will be disqualified from $3.00 per hour bonus.

4. A tour guide has to check tickets and give out head phones. If there are passengers on the bus without a ticket or a passenger has expired ticket or no head phones, the tour guide will be disqualified from $3.00 per hour bonus.

7. A tour guide provides all necessary documents including but not limited to the required up to date NYC Tour Guide License and any and all paperwork Go New York Tours Inc. deems necessary for tour guide's employment compliance.

Tour Guide Name (Print) FRED PLANTZ

Signature [signature] Date: 2/11/14

*Go New York Tours Inc. reserves the right to change or amend any or all payment rates and policies without notice at any time.*

FRED PHLANZER
LSIO 2015001502

## SECOND BONUS NOTE TO GONY TOUR GUIDES

In addition to the hourly($10 per hour) and 1st Bonus($3 per hour if qualified) compensation, GONY will add a 2nd Bonus compensation in the amount of $2 per hour for every hour worked(during the specific work week) if any of GONY's tour guides meet all of the following prerequisites:

1. Show up to work wearing fully prescribed, clean and neat uniform.
2. Check(ensure each customer has a valid ticket and proper ticket for the particular tour) and perforate each customer's ticket before allowing the customer to board the bus.
3. At each bus stop, get off the bus by the bus door and ensure ticket checking and perforation.
4. At each bus stop, announce the name of the current bus top as well as the next bus stop.
5. After announcing the name of the current and next stops, announce all nearby attractions including all tour connections and packed attractions.
6. Friendly with customers and welcoming people at every bus stop.
7. Distribute earphones and ensure everybody on the bus has them.
8. Ensure absolutely no one is standing on the bus while the bus is in motion.
9. Do not ask(solicit) for tips/gratuities and absolutely do not hold, point towards, a tip box.
10. Do not use speaker boxes at all.
11. Standing by the bus door - outside of the vehicle - on 46 and 8th AVE and  welcome passengers during the time the bus picks up or drops off.
12. Give informative and entertaining tour and not to make "no commentary" pauses longer than 30 seconds during each tour.
13. Give accurate and updated schedule and operations information to customers(such as hours of operation for each tour and others).
14. Minimum quantity of information announced per each tour must be equal or more than the gony tours script.
15. Make sure customers remain seated until the bus comes to a complete stop - for example the passengers are not allowed to start moving a block or so away of the coming bus stop, rather they must remain seated until the bus reaches the actual bus stop location.

Tour Guide's Name accepting the above terms and conditions of the Second Bonus agreement:

FRED PHLANTZA

Tour Guide's Signature: _____

Date: 5/20/14

FL-16-0854  000201