FPHLANIZER
LSIO 2015001502

John LittleJohn

August 29, 2014

Dear Fred Pflantzer:

This letter should serve as an official warning to you. Your attendance has been unacceptable. According to records, you have been late on August 23, 2014. Your performance has not met the expectation we have for the position.

This is your first warning about this issue, and it must be resolved. Failure to take care of this problem will result in termination of employment.

We value you as an employee and hope that you will take the necessary steps to improve your performance.

Sincerely,

John LittleJohn

I DON'T UNDERSTAND THIS WARNING
ONE LATENESS DOES NOT CONSTITUTE
A PATTERN, I

Name: [signature]

Signature: FRED HEARTZ

09-12-16:13:42   ;From:                          To:1518485600;    12126649610      #  9/ 11

F. PHLANTZER
LS10   2015001502

John LittleJohn



November 7, 2014

Dear Fred Pflantzer:

This letter should serve as an official warning to you. Your attendance has been unacceptable. According to records, you have been late on November 2, 2014. Your performance has not met the expectation we have for the position.

This is your first warning about this issue, and it must be resolved. Failure to take care of this problem will result in termination of employment.

We value you as an employee and hope that you will take the necessary steps to improve your performance.

Sincerely,

John LittleJohn

Name: _____

Signature: _____

refuse to sign
Jennifer Polan
Jennifer Bla

Edward Baran
11/12/2014

FL-16-0854   000203

F. PFLANTZER
LS10 2015001502

Go New York Tours

January 16, 2015

Dear Fred Pflantzer:

This letter should serve as an official warning to you. Your attendance has been unacceptable. According to records, you have been late on January 10, 2015 . Your performance has not met the expectation we have for the position.

Failure to take care of this problem will result in termination of employment.

We value you as an employee and hope that you will take the necessary steps to improve your performance.

Sincerely,

Branimir Rogachev

1/16/15
refuse to sign
Jennifer Polanco
Pf

Name: _____

Signature: _____

Edward Baron



218 W 37th St. 5th Floor
New York NY 10018

Claimant: Fred Pflantzer
Claimant SS #
March 2, 2015

To whom it may concern,

The above claimant was terminated from the company on January 16, 2015 for arguing with his
Manager (I, Branimir Rogachev). He came in to the office demanding to speak with me while I
was in a meeting. The front desk had made him aware I was currently busy and that I will follow
up with him when I received a chance. When he raised his voice and was able to hear him from
the adjacent room I quickly paused my meeting and came to see what the cause of the issue. Mr.
Pflantzer then approached me aggressively demanding the company pay him one of his weekly
bonuses. Mr. Pflantzer was disqualified due to lateness (January 10, 2015) and refusal to do
another scheduled tour during the same week. When his tone of voice got a lot higher I then
proceeded to let the claimant know he was terminated from the company as he has been warned
verbally of the disqualification of his actions (such as his refusal of tours) in the weeks prior to
the incident of January 16, 2015. Go New York Tours does not accept or tolerate misconduct
towards management or any individual within the company.
Any further questions you may contact me at 212-664-0300

Best Regards,

Branimir Rogachev



**New York State Department of Labor**
**Andrew M. Cuomo,** Governor
, Commissioner

DATE: March 5, 2015

Go New York Tours Inc
217 West 37th St
New York, NY 10018

ADDRESS REPLY TO:
State Office Bldg. Campus
Building 12, Rm. 185C
Albany, NY 12240-0122
Fax: 518-485-6001

REFER TO:
LS10 2015001502

Claim(s) for wages and/or wage supplements have been filed against you by the following employee(s):

| Name | Occupation | Salary | Period of Claim | Type of Claim / Amount | |
|------|-----------|--------|-----------------|------------------------|---|
| Pflantzer, Fred | Tour Guide | 10.00 Hour | 01/05/2015 – 01/18/2015 | Supplemental Wage Claim: | $71.20 |
| **Complaint** Unpaid Bonus (Pflantzer); | | | | **Total: $71.20** | |

This Department, in accordance with the New York State Labor Law, has been authorized to collect the amounts due and shown for the employee(s) as listed above.

Regardless of any dispute you have on other matters, if the claim is correct, please remit a check or money order payable to *Commissioner of Labor* and forward to this office by March 15, 2015. Payment should be in the amount due *after* legal deductions. Please itemize to show differences between the gross and net amounts.

Article 6 of the New York State Labor Law specifies that failure to pay earned wages or supplements falls within this department's civil and criminal jurisdiction. If you do not agree with these amounts due and payable to the claimant(s), provide a full statement giving your reasons. Include a copy of any payroll records, policies, contracts, etc. to substantiate your position. Your federal employer identification number (FEIN) must be shown on all payments and correspondence submitted to this office.

Failure to respond with payment or credible evidence to the contrary will result in the assessment of liquidated damages equaling an additional 25% of the original claim.

We trust that we can count on your cooperation in this matter.

Very truly yours,

Christine Anderson
Supervising LS Investigator

State Office Bldg. Campus Building 12, Rm. 185C Albany, NY 12240-0122

15 CV 2326 (ER)
P476

RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR

MAR 16 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

LSE 4-12 (12-10)

20 New York Toves
218 W 84th St 5th FL

New York Toves inc
1801 8

NYS DEPT OF LABOR
DIVISION OF LABOR STANDARDS
CENTRAL INVESTIGATION UNIT
STATE OFFICE BUILDING CAMPUS BLDG 12 RM 185C
ALBANY NY 12240-0121





FL-16-0854   000207

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 10, 2015.

Selected Entity Name: GO NEW YORK TOURS INC.
Selected Entity Status Information

**Current Entity Name:** GO NEW YORK TOURS INC.
**DOS ID #:** 4046754
**Initial DOS Filing Date:** JANUARY 25, 2011
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GO NEW YORK TOURS INC.
348 W 57TH STREET
NEW YORK, NEW YORK, 10019-3702

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate
of incorporation, however this information is not
recorded and only available by viewing the
certificate.

15 CV 2326 (ER)
P478

NYS Dept of Labor Audit/Monetary System

Page 1 of 5

### Audit and Monetary System

Welcome Emy Bautista (Build: R2016051OA)

NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 20140077861 > Contact Log

#### Contact Log

| Basic Information |
|---|
| Case # LS20 2014007786 | |
| Go New York Tours Inc. (FEIN ▓▓▓▓) | Contact Log   Electronic Documents |
| Status  Pending Payment | Initial Claim # LCM14006752 |
| | Append New Claim To Case |

**New Entry**

Entry Type  Contact ▾     Please keep comments within 3500 characters

Contact Type*  -- Select -- ▾

Contact Date*  [ ] / [ ] / [ ]  📅

Comments  [                    ]

Follow Up/Reminders  [ ] / [ ] / [ ]  📅

File  [ Browse... ]

File Description  [                    ]

Send Tickler To  -- Select -- ▾     Assigned Investigator ☑

Send Duplicate Tickler To  -- Select -- ▾

Send Comment

[ Submit ]

#### Contact Log

| Date | Entry | Follow Up/Reminder |
|---|---|---|
| 08/19/2016 | **Contact -Phone**<br>*(Entry updated 08/19/2016 by usdeag )*<br>LSI Garcia received a call from ticket agent employee Georgette West. Ms. West requested a status update. LSI explained that there were still awaiting an answer from ER's attorney with regards to payment or compliance conference. Ms. West wanted to reiterate that ER is still taking deductions that do not make any sense and may not be prescribed by law. Ms. West states that she is still paid a commission percentage rate. | |
| 08/09/2016 | **Contact -Phone**<br>*(Entry updated 08/22/2016 by USAFE3 )*<br>Senior LSI made a phone call to attorney Ilan Weiser. We touched basis on the case. He confirmed that he received all recapitulation sheets for this case and for case #2015001502. He also confirmed that he received all calculations. He had a request if we could put all computations by last name first because it would save time since recap has last name first and by job classification. Senior explained that it will be discussed with LSI and we will let him know. He also indicated that he will provide names of employees who are involved in the private lawsuit and that the judge might rule 23 classification. He further explained that due to all the other lawsuits that are pending he will need 3 months to formulate a rebuttal to our determination. Senior explained that this will be discussed with Sup and that we will get back to him. | |
| 08/29/2016 | **Contact -Email**<br>*(Entry updated 07/01/2016 by USAFE3 )*<br>Senior LSI received an email from attorney requesting mediation sometime in December 2016 to January 2017. Senior will consult with Supervisor.<br>📄 Request for Mediation - LS202014007786.msg | |
| 06/27/2016 | **Contact -Phone**<br>*(Entry updated 06/27/2016 by USAFE3 )*<br>Senior LSI received a phone call from attorney Ilan Weiser. He is receipt of our letter and requested calculations. Senior indicated that we will email or mail calculations. He also requested additional time to review file, calculation and the department's determination. He argued that sufficient time will be needed to achieve this task. Senior requested a letter from attorney for additional time since it will be an extended amount of time. Attorney indicated that he will provide letter requesting time. | |
| 06/23/2016 | **Event -Claimant Update**<br>*(Entry updated 06/23/2016 by usdeag )*<br>Larry Ashby (1535402) had their: address1, address2, city, state, zip, alt phone number, alt2 phone number changed by Errelina Garcia | |
| 06/23/2016 | **Contact -Phone**<br>*(Entry updated 06/23/2016 by USAFE3 )*<br>Senior LSI received a call from owner Asen Kostadinov. ER was upset about the amount and began to call the Department and Senior LSI improper names (screaming). He indicated that he provided records and that he knows he made a mistake but that the amount was wrong. He became more upset and called the investigator the F word. He then hung up and called back indicating that he will come in to see how much of a man LSI Escudero is. | |
| | **Contact -Letter**<br>*(Entry updated 06/20/2016 by usdeag )* | |

FL-16-0854   000209

15 CV 2326 (ER)
P479

| 06/17/2016 | LSI Garcia sent recap letter to Attorney Ilan Weiser and to ER Asen Kostadinov via certified mail. ER has until 07/07/2016 to submit payment or until 06/27/2016 to request CC or payment plan. Please see electronic documents for content. | 07/07/2016 |

**Event -Claimant Update**
05/12/2016 *(Entry updated 05/12/2016 by usdeag )*
Larry Ashby (1535402) had their: address1, address2, city, state, zip, phone number, alt phone number changed by Emelina Garcia

**Contact -Admin Action**
04/22/2016 *(Entry updated 04/22/2016 by bchab3 )*
Reviewed case, ok to serve after minor revisions

**Contact -System Log**
04/22/2016 *(Entry updated 04/22/2016 by bchab3 )*
An approval has been entered by Emy Bautista

**Status Change -Pending Payment -System Log**
04/22/2016 *(Entry updated 04/22/2016 by bchab3 )*

**Contact -System Log**
04/21/2016 *(Entry updated 04/21/2016 by usdeag )*
A change to the audit is awaiting approval

**Event -Case sent to Sr/Sup for Review**
04/21/2016 *(Entry updated 04/21/2016 by usdeag )*
LSI Garcia submitted case to Supv. Bautista for further review.

**System Log**
04/19/2016 *(Entry updated 04/19/2016 by usdeag )*
1 claim(s) had Liquidated Damages applied to them.

**System Log**
04/18/2016 *(Entry updated 04/18/2016 by usdeag )*
1 claim(s) had Liquidated Damages applied to them

**Event -Investigator Assigned**
04/12/2016 *(Entry updated 04/12/2016 by bchab3 )*
Case assigned to Emelina Garcia by Emy Bautista

**Event -Investigator Assigned**
04/11/2016 *(Entry updated 04/11/2016 by bchab3 )*
Case assigned to CARLOS ORTIZ by Emy Bautista

**Event -Investigator Assigned**
04/11/2016 *(Entry updated 04/11/2016 by bchab3 )*
Case assigned to Emelina Garcia by Emy Bautista

**Contact -System Log**
04/11/2016 *(Entry updated 04/11/2016 by USDCO3 )*
Minimum Wage for S Dia (1550543) for $ 14127 64 was added by CARLOS ORTIZ

**Contact -System Log**
04/07/2016 *(Entry updated 04/07/2016 by USDCO3 )*
Minimum Wage for L Saidou (1549693) for $ 14127 64 was added by CARLOS ORTIZ.

**Contact -System Log**
04/06/2016 *(Entry updated 04/06/2016 by USDCO3 )*
Minimum Wage for D Panisso (1549045) for $ 14127 64 was added by CARLOS ORTIZ.

**Contact -System Log**
04/05/2016 *(Entry updated 04/05/2016 by USDCO3 )*
Minimum Wage for A Abubakar (1548846) for $ 14127 64 was added by CARLOS ORTIZ.

**Contact -System Log**
04/05/2016 *(Entry updated 04/05/2016 by USDCO3 )*
Minimum Wage for A Agora (1548843) was changed from $ 14127 to $14127 64 by CARLOS ORTIZ.

**Event -Investigator Assigned**
04/05/2016 *(Entry updated 04/05/2016 by bchab3 )*
Case assigned to CARLOS ORTIZ by Emy Bautista

**Event -Claimant Update**
04/05/2016 *(Entry updated 04/05/2016 by usdeag )*
Stanley Brown (1535862) had their: phone number changed by Emelina Garcia.

**Event -Claimant Update**
04/04/2016 *(Entry updated 04/04/2016 by usdeag )*
Elizabeth Concepcion (1536502) had their: address1, city, state, zip changed by Emelina Garcia

**Contact -System Log**
03/24/2016 *(Entry updated 03/24/2016 by usdeag )*
Minimum Wage for A Balla (1545867) for $ 14127 64 was added by Emelina Garcia.

**Event -Claimant Update**
03/24/2016 *(Entry updated 03/24/2016 by usdeag )*
Amin Muhammad (1545865) had their: address1, city, state, zip changed by Emelina Garcia

**Contact -Meeting**
03/24/2016 *(Entry updated 03/24/2016 by usdeag )*
LSI Garcia and Supervisor Bautista had a meeting regarding spreadsheets submitted for 2014 and 2015 by Go NY ER. spreadsheets indicate gross pay wages made to cash agents/check agents spreadsheets do not indicate any check numbers and amounts of wages earned indicate that agents were paid high commission amounts. this contradicts ticket agents interviewed statements. some ticket agents indicated that sometimes they do not earn any money because their wages rely on sales commissions. In the absence of wage statements and copies of cancelled checks we will not use the spreadsheets.

**Contact -System Log**
02/17/2016 *(Entry updated 02/17/2016 by usdeag )*
Minimum Wage for W Robinson (1536651) for $ 22680 was added by Emelina Garcia

**Contact -System Log**
02/17/2016 *(Entry updated 02/17/2016 by usdeag )*
Minimum Wage for C Thelmo (1378761) was changed from $ 0 to $1198 35 by Emelina Garcia.

**Contact -System Log**
02/17/2016 *(Entry updated 02/17/2016 by usdeag )*

FL-16-0854   000210

Wage Claim for C. Thelmo (1378761) for $ 1197.39 was deleted by Emelina Garcia.

| | |
|---|---|
| 02/17/2016 | **Event -Claimant Update**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Cordones Thelmo (1378761) had their, end date, ack letter changed by Emelina Garcia |
| 02/17/2016 | **Contact -System Log**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Minimum Wage for T. McDonald (1406621) was changed from $ 5915 to $5995 by Emelina Garcia |
| 02/17/2016 | **Event -Claimant Update**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Tehran McDonald (1406621) had their, ssn changed by Emelina Garcia. |
| 02/17/2016 | **Contact -System Log**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Minimum Wage for T. McDonald (1406621) was changed from $ 3290 to $5915 by Emelina Garcia. |
| 02/17/2016 | **Event -Claimant Update**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Tehran McDonald (1406621) had their, ssn changed by Emelina Garcia. |
| 02/17/2016 | **Event -Claimant Update**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Tehran McDonald (1406621) had their, complaint text changed by Emelina Garcia. |
| 02/17/2016 | **Contact -System Log**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Minimum Wage for T. McDonald (1406621) was changed from $ 0 to $3290 by Emelina Garcia. |
| 02/17/2016 | **Event -Claimant Update**<br>*(Entry updated 02/17/2016 by usdeag )*<br>Tehran McDonald (1406621) had their, ack letter changed by Emelina Garcia |
| 02/15/2016 | **Contact -System Log**<br>*(Entry updated 02/15/2016 by usdeag )*<br>Unlawful Deductions for G. West (1535881) was changed from $ 140 to $155 by Emelina Garcia. |
| 02/15/2016 | **Contact -System Log**<br>*(Entry updated 02/15/2016 by usdeag )*<br>Minimum Wage for G. West (1535881) was changed from $ 14762.56 to $14060.56 by Emelina Garcia. |
| 02/15/2016 | **Event -Claimant Update**<br>*(Entry updated 02/15/2016 by usdeag )*<br>Georgette West (1535881) had their, ssn changed by Emelina Gorcia. |
| 02/15/2016 | **Event -Claimant Update**<br>*(Entry updated 02/15/2016 by usdeag )*<br>Georgette West (1535881) had their, ssn changed by Emelina Garcia. |
| + 02/15/2016 | **Contact -System Log**<br>*(Entry updated 02/15/2016 by usdeag )*<br>Minimum Wage for A White (1536042) for $ 12553.94 was added by Emelina Garcia |
| + 02/12/2016 | **Contact -System Log**<br>*(Entry updated 02/12/2016 by usdeag )*<br>Unlawful Deductions for J Reed (1535850) for $ 50 was added by Emelina Garcia. |
| 02/11/2016 | **Event -Claimant Update**<br>*(Entry updated 02/11/2016 by usdeag )*<br>Camelia Cassin (1535642) had their, other occupation changed by Emelina Garcia |
| + 02/11/2016 | **Contact -System Log**<br>*(Entry updated 02/11/2016 by usdeag )*<br>Minimum Wage for V Chavez (1535386) for $ 3081 was added by Emelina Garcia. |
| 11/17/2015 | **Contact -Admin Action**<br>*(Entry updated 11/17/2015 by usapbb )*<br>Documents received from the Attorney's office. |
| 11/17/2015 | **Contact -Admin Action**<br>*(Entry updated 11/17/2015 by usapbb )*<br>Documents received from the Attorney's office<br>☐ EMILINA.pdf |
| 07/16/2015 | **Contact -Office Visit**<br>*(Entry updated 07/16/2015 by usale3 )*<br>Wako Roper waited office. He is an EE of Go New York Tours, Inc. He dropped of LS 157 with copies of pay stubs. he mentioned that pay stubs do no show actual hours worked. All hours in excess of 40 were paid separately via house check or cash. He also provided LS 157 for Delia Ortiz, who could not make it to the office. |
| 05/19/2015 | **Contact -Phone**<br>*(Entry updated 05/19/2015 by usdeag )*<br>LSI Garcia received a phone call from employee Georgette West. Ms. West informed LSI that Er has issued a memo that states that Ticket Agents now have the option to either be an independent contractor or be an employee with an agreed commission rate of 35%. LSI discussed the update with DOL counsel Rebecca Nathanson. We are still awaiting records to be submitted by business attorney on 05/29/2015 | 05/29/2015 |
| 05/08/2015 | **Contact -Office Visit**<br>*(Entry updated 05/08/2015 by usdeag )*<br>Senior LSI Escobar and LSI Garcia received a visit from GO NY employee Georgette West. Ms. West provided all the commission slips that she had available. Please see electronic documents for copy of slips. |
| 05/04/2015 | **Contact -Admin Action**<br>*(Entry updated 05/04/2015 by usdeag )*<br>LSI Garcia was informed by AD Lamboy that the subpoena has been issued for ER to submit payroll documents for employees. The due date is 05/15/2015. We will await records before we start any computations | 05/15/2015 |
| 04/17/2015 | **Contact -Field Visit**<br>*(Entry updated 04/20/2015 by usdeag )*<br>Senior LSI Escudero and LSI Garcia made a second scheduled records inspection visit to business Attorney's Ilan Weiser's office. Please see electronic documents for narrative of visit |

| | |
|---|---|
| 04/13/2015 | **Contact -Admin Action**<br>*(Entry updated 04/13/2015 by usbej1 )*<br>SEE ATTACHED DOCUMENTS FOR HENRY AWOTWI.<br>☐ HENRY AWOTWI.pdf |
| 04/10/2015 | **Contact -Field Visit**<br>*(Entry updated 04/10/2015 by usdeag )*<br>Senior LSI Escobar and LSI Garcia made a scheduled records inspection visit to Ilan Weiser's law office located at 630 Third Avenue New York, NY 10017. Mr. Weiser was not at office. We have rescheduled inspection for 4/17/15 at 10:00 AM. Please see narrative for content of what occured during today's visit. |
| 04/07/2015 | **Contact -System Log**<br>*(Entry updated 04/07/2015 by usamg )*<br>Awotwi, Henry added to case |
| 03/31/2015 | **Contact -Phone**<br>*(Entry updated 03/31/2015 by usdeag )*<br>LSI Garcia received a phone call from Georgette West and Henn Scott, both employees of GO NY. LSI interviewed them over the phone. Ms. West stated that she would like to visit the office to provide LSI with evidence of illegal deductions. We agreed to meet on thursday April 2, 2015 in the afternoon. |
| 03/25/2015 | **Contact -Email**<br>*(Entry updated 03/26/2015 by usdeag )*<br>LSI Garcia recieved an email from Ilan Weiser, attorney for Go NY Tours. Mr. Weiser asked for an extension for the payroll review and that the scope of our investigation be limited to only the individuals who have presented a complaint. LSI discussed the email with Senior LSI Escudero and he asked that we discuss the case on 03/26/2015 with Supv Bautista in order to make a decision as to how to proceed with investigation. Please see electronic documents for content of email. |
| 03/24/2015 | **Contact -Phone**<br>*(Entry updated 03/24/2015 by usdeag )*<br>ISI Garcia made a phone call to attorney Kevin Doherty to inquire as to the allegations made by Mr. Latif regarding the practices at business location but Mr. Doherty was in a meeting. LSI left a voicemail asking him to call us back |
| 03/24/2015 | **Contact -Phone**<br>*(Entry updated 03/24/2015 by usdeag )*<br>LSI Garcia received a phone call from Mora Abdullah Latif, he explained that he is a claimant in another case for GO NY handled by Senior LSI Jeremy Kutruff. He explained that he had heard from the other employees that ER was changing the policy regarding vacation, holiday and sick leave, he will fax over documents regarding what employees have to sign in order to be allowed to work. |
| 03/19/2015 | **Contact -Field Visit**<br>*(Entry updated 03/19/2015 by usdeag )*<br>LSI Garcia made an initial inspection visit to GO New York business offices located at 218 West 37th Street, NY NY 10018. Please see electronic documents for narrative of visit and interviews of employees. Notice to revisit issued for 03/26/2015 |
| 03/06/2015 | **Contact -System Log**<br>*(Entry updated 03/06/2015 by usdmmw )*<br>McDonald, Tehran added to case |
| 03/03/2015 | **Contact -Field Visit**<br>*(Entry updated 03/03/2015 by usdeag )*<br>LSI Garcia attempted a visit to the GO NY headquarters but was informed by doorman that the office does not open until 11:00 AM. LSI will reattempt later this week at later hour. |
| 02/20/2015 | **Contact -Admin Action**<br>*(Entry updated 02/20/2015 by usbej1 )*<br>SEE ATTACHED DOCUMENTS FOR TEHRAN MCDONALD.<br>☐ TEHRAN MCDONALD.pdf |
| 01/22/2015 | **Event -Misc**<br>*(Entry updated 01/22/2015 by usjsac )*<br>Account searches done for Asen Kostadiner (record found for Asen Kostadinov) and Go New York Tour Guides. Reports are in electronic documents. |
| 01/07/2015 | **Contact -System Log**<br>*(Entry updated 01/07/2015 by usdmmw )*<br>Lavoc, Anderson added to case |
| 12/29/2014 | **Contact -Admin Action**<br>*(Entry updated 12/29/2014 by usbej1 )*<br>DISREGARD THESE 2 ENTRIES THEY ACCIDENTALL DELIVERED.<br>☐ anderson lavoc.pdf |
| 12/29/2014 | **Contact -Admin Action**<br>*(Entry updated 12/29/2014 by usbej1 )*<br>please disregard the claim intake review form<br>☐ ANDERSON LAVOC.pdf |
| 12/29/2014 | **Contact -Admin Action**<br>*(Entry updated 12/29/2014 by usbej1 )*<br>SEE ATTACHED DOCUMENTS FOR ANDERSON LAVOC APPEND TO 2014007786<br>☐ ANDERSON LAVOC.doc |
| 12/08/2014 | **Event -Investigator Assigned**<br>*(Entry updated 12/08/2014 by bchab3 )*<br>Case assigned to Emelina Garcia by Emy Bautista |
| 12/08/2014 | **Contact -System Log**<br>*(Entry updated 12/08/2014 by bchab3 )*<br>Wage Statement/Records/Payment for C 3rd Party (1386442) for $ 0 was added by Emy Bautista. |
| 12/08/2014 | **Event -Investigator Assigned**<br>*(Entry updated 12/08/2014 by bchab3 )*<br>Case assigned to Erika M Castillo by Emy Bautista |
| 12/08/2014 | **Event -Investigator Assigned**<br>*(Entry updated 12/08/2014 by bchab3 )*<br>Case assigned to Chi Kan Lau by Emy Bautista |

FL-16-0854   000212

15 CV 2326 (ER)<br>P482

| 12/08/2014 | **Status Change -Investigation Active -System Log**<br>*(Entry updated 12/08/2014 by bchab3 )* |
| 12/02/2014 | **Contact -Admin Action**<br>*(Entry updated 12/02/2014 by usbej1 )*<br>SEE ATTACHED DOCUMENT FOR CORNONES THELMO.<br>☐ CORDONES THELMO.pdf |
| 11/04/2014 | **Status Change -Investigation Pending -System Log**<br>*(Entry updated 11/04/2014 by usain3 )*<br>*Claim has been made into a case.* |

FL-16-0854   000213

15 CV 2326 (ER)
11/4/2016
P483

*LCM15002920*

**Minimum Wage/Overtime Complaint**

New York State
Department of Labor
Division of Labor Standards

RECEIVED
DEPARTMENT OF LABOR

MAR 25 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE.

*Appended to LS20 2014007786*

Answer all questions. Please Print Clearly.

| Identification Number |
| --- |

**Non-Monetary X-Reference Number**

**Monetary X-Reference Number**

**FEIN:**

Shaded areas are for office use only.    $1.00

<table>
<tr><td rowspan="3">Section</td><td>☒ 652.1</td><td>☐ 137-</td><td>☐ 138-</td><td>☐ 141-</td></tr>
<tr><td>☐ 142-</td><td>☐ 162</td><td>☐ 196.d</td><td>☒ 193</td></tr>
<tr><td>☒ Other</td><td colspan="3">Claim Taken By:</td></tr>
</table>

**1. Your Name - First**  Henry  **Mid. Init.**  **Last**  Awotwi

**5. Claim against (Trade name)** GO New York Tours   **6. Corporation name, if any** GO New York Tours

**7. Address of main office or headquarters of firm** 218 W 37TH ST, #5 Floor, New York NY 10018   **8. Employer's telephone** 212 664 0380

**9. Names and addresses of responsible persons of firm** Mr Asen, GO New York Tours #5 Fl   **Their title(s) and telephone number(s)** of 218 W 3 7th street New York NY 10018   Tel: 212 664 0300

**10. Kind of business firm is engaged in** Double Decker Sightseeing Tours   **Number of persons employed** 350 plus   **11. Is the firm still in business?** ☒ Yes   ☐ No

**12. What was your job or occupation with this firm?** Ticket Agent   **13. Address of plant where you worked** Times Square, Penn Station etc.

**14. Date started to work** 02/2013   **15. Name and position of person hiring you** Mr Asen   **16. Name of supervisor, manager or foreman** Mr Asen

**17. Latest agreed rate of pay** Commission/ Salary   **18. Last day worked** Still working   **19. Status with firm:** ☐ Quit  ☐ Laid Off  ☐ Discharged  ☒ Still Employed   **20. Reason for quitting, discharge or lay off**

**21. Were you a union member when employed by this firm?** ☐ Yes  ☒ No   If "Yes," give name, local no., address, zip code and telephone no. of union

**22. Have you asked your union for assistance?** ☐ Yes  ☐ No   If "Yes," what action has the union taken? If "No," why not?

**23. Period of complaint** From: first date 01/09/2015  To: last date 02/06/2015   **24. Name and address of employer's bank** TD Bank (212)233 0275 or 212 608 5034

**25. Were any checks not honored?** ☐ Yes  ☒ No  If "Yes," submit photocopy of check(s) 2 checks were withheld for 01/09/2015 and 02/06/2015

**26. How were wages paid?** ☒ Cash  ☒ Check  ☐ Direct Deposit

**27. What was your regular pay day?** Sun  Mon  Tues  Wed  Thurs  Fri  Sat  (Daily) (Weekly) Bi-Weekly  Semi-Monthly  Monthly

**28. What days are covered in the pay period?** From: Wednesday To: Sunday   For example: Mon to Sun, or Thurs to Wed, etc.

**29. Briefly explain your complaint:**

LS 222 (03/08)

FL-16-0854  000214

**Important Notice – Please Read**

If you or your employer did not maintain records of the number of daily and weekly hours worked by you, it may be required that you provide witnesses who are willing to provide a written statement as well as to testify in court or at a conference as to the hours worked by you.

Provide the dates of the period you are claiming. From _Jan 5, 6, 7, 2015 and Jan 28, 29, 30, 31 Feb 1 2015_

30. Hours worked: Provide starting time, stopping time, and how much time you took for meals.

| | a. Time started | b. Time stopped | c. Time for meals | |
|---|---|---|---|---|
| Sunday | 9:30 am | 3:30 pm | NA | |
| Monday | | | | |
| Tuesday | | | | |
| Wednesday | 9:30 am | 4:30 pm | NA | |
| Thursday | 9:30 am | 3:30 pm | NA | |
| Friday | 9:42 am | 4:30 pm | NA | |
| Saturday | 9:30 am | 4:30 pm | NA | |

d. List dates of **all** your absences including vacation periods _Vacation 10/28/2014 — 12/15/2014_
e. List dates of holidays that you **did not** work. _Worked on all holidays_
f. Did your employer refuse to give you time off for meals? _N/A_
g. If you were denied a meal period, when did you eat? _N/A_

31. Wages - Provide information regarding regular and overtime pay during the above complaint period. _Did not get payment_
a. Indicate your rate(s) of pay, and the dates they were in effect.

From _01_ / _28_ / _2015_ to _02_ / _01_ / _2015_ Regular $ _150_ per _Week_ Overtime $ _Never paid overtime_
From _01_ / _5_ / _2015_ to _01_ / _07_ / _2015_ Regular $ _None_ per _____ Overtime $ _None_
From _____ / _____ / _____ to _____ / _____ / _____ Regular $ _____ per _____ Overtime $ _____

b. If you received a piece rate, indicate the amount. $ _NA_ per _____
c. Did you receive pay stubs/wage statements? ☑Yes ☐ No

32. Uniforms

a. Were uniforms required? _Yes_ If "Yes," describe uniform: _Green Jacket, White Shirt, Black Pants_
b. Were uniforms free of charge? _No_ If "No," how were uniforms purchased and how much did they cost? _Down payment_

c. Who laundered the uniform? _Laundered by me (agents)_

33. Meals

a. Were meals provided free of charge? _No_ If so, how many meals per day? _None_
b. What types of food did the employer provide for your meals? _NA_

34. Lodging

a. Were you provided with free lodging? _No_ If so, how many days per week? _None_

35. Tips

a. Did you receive tips? _No_ If so, what was the average weekly amount? $ _None_
b. Were you required to turn over or share your tips with management or with non-service employees? (Kitchen, office staff, porter, etc.)
☐ Yes ☐ No If "Yes," who shared your tips? _N/A_

36. **Complete this section if you were a residential building janitor:**

a. Including all buildings you were in charge of, how many apartments were there in total? _____
b. How many stores were there in the building(s)? _____
c. What type of heat was used in the building(s)? _____
d. Were you provided with a rent-free apartment? _____ If so, Apt. # _____ How many rooms? _____
e. Were you a tenant of the same apartment before becoming an employee? _____ If so, how much rent did you last pay? _____
f. Were utilities provided to you without charge? _____ If so, was it on the building line, or did you have your own meter? _____

37. Signature

Any false statements knowingly made are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. I affirm and certify that all statements are true.

I authorize the Commissioner of Labor and deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor, any checks or money orders made out to me as payment on this claim.

a. _Chris C_ _____ b. _02/09/2015_
Signature of Claimant                                    Date

**Important Notice – Please Read**

If you or your employer did not maintain records of the number of daily and weekly hours worked by you, it may be required that you provide witnesses who are willing to provide a written statement as well as to testify in court or at a conference as to the hours worked by you.

Provide the dates of the period you are claiming. From Jan 5, 6, 7, 2015 and Jan 28, 29, 30, 31 Feb 1 2015

30. Hours worked: Provide starting time, stopping time, and how much time you took for meals.

| | a. Time started | b. Time stopped | c. Time for meals | |
|---|---|---|---|---|
| Sunday | 9:30 am | 3:30 pm | NA | |
| Monday | | | | |
| Tuesday | | | | |
| Wednesday | 9:30 an | 4:30 pm | NA | |
| Thursday | 9:30 am | 3:30 pm | NA | |
| Friday | 9:42 an | 4:30 pm | NA | |
| Saturday | 9:30 am | 4:30 pm | NA | |

d. List dates of all your absences including vacation periods _Vacation 10/28/2014 — 12/15/2014_
e. List dates of holidays that you did not work. _Worked on all holidays_
f. Did your employer refuse to give you time off for meals? _N/A_
g. If you were denied a meal period, when did you eat? _NA_

31. Wages - Provide information regarding regular and overtime pay during the above complaint period. _Did not get payment_
a. Indicate your rate(s) of pay, and the dates they were in effect.
From 01 / 28 / 2015 to 02 / 01 / 2015 Regular $ 150 per Week Overtime $ Never paid over time
From 01 / 5 / 2015 to 01 / 07 / 2015 Regular $ None per _____ Overtime $ None.
From ___ / ___ / ___ to ___ / ___ / ___ Regular $ _____ per _____ Overtime $ _____

b. If you received a piece rate, indicate the amount. $ NA per _____
c. Did you receive pay stubs/wage statements? ☑ Yes ☐ No

32. Uniforms

a. Were uniforms required? _Yes_ If "Yes," describe uniform: Green Jacket White Shirt, Black Pants
b. Were uniforms free of charge? _No_ If "No," how were uniforms purchased and how much did they cost? _own payment_
c. Who laundered the uniform? _Laundered by me (agents)_

33. Meals

a. Were meals provided free of charge? _No_ If so, how many meals per day? _None_
b. What types of food did the employer provide for your meals? _NA_

34. Lodging

a. Were you provided with free lodging? _No_ If so, how many days per week? _None_

35. Tips

a. Did you receive tips? _No_ If so, what was the average weekly amount? $ _None_
b. Were you required to turn over or share your tips with management or with non-service employees? (Kitchen, office staff, porter, etc.)
☐ Yes ☐ No If "Yes," who shared your tips? _N/A_

36. Complete this section if you were a residential building janitor:

a. Including all buildings you were in charge of, how many apartments were there in total? _____
b. How many stores were there in the building(s)? _____
c. What type of heat was used in the building(s)? _____
d. Were you provided with a rent-free apartment? _____ If so, Apt. # _____ How many rooms? _____
e. Were you a tenant of the same apartment before becoming an employee? _____ If so, how much rent did you last pay? _____
f. Were utilities provided to you without charge? _____ If so, was it on the building line, or did you have your own meter? _____

37. Signature

Any false statements knowingly made are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.
I affirm and certify that all statements are true.

I authorize the Commissioner of Labor and deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor, any checks or money orders made out to me as payment on this claim.

a. _____  b. 02/09/2015
Signature of Claimant                              Date

LCM1500 2920



**New York State Department of Labor**
Division of Labor Standards
**Claim for Unpaid Wages**

RECE...
NEW...
DEPART... OF LABOR

MAR 2... Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
DIV OF LABOR Division of Labor Standards, Bldg. 12 Rm.185C
ALBANY CEN... State Office Campus, Albany NY 12240

| For Office Use Only | W |
| --- | --- |
| Identification Number | |
| Refer to wage suppit, I.D. No. if any) | |
| Taken By | |

Section 190.7 of the New York State Labor Law excludes from wage payment coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

Note: It is necessary for you to have asked for the wages due before we can assist you.

| 1. Your Full Name ☐ Ms. ☐ Mrs. ☒ Mr. Henry Awotwi | 3. Social Security No. |
| --- | --- |
| | 4. (Area... Day Eveni... |

| 5. Claim against (Trade Name of Employer) GO New York Tours | 6. Corporation Name, if any GO New York Tours |
| --- | --- |

| 7. Address of main office or headquarters of firm   City, Town or Village   County   Zip Code 218 W 37th Street 5 Floor   New York   NY   10018 | 8. (Area Code) Telephone No. 212 664 0300 |
| --- | --- |

9. Names and addresses of responsible persons of firm   Their positions
Mr Asen, GO New York Tours #5 floor @ 218 W 37th Street
New York, NY 10018   Tel (212) 664 0300

| 10. Kind of business firm engaged in Double Decker Bus Sightseeing Tour | 11. Is firm still in business? ☒ Yes ☐ No |
| --- | --- |

| 12. What was your work or occupation with this firm? Ticket Agent | 13. Address where you worked Time Square, Penn Station   Zip Code |
| --- | --- |

| 14. Date Hired 02/2013 | 15. Name and Position of person hiring you Mr Asen | 16. Name of superintendent, manager or foreman Mr Asen |
| --- | --- | --- |

| 17. Latest agreed rate of pay (per hour per week, per day) Commission/ Salary | 18. Last Day Worked Still working | 19. Status with Firm ☐ I quit ☐ I was discharged ☐ I was temporarily laid off ☒ I am still employed | 20. Reason for quitting, discharge or layoff |
| --- | --- | --- | --- |

| 21. Were you a member of any union when employed by this firm? ☐ Yes ☒ No | If "yes", give name, local no., address, zip code and telephone no. of union |
| --- | --- |

| 22. Have you asked your union for assistance? ☐ Yes ☐ No   NA | If "yes" what action has the union taken? |
| --- | --- |

**Before answering questions 23 and 25, first fill out back of this form to help you figure wages due**

| 23. Wages claimed for period (first date to last date) From 01/28/2015 to 02/09/2015 inclusive | 24. Name and address of employer's bank   Zip Code TD Bank | 25. Total amount of wages due $150 and $100 |
| --- | --- | --- |

| 26. Did you request these wages? ☒ Yes ☐ No | 27. Date of Request 02/06/2015 | 28. To whom was the request made? Mr Arsen |
| --- | --- | --- |

| 29. Did employer refuse to pay for these wages? ☒ Yes ☐ No | If "yes", give employer's reason for refusal Claimed I was 12 minutes late for one of the days hence denied payment. |
| --- | --- |

| 30. Were any payments due you paid by checks returned not honored? No ☒ Yes ☐   If "yes", submit photocopies of check(s) | |
| --- | --- |

| 31. How were wages paid? ☒ Cash ☒ Check ☐ Other (Explain) | 32. What was your normal payday? Fridays | What period did this cover? weekly |
| --- | --- | --- |

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

| _____ Signature of Claimant | 02/09/2015 Date |
| --- | --- |

LS 223  (11-13)

(Continue Over)



All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 1/28/2015 02/01/2015 | 35 hrs | 5 days | $ 5 per hrs | $ 150 | $ None | $ 150 | did not get paid |
| 2/5,6,7/2015 | 20 hrs | 3 days | 5 / hr | $ 100 | None | $ 100 | did not get paid |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  | 41. Total Amount Due | | $ 250 |  |

*Gross wage is the amount before taxes or other monies are deducted.

42. Include any additional information below:

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 01/28/2015 02/01/2015 | 35 hrs | 5 days | $ 5 per hr | $ 150 | $ None | $ 150 | Did not get paid |
| 01/5,6,7/2015 | 20 hrs | 3 days | 5/hr | $100 | None | $ 100 | did not get pa |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | 41. Total Amount Due | $ 250 | |

*Gross wage is the amount before taxes or other monies are deducted.

42  Include any additional information below:



RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR

New York State Department of Labor
Division of Labor Standards

MAR 25 2015    **Claim for Unpaid Wage Supplements**

DIV OF LABOR STANDARD    Answer all questions on both sides.  Print clearly.
ALBANY CENTRAL OFFICE    Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12, Rm. 185C,
State Office Campus, Albany NY 12240

**For office use only** [ S ]

Identification number

Refer to wage claim ID no., if any

Taken by

---

Section 198-c (3) of the New York State Labor Law excludes from wage supplement coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

**Note: You must have asked for the supplements due before we can help you.**

| | |
|---|---|
| 1. Your full name  ☐ Ms.  ☐ Mrs.  ☑ Mr.  Henry Awotwi | |

5. Claim against trade name or employer  GO New York Tours    6. Corporation name, if any  GO New York Tours

7. Address of main office or headquarters of firm  218 W 37th Street    City, town or village  New York    County    NY    Zip code  10018    8. (Area code) phone number  (212) 664 0300

9. Names and addresses of responsible persons of firm  Mr Arsen, GO New York Tours #5A of 218 W 37th St, New York NY 10018

10. Kind of business firm engaged in  Double Decker bus Sightseeing Tour

11. Is the firm still in business?  ☑ Yes  ☐ No

12. What was your work or occupation with this firm?  Ticket Agent    13. Address where you worked  Time Square, Penn Station    Zip code

14. Date hired  02/2013    15. Name and position of person who hired you  Mr Arsen    16. Name of superintendent, manager or foreman  Mr Arsen

17. Latest agreed rate of pay (per hour, per week, per day)  Compensation Salary    18. Last day worked  still working    19. Status with firm  ☐ I quit  ☐ I was discharged  ☐ I was temporarily laid off  ☑ I am still employed    20. Reason for quitting, discharge, or layoff

21. Were you a member of any union when employed by this firm?  ☐ Yes  ☑ No    If "Yes," give name, local no., address, zip code and telephone no. of union

22. Have you asked your union for assistance?  ☐ Yes  ☐ No  N/A    If "Yes," what action has the union taken?  N/A

**Before answering question 24, first fill out the back of this form to help you figure payments due**

23. Name and address of employer's bank  TD Bank    Zip code    24. Total amount of payment due  $

25. Did you request these benefits?  ☑ Yes  ☐ No    26. Date of request  Numerous times    27. To whom was the request made?  Mr Arsen

28. Did the employer refuse to pay these benefits?  ☑ Yes  ☐ No    If "Yes," give employer's reason for refusal  He claim all ticket agent are independent Contractors

29. Were any payments due you paid by checks returned not honored?  ☐ Yes  ☑ No  If "Yes," submit photo copies of check(s)    30. How were wages paid?  ☑ Cash  ☑ Check  ☐ Other (explain)

Any false statements knowingly made are punishable as a Class A misdemeanor (Section 210.45, the New York State Penal Law).  I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____    02/09/2015
Claimant's signature    Date

**See Reverse**

LS 425 (08/13)

FL-16-0854   000220

S

| 31. Supplement claimed | 32. Period involved | 33. Date payments due and payable | 34. Amount claimed |
|---|---|---|---|
| ☑ Holiday pay | | | |
| ☑ Vacation pay | | | |
| ☑ Sick pay | | | |
| ☐ Health insurance   ☐ Hospital   ☐ Medical - surgical | | | |
| ☑ Bonus | | | |
| ☑ Expenses | | | |
| ☐ Other (specify) | | | |
| | | | 35. Total amount claimed $ |

36. Did this employer previously pay this type of benefit to you?   ☐ Yes   ☑ No
A. For what period? _____   Amount $ _____
B. Who paid the benefits?   ☐ Employer   ☐ Union   ☐ Other (explain; e.g., Blue Cross, HIP)

37. What kind of agreement covers this benefit? If based upon a written document, attach a copy.
☐ Company policy   ☐ Oral   ☐ Written (specify, e.g., employee handbook, letter)
☐ Union contract   ☐ Other (explain)   None

38. What are the terms of agreement (eligibility requirements) for this benefit?

Go New York Tours claim that all ticket agents are independent contra-
ctors and hence no one is entitled for any form of benefit
be it Holiday pay, Vacation pay, Sick pay, etc. My colleagues
and I tried many time to engage Mr Arsen and Go New York
Tours on these matters but they refused. We never signed any
documentations with Mr Arsen and GO New York Tours waiving
our rights with these benefits. We always try to bring these
issues up but they kept rejecting our request. I believe under
the law all employees y GO New York Tour are entitled.

39. Include any additional information below

S

| 31. Supplement claimed | 32. Period involved | 33. Date payments due and payable | 34. Amount claimed |
|---|---|---|---|
| ☒ Holiday pay | | | |
| ☒ Vacation pay | | | |
| ☒ Sick pay | | | |
| ☐ Health insurance  ☐ Hospital  ☐ Medical - surgical | | | |
| ☒ Bonus | | | |
| ☒ Expenses | | | |
| ☐ Other (specify) | | | |
| | | | 35. Total amount claimed $ |

36. Did this employer previously pay this type of benefit to you?  ☐ Yes  ☒ No
A. For what period? _____  Amount $ _____
B. Who paid the benefits?  ☐ Employer  ☐ Union  ☐ Other (explain; e.g., Blue Cross, HIP)

37. What kind of agreement covers this benefit? If based upon a written document, attach a copy.
☐ Company policy  ☐ Oral  ☐ Written (specify, e.g., employee handbook, letter)
☐ Union contract  ☐ Other (explain)  None

38. What are the terms of agreement (eligibility requirements) for this benefit?

Go New York Tours claim that all ticket agents are independent contractors and hence no one is entitled for any form of benefit be it Holiday pay, Vacation pay, Sick pay, etc. My colleagues and I tried many time to engage Mr Arsen and Go New York Tours on these matters but they refused. We never signed any documentations with Mr Arsen and Go New York Tours waving our rights with these benefits. We always try to bring these issues up but they kept rejecting our request. I believe under the law all employees of Go New York Tour are entitled.

39. Include any additional information below

FL-16-0854   000222

15 CV 2326 (ER)
P492

03/23/2015

Dear Sir/Madam

① Lack of Minimum Wage ② Confiscation of weekly check $150.⁰⁰

I am Henry Awotwi, working as Ticket Agent for GONY Tour a sightseeing corporation based in Manhattan, New York led by Mr Arsen.

This corporation has a policy of paying $150.⁰⁰/30 hours for the period between 01/05/2015 to 03/22/2015. This is $5/hr plus the probability of making a commission on tickets sold. After these period, renumeration is strictly commission based Due to the large numbers of tickets agents on the streets of Manhattan, many of us ticket agents cannot make enough sale to accumulate commissions that meet the minimum wage. For instance GONY Tour have ticket agents in excess of 350 workers in uniforms with their ticket machines. On any days half of these company agents will make enough sales to meet the state required wage base on commission and the other half would not and the company would not compensate for that. At least they advertised for GONY tours and distributed the company's brochures to tourists and deserve compensation.

For the payday 02/06/2015, GONY withheld my $150.⁰⁰ check for being 12 minutes late due to excessive train delays. I worked January 28, 29, 30, 31 and February 1, of 2015 in excess of 36hrs instead of 30 hrs required by GONY. GONY requires tickets agent making $150/30 hours to work 6hrs/day for any 5 days of the week with 9:30am being the latest log-in time. On January 29, I was 12 minutes late, my weekly $150 check was

withheld and as a result did not make the minimum wage.

③ Lack of Retirement Fund (401K), Vacation, Holidays and Sick Time for all employees of GONY Tours.

As employees of GONY Tours, my colleagues and I made numerous efforts to discuss and negotiate with Mr Arsen and authorities of this company for these benefits but all our efforts fail for almost a year now. I would like to state that none of us ticket agents of GONY signed any documentations to wave our rights on these kinds of benefits. This was the reasons for our demands and because we are not making headways, we seriously need your intervention.

Yours truly,

*Henry Awotwi*

Henry Awotwi

FL-16-0854  000224

15 CV 2326 (ER)
P494

Please note:

Change Of Address
By the of 03/2015, GONY Tours has moved

From  GONY Tours
218 W 37th Street #5 Fl
New York, New York 10018


By  04/2015
To  GONY Tours
2 East 42nd Street
New York, New York 10017
www.gonytours.com

Page 2

FL-16-0854   000225

15 CV 2326 (ER)
P495

# Division of Labor Standards — Claim Intake Review Form

This form is used by District Offices for processing new monetary claim forms, non-monetary claims/phone calls and appending new claims to existing cases. When used for monetary claims and appending claims, this form must be accompanied by a completed LS-222, LS-223 or LS-425.

Only those sections marked in YELLOW are required fields

Reviewed by: usbej1          RACF:

| Check One: | ☐ New Claim | ☒ Append to Case No. | 2014007786 |
|---|---|---|---|

## CLAIMANT INFORMA

*Place in The file Cabinet*

| First Name  AN | | .AVOC |
|---|---|---|
| Social Security | | ■■■ |
| Address | | ■■■ |

| City | ■■■ | State | ■■■ | Zip | ■■■ |
|---|---|---|---|---|---|

| Phone | 347 - 742 - 2012 |
|---|---|
| Other Phone | - - |
| Other Phone 2 | - - |
| Email | |

## EMPLOYER INFORMATION:

| Employer Name | GO NEW YORK TOURS INC |
|---|---|
| Business Type (Use one of the following in this field: Corporation/DBA/Individual/LLC/Other/Partnership) | TRANSPORTATION |
| FEIN | |
| ER First Name | PEDRO |
| ER Last Name | |

FL-16-0854  000228

| District | 20 |
|---|---|
| County | NEW YORK |
| Dates Worked | From  4/ 14/ 14  to  04 / 20 / 14 |
| Rate  $18.00 | Per   HOUR |
| Occupation MECHANIC  **Or**  Job Title | |

**COMPLAINT:  What you put in here will populate the collection letter. Please be professional and concise with your wording.**

Language

Complaint Specific Information:

| Violation Date | /      / |
|---|---|
| ☐ Central Investigations | ☒ Send Acknowledgement letter |

Status:

| | |
|---|---|
| ☐ Incomplete | ☐ Invalid |
| ☐ No Jurisdiction | ☐ Pending |
| ☒ Valid/Make a Case | ☐ |

COMMENTS:

Please docket claim and return file to DISTRICT 20.

FL-16-0854   000229

NYS Dept of Labor Audit/Monetary System  *Append 2014007786*   Page 1 of 1

Audit and Monetary System

Welcome Kam Piu Chan (Build: R20141104A)       NY Gov Home · Audit/Monetary Wage Home · Le

Home > Cases > Case (LS20 2014007786)

### Case Details

**Basic Information**

| | |
|---|---|
| Case # LS20 2014007786 (669881)<br>Go New York Tours Inc.<br>(FEIN ▮▮▮▮▮<br>218 W 37th St<br>5th Fl<br>New York, NY 10018<br>(212) 664 - 0300 | Set High Priority  Re-Assign Investigator  Associate Cases  Contact Log  Electronic Documents<br>Initial Claim # LCM14009752        Assigned Investigator Emelina Garcia<br>Claim Management<br>Status Investigation Active<br>Case Date 11/04/2014 |

**Investigation / Audit Information**

Investigation Active                                         View Claimants  Narrative  Reports

Summary For Version "Default"

Audit Total  $1,197.39

**Violation Information**

There are no violations at this time.

**Monetary Information**

New Check Receipt



15 CV 2326 (ER)
P498



New York State
Department of Labor
Division of Labor Standards

# Minimum Wage/Overtime Complaint

append  LS 20 2014007786

**Answer all questions on both sides. Print clearly.**

Shaded areas are for office use only.   $1.00

| Identification Number |
| Non-Monetary X-Reference Number |
| Monetary X-Reference Number |
| FRIN: |

**Section**

| ☑ 652.1 OT | ☐ 137- | ☐ 138- | ☐ 141- |
| ☐ 142- | ☒ 162 W MeAL PRK | ☐ 196.d | ☐ 193 |
| ☐ Other | | | |

Claim Taken By: MILTON VERA, Judy Clow

1. Your Name - First  TEHRAN   Mid. Init.  Last  McDONALD

2. Your Address

5. Claim against (Trade name)  GO NEW YORK TOURS Inc.

6. Corporation name, if any  GO NEW YORK TOURS INC.

7. Address of main office or headquarters of firm  501 5TH AVE, NEW YORK NY 10017

8. Employer's telephone  888 680-4669

9. Names and addresses of responsible persons of firm  BRANIMIR ROGACHEV - Gen. MgR.    Their title(s) and telephone number(s)
see # 9 AND  213 W.37TH ST, 5TH FL, NEW YORK NY 10018

10. Kind of business firm is engaged in  TOUR BUSES

Number of persons employed  400+

11. Is the firm still in business? ☑ Yes  ☐ No

12. What was your job or occupation with this firm?  TOUR GUIDE

13. Address of plant where you worked  NYC

14. Date started to work  9/10/12

15. Name and position of person hiring you  RODNEY - FORMER MGR

16. Name of supervisor, manager or foreman  BRONCO - MGR

17. Latest agreed rate of pay  $10.00 PER HR

18. Last day worked  11/23/14

19. Status with firm: ☐ Quit  ☐ Laid Off  ☒ Discharged  ☐ Still Employed

20. Reason for quitting, discharge or lay off  ALLEGATION OF A COMPLAINT

21. Were you a union member when employed by this firm? ☐ Yes ☒ No

If "Yes," give name, local no., address, zip code and telephone no. of union

22. Have you asked your union for assistance? ☐ Yes ☒ No

If "Yes," what action has the union taken? If "No," why not?

23. Period of complaint
From: first date  12 30 12    To: last date  11 23 14

24. Name and address of employer's bank  TD BANK

25. Were any checks not honored?
☐ Yes ☒ No  If "Yes," submit photocopy of check(s)

26. How were wages paid?
☑ Cash  ☑ Check  ☐ Direct Deposit

27. What was your regular pay day?

| Sun | Mon | Tues | Wed | Thurs | Fri | Sat |
| Daily | Weekly | Bi-Weekly | Semi-Monthly | Monthly |

28. What days are covered in the pay period?
From: MON  To: SUN
For example: Mon to Sun, or Thurs to Wed, etc.

29. Briefly explain your complaint:

LS 222 (03/08)

FL-16-0854   000235

15 CV 2326 (ER)
P499

**Important Notice – Please Read**

If you or your employer did not maintain records of the number of daily and weekly hours worked by you, it may be required that you provide witnesses who are willing to provide a written statement as well as to testify in court or at a conference as to the hours worked by you.

Provide the dates of the period you are claiming. From __12/30/12__ to __11/23/14__.

30. Hours worked: Provide starting time, stopping time, and how much time you took for meals.

| | a. Time started | b. Time stopped | c. Time for meals | |
|---|---|---|---|---|
| Sunday | 8:30 AM | 7 PM | - 0 - | |
| Monday | ↓ | ↓ | ↓ | |
| Tuesday | OFF | OFF | OFF | |
| Wednesday | OFF | OFF | OFF | |
| Thursday | 8:30 Am | 7 PM | - 0 - | |
| Friday | ↓ | ↓ | ↓ | |
| Saturday | ↓ | ↓ | ↓ | |

d. List dates of all your absences including vacation periods ___NONE___
e. List dates of holidays that you did not work. ___NONE___
f. Did your employer refuse to give you time off for meals? ___Yes___
g. If you were denied a meal period, when did you eat? ___I DIDN'T EAT, ON A RARE OCCASION WHEN THE BUS IS EMPTY!___

31. Wages - Provide information regarding regular and overtime pay during the above complaint period.
a. Indicate your rate(s) of pay, and the dates they were in effect.

From __4/7/14__ to __11/23/14__ Regular $ __0.00__ per __HR__ Overtime $ __0.00__
From __2/3/14__ to __4/1/6/14__ Regular $ __8.00__ per __HR__ Overtime $ __8.00__
From __12/30/12__ to __1/1/5/14__ Regular $ __325.07__ per __WK__ Overtime $ __0__

b. If you received a piece rate, indicate the amount. $ __N/A__ per ____
c. Did you receive pay stubs/wage statements? ☒Yes ☐ No

32. Uniforms
a. Were uniforms required? __Yes__ If "Yes," describe uniform: __TOUR GUIDE UNIFORM__
b. Were uniforms free of charge? __No__ If "No," how were uniforms purchased and how much did they cost? __A $50.00 Deposit AT TIME OF HIRE. THE DEPOSIT IS RETURNED UPON TERMINATION OF EMPLOYMENT.__
c. Who laundered the uniform?

33. Meals
a. Were meals provided free of charge? __N/A__ If so, how many meals per day? ____
b. What types of food did the employer provide for your meals? ____

34. Lodging
a. Were you provided with free lodging? __N/A__ If so, how many days per week? ____

35. Tips
a. Did you receive tips? __No__ If so, what was the average weekly amount? $ ____
b. Were you required to turn over or share your tips with management or with non-service employees? (Kitchen, office staff, porter, etc.)
☐ Yes ☐ No If "Yes," who shared your tips? ____

36. Complete this section if you were a residential building janitor:
a. Including all buildings you were in charge of, how many apartments were there in total? ____
b. How many stores were there in the building(s)? ____
c. What type of heat was used in the building(s)? ____
d. Were you provided with a rent-free apartment? ____ If so, Apt. # ____ How many rooms? ____
e. Were you a tenant of the same apartment before becoming an employee? ____ If so, how much rent did you last pay? ____
f. Were utilities provided to you without charge? ____ If so, was it on the building line, or did you have your own meter? ____

37. Signature

Any false statements knowingly made are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law.
I affirm and certify that all statements are true.

I authorize the Commissioner of Labor and deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor, any checks or money orders made out to me as payment on this claim.

a. _____Jehean Joe Perillo_____     b. __12/22/14__
   Signature of Claimant                        Date

**Important Notice – Please Read**

If you or your employer did not maintain records of the number of daily and weekly hours worked by you, it may be required that you provide witnesses who are willing to provide a written statement as well as to testify in court or at a conference as to the hours worked by you.

Provide the dates of the period you are claiming. From 12/30/12 to 11/23/14.

30. Hours worked: Provide starting time, stopping time, and how much time you took for meals.

| | a. Time started | b. Time stopped | c. Time for meals | |
|---|---|---|---|---|
| Sunday | 8:30 AM | 7 PM | - 0 - | |
| Monday | ↓ | ↓ | ↓ | |
| Tuesday | OFF | OFF | OFF | |
| Wednesday | ↓ | ↓ | ↓ | |
| Thursday | 8:30 AM | 7 PM | - 0 - | |
| Friday | ↓ | ↓ | ↓ | |
| Saturday | ↓ | ↓ | ↓ | |

d. List dates of all your absences including vacation periods ___ None
e. List dates of holidays that you did not work. ___ None
f. Did your employer refuse to give you time off for meals? ___ Yes
g. If you were denied a meal period, when did you eat? ___ 7 Days a week on a rare occasion when the bus is empty!

31. Wages – Provide information regarding regular and overtime pay during the above complaint period.
a. Indicate your rate(s) of pay, and the dates they were in effect.

From 4/7/14 to 11/23/14 Regular $10.00 per HR Overtime $0.00
From 3/24/14 to 4/6/14 Regular $9.00 per HR Overtime $0.00
From 12/30/12 to 4/5/14 Regular $555e per WK Overtime $0

b. If you received a piece rate, indicate the amount. $ N/A per ___
c. Did you receive pay stubs/wage statements? ☒ Yes ☐ No

32. Uniforms
a. Were uniforms required? Yes If "Yes," describe uniform Tour Guide Uniform
b. Were uniforms free of charge? No If "No," how were uniforms purchased and how much did they cost? A $50.00 deposit At time of hire. The deposit is returned upon termination of employment.
c. Who laundered the uniform?

33. Meals
a. Were meals provided free of charge? N/A If so, how many meals per day? ___
b. What types of food did the employer provide for your meals? ___

34. Lodging
a. Were you provided with free lodging? N/A If so, how many days per week? ___

35. Tips
a. Did you receive tips? No If so, what was the average weekly amount? $ ___
b. Were you required to turn over or share your tips with management or with non-service employees? (Kitchen, office staff, porter, etc.)
☐ Yes ☐ No If "Yes," who shared your tips? ___

36. Complete this section if you were a residential building janitor:
a. Including all buildings you were in charge of, how many apartments were there in total? ___
b. How many stores were there in the building(s)? ___
c. What type of heat was used in the building(s)? ___
d. Were you provided with a rent-free apartment? ___ If so, Apt. # ___ How many rooms? ___
e. Were you a tenant of the same apartment before becoming an employee? ___ If so, how much rent did you last pay? ___
f. Were utilities provided to you without charge? ___ If so, was it on the building line, or did you have your own meter? ___

37. Signature

Any false statements knowingly made are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. I affirm and certify that all statements are true.

I authorize the Commissioner of Labor and deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor, any checks or money orders made out to me as payment on this claim.

_____ Signature of Claimant

b. 12/22/14 Date

FL-16-0854   000237

15 CV 2326 (ER)
P501

na      Tehran McDonald      Go New York Tours Inc.

Period of Complaint:      12/31/12 - 11/23/14

| Week ending | Monday | Tuesday | Wed | Thursday | Friday | Saturday | Sunday | Tot Hr | Rate of Pay |
|---|---|---|---|---|---|---|---|---|---|
| 01/06/13 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 01/13/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 01/20/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 01/27/13 | 10.50 | | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 02/03/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 02/10/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 02/17/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 02/24/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 03/03/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 03/10/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 03/17/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 03/24/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 03/31/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 04/07/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 04/14/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 04/21/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 04/28/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 05/05/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 05/12/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 05/19/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 05/26/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 06/02/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 06/09/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 06/16/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 06/23/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 06/30/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 07/07/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 07/14/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 07/21/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 07/28/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 08/04/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 08/11/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 08/18/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 08/25/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 09/01/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 09/08/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 09/15/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 09/22/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 09/29/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 10/06/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 10/13/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 10/20/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 10/27/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 11/03/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 11/10/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 11/17/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 11/24/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 12/01/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 12/08/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 12/15/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 12/22/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 12/29/13 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |

FL-16-0854   000238

15 CV 2326 (ER)
P502

Claimant: **Tehran McDonald**      Employer: **Go New York Tours Inc.**

| W/E | Sunday | Monday | Tuesday | Wed | Thursday | Friday | Saturday | Tot Hr | Rate of Pay |
|---|---|---|---|---|---|---|---|---|---|
| 01/05/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $525 per wk |
| 03/02/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $8.00 per hr |
| 03/09/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $8.00 per hr |
| 03/16/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $8.00 per hr |
| 03/23/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $8.00 per hr |
| 03/30/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $8.00 per hr |
| 04/06/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $8.00 per hr |
| 04/13/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 04/20/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 04/27/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 05/04/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 05/11/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 05/18/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 05/25/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 06/01/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 06/08/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 06/15/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 06/22/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 06/29/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 07/06/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 07/13/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 07/20/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 07/27/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 08/03/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 08/10/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 08/17/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 08/24/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 08/31/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 09/07/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 09/14/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 09/21/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 09/28/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 10/05/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 10/12/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 10/19/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 10/26/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 11/02/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 11/09/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 11/16/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |
| 11/23/14 | 10.50 | 10.50 | | 10.50 | 10.50 | 10.50 | 10.50 | 63.00 | $10.00 per hr |

FL-16-0854   000239

15 CV 2326 (ER)
P503

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through December 19, 2014.

Selected Entity Name: GO NEW YORK TOURS INC.
Selected Entity Status Information

**Current Entity Name:** GO NEW YORK TOURS INC.
**DOS ID #:** 4046754
**Initial DOS Filing Date:** JANUARY 25, 2011
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GO NEW YORK TOURS INC.
348 W 57TH STREET
NEW YORK, NEW YORK, 10019-3702

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders or
directors of nonprofessional corporations except the
chief executive officer, if provided, which would be
listed above. Professional corporations must include
the name(s) and address(es) of the initial officers,
directors, and shareholders in the initial certificate
of incorporation, however this information is not
recorded and only available by viewing the
certificate.



GO NEW YORK TOURS INC
501 FIFTH AVENUE
NEW YORK, NY 10017

PAY TO THE
ORDER OF: Tehran
McDonald

MEMO

015364

1-1367/260

TD BANK
America's Most Convenient Bank

1/28/2014

NET  $335.21

THREE HUNDRED AND THIRTY FIVE & 21/100********        DOLLARS

FL-16-0854   000241

Branimir Rogachev



November 28, 2014

Dear Tehran McDonald:

Your employment with Go New York Tours Inc. is officially terminated on November 23, 2014.

You have been terminated for the following reason:

Poor Performance.

Sincerely,

Branimir Rogachev

Name: _Tehran McDonald_

Signature: _Tehran McDonald_



FL-16-0854   000243



**New York State Department**
**Division of Standa**
**Claim for Unpaid Wag**

15 20  2014007786

For Office Use Only   W
Identification Number

Answer all questions on both sides.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12 Rm.185C
State Office Campus, Albany NY 12240

Section 190.7 of the New York State Labor Law excludes from wage payment coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

**Note: It is necessary for you to have asked for the wages due before we can assist you.**

| 1. Your Full Name | 3. Social Security No. |
|---|---|
| ☐ Ms.  ☐ Mrs.  ☒ Mr.  Anderson Laroe | |

| 2. Your Address | 4. (Area Code) Telephone No. |
|---|---|
| | Day  Evening |

5. Employer  Go New York Tours Inc.

6. Corporation Name, if any  Go New York Tours Inc.

| 7. Address of main office or headquarters of firm | City, Town or Village | County | Zip Code | 8. (Area Code) Telephone No. |
|---|---|---|---|---|
| 218   W. 37th ST 5/FNY NY  LEE#  10018 | | | | 212 604-0300 |

9. Names and addresses of responsible persons of firm
Pedro  348 West 57th st, NY 10019   last NAME unknw  Supervisor

Their positions

10. Kind of business firm engaged in
transportation

11. Is firm still in business?  ☐Yes  ☐ No

| 12. What was your work or occupation with this firm? | 13. Address where you worked |  | Zip Code |
|---|---|---|---|
| diesel mechanic | DI44 10c in 4C | | |

| 14. Date Hired | 15. Name and Position of person hiring you | 16. Name of superintendent, manager or foreman |
|---|---|---|
| 04/07/14 | Usthanzinli  Pedro  Supervis | |

| 17. Latest agreed rate of pay (per hour per week, per day) | 18. Last Day Worked | 19. Status with Firm | 20. Reason for quitting, discharge or layoff |
|---|---|---|---|
| # 8. P.H. | 04/18/14 | ☐ I quit  ☒ I was discharged  ☐ I was temporarily laid off  ☐ I am still employed | |

| 21. Were you a member of any union when employed by this firm?  ☐ Yes  ☒ No | If "yes", give name, local no., address, zip code and telephone no. of union  N/A |
|---|---|

| 22. Have you asked your union for assistance?  ☐ Yes  ☒ No | If "yes" what action has the union taken?  N/A |
|---|---|

**Before answering questions 23 and 25, first fill out back of this form to help you figure wages due**

| 23. Wages claimed for period (first date to last date)  From 4/14/14 to 4/20/14 Inclusive | 24. Name and address of employer's bank  Chichu  Zip Code | 25. Total amount of wages due  $ 354.60 |
|---|---|---|

| 26. Did you request these wages?  ☒ Yes  ☐ No | 27. Date of Request  5/2/14, 12/16/14 | 28. To whom was the request made?  Pedro  and also the Company |
|---|---|---|

| 29. Did employer refuse to pay for these wages?  ☒ Yes  ☐ No | If "yes", give employer's reason for refusal  they claimed I broke a part on the bus and that they took the money from my pay check. Plus I wasn't the only one working on the bus |
|---|---|

30. Were any payments due you paid by checks returned not honored?  No ☐  Yes ☐  If "yes", submit photocopies of check(s)

| 31. How were wages paid?  ☐ Cash  ☒ Check  ☐ Other (Explain) | 32. What was your normal payday?  Friday | What period did this cover?  Mon-Sun |
|---|---|---|

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law).  I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____
Signature of Claimant

12/17/14
Date

LS 223 (11-13)

(Continue Over)

FL-16-0854  000244

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 7/20/14 | 42 | 5 | $ 18 per | $ 774 | $ 419.40 | $ 354.60 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | 41. Total Amount Due | | | $ 354.60 | |

*Gross wage is the amount before taxes or other monies are deducted.    including overtime underpayment computed

42  Include any additional information below:

reg. rate    $18 × 40 hrs = $720.
OT rate    $27 × 2 hrs = $ 54
$ 774

W *

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| 4/20/14 | 42 | 5 | $ 10 per | $ 774 | $ 419.40 | $ 354.60 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | 41. Total Amount Due | $ 354.60 | |

*Gross wage is the amount before taxes or other monies are deducted.   including overtime underpayment computed

42. Include any additional information below:

reg. rate   $18 x 40 hrs = $720.
O rate   $27 x 2 hrs = 8 54
$ 774

FL-16-0854   000246

15 CV 2326 (ER)
P510

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through December 16, 2014.

Selected Entity Name: GO NEW YORK TOURS INC.
Selected Entity Status Information

**Current Entity Name:** GO NEW YORK TOURS INC.
**DOS ID #:** 4046754
**Initial DOS Filing Date:** JANUARY 25, 2011
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GO NEW YORK TOURS INC.
348 W 57TH STREET
NEW YORK, NEW YORK, 10019-3702

**Registered Agent**

NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

**\*Stock Information**

# of Shares Type of Stock $ Value per Share

http://appext20.dos.ny.gov/corp_public/CORPSEARCH.ENTITY_INFORMATION?p_nameid=405446... 12/17/2014

EL-16-0854   000247
15 CV 2326 (ER)
P511

Entity Information

200        No Par Value

*Stock information is applicable to domestic business corporations.

### Name History

**Filing Date   Name Type        Entity Name**

JAN 25, 2011  Actual        GO NEW YORK TOURS INC.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results        New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us

FL-16-0854_000248
15 CV 2326 (ER)
P512

# Go New York Tours, NYC's Growing Tour Bus Company, Offers Tours in Mandarin and Portuguese

 

()

🖶 🔊 (/rss)

NEW YORK, Feb. 13, 2014 /PRNewswire/ -- Go New York Tours (http://www.gonytours.com/), New York City's fastest growing tour bus company, has added Mandarin and Portuguese to its industry leading array of language options on its automated sightseeing tours of Downtown Manhattan, the city's most popular sightseeing route.

Already offered in English, French, German, Italian and Spanish, Go New York Tours' automated guided tour of Downtown Manhattan now has seven languages at lower prices than any other hop-on hop-off tour bus company in New York City.

"Go New York Tours is committed to providing visitors from around the world with a value-driven, top-notch sightseeing experience," said Asen Kostadinov, company president. "Recognizing that Chinese and Brazilian visitors are coming to the city in increasing numbers, we're proud to offer Mandarin and Portuguese tours to our customers."

Current market data (http://www.latimes.com/business/money/la-fi-mo-chinese-tourists-20140120,0,4533606.story#ixzz2r3o7r1ny) shows that the number of mainland Chinese visitors to the United States will grow exponentially by 2020, and the growing number of Brazilian visitors is not far behind.

"These are important, underserved and growing segments of the marketplace. Filling this void positions Go New York Tours to expand even further in 2014," Kostadinov said.

In 2013, Go New York Tours provided bus tours to more than 280,000 visitors from around the world and tripled its fleet of clean air technology double-decker buses.

The Downtown Manhattan route offers hop-on hop-off service to New York City's most visited sights including Times Square, Rockefeller Center, the Empire State Building, Flatiron, Greenwich Village, SOHO, Little Italy, World Trade Center, Wall Street, Battery Park, and links to the Statue of Liberty, Staten Island Ferry and Ellis Island.

In addition to its automated Downtown Manhattan tour, Go New York Tours offers live guided English language bus tours in Manhattan and Brooklyn. It also offers bicycle rentals and tours in midtown Manhattan and Central Park.

Go New York Tours' double-decker buses are available for group tours and private charters.

Go New York Tours (http://www.gonytours.com/) is New York City's fastest growing and best value tour bus company, dedicated to providing safe and reliable guided sightseeing tours of New York City to visitors from around the world.

SOURCE Go New York Tours

RELATED LINKS
http://www.gonytours.com (http://www.gonytours.com)

- Home (http://www.prnewswire.com)
- Solutions (http://www.prnewswire.com/products-services/overview/)
  - Overview (/products-services)

FL-16-0854   000249

15 CV 2326 (ER)

P513

Contact Us

 **New York Tours**   212-664-0300      Cart (0)   Register Travel Agent Login

HOME    DOUBLE DECKER TOURS    NYC TOURS    FEEDBACK    BLOG    BUS ROUTES & TICKET PICK UP    FAQ    CONTACT

## CONTACT US

### Go New York Tours
### *Let Us Know What You're Thinking*
Any questions? Comments? Advice:
Drop us a line or Give Us a Call at 888-680-4669

**Sales & Purchases**
Call: 888-680-4669
Email: sales@gonytours.com

**General Questions**
Call: 888-680-4669
Email: customerservice@gonytours.com
Mail: Go New York Tours 218 W 37 ST, 5th Floor, New York NY 10018

**Bus Schedule and Tour Stop Questions**
Call: 212-664-0300

**Group Questions**
Email: sales@gonytours.com
Call: 212-664-0300

**Corporate Office - No Walk-ins available**
218 W 37 ST 5th Floor new York NY 10018

**Customer Service Location:**
892 9th AVE, off of 58 ST

|  | Contact US |
| --- | --- |
| First Name:* | |
| Last Name:* | |
| Email:* | |
| Phone:* | |
| Comments:* | |



**Reserve Online and Get up to 50% OFF**

**Take advantage of our E-Tickets**
Simply Reserve Online, get a Confirmation Code and present it to a Ticket Agent at any of our major stops to get your boarding tickets.
**NO PRINT OUT NECESSARY**

 **PRINT VOUCHER »**

**TICKET PICK-UP**



**Ticket Pick up Locations:**
892 9th AVE, off of 58 ST

You can also exchange your vouchers
for tickets with any of our uniformed
street ticket agents located at:

Grand Central Terminal: Lexington Ave & 42nd ST
Accross the street from Port Authority
Macy's: 34th ST & Broadway
Rockefeller Center: 49 ST between 5th Ave and 6th Ave
Central Park: Central Park South between 6th Ave and 7th Ave
Carnegie Deli: 7th Ave and 55th ST
Times Square North: 7th Ave and 49th ST
Times Square South: Broadway and 42nd ST
Empire State Building: 5th Ave and 33th ST
Battery Park: Battery Pl and Greenwich ST

---

TOURS & PACKAGES    All City Super Tour (72 Hours)    | All City Tour (72 hours)    | Brooklyn Bus Tour (NOT Hop-On Hop-Off)    | Downtown Super Tour (24 Hours)    | New York at Night Bus Tour    | Uptown Bus Tour    | Downtown Bus Tour Hop-On Hop-Off

HOME    Travel Agent Registration    | Contact Us    | Print Voucher    | Employment    | Terms and Conditions

GROUPS & CHARTERS    Request a Quote    | Group Tours & Bus Charters    | Vip Tours    | NYC Tourist Resources & Recommendations

 **GeoTrust** GO New York, CLICK 17.12.14 20:09 UTC

SiteMap © 2009-2013 Go New York Tours. All Rights Reserved

FL-16-0854  000250
12/17/2014

15 CV 2326 (ER)
P514

NYS Dept of Labor Audit/Monetary System

Audit and Monetary System

Page 1 of 1

Welcome Kam Piu Chan (Build: R20141104A)

NY.Gov Home · Audit/Monetary Wage Home · Log Off

Home > Cases > Case (LS20 2014007786)

## Case Details

### Basic Information

Case # LS20 2014007786 (669881)

Go New York Tours
218 W 37th St
5th Fl
New York, NY 10018
(212) 664 - 0300

Set High Priority   Re-Assign Investigator   Associate Cases   Contact Log   Electronic Documents

Initial Claim # LCM14000752
Claim Management
Status Investigation Active
Case Date 11/04/2014

Assigned Investigator Emelina Garcia

### Investigation / Audit Information

Investigation Active

Summary For Version "Default"

Audit Total $1,197.39

View Claimants   Narrative   Reports

### Violation Information

There are no violations at this time.

### Monetary Information

New Check Receipt

FL-16-0854   000251
12/17/2014
15 CV 2326 (ER)
P515

Linea Laboral   1-877-52-₋ .3OR
**Catholic Migration Services**
47-01 Queens Blvd. Suite 203B
Sunnyside, NY 11104

20

| Date of Contact: **9/25/2014** | Complaint Sent to: | Date Sent: | CMS Staff: **Q.R.** |

## PART A: NATURE OF COMPLAINT

a. __X__ Non-payment of wages
b. ____ Minimum wage violations
c. __X__ Overtime violations
d. ____ Unpaid wage supplement (e.g. vacation pay, sick pay, etc.)
e. __X__ Deductions (e.g. breakage, tip theft, etc.)

f. ____ Family Medical Leave Act violation
g. ____ Health & safety
h. ____ Worker's comp
i. ____ Discrimination
j. ____ Retaliation
k. ____ Unemployment insurance

## PART B: WORKER'S PERSONAL INFORMATION

| | | |
|---|---|---|
| **Name of Caller:** | **Cordones** (Last Name) | **Thelmo** (First Name) | Work Alias |
| **Mailing Address:** | Street Address | City | State   Zip Code |
| **Telephone/email:** | Primary | Secondary | Email |
| **Date of birth:** | **11/25/1965** | **Primary Language: ENG** | |

## PART C: EMPLOYER INFORMATION

1. Company: **Go New York Tour Guides**
2. Responsible Person: **Asen Kostadiner**
3. Job Title/Position of #2: **Owner**
4. Who hired you?: **Mr. Branko**
5. Name of your supervisor: **Mr. Branko**
6. Industry/Kind of business: **Tour guides/hospitality**
7. Is the company still in business?: **Yes**
8. Is the employer a government contractor?: **No**
9. Number of workers at the company: **~100+**

10. Your job title: **Tour Guide**
11. Description of your job duties (as specific as possible): **Description of tour guide duties attached**
12. Address where you worked: **218 W. 37th St. New York, NY 10018 5th Floor**
13. Other address(es) of company: **N/A**
14. Telephone(s): **212-664-0300, Branko 646-894-2506,**
15. License plate numbers: **N/A**
16. Other contacts/license numbers: **N/A**

## PART D: CONDITIONS OF EMPLOYMENT

17. First day of work: **6/7/2014**
18. Last day of work: **9/10/2014**
19. Agreed pay (per hour/day/week): **$13 an hour**
20. Hours worked per week: **Varied log of hours attached**

21. **Actual pay per hour (CMS to calculate): Sometimes $10 an hour, sometime $13 an hour**

M.W.

| | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. | TOTAL HOURS PER WEEK |
|---|---|---|---|---|---|---|---|---|
| Time in: | | | | | | | | |
| Time out: | | | | | | | | |
| Break: (if any) | | | | | | | | |
| Hours worked: (exclude break time if 30+ min.) | | | | | | | | |

Linea Laboral   1-877-52-.  JOR
**Catholic Migration Services**
47-01 Queens Blvd. Suite 203B
Sunnyside, NY 11104

22. If your pay and/or schedule varied from the above, describe: **6/31/2014-7/14/2014 Thelmo did not work.**
23. Does your employer keep records of your hours (e.g. time cards)?: **Yes**
24. Do you keep records of your hours?: **Yes**
25. Do/did you receive paid vacation time?: **No**
26. Do/did you have paid sick days/leave?: **No**
27. How were you paid (e.g. cash, check, direct deposit)?: **Check**
28. What was your usual payday?: **Monday**
29. What period did this cover?: **Mon-Fri.**
30. Were you paid overtime?: **No**
31. How did the job end (e.g. you quit, you were discharged, you were laid off, you are still employed)?:
32. Reason for quitting/discharge/layoff:



33. Did you file for unemployment?: **No**
34. Were you a member of a union at this job?: **No**
35. If yes, give name, local no., address and telephone of union: **N/A**
36. Have you asked your union for help?: **N/A**
37. What action has the union taken?: **N/A**
38. Did you have a contract/handbook?: **Yes**
39. Do you have a copy?: **Yes**
40. Do you have any documents related to the work you did (e.g. bounced checks, paystubs, pay envelopes, employer's business card)?: **Yes**

**Additional notes: Not paid time and a half for overtime. Inconsistent rate of pay sometimes $10 an hour sometimes $13 an hour. Company claims employees receive a $3 an hour "bonus" if general company rules are followed. Thelmo talked to his supervisors about not receiving lunch breaks then his "bonus" and hours began to be cut. The bonus criteria is subjective and unattainable, description of bonus attached. It is up to the supervisor's discretion whether each employee gets a $3 "bonus". "Regular rate" is constantly fluctuating.**

**Under "Tour Guide Requirement August 1st to September 1st" employees must start to receive reviews on trip advisor to receive this "$3 bonus" he received review on trip advisor as stated but rather than given a bonus he was deducted money. On this form there was no mention of deduction for bad review. Trip advisor company policy and review attached.**

**Since Thelmo began there are numerous discrepancies between timesheets and paystubs. Supervisors go home early and do not look at employee's time sheets, despite the fact that Thelmo texted his supervisor every night stating the time they were off, the correct time is recorded on Thelmo's time sheets. Thelmo has a record of all the texts with his supervisor**

**Thelmo's pay stubs stopped being in alignment with the work week. Please reference stubs beginning on 8/18-9/10 with the personal time sheets.**

---

**PART E:**   **OWED WAGES** – *Please fill in this section and the chart below.*

*Wage*

41. Does your employer owe you wages?: **Yes**
42. Total amount of wages due: **$1,197.39**
43. Wages due for period: **6/7/2014** to **9/10/2014** , inclusive.
44. Did you request your owed wages?: **Yes**
45. Name of the person you asked: **Mr. Branko**
46. Your employer's reason for not paying:. **Mr. Branko said he will look into Thelmo's timesheets**

**but the company's time sheets are incorrect compared to employee's record of their time worked. Employee's consistently complain that their paystubs do not reflect their actual hours worked.**

47. Were wages paid by checks that bounced?: **No**
48. If yes, what amount(s)?:

49. Fill out with information about any unpaid work: **Please refer to attached log of hours, pay stubs, and calculations of owed wages sheet.**

Linea Laboral    1-877-52-๙ ฿OR
Catholic Migration Services
47-01 Queens Blvd. Suite 203B
Sunnyside, NY 11104

| Week ending date -OR- # of weeks with same info (note beginning and end dates) | Number of hours worked that week | Number of days worked | Rate of pay | Total gross wages earned | Paid amount | Unpaid amount | If paid by check(s) that bounced, list check number(s) |
|---|---|---|---|---|---|---|---|
| 6/2/14-6/8/14 | 24.5 | 2 | $ 13 per hour | $318.50 | 289.90 | $28.60 | |
| 6/9/2014-6/15/2014 | 42 | 3 | $ 13 per hour | $559 | $400 | $159 | |
| 6/16/2014-6/22/2014 | 31.75 | 4 | $ 13 per hour | $412.75 | $316 | $96.75 | |
| 6/23/2014-6/29/2014 | 48.75 | 5 | $ 13 per hour | $690.63 | $400 | $290.63 | |
| 7/21/2014-7/27/14 | 44 | 5 | $ 13 per hour | $598 | $481 | $117 | |
| 7/28/14-8/3/2014 | 42.5 | 5 | $ 13 per hour | $568.75 | $520 | $48.75 | |
| 8/11/14-8/17/2014 | 44.75 | 5 | $ 13 per hour | $612.63 | $520 | $92.63 | |
| 8/18/2014-8/24/2014 | 40.75 | 5 | $ 13 per hour | $533.65 | $520 | $13.65 | |
| 8/25/2014-8/31/2014 | 42 | 5 | $ 13 per hour | $559 | $400 | $159 | |
| 9/1/2014-9/7/2014 | 42.25 | 5 | $ 13 per hour | $563.88 | $443 | $120.88 | |
| 9/8/2014-9/14/2014 | 22.5 | 3 | $ 13 per hour | $292.50 | $222 | $70.50 | |

Linea Laboral   1-877-52-1. .ÖOR
**Catholic Migration Services**
47-01 Queens Blvd. Suite 203B
Sunnyside, NY 11104

---

| **PART F:** | **DEDUCTIONS** |
|---|---|

50. Did your employer ever deduct money from your wages or tips, other than for taxes or similar benefits?: **Yes** *If no, skip to Part G.*
51. Total amount taken: **Included in calculations of owed wages form**
52. Reason given for the deduction: **Random deduction of $3 an hour, reason's not given, occurred once Thelmo asked for a lunch break.**

---

| **PART G:** | **TIP THEFT** |
|---|---|

53. Did you regularly receive tips as part of your wages? **Yes**     *If no, skip to Part H.*
54. Were you required to share tips with management or other non-service employees?: **Yes, forced to share tips with drivers.**     *If no, skip to Part H.*
55. Names and positions of the managers/ non-service employees who received a portion of the tips: **Drivers: Gween Tucker ▮▮▮▮ Stanley, Flores ▮▮▮▮ Joel ▮▮▮▮ Victor ▮▮▮▮**
56. Percentage of tips taken by management / non-service employees: **50%**

---

| **PART H:** | **BENEFITS / WAGE SUPPLEMENTS** |
|---|---|

57. Does your employer owe you benefits?:   **No**     *If no, skip to Part I.*
58. What kind (time off, vacation pay, sick pay, bonus, expenses, health, etc.):
59. Total amount of benefits due:
60. Did you request these benefits?:
61. Name of the person you asked:
62. Employer's reason for not paying:

---

| **PART I:** | **MEDICAL LEAVE** |
|---|---|

63. Were you denied medical leave?:   **No**   *If no, skip to Part J.*
64. Why did you request leave?
65. What reason did your employer give for denying you leave?

---

| **PART J:** | **OCCUPATIONAL HEALTH & SAFETY** |
|---|---|

66. Were you or your co-workers ever injured on this job?: **No**
67. If yes, what happened?:
68. Is/was your workplace safe?:
69. If no, please describe any hazardous working conditions:

Description of additional documents being sent with this complaint (if any): **Calculation sheet of owed wages, log of hours and pay stubs, two documents of company policy, signed record of checks Thelmo received, letters from Thelmo requesting owed wages, and list Thelmo made of employees and supervisors phone numbers and Thelmo's written account of mandated trip advisor reviews to earn full wages.**

FL-16-0854  000255

*Calculations of owed wages*

### 6/2/2014-6/8/2014

Owed 2.2 hours

2.2 hours X $13 an hour=**$28.60**

**Owed $28.60**

### 6/9/2014-6/15/2014

Owed 2 hours of overtime and $3 "bonus"

40 hours X $13 an hour=$520

Overtime=$19.50 an hour

2 hours X 19.50=$39

$39 + $520=$559

$559 – $400 (paid) = **$159**

**Owed $159**

### 6/16/2014-6/22/2014

Owed $3 "bonus"

31.75 hours x $13= $412.75

$412.75-$316 (paid) = **$96.75**

**Owed $96.75**

### 6/23/2014-6/29/2014

Owed 8.75 hours of overtime and $3 "bonus"

40 hours X $13 an hour=$520

8.75 hours X $19.50=$170.63

$170.63 +$520 = $690.63

$690.63-$400 (paid) = **$290.63**

**Owed $290.63**

### 7/21/2014-7/27/14

Owed 7 hours of work, 3 regular hours and 4 hours of overtime

3 hours x $13= $39

4 hours x $19.50= $78

$39 + $78= **$117**

**Owed $117**

### 7/28/14-8/3/2014

Owed 2.5 hours of overtime

2.5 hours x $19.50= **$48.75**

**Owed $48.75**

### 8/11/14-8/17/2014

Owed 4.75 hours of overtime

4.75 hours X $19.50= **$92.63**

**Owed $92.63**

### 8/18/2014-8/24/2014

Owed .75 hours of overtime

.75 hours X $19.50= **$13.65**

**Owed $13.65**

### 8/25/2014-8/31/2014

Owed 2 hours of overtime and $3 "bonus"

40 hours X $13= $520

2 hours X $19.50= $39

$520 + $39= $559

$559-$400 (paid) = **$159**

**Owed $159**

FL-16-0854   000256

<u>9/1/2014-9/7/2014</u>

Owed 2.25 hours of overtime and $3 "bonus"

40 hours x $13=$520

2.25 hours x $19.50= $43.88

$520+ $43.88= $563.88

$563.88 - $443 (paid)= **$120.88**

**Owed $120.88**

<u>9/8/2014-9/14/2014</u>

Owed .5 hours and $3 "bonus"

22.5 hours X $13= $292.50

292.50-222 (paid)= **$70.5**

**Owed $70.5**


**Total owed wages: $1,197.39**

FL-16-0854   000257



USPS Certified Mail Receipt No.: 7014 0150 0000 9773 5836

September 22, 2014

GO New York Tours Inc.
Yulya Tulakshyna - Financial Director
Attention: Mr. Branko - Supervisor
218 West 37ª Street, 5ª Floor
New York, NY 10018

Re: Termination of employment letter – GO New York Tours Inc.

Mr. Branko & Ms. Yulya Tulakshyna:

On the issue of letter of termination of employment at GO New York Tours Inc., dated 9/11/14, I would like to request that you carefully investigate details of said incident and allegations that resulted in my termination.

On 9/11/14, upon arriving to work, I was told by Branko via phone that I was being terminated from GO NY Tours Inc. for an alleged incident with a supervisor. To this day, I have not been provided with a satisfactory explanation as to what warranted said termination other than a vague sentence on your letter of termination. I am attaching a copy of said termination letter that I was issued by GO New York Tours Inc., which indicated that reasons of employment termination were "disrespectful ways in front of customers as well as use of foul language to a supervisor in charge." These allegations are vague and lack foundation. I deny engaging in such behavior during any time at my employment at GO New York Tours Inc.

I have been a model employee at GO New York Tours Inc. since day one of my employment, always displaying professional behavior towards customers, fellow employees and supervisors. I am very concerned that I am not getting fair and just treatment under the law and I am appealing to you in the hope that you would properly investigate the details of these allegations and the alleged incident.

At your earliest convenience, please provide me with details regarding said incident and supporting allegations, as I am in the dark as to the nature of the reason for my termination of employment at GO NY Tours Inc.

Name of the supervisor making said allegations?
Date and time incident and said allegations took place?
Name of witnesses that corroborate said allegations?

I returned my complete uniform as requested on Saturday 9/13/14 to Antonae who acknowledged it with her signature. At said time I submitted my time sheet for week ending 9/14/14. Please be advised that I am picking up my checks in person as I deliver this letter to your office. Copies of this correspondence is being mailed to you via certified mail.

Sincerely,

Thelma Cordones



USPS Certified Mail Receipt No.: 7014 0150 0000 9773 5836

September 22, 2014

GO New York Tours Inc.
Yulya Tulakshyna - Financial Director
Attention: Mr. Branko - Supervisor
218 West 37ᵗ Street, 5ᵗ Floor
New York, NY 10018

Re: Unpaid wages and Overtime Adjustments – GO New York Tours Inc.

Ms. Yulya Tulakshyna:

This is to request that you make the necessary adjustments and issue unpaid wages due and overtime due while at
my employment at GO NY Tours Inc.

On my last week of employment at GO New York Tours Inc., I worked 22.5 hours. You issued me payment of
$ _____ for _____ hours worked.  At your earliest convenience, please adjust my payment due for unpaid hours
worked and proper overtime spanning from weeks of 6/7/14 to my last day of work at GO NY Tours Inc. 9/10/14.

I returned my complete uniform as requested on Saturday 9/13/14 to Antonae  at the office who acknowledged  it
with her signature. At said time I submitted my time sheet for week ending 9/14/14. Please be advised that I am
picking up my checks in person as I deliver this letter to your office. Copies of this correspondence is being mailed
to you via certified mail.

Sincerely,

Thelma Cordones

FL-16-0854   000259



CERTIFIED MAIL

7013 1090 0000 6943 6065

RETURN RECEIPT
REQUESTED

(23)

L/N 9/23

Thelma Cordones

U.S. POSTAGE
PAID
NEW YORK,NY
10001
SEP 19, 14
AMOUNT
**$6.49**
00108595-72

FL-16-0854   000260

*8/1 - 9/1*
*Policy in effect*

# SECOND BONUS NOTE TO GONY TOUR GUIDES

In addition to the hourly($10 per hour) and 1st Bonus($3 per hour if qualified) compensation, GONY will add a 2nd Bonus compensation in the amount of $2 per hour for every hour worked(during the specific work week) if any of GONY's tour guides meet all of the following prerequisites:

1. Show up to work wearing fully prescribed, clean and neat uniform.
2. Check(ensure each customer has a valid ticket and proper ticket for the particular tour) and perforate each customer's ticket before allowing the customer to board the bus.
3. At each bus stop, get off the bus by the bus door and ensure ticket checking and perforation.
4. At each bus stop, announce the name of the current bus top as well as the next bus stop.
5. After announcing the name of the current and next stops, announce all nearby attractions including all tour connections and packed attractions.
6. Friendly with customers and welcoming people at every bus stop.
7. Distribute earphones and ensure everybody on the bus has them.
8. Ensure absolutely no one is standing on the bus while the bus is in motion.
9. Do not ask(solicit) for tips/gratuities and absolutely do not hold, point towards, a tip box.
10. Do not use speaker boxes at all.
11. Standing by the bus door - outside of the vehicle - on 46 and 8th AVE and welcome passengers during the time the bus picks up or drops off.
12. Give informative and entertaining tour and not to make "no commentary" pauses longer than 30 seconds during each tour.
13. Give accurate and updated schedule and operations information to customers(such as hours of operation for each tour and others).
14. Minimum quantity of information announced per each tour must be equal or more than the gony tours script. (*where are the scripts?*)
15. Make sure customers remain seated until the bus comes to a complete stop - for example the passengers are not allowed to start moving a block or so away of the coming bus stop, rather they must remain seated until the bus reaches the actual bus stop location.

Tour Guide's Name accepting the above terms and conditions of the Second Bonus agreement:

_Thelio Cordero_    _Thelio Cordero_

Tour Guide's Signature: _Thelio Cordero_

Date: _8, 25, 14_

*Didn't Sign work*

FL-16-0854   000261

# TOUR GUIDE REQUIREMENT

## ✳ August 1st - September 1st

Dear Tour Guides:

As you are all aware we provide free trip advisor cards, as many as needed Trip advisor cards are to be given to customers after Tour. Starting August 1st until September 1st 2014 Each Tour Guide must get 2 reviews on trip Advisor, with customer mentioning your name. In order to get your bonus the week of September 1st we need to see these 2 Trip advisor reviews. In addition to getting your weekly bonus the week of September 1st for every trip advisor review mentioning your name GONY will pay Tour Guide $ 15 bonus on your paycheck. For example if tour guide gets 2 reviews, will receive $ 30 bonus, if gets 10 reviews until September 1st will get $150 bonus, 20 reviews $ 300 bonus etc.

Please be advised, we receive many complaints from customers that Tour Guides bother customers for tips, (pls see attached reviews) as all of you have signed before starting, this is totally not acceptable. As you know, Tour Guides are permitted only one time at the end of Tour to mention Tips are appreciated that is it. Tour guides must not bother each and every customer and ask for tips over and over again. Please be advised secret shoppers are on our buses, and if any tour guides is found to be in violation via secret shopper customer, supervisor or company employee and tour guide asks more than once from customers for tips. Tour Guide will not receive their weekly bonus, and this can lead to suspension or termination immediately.

As you know, customers come on Tour to learn about NYC, and its vast history to have a good time, the nicer and helpful you are to customers and the more interesting and informative Tour you give will in turn make the customers happy and will only benefit you.

I understand and agree to the above

_____        _____
                                          8.15.14

                                    didn't sign until

FL-16-3854  000262



**Employee Name: Thelmo Cordones**

I, Thelmo Cordones, certify that I worked a total of 22.30 hours during the pay period beginning on June 02, 2014 and ending on June 08, 2014.   I acknowledge that today I received a check in the total gross amount of $ 289.90 which represents 22.30 hours of work paid at my regular rate of $ 13.00 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tours's management immediately.

| _Thelmo Cordones_ | 6/21/14 | | _____ | _____ |
|---|---|---|---|---|
| Employee's Signature | Date | | Supervisor's Signature | Date |

Check # 010588

~~~~~~~~~~~~~~~  Net: 250.70

Net:



**Employee Name: Thelmo Cordones**

I, Thelmo Cordones, certify that I worked a total of 41.58 hours during the pay period beginning on June 9, 2014 and ending on June 15, 2014. I acknowledge that today I received a check in the total gross amount of $ 400.00 and cash in the total amount of $ 20.00, for a total gross amount of $ 420.00, which represents 41.58 hours of work paid at my regular rate of $ 10.00 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tours's management immediately.

| | | |
|---|---|---|
| _(signature)_    6/21/14 | | |
| Employee's Signature   Date | Supervisor's Signature   Date |

Check # 010731

Nb t : 330.23

Net :

Employee Name: Thelmo Cordones

I, Thelmo Cordones, certify that I worked 31.60 hours during the pay period beginning on June 16, 2014 and ending on June 22, 2014. I acknowledge that today I received a check in the total gross amount of $316.00 which represents 31.60 hours of work paid at my regular rate of $13.00 per hour I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tours's management immediately.

_____  7/11/14      _____
Employee's Signature          Date          Supervisor's Signature      Date

FL-16-0854   000265

Employee Name: Thelmo Cordones

I, Thelmo Cordones, certify that I worked a total of 48.45 hours during the pay period beginning on June 23, 2014 and ending on June 29, 2014.   I acknowledge that today I received a check in the total gross amount of $ 400.00, and cash in the total amount of $ 88.00, for a total gross amount of $ 488.00, which represents 48.45 hours of work paid at my regular rate of $10.00 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tours's management immediately.

_____        7/11/14
Employee's Signature                   Date            _____
                                                        Supervisor's Signature        Date

FL-16-0854   000266



USPS Certified Mail Receipt No.: 7014 0150 0000 9773 5836

September 22, 2014

GO New York Tours Inc.
Yulya Tulakshyna - Financial Director
Attention: Mr. Branko - Supervisor
218 West 37ᵗʰ Street, 5ᵗʰ Floor
New York, NY 10018

Re: Termination of employment letter – GO New York Tours Inc.

Mr. Branko & Ms. Yulya Tulakshyna:

On the issue of letter of termination of employment at GO New York Tours Inc., dated 9/11/14, I would like to request that you carefully investigate details of said incident and allegations that resulted in my termination.

On 9/11/14, upon arriving to work, I was told by Branko via phone that I was being terminated from GO NY Tours Inc. for an alleged incident with a supervisor. To this day, I have not been provided with a satisfactory explanation as to what warranted said termination other than a vague sentence on your letter of termination. I am attaching a copy of said termination letter that I was issued by GO New York Tours Inc., which indicated that reasons of employment termination were "disrespectful ways in front of customers as well as use of foul language to a supervisor in charge." These allegations are vague and lack foundation. I deny engaging in such behavior during any time at my employment at GO New York Tours Inc.

I have been a model employee at GO New York Tours Inc. since day one of my employment, always displaying professional behavior towards customers, fellow employees and supervisors. I am very concerned that I am not getting fair and just treatment under the law and I am appealing to you in the hope that you would properly investigate the details of these allegations and the alleged incident.

At your earliest convenience, please provide me with details regarding said incident and supporting allegations, as I am in the dark as to the nature of the reason for my termination of employment at GO NY Tours Inc.

Name of the supervisor making said allegations?
Date and time incident and said allegations took place?
Name of witnesses that corroborate said allegations?

I returned my complete uniform as requested on Saturday 9/13/14 to Antonne who acknowledged it with her signature. At said time I submitted my time sheet for week ending 9/14/14. Please be advised that I am picking up my checks in person as I deliver this letter to your office. Copies of this correspondence is being mailed to you via certified mail.

Sincerely,

Go New Tours Inc.  Tour Guide  Employment Letter

## Name of Employee

Dear Mr. /Mrs.

Further to our recent discussion in this office, we are pleased to confirm our offer of employment and your acceptance of the terms set out below.

You will begin work with Go New York Tours Inc. on 6/7/14 as Tour Guide

Your responsibilities will be to_____
direct supervisor will be _____ BRANCO _____]. Your

It is important to both of us that during your initial period of employment your ability to perform your duties be carefully assessed. Accordingly, we have agreed that the first [**Ninety**] days of employment represent a probationary period, during which either you or we may terminate your employment for any reason without notice and without the payment of any further benefits. During the [**90**]-days probationary period we will evaluate your work, including your interaction with colleagues and customers (if applicable) to determine whether you are suitable for the position. At the end of the three months a "Notification of Completed Probationary Period" about you will be prepared by your immediate supervisor stating if you have completed the probationary period successfully. If the probation period is completed successfully, the notification will state that you are suitable for regular employment as a permanent employee. If it has not been executed successfully, necessary steps will be taken to inform you of the results and begin the termination process.

Because the job is full time and requires a full-time commitment, you have agreed to work the hours required, which may vary from time to time, in order to meet the objectives of your position.

In anticipation that the job may evolve, over the course of time, you have agreed that your duties, responsibilities, reporting relationships and the location of your employment may be changed by the company from time to time, and that these changes will not affect or change any other part of this agreement, nor constitute the basis for a claim of constructive dismissal on your part.

You will be paid by on an hourly rate. You will be paid [weekly] on the basis of hours worked. The salary and benefits may change from time to time without affecting the other terms of your employment.

It is always difficult to consider termination at the beginning of a new relationship. However, having clear termination provisions provides security to both you and the company. Your

FL-16-0854   000268

employment under this agreement may be terminated during/ after the completion of your probationary period, and any extension thereof, by you on the provision of [2] weeks' notice to the company. The company may waive the notice in whole or in part. If the company deems it appropriate to terminate the relationship, it can do so during/ after the completion of the probationary period.

We confirm that this letter constitutes the entire agreement between us with respect to your employment, regardless of any informal discussions that may have taken place during the hiring process.

We look forward to you joining the team here at Go New York Tours Inc. and to working with you in the future.

Enclosed is our standard agreement regarding confidential information. Please return the confidentiality agreement, as well as a signed copy of this letter as soon as possible.

Yours very truly,

Go NY Tours Inc.

Per:

_____

I have read, understood and agree with the foregoing. I accept employment on the above terms and conditions.

DATED the ____7th____ day of ____June____, 20_14_

Print Name ____Thelmo Cordones____

Signature _____

The below payment schedule and policies supersede and replace any and/or all other payment rates/schedules and policies contained within this employee handbook.

This payment schedule applies to Go New York Tours Inc. tour guides. *Tour Guide's Payment Chart*

A) Base Hourly Payment - $10.00 per hour,

B) Bonus - $3.00 per hour will be added to all hours worked by a tour guide during one complete payment cycle (The cycle is 7 days Monday - Sunday) if all of the requirements below are met:

1. A tour guide has NO UNANNOUNCED NO-SHOWS. (Each tour guide must notify the operations manager one week in advance in case he/she needs to take a day off while scheduled to be on duty in order to qualify for the $3 per hour bonus)

2. A tour guide is NOT late for his/her schedule. (If a tour guide comes to work late he/she will NOT qualify for the $3.00 per hour bonus)

3. A tour guide must announce all stops follows the route and makes all stops and provide a great tour to the customers. A tour guide that gets more than 3 customer complaints regarding his/her tour quality will be disqualified from $3.00 per hour bonus.

4. A tour guide has to check tickets and give out head phones. If there are passengers on the bus without a ticket or a passenger has expired ticket or no head phones, the tour guide will be disqualified from $3.00 per hour bonus.

7. A tour guide provides all necessary documents including but not limited to the required up to date NYC Tour Guide License and any and all paperwork Go New York Tours Inc. deems necessary for tour guide's employment compliance.

Tour Guide Name (Print) _Thelmo Cordones_

Signature _Thelma Cordones_   Date: _06/07/14_

*Go New York Tours Inc. reserves the right to change or amend any or all payment rates and policies without notice at any time.*

## Go New York Tours
### Field, Warehouse and Office Employees' Policy and Procedure Handbook

If you are just joining Go New York Tours (the "Company"), welcome to our team! If you are receiving this Handbook after a period of employment with us, please accept our sincere appreciation for your valued service and continued contributions to the Company's success.

This Field and Warehouse Employees' Policy and Procedure Handbook has been compiled to provide you with general information regarding your employment with the Company. This booklet outlines the various company policies and regulations you are expected to know and follow. This booklet is not a contract of employment, and does not guarantee any particular duration of employment, or employment term, condition or benefit. The Company may amend or change these policies and regulations as it deems appropriate from time to time, including modification of benefits provided, and will provide you with the revisions.

### At-Will Employment

At all times, your employment with the Company is "at will," which means that either you or the company can end the employment relationship at any time for any reason or for no reason, with or without cause or prior notice and without following any procedural requirements.

Neither this handbook, nor any other Company document (other than an executed agreement signed by the President), confers any contractual right, either expressed or implied, to remain in the company's employ, nor do they guarantee or promise any fixed or continuing terms and conditions of your employment.

## EMPLOYMENT

### Equal Employment Opportunity

Equal Employment Opportunity is a fundamental principle at the Company, where employment is based upon personal capabilities and qualifications without discrimination because of an employee's protected characteristic such as his or her race, color, religion, age, creed, sex, national origin, citizenship status, mental or physical, gender, disability, pregnancy, marital status, sexual orientation, military status, status as a victim of domestic violence, genetic information, prior arrest or conviction record or any other protected characteristic as established by applicable federal, state or local law.

This policy of Equal Employment Opportunity applies to all policies and procedures relating to recruitment and hiring, compensation, training, benefits, advancement, leaves of absence, termination and all other terms and conditions of employment and is to be followed in all personnel actions taken by the Company. No one is authorized to violate this policy.

### Workplace Behavior – No Discrimination or Harassment

The Company prohibits discrimination with regard to the treatment of its employees regarding working conditions, compensation, etc. The Company makes employment decisions based on its employees' merit and performance and other job-related criteria, and not based on any characteristic protected by applicable law, as noted above.

In addition, the Company is committed to providing a work environment free from unlawful harassment of any kind. Harassment committed against anyone in our Company on any basis protected by applicable federal, state or local law, including the protected characteristics described above, is strictly prohibited.

# EMPLOYEE CLASSIFICATIONS

Our employees fall into various classifications for different reasons.

**Full-time and Part-time Employees:** Employees are classified depending on the number of hours they are regularly scheduled to work.

"Full-time" employees are non-temporary, non-seasonal employees who are regularly scheduled to work 40 hours or more per week.

"Part-time" employees are those employees who are regularly scheduled to work fewer than 40 hours per week.

**Exempt and Non-Exempt Employees:** Employees are further classified with regard to their entitlement to overtime wages. Each year you will receive a written notice of your status, as well as how you are paid, your rate(s) of pay, if applicable, your overtime pay rate, and other information required by the Wage Theft Prevention Act.

"Exempt employees" are classified as such if their job duties and responsibilities are identified as being exempt from the overtime wage provisions of the Federal and State Wage and Hour Laws. Exempt employees are not eligible for overtime pay. They are paid on a salaried basis or otherwise in accordance with applicable law.

"Non-Exempt employees" are those whose positions and job duties require that they receive overtime pay for certain additional hours worked in accordance with applicable federal and state law wage and hour laws. Their compensation is generally calculated on an hourly basis, although it may be paid as a salary.

# WAGES AND HOURS

## Work Schedule

Our business is open 7 days per week, 365 days per year, with our employees' works schedules varying depending on the position held and/or the shift assigned to them:

- **Dispatchers:** Non-supervisor field dispatchers generally work first or second shift. A supervisor/manager will generally serve the role of a dispatcher for night tours.

- **Drivers:** Tour bus drivers generally work 5 days per week, with their hours of work varying depending upon which shift they are working. Generally, the morning shift drivers are required to pick up their tour bus between 6:30 am and 8:00 am from the Company's garage in Queens, work an 8-hour shift and then switch with the second shift bus driver. Unless instructed to bring bus back to the yard. The second shift bus driver generally works an 8-hour shift and is responsible for returning the bus to the Company's garage in Brooklyn at the end of his/her shift.

- **Tour Guides:** Tour guides generally do not have set weekly schedules or shifts. Instead, their schedules are generally set the day before, and are set based upon the number of tours expected for the following day.

- **Ticket Agents:** Ticket agents generally do not have any set schedules or shifts. Instead, they create their own schedules and are permitted to come and go as they please.

- **Warehouse Employees:** Warehouse employees generally work 5 days per week, with their hours of work varying depending upon which shift they are working.

3

15 CV 2326 (ER)
P536

- **Ticket Agents**: Ticket agents are required to log in and out on the Company's computer system when they start and end work each workday.

- **Warehouse Employees**: Warehouse employees are required to check in and out with the garage supervisor at the beginning and end of their shift.

- **Office employees**: Office employees are required to log in and out on the Company's computer system when they start and end work each workday.

- **Management**: Managerial employees are assigned specific tasks and need to plan their day accordingly in order to complete all signed tasks in a productive and timely manner according to the company's best interests. Failure to do so will result in termination due to poor performance.

Time entries are not rounded and pay is determined based on an employee's exact time entries. Employees who fail to record their time according to this Policy may be subject to disciplinary action in the Company's sole discretion.

## Base Compensation

The compensation of our employees varies depending on the position held:

- **Dispatchers, Drivers, Warehouse Employees, Office Employees**: Dispatchers, drivers, office employees and warehouse employees are paid an hourly rate.

- **Tour Guides**: Tour guides are paid per tour conducted an hourly rate.

- **Ticket Agents**: Ticket agents are paid commissions or minimum hourly wage whichever is greater only.

## Overtime Pay

Overtime compensation is paid to non-exempt employees at a rate of one and one-half (1 ½) times the employee's regular rate for actual hours worked in excess of forty (40) hours in a given workweek or as otherwise required by applicable state law. Non-exempt employees are not permitted to work overtime hours without prior permission. Overtime work must be pre-approved in writing by the **MANAGEMENT**

## Withholdings and Pay Errors

The Company is required to withhold certain taxes and deductions from your paychecks, as required by federal, state and local laws. Anyone paid on a salary basis will only have deductions made from their weekly salary as permitted by law.

If you believe that any withholdings or deductions have been made in error, please contact the Office Manager promptly so that the matter can be reviewed and addressed.

## EMPLOYEE CONDUCT

### Confidentiality

As an employee of the Company, you agree to maintain as confidential and not to disclose or use for your benefit or the benefit of any other person or entity other than the Company in the course of your employment, any information received from the Company or its customers, which is confidential or proprietary. Proprietary or confidential information includes, but is not limited to, customer financial and credit card information, the Company customer lists, customer contact information, trade secrets,

5

15 CV 2326 (ER)
P537

## Photographs/Videos/Audio or Video Recordings

Employees are not permitted to take photographs, videos or make other audio or video recordings on Company tours or while engaging in business on behalf of the Company without the express permission of the Company and of every person being photographed and/or recorded. No employee may post photographs, video or other audio or video recordings taken at work related events on the Internet without the express permission of the Company.

## Monitoring

To the extent the Company provides an employee with access to Company cell phones/radios, these items are provided for business purposes only. Accordingly, employees can have no expectation of privacy in any communications transmitted in these devices. All of these Company electronic devices are subject to monitoring and/or recording, and employees can have no expectation of privacy with regard to their use of any of these devices or communications.

## Blogging/Social Networking/On-line Communications

Any on-line postings/bloggings/Tweets etc., using current technology or technology yet to be developed, by Company employees regarding work-related issues must comply with Company policy (i.e., cannot disclose confidential information; cannot violate the harassment or discrimination policy), must not be posted identifying yourself as a representative of the Company without authorization to do so, and must be identified as your own thoughts/ideas. Further, employees may not post messages, blogs, tweets, comments or other communications addressing the Company's efforts, products or services, anonymously, whether the communications are positive or negative.

Nothing in this policy is intended to restrict employee concerted protected activity such as communications with co-employees regarding employee terms and conditions of employment.

## Incident Reporting Requirement

Anything that occurs during a tour or otherwise during work time for the Company (including but not limited to you or another employee getting hurt, an incident involving a customer, etc.) must be immediately reported to your supervisor, and then followed up with a formal report if requested.

In addition, drivers are required to immediately report any and all driving accidents (whether during work time or during non-work time, and whether or not involving another vehicle or person), moving violations, DUIs/DWIs and license suspensions or revocations to their supervisor, and then followed up with a formal report if requested.

## Drug-Free Workplace

To help insure a safe, healthy, and productive work environment for our employees and others, to protect Company property, to protect the safety of our customers and to insure efficient operations, the Company has adopted a policy of maintaining a workplace free of drugs and alcohol. This means that the Company does not condone, nor permit, the manufacture, use, sale, distribution, transfer, display or possession of alcohol, illegal drugs, inhalants and other controlled substances, or drug paraphernalia in a Company facility or a Company vehicle, or during working time. Furthermore, the Company does not condone, nor permit, any employee to be in a Company facility or vehicle while under the influence of illegal drugs, alcohol, or other controlled substance, nor to conduct the Company's business while in such a condition. Drug and alcohol use in the workplace can pose dangers both to the user and to other employees. "Under the influence" includes but is not limited to being in an altered mental state due to smoking, injecting, inhaling or otherwise using a substance that alters, or appears to alter, the employee's cognitive abilities, including mental clarity, perception and judgment. The abuse of substances not intended for

7

## Workers' Compensation Insurance

If an employee is injured while he/she is at work, that employee may be eligible to receive certain benefits under the Company's Workers' Compensation policy. Should you be injured on the job, please advise your immediate supervisor and/or the Office Manager right away, even if the injury appears to be minor at the time. We need to keep a record of workplace injuries, and failure to report your injury may limit your ability to obtain benefits for medical coverage and/or salary continuation payments should you be unable to work.

## Unemployment Insurance

Determinations regarding eligibility for Unemployment Insurance are made by your state's local Unemployment Division. Please contact them directly for more information should your employment be terminated.

## Short Term Disability Insurance

The Company provides Short-term Disability Insurance for employees in accordance with state law. Employees who need to be absent from work for more than 7 days due to a personal injury or illness unrelated to work, or who require leave due to pregnancy, may be entitled to salary continuation insurance benefits under this plan. The provision of short-term disability benefits does not guarantee that the employee will receive any specific amount of leave time from work.

Employees with questions regarding eligibility should contact the Office Manager.

## Family and Medical Leave Act

The Federal Family and Medical Leave Act provides 12 weeks of unpaid job-protected leave to employees who have been employed by the Company for 12 months, have worked for the Company for 1250 hours in the 12 months preceding the expected leave date and who work at a facility with, or within

condition; for you to care for a spouse, parent or child with a serious health condition, or for the birth of a newborn or placement of an adopted child or child placed for foster care. There are also some leaves available for individuals who have parents, spouses or children who are service members (in the military). If you would like more information about these leaves, please call the Office Manager.

## Other Leaves

The Company encourages employees to fulfill their civic responsibilities by serving jury duty when required. Employees must provide a copy of the jury duty summons to the Office Manager as soon as possible so that the Company can make arrangements to accommodate their absence. Of course, employees are expected to report for work whenever the court schedule permits. Based on the Company's staffing needs, the Company, at its discretion, may request that employees seek a postponement of jury duty to the extent that one may be available if, in the Company's judgment, the employee's absence at that time would create operational difficulties. Employees will be compensated during jury duty leave in accordance with Federal and State law. Once jury duty has been served, a copy of the court's dismissal should be submitted for Company files.

The Company provides New York employees with up to 2 hours of paid time-off to vote in an election should the employee have insufficient time to vote before or after working hours. An employee is considered to have "sufficient time to vote" if he or she has 4 consecutive non-working hours in which to vote, either from the opening of the polls until the start of the employee's shift, or from the end of the

FL-16-0854   000275

15 CV 2326 (ER)
P539

## Acknowledgement

I acknowledge that I have received the Field, Office and Warehouse Employees' Policy and Procedure Handbook. I understand that I am responsible to read and understand these regulations and policies and follow them. I understand that it is my obligation to talk to my supervisor or the Office Manager if I have any questions about them.

I will comply with all of the Company's regulations and policies currently in effect and any revisions, modifications or additions established hereafter.

I understand that although I have been hired to work on an as needed and occasional basis, my employment is "at will" and may be terminated by me or the company at any time.

I understand the Company has a "drug-free workplace" policy and does not tolerate drug or alcohol abuse by its employees. Coming to work under the influence of illegal drugs or other substances, or alcohol are grounds for termination.

I understand that the Company also does not tolerate harassment or discrimination on the basis of a person's race, national origin, religion, gender etc. and also does not tolerate workplace violence or bullying of any kind, and that I am to report this behavior should it occur.

I understand that I am responsible to care for the Company's property and must return all property in good order upon my termination, or the failure to return the property may be considered theft by the Company and treated accordingly.

**I have read and understood the above:**

_____        _____
Printed Name                                        Date

_____
Signature

**PLEASE SIGN AND RETURN THIS ACKNOWLEDGEMENT TO THE OFFICE MANAGER.**

FL-16-0854   000276

15 CV 2326 (ER)
P540

# Go New York Tours Inc Tour Guide's Safety Manual and Policies

## General Policies:

1. All Tour Guides must obey all company's supervisors' orders at all times. Not obeying an order form a supervisor will result in the immediate termination of said tour guide.
2. Tour Guides must not argue with drivers, dispatchers, supervisors, and other co-workers while on duty. An argument with a driver, for example, in the presence of customers will result in the immediate termination of the tour guide.
3. Tour Guides are strictly prohibited from arguing with customers for any reason at any time.
4. Tour Guides must ensure that each bus stops and stays for at least 30 seconds at all designated tour stops every time they pass by one. It is each tour guide's duty to report any driver who does not stop on a designated stop to the supervisor before leaving work on the same day of the occurrence.
5. Tour guides are strictly prohibited from smoking, eating, drinking, or chewing on the bus. Every tour guide caught smoking, eating, or drinking on the bus by a ticket agent, dispatcher, supervisor, or other company representative will result in the immediate termination of the tour guide.
6. It is the tour guide's duty to warrant passengers' safety by ensuring that every passenger is seated while the bus is in motion. Passengers are NOT allowed to stand up at their seat while the bus is in motion.
7. Every tour guide must discuss the route before each tour with the assigned bus driver. Any detours and reroutes must be cleared before bus departure.
8. Tour Guides are prohibited from discussing sales, refunds, other tour guide performance, and company policies with customers at any time. Tour Guides must direct customers searching to buy tickets to the nearest ticket agent. Any feedback and complaints by customers from other tour guides must be reported to the supervisor.
9. It is the tour guide's responsibility to ensure that each customer boarding the bus has a valid ticket (NO EXPIRED TICKET). Tour guides are strictly prohibited from allowing unauthorized passengers onboard the bus such as: passengers without tickets, or passengers with expired tickets.
10. It is each tour guide's responsibility to know at any time the approximate number of available seats (and approximate number of passengers on the bus) at any time. When the bus pulls over at a designated bus stop the tour guide must report the number of available seats to the supervisor at the stop immediately after the bus comes to a complete stop.
11. Go New York Tours supervisors can board any company bus anywhere at any time to check the tour guide's performance and perform other duties. The tour guides must accommodate all supervisors' requests at all times. Tour guides are not allowed to

7. Any act of a malicious or destructive nature that affects the well-being of the company or its employees.
8. Conviction of a felony while in the scope of employment.

The above rules shall apply to all employees, independent contractors, and representatives of this company.

# Hours of Service and Tour Guide Responsibilities

All tour guides must report on time at the designated location to their supervisor.

Before your work day begins and you report to the supervisor at the designated location you must have/be wearing:

1. GONY Jacket or Shirt depending on the season
2. GONY Hat or Cap depending on the season
3. Black or Dark Blue Long Pants
4. Black Shoes
5. A working and GONY approved microphone compatible with GONY's PA systems
6. A ticket puncture

If a tour guide is not able to come on time he/she must inform the supervisor and office as soon as possible.

No-call no-show will result in the possible termination of the tour guide. If you inform a supervisor that you will not come to work on the same day you are scheduled to work this will be considered no-call no show.

If you are off the bus waiting to get on another bus, you have to talk with the customers(if any) on the ground and help them out with directions.

Once a tour guide reports to the supervisor at the designated location he/she is not allowed to leave the location until assigned to a bus and only to get on the assigned bus. Leaving the specified location while waiting to be assigned to a bus for any reason at any time without a prior supervisor's approval will result in weekly bonus disqualification and the possible termination of the tour guide.

After you are assigned to a bus:

1. Make sure that you discuss the route you will be doing with the supervisor at the time you are being assigned to a bus. You must discuss with the supervisor any possible detours and reroutes
2. You must discuss briefly the route with the assigned driver for any detours or reroutes
3. You must inspect the PA system's main audio box:

attention to the direction in which the bus is moving at all times and absolutely never face the rear of the bus; you must always face the direction the bus is moving in. You must not walk on the bus while it is in motion.

When you get off the bus:

1. You must report to the supervisor and PA failures.
2. If for any reason, another tour guide is to take over a tour you must inform him/her about any PA problems
3. Every tour guide must report to the supervisor at the end of the work shift any concerns he/she might have regarding the bus driver's performance such as the driver being too slow, too fast, skipping designated stops, making additional and unnecessary stops and anything else that might be of importance.

# Ticket CHECKING Process and Policies

Every person, except GONY employees where applicable, must possess a valid ticket before they are allowed to board a GONY bus. It is the tour guide's responsibility to ensure that each passenger has a valid ticket. Tour guides who are found to violate this policy will lose any weekly bonus and be subject to termination. Each Ticket must have:

1. **EACH PASSENGER MUST POSSESS A SEPARATE TICKET**. If a supervisor or other GONY employee discovers that passenger/s have been allowed on the bus without the proper ticket/s the tour guide will automatically be disqualified from all weekly bonuses and be subject to immediate termination.
2. Make sure the passenger has the proper ticket for the specific tour you are conducting such as Downtown Tour, Uptown Tour, Night Tour, and Brooklyn Tour. The All City Tour gives the passenger access to all 4 tours.
3. A date and time when it is printed **and date and time specifying the period of validity** such as: **Ticket Valid FROM HH:MM XX/XX/XX TO HH:MM XX/XX/XX**. You must make sure the ticket is valid at the time of the checking and if you find that ticket has expired or is valid for a future date you must not allow the passenger to board the bus.
4. Each and every ticket must be punctured with a ticket puncture as many times as the number of different boardings the customer does.
5. The Night Tour and Brooklyn Tour tickets are "Single Use Only" which means that once a Night Tour ticket is used such ticket is no longer valid.
6. The All City Tour ticket must be torn at the specified place indicating that Night Tour has been used. Once an All City Ticket is torn at the specific place it is no longer valid for Night Tours.
7. A Sale Receipt is NOT a valid ticket. A customer presenting a sale receipt instead of the actual ticket must NOT be allowed on the bus. GONY has a no refund policy on lost or stolen tickets.
8. Anything suspicious or inappropriate with a ticket must be reported to a supervisor.
9. If you noticed a discounted ticket (a child ticket sold to an adult person) do not argue with the customer and allow them to board the bus. You must however take a good

    A) Available Daily: 9AM – 4PM every 30 minutes depending on traffic.
    B) Starting Point: Central Park South (59ST) and 6 AVE
    C) Duration: Approximately 1 Hours and 30 minutes
    D) Languages Available: All Uptown Tour buses are equipped with No Recordings
    E) Uptown Tour Tickets are valid for 24 hours and include a Free 1 Hour bike rental at Bike Rental Central Park located at 348 W 57 ST bet 8 and 9 AVEs.

3. Night Tour: (SEASON SPECIFIC)
    A) Available Daily: 5PM, 6PM, 7PM, 8PM, in addition to the 4 scheduled buses more buses are dispatched when necessary.
    B) Starting Point: 46 ST and 8 AVE
    C) Duration: Approximately 1 Hours and 30 minutes
    D) Languages Available: All Night Tour buses are equipped with Recording in English.
    E) Night Tour Tickets are valid for single use only.

4. Brooklyn Tour: (SEASON SPECIFIC)
    A) Available Daily: 10AM
    B) Starting Point: 17 Battery Place – at Battery Park STOP No 12
    C) Duration: Approximately 1 Hours and 30 minutes
    D) Languages Available: All Brooklyn Tour buses are equipped with No Recordings
    E) Brooklyn Tour Tickets are valid for single use only

5. All City Tour incorporates the schedules of all the above tours. The All City Tour Ticket is valid for 72 hours and includes:
    A) Downtown Tour
    B) Uptown Tour
    C) Night Tour
    D) Brooklyn Tour
    E) FREE 1 Hour bike rental at Bike Rental Central Park located at 348 W 57 ST bet 8 and 9 AVEs.
    F) Admission to the Museum of the City of New York located at 94 ST and 5th AVE

I have received and read the above policies and procedures and understand and agree to comply with them. I understand that noncompliance will lead to employment termination.

Signed_____ Dated_____

Name_____

# Go New York tours Inc. NON-DISCLOSURE AGREEMENT

THIS AGREEMENT (the "Agreement") is entered into on this ____day of _____ by and between Go New York Tours Inc., located at 218 W 37th St, 5th Floor, New York, NY 10018( the" Disclosing Party"), and

_____ with and address at _____ (the "Recipient" or the "Receiving Party").

The Recipient hereto desires to be working in Go New York Inc. in the _____position and to participate in discussions and obtaining information ( scripts) regarding Go New York Tours Inc. routes and tours (the "Transaction"). During these discussions, Disclosing Party may share certain proprietary information with the Recipient. Therefore, in consideration of the mutual promises and covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. Definition of Confidential Information.

(a) For purposes of this Agreement, "Confidential Information" means any data or information that is proprietary to the Disclosing Party and not generally known to the public, whether in tangible or intangible form, whenever and however disclosed, including, but not limited to: (i) any marketing strategies, plans, financial information, or projections, operations, sales estimates, business plans and performance results relating to the past, present or future business activities of such party, its affiliates, subsidiaries and affiliated companies; (ii) plans for products or services, and customer or supplier lists; (iii) any scientific or technical information, invention, design, process, procedure, formula, improvement, technology or method; (iv) any concepts, reports, data, know-how, works-in-progress, designs, development tools, specifications, computer software, source code, object code, flow charts, databases, inventions, information and trade secrets; and (v) any other information that should reasonably

be recognized as confidential information of the Disclosing Party. Confidential Information need not be

FL-16-0854   000281

Disclosing Party. No other right or license, whether expressed or implied, in the Confidential Information is granted to the Receiving Party hereunder. Title to the Confidential Information will remain solely in the Disclosing Party. All use of Confidential Information by the Receiving Party shall be for the benefit of the Disclosing Party and any modifications and improvements thereof by the Receiving Party shall be the sole property of the Disclosing Party. Nothing contained herein is intended to modify the parties' existing agreement that their discussions in furtherance of a potential business relationship are governed by Federal Rule of Evidence 408.

4. Compelled Disclosure of Confidential Information.

Notwithstanding anything in the foregoing to the contrary, the Receiving Party may disclose Confidential Information pursuant to any governmental, judicial, or administrative order, subpoena, discovery request, regulatory request or similar method, provided that the Receiving Party promptly notifies, to the extent practicable, the Disclosing Party in writing of such demand for disclosure so that the Disclosing Party, at its sole expense, may seek to make such disclosure subject to a protective order or other appropriate remedy to preserve the confidentiality of the Confidential Information; provided in the case of a broad regulatory request with respect to the Receiving Party's business (not targeted at Disclosing Party), the Receiving Party may promptly comply with such request provided the Receiving Party give (if permitted by such regulator) the Disclosing Party prompt notice of such disclosure. The Receiving Party agrees that it shall not oppose and shall cooperate with efforts by, to the extent practicable, the Disclosing Party with respect to any such request for a protective order or other relief. Notwithstanding the foregoing, if the Disclosing Party is unable to obtain or does not seek a protective order and the Receiving Party is legally requested or required to disclose such Confidential Information, disclosure of such Confidential Information may be made without liability.

5. Term.

This Agreement shall remain in effect for a ten-year term (subject to a one year

necessary to enable it to comply with its document retention policies. Alternatively, the Receiving Party,

with the written consent of the Disclosing Party may (or in the case of Notes, at the Receiving Party's option) immediately destroy any of the foregoing embodying Confidential Information (or the reasonably non recoverable data erasure of computerized data) and, upon request, certify in writing such destruction by an authorized officer of the Receiving Party supervising the destruction).

8. Notice of Breach.

Receiving Party shall notify the Disclosing Party immediately upon discovery of any unauthorized use or disclosure of Confidential Information by Receiving Party or its Representatives, or any other breach of this Agreement by Receiving Party or its Representatives, and will cooperate with efforts by the Disclosing Party to help the Disclosing Party regain possession of Confidential Information and prevent its further unauthorized use.

9. No Binding Agreement for Transaction.

The parties agree that neither party will be under any legal obligation of any kind whatsoever with respect to a Transaction by virtue of this Agreement, except for the matters specifically agreed to herein. The parties further acknowledge and agree that they each reserve the right, in their sole and absolute discretion, to reject any and all proposals and to terminate discussions and negotiations with respect to a Transaction at any time. This Agreement does not create a joint venture or partnership

between the parties. If a Transaction goes forward, the non-disclosure provisions of any applicable transaction documents entered into between the parties (or their respective affiliates) for the Transaction

shall supersede this Agreement. In the event such provision is not provided for in said transaction documents, this Agreement shall control.

10. Warranty.

Each party warrants that it has the right to make the disclosures under this Agreement.
NO WARRANTIES ARE MADE BY EITHER PARTY UNDER THIS AGREEMENT

FL-16-0854   000283

(h) Paragraph headings used in this Agreement are for reference only and shall not be used or relied upon in the interpretation of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

Disclosing Party Receiving Party

By _____

Name: Name:

Title: Title:

GO New York Tours - New York City ·     iews of GO New York Tou...   http://www.trip~ ·isor.com/Attraction_Review-g60763-d...



indie01
Harrisburg, Pennsylvania
2 reviews

*"Avoid the GREEN BUS & the Men wearing GREEN!!!NEW*

Reviewed September 13, 2014

Horrible customer service!! Tour guides, if you want to call them that, knew nothing about the city. I know more than they did & the last leg of the tour (at night) we had no tour guide at all, just a driver who blew a tire & never told us what happened. We all just got off the bus &...

More

Was this review helpful? | Yes | 

**Go New York tours**
www.groupon.com/  Save 26% Off
Enjoy Life!

**Tours To New York**
www.livelocal.net/  All the Informatic
Updated one minute ago!

**Things to do in New York**
www.expedia.com/New_York_City
soon? Find great things to do in the

**Statue Of Liberty Tours**
www.statueoflibertytickets.com/  Bo
Now for the Statue of Liberty & Ellis



galavantersjoy
Oregon

Top Contributor

77 reviews

13 attraction reviews

Reviews in 27 cities

33 helpful votes

*""Guide" clueless"*

Reviewed August 28, 2014

My friend researched which night tour bus she wanted to go on and bought the tickets. I was along for the ride. (Just have to add that disclaimer as an avid TripAdvisor user!)

Our driver was GREAT, and I really wish he had been the one telling us what we were seeing.

Our tour guide, Thelmo, was so bad, it was funny! As we started off through Times Square, all he managed to say about it (about 20 times) is "Times Square, the busiest spot in New York. The busiest spot in New York, Times Square." Then, when we were done with the tour and returned through Times Square, he repeated this same information at least another five times!

He would find a building with a large neon sign and tell us what it was. Nothing else about it, but what the large neon sign said. And he would repeat everything at least three times, usually more. It actually became hilarious because we would start to beat him to it. It was a bit frustrating at times because he only ever pointed out the most obvious sights and rarely filled in any additional information.

Once in Brooklyn, we stopped for about five minutes to take pictures of the NYC skyline - right in front of a construction site! Everyone was working as hard as they could to take a decent picture, but I decided to embrace the whole scene (see attached photo). Not only was the foreground a construction site, we were directly below a VERY busy freeway (I'm assuming it was a freeway - it certainly sounded like one).

To be fair, we did move to a better spot to take pictures of the beautiful skyline unencumbered by construction. But again, directly under the freeway and this time we stayed for at least 10 minutes, maybe longer (certainly felt longer!).

Of course, our "informative" guide didn't actually give any information about what we were seeing or bother to point out anything of interest.

Back in Manhattan, we drove by the UN building - which the guide pointed out, but didn't manage to add any info, just repeating over and over that it was the UN building. By this time I was giving my own tour to those around me, filling in details I'd learned in the 5 days I'd been in NY, which made the tour more fun for me and, I hope, those around me.

At one point he asked us what the five boroughs are, which I answered,

## New York City trip idea
and travelers

Daytrips from New York City

New York City off the beaten
path

New York's Incredible Italian
Food

See all itineraries »


## Popular New York Cit

Beautiful - The Carole King Music

Escape the Room NYC

The Metropolitan Opera

Manhattan Skyline

Jersey Boys

The Lion King at the Minskoff The

The Metropolitan Museum of Art

Wicked

Frick Collection

Central Park

The Phantom of the Opera

Ground Zero Museum Workshop

Kinky Boots on Broadway

Les Miserables

Top of the Rock Observation Decl

Broadway

Lincoln Center for the Performing

9/11 Memorial Museum

Motown The Musical on Broadwa

Aladdin - The Musical


## Hotels around New Yo

 Holiday Inn Midtown / 57
3.5 out of 5, 2,397 revie
Last reviewed Sep 14, 2

 Hudson New York Hotel
3.5 out of 5, 1,920 revie
Last reviewed Sep 13, 2

FL-16-0854 9/15/2014 3:45 PM

15 CV 2326 (ER)
P549

then repeated it incorrectly, listing Staten Island (rather than Long
Island) as one of the boroughs. Sad.

He did manage to add some info I didn't know when we went by the old
tenements - pointing out the bath houses.

His excitement over telling us about the restaurant grading system was
a painful, although hilarious 10 minute ordeal. He hadn't even bothered
to find restaurants ahead of time to illustrate his point.

I was hoping that the pre-recorded info would be better but it didn't even
try to line up with what we were seeing, just random facts about NYC.

The saddest part was that he seemed to think he had done a great job -
handing out cards at the end encouraging us to review him! I do
appreciate him making my job of reviewing this tour easier, as consistent
reviewer, but wow, I really can't believe he was encouraging us to
review, it really was so bad.

I would hope there are better tours in this fabulous city. I know the water
taxi we took was.



Visited August 2014

Less

Was this review helpful?   | Yes |

See all 5 reviews by galavantersjoy for New York City
Ask galavantersjoy about GO New York Tours

This review is the subjective opinion of a TripAdvisor member and not of TripAdvisor LLC.

282Evans, Manager at GO New York Tours, responded to this review, 1 week
ago

Dear Guest:

Although most of our tour guides are truly excellent, they are human and sometimes
you may find one tour guide to be better than another. We apologize if this particular
tour guide did not meet up to your standards, thank you for letting us know,we will for
sure look into this immediately. We hope you had a great time in NYC and are glad
you enjoyed your tour.

We hope to see you for many years to come. Best Regards, Go New York Tours
Team

Report response as inappropriate

This response is the subjective opinion of the management representative and not of
TripAdvisor LLC.



memusicmad
Warwickshire, UK

Amex Traveler

*"Very poor bus tour...... think carefully before booking"*
Reviewed August 23, 2014

We purchased this as a family of 5 spending 3 days in New York, and
wanted the most cost effective way of seeing all the sights. All the other
tours were more expensive and only offering 2 days travel, and I wanted


Mandarin Oriental Times
4.9 out of 5, 3,1+ reviews
Last reviewed Sep 13, 8


The Mansfield
4.0 out of 5, 1,124 review:
Last reviewed Sep 13, 2


Hyatt Times Square New
4.5 out of 5, 443 reviews
Last reviewed Sep 13, 2


JW Marriott Essex Hous
4.0 out of 5, 651 reviews
Last reviewed Sep 13, 2


WestHouse Hotel New Y
4.5 out of 5, 233 reviews
Last reviewed Sep 13, 2


Trump International Hote
4.5 out of 5, 599 reviews
Last reviewed Sep 12, 2


Residence Inn New York
Park
4.5 out of 5, 147 reviews
Last reviewed Sep 11, 2


West Side YMCA
3.0 out of 5, 688 reviews
Last reviewed Sep 12, 2


Da Vinci Hotel
3.5 out of 5, 362 reviews
Last reviewed Sep 10, 2


Hotel Plaza Athenee Ne
4.5 out of 5, 317 reviews
Last reviewed Sep 11, 2


New York Inn
2.0 out of 5, 406 reviews
Last reviewed Sep 8, 20


Chez Michallet
5.0 out of 5, 97 reviews
Last reviewed Aug 21, 2

### New York City resource:

New York City Bed and Breakfast
New York City Maps
Hotels near GO New York Tours

### Explore the World

Sightseeing

Joyland in Great Yarmouth
4 out of 5, 284 reviews

Bay Ferries
4 out of 5, 47 reviews

Mondo Brothers Riverwalk Brewery I
4.5 out of 5, 3 reviews

Wreck of the River Tiny in St. Kitts
5 out of 5, 2 reviews

Travel Destinations

Las Vegas Hotels
732 hotels, 344,106 Reviews

Panama City
343 hotels, 26,840 Reviews

Hotels

FL-16-0854   000286
9/15/2014 3:45 PM

15 CV 2326 (ER)
P550

**Catholic Migration Services**
**Immigrant Workers' Rights Program**
**Internal Data Collection – CONFIDENTIAL**

1. Worker's name: **Cardones, Thelmo**

2. Household size (incl. spouse, kids, etc.): **2**

3. Are you or any members of your household working (yes/no): **No**

| Household Member | Age | Employment Income (weekly/monthly/annual) |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| | | **Annual Total:** |

4. Are you or any members of your household receiving public benefits (yes/no): **No**

| Household Member | Type of Benefit | Benefit Income (weekly/monthly/annual) |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| | | **Annual Total:** |

Household poverty level **(CMS to calculate)**:

5. Health insurance (yes/no): **No**

6. Country of origin (if Mexico, also list state): **Dominican Republic**

7. Any concerns about your immigration status:  **No**

8. **CMS is part of a campaign to assist immigrants in applying for citizenship.  Are you a legal permanent resident who may be interested in applying for citizenship?: N/A**

9. Any concerns about your housing: **No**

10. Parish affiliation: **Blessed Sacrament**

11. How did you hear about CMS: **Monthly Community Meetings, had a housing case here at CMS**

W/e 6/8/14 (#1)
6/2/14

| | | |
|---|---|---|
| 6/2/14 | M | OFF |
| 6-3.14 | T | OFF |
| 6-4.14 | W | OFF |
| 6.5.14 | Th | OFF |
| 6-6.14 | FR | OFF |
| 8:30 AM 8:45 | 7 | Sat 8:04 pm |
| 9:00 AM | 8 | SUN 9:00 AM |

2 days    24.5 hours

$ 22.30  Check No.

W/e 6/15/14 #2

| | | | |
|---|---|---|---|
| M 6/8 | | OFF | |
| T 6/10 | | | |
| WED 6/11 | 9:10AM - 11.02pm | 14.0 | |
| Th 6/12 | OFF | | |
| FR 6/13 | OFF | | |
| Sat | | | |
| SUN | | | |
| SAT | 9:00 - 10:45pm | 13.7 | |
| SUN | 9:00 - 11:15pm | 14.2 | |

3 days 3 days    42 hs

$        Check #

22.3 hours
24.5 worked
Owed 2.2 hours

FL-16-0854   000288

Go New York Tours *Tour Guide* **Driver Name:** *Thelmo Cordoni*

| Date | Weekday | Start Time | End Time | Hours Worked |
|------|---------|-----------|----------|--------------|
| 6/9/14 | Monday | — | — | — |
| 6/10/14 | Tuesday | — | — | — |
| 6/11/14 | Wednesday | 9:10 AM | 11:02 PM | 14.0 hrs |
| 6/12/14 | Thursday | — | — | — |
| 6/13/14 | Friday | — | — | — |
| 6/14/14 | Saturday | 9:00 AM | 10:45 PM | 13.75 hrc |
| 6/15/14 | Sunday | 9:02 AM | 11:15 PM | 14.25 hours |

*Man Sony*

**Total Days:** ___3___

**Total Hours:** ___42.00___

*Thelmo Cordones*
*Tour Guide.*
*ALL TOURS DOWNTOWN*

*Owed 2 hours overtime*
*+ $3 bonus*

FL-16-0854   000289

Go New York Tours

Name: Thelmo Cordones

| Date | Weekday | Start Time | End Time | Hours Worked |
|------|---------|-----------|----------|--------------|
| 9-1-14 | Monday | 3:30PM | 12:15AM | 8.75 |
| 9-2-14 | Tuesday | 3:30PM | 10:50PM | 7.25 |
| 9-3-14 | Wednesday | 3:30PM | 12:30AM | 9.0 |
| 9-4-14 | Thursday | 3:30PM | 1:00AM | 9.50 |
| 9-5-14 | Friday | 6:00PM | 1:45AM | 7.75 |
| 9-6-14 | Saturday | — | — | — |
| 9-7-14 | Sunday | — | — | — |

Total Days: 5

Total Hours: 42.25

$3 bonus

① I expect to be compensated fully for 9/4 & 9/5. Extensive delays on equal of our both dates nite tours on way to Brooklyn

Thelmo Cordones
Tour Guide

Owed 2.25 hours

Go New York Tours

Tour Guide
Name: Thelmo Cordones

DRIVER Flo FLORES

DRIVER airknife

Go New York Tours

*Tour Guide* Name: Thelmo Cordones

| Date | Weekday | Start Time | End Time | Hours Worked |
|------|---------|------------|----------|--------------|
| 9/8/14 | Monday | 3:30 PM | 10:30 PM | 7.0 |
| 9/9/14 | Tuesday | 3:30 PM | 10:00 PM | 6.50 |
| 9/10/14 | Wednesday | 3:30 PM | 12:30 AM | 9.0 |
| 9/11/14 | Thursday | — | — | — |
| 9/12/14 | Friday | — | — | — |
| 9/13/14 | Saturday | — | — | — |
| 9/14/14 | Sunday | — | — | — |

Total Days: 3

Total Hours: 22.50

Thelmo Cordones
Owed Tour Guide
.5 hours + bonus

FL-16-0854   000297

15 CV 2326 (ER)
P555

**Employee Name: Thelmo Cordones**

I, Thelmo Cordones, certify that I worked a total of 42.00 hours during the pay period beginning on July 28, 2014 and ending on August 3, 2014.   I acknowledge that today I received a check in the total gross amount of $ 520.00 , and cash in total amount of $26.00 , for the total gross amount of $546.00 ,which represents 42.00 hours of work paid at my regular rate of $ 13.00 per hour.  I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____        _____        _____        _____
Employee's Signature                    Date                    Supervisor's Signature              Date

8/14/14

FL-16-0854   000302

FL-16-0854   000298

Employee Name:  Thelmo Cordones

I, Thelmo Cordones, certify that I worked a total of 38.30 hours during the pay period beginning on August 4, 2014 and ending on August 10, 2014.  I acknowledge that today I received a check in the total gross amount of $497.90, which represents 38.30 hours of work paid at my regular rate of $13 per hour.  I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____
Employee's Signature          Date

8/19/14

_____
Supervisor's Signature        Date

FL-16-0854   000303

7.77
× 13
#101.01

**Employee Name:  Thelmo Cordones**

These 7.77 ~~bad~~ hours
above 40 are for 7.77 hours
short on check #011870. I was
paid for 37 & I worked 44 period of
7/21 to
7/27/14.

I, Thelmo Cordones, certify that I worked a total of 47.77 hours during the pay
period beginning on August 11, 2014 and ending on August 17, 2014. I acknowledge
that today I received a check in the total gross amount of $520, and cash in the total
amount of $101.01, for a total gross amount of $621.01 which represents 47.77 hours
of work paid at my regular rate of $13 per hour.  I understand that I have a
responsibility to bring any errors I believe have been made in my pay to the
attention of Go New York Tour's management immediately.

_____            _____
Employee's Signature          Date          Supervisor's Signature     Date

(X) ( I Am short 4.75 hours For this period)

___ I worked 44.75 hours
For period Beggining on
8/11/2014 & ending 8/17/14

___ (X) I Am Being ~~over~~ paid on this
check for 7.77 hours that were
7.77 hours      missing on check #011870 ($481.00 gross)
× 13            for period ~~ending~~ 7/24/14 to 7/27/14
#101.01         On that Period I got paid For only
37 hours. (

FL-16-0854   000304

15 CV 2326 (ER)
P558

**Employee Name: Thelmo Cordones**

I, Thelmo Cordones, certify that I worked a total of 42 hours during the pay period beginning on August 25, 2014 and ending on August 31, 2014. I acknowledge that today I received a check in the total gross amount of $400, and cash in the total amount of $20, for a total gross amount of $420, which represents 42 hours of work paid at my regular rate of $10 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____  9/8/14      _____
Employee's Signature          Date          Supervisor's Signature      Date

(X) All overtime hours are to be compensated to me at 1.5X rate ($13⁰⁰) as per NYS Labor Laws. Since day 1 of my employment (June 7ᵗʰ 2014). ALSO I demand to be compensated for 2 weeks I was "suspended" end of June for the time I spent off work for the "Emrich Incident" in resulted in my termination for allegedly "cursing" a supervisor in of customers." I deny I ever cursed said supervise. He tried to assult me!

Employee Name: Thelmo Cordones

*MISSING $3/hr PAY ACSS*
*☒ 42.50 hRS*
*15 my to taC Finet*

I, Thelmo Cordones, certify that I worked a total of 41.4 hours during the pay period beginning on September 1, 2014 and ending on September 7, 2014. I acknowledge that today I received a check in the total gross amount of $ 443.30 , and cash in total amount of $14.00, for the total gross amount of $457.30 ,which represents 41.40 hours of work paid at my regular rate of $ 10.00 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____     9/13/14
Employee's Signature          Date

_____     _____
Supervisor's Signature        Date

I worked 42.50 hours
Please Adjust Pay.
I Am ALSO MISSING the $3/hour
Pay. Please adjust. Same
thing for previous week.
Please look at my timesheet
I worked 9/4 & 9/5 post
1:00 Am & 1:45 Am respectively
due to Traffic Jams on CANAL st.
I Am TURNING in My
UNIFORM AS Requested.
Antonne     9/13/14
Thelo Cordones

. FL-16-0854   000306

Employee Name: Thelmo Cordones

I, Thelmo Cordones, certify that I worked a total of 40.10 hours during the pay period beginning on August 18, 2014 and ending on August 24, 2014.  I acknowledge that today I received a check in the total gross amount of $ 520.00 , and cash in total amount of $1.30 , for the total gross amount of $521.30 ,which represents 40.10 hours of work paid at my regular rate of $ 13.00 per hour. I understand that I have a responsibility to bring any errors I believe have been made in my pay to the attention of Go New York Tour's management immediately.

_____   8/9/2/14
Employee's Signature          Date

_____
Supervisor's Signature       Date

FL-16-0854   000307



# Division of Labor Standards — Claim Intake Review Form

This form is used by District Offices for processing new monetary claim forms, non-monetary claims/phone calls and appending new claims to existing cases. When used for monetary claims and appending claims, this form must be accompanied by a completed LS-222, LS-223 or LS-425.

Only those sections marked in YELLOW are required fields  DIST 20

Reviewed by: usbej1          RACF:                    LS202014007786
                                                            ZN

Check One:    ☒ New Claim        ☐ Append to Case No.

## CLAIMANT INFORMATION:

| First Name CORDONES | Last Name THELMO |
|---|---|
| Social Security Number | - - |
| Address | |
| | |
| | |
| City | State | Zip |
| Phone | |
| Other Phone | - - |
| Other Phone 2 | - - |
| Email | |

## EMPLOYER INFORMATION:

| Employer Name | GO NEW YORK TOUR GUIDES |
|---|---|
| Business Type (Use one of the following in this field: Corporation/DBA/Individual/LLC/Other/Partnership) | TOUR GUIDES |
| FEIN | |
| ER First Name | MR. BRANKO |
| ER Last Name | |

FL-16-0854   000309

| Address | 218 W 37TH STREET |
|---|---|
| | *5th FL* |
| | |
| City      NEW YORK | State    NY Zip    10018 |
| Phone | 212 - 664 - 0300 |
| **Industry**<br>(Use one of the following in this field:  Apparel, Building Service, Domestic Employment, Electric, Farms, General Construction, HVAC, Homework, Hotels, Miscellaneous, Miscellaneous – Non-Profit, Non-Profit Exempt, Plumbing, Public Schools, Restaurants) | TOUR GUIDES |

## COMPLAINT INFORMATION:

| Source of Complaint<br>(Use one of the following in this field: Anonymous, Investigator/Patrol, Parent/3rd Party, Permit Application, Recheck, Referral, Union, Worker) | |
|---|---|
| Type of Complaint | **Check all necessary boxes and enter amount if applicable**<br>**NOTE:** At least one box marked with an asterisk * must be checked for non-monetary claims. |
| | *      ☐Child Labor |
| | *      ☐Farm Labor |
| | *      ☐Homework |
| | *      ☐Hours and Meal Period |
| | ☒Minimum Wage |
| | *      ☐Permit/Licensing |
| | ☐Supplemental Wage Claim |
| | ☐Tip Appropriations |
| | ☐Unlawful Deductions |
| | ☒Wage Claim $1,197.39 |
| | *      ☐Wage Statement/Records/Payment |

| District | 20 |
|---|---|
| County | NEW YORK |
| Dates Worked | From 6/ 07/ 1014 to 09 / 10 / 2014 |
| Rate $13.00 | Per   HOUR |
| | |
| Occupation TOUR GUIDE **Or**   Job Title | |
| | |

**COMPLAINT:  What you put in here will populate the collection letter. Please be professional and concise with your wording.**

SEND FILE TO DISTRICT 20. THANK YOU

Language   ENG

Complaint Specific Information:

| Violation Date | /          / |
|---|---|
| ☐Central Investigations | ☒Send Acknowledgement letter |

Other:

Status:

| ☐Incomplete | ☐Invalid |
|---|---|
| ☐No Jurisdiction | ☐Pending |
| ☒Valid/Make a Case | |

COMMENTS:

FL-16-0854  000311

go new york tours, 218 w 37th st, ny, ny 10018

Web

### Contact Us  Go New York Tours

Tickets plus tours and events in New York City. Go NY Tours offers many discount NYC bus
tours ... 218 W 37 ST the # top new York NY 10018 ...

### New York Bus Tours Inc in New York, New York with Reviews ...

www.yellowpages.com › New York  NY

... New York Bus Tours Inc locations in New
York, NY    Go New York Tours ... 218 W 37th St New York, NY 10018 ...

### Go New York Tours

Directions   Details          297 TripAdvisor reviews

### GO New York Tours  New York City  Reviews of GO New York ...

www.tripadvisor.com › ... › New York City

461 TripAdvisor reviews
... GO New York Tours ... get the Tickets with make
with a new  218 W  St  New York City NY 10018

### GO New York Tours Reviews  New York City, NY Attractions ...

www.tripadvisor.com › ... › New York City

462 TripAdvisor reviews
GO New York Tours, New York City  See 462 reviews, ... save 24 photos of GO
New York Tours  218 W  St  New York City

### Go New York Tours  Midtown West  New York, NY | Yelp

www.yelp.com › ... ›

43 Yelp reviews
43 Reviews of Go New York Tours "Best bus, but truly go to a good guide.  Bus was so
they asked it to one just so so had to rush ...

### Go New York Tours

go.nytours ...

Go New York Tours offers ... great tours ... Hop-A-bus Off-one of
our tours new York is $ ...

### New York bus tours  Review of GO New York Tours, New York ...

www.tripadvisor.com › ... › GO New York Tours

468 TripAdvisor reviews
... GO New York Tours  New York bus tours  218 W  St  ... New
York City NY 10018  218 W  St  ... New York City

## Go New York Tours

Directions   Website

Address: 218 W 37th St Fl 5, New York, NY 10018

Phone: (212) 664-0390

Open now

### Reviews

**tripadvisor**

Oct 23, 2013
We had some good time not so good tour guides on this tour
experience. The tour of Brooklyn at night and the Harlem tour but a
fantastic tour guide. Club hope, very personal, knowledgeable.
Full review

Oct 19, 2014
A nice way to get oriented in New York but the information given
wasn't very great in general. the DVR portion quality was very variable in
different hotels, the frequency of buses weren't ...  Full review

Oct 19, 2014
We had not stopped around for a bus tour, so when the tours
information approached us with his pitch it sounded like a great deal. We
were there for two days to his offered us the 72 hours deal.
Full review

See all 297 TripAdvisor reviews

### Top New York Things to Do

All New York Tours, Good Things To Do
Free thoughts - Hop On Off  NYC Tours &
Top NYC Things to Do!

See your ad here »

FL-16-0854  000312



RECEIVED
NEW YORK STATE
DEPARTMENT OF LABOR

MAR 25 2015

DIV OF LABOR STANDARDS
ALBANY CENTRAL OFFICE

LSE 4.12 (12/10)



NYS DEPT OF LABOR
DIVISION OF LABOR STANDARDS
CENTRAL INVESTIGATION UNIT
STATE OFFICE BUILDING CAMPUS BLDG 12 RM 185C
ALBANY NY 12240-0121

NEW YORK NY 100

23 MAR 2015 PM 11 L