LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

October 27, 2020

**VIA ECF**

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Alvarado Balderramo et al v. Go New York Tours Inc. et al*, 15 CV 2326 (ER)

Dear Judge Ramos:

     This firm represents the plaintiffs in the above-referenced action. The plaintiffs write to clarify the previous letter submitted this morning where plaintiffs moved to compel, alternately for a 37.2 conference, and for an extension of time to oppose defendants' motion for summary judgment. *See* ECF No. 193. In that letter, the plaintiffs neglected to mention that the plaintiffs' opposition to the summary judgment motion is due on October 29, 2020. Today, the Court ordered defendants to reply to plaintiffs' letter by October 30, 2020. The plaintiffs hereby clarify their letter and move to extend the October 29, 2020, deadline to oppose the summary judgment motion until either two weeks after the defendants respond to plaintiffs' discovery demands or, if the Court denies plaintiffs' motion to compel, one week after that date.

     I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

---

Plaintiffs' motion for an extension of time to oppose defendants' motion for summary judgment is GRANTED. The opposition will be due either two weeks after defendants respond to plaintiffs' discovery demands (in which case the parties must appraise the Court of such production), or if the Court denies plaintiffs' motion to compel, one week after that date. SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 10/27/2020
New York, New York