UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR H. ALVARADO BALDERRAMO,
*individually and on behalf of all other persons similarly situated*, *et al.*,

                    Plaintiffs,

– against –

GO NEW YORK TOURS INC., *and* ASEN KOSTADINOV, *jointly and severally*,

                    Defendants.

**ORDER**

15 Civ. 2326 (ER)

RAMOS, D.J.:

On July 7, 2021, Defendants submitted motions for summary judgment, sanctions, and other relief. Doc. 256. On August 6, 2021, Plaintiffs submitted a motion for partial summary judgment. Doc. 271. As discussed during a conference held before the Court on February 4, 2022, the Court denies as moot the parties' respective motions, Docs. 256 and 271.

The Clerk of Court is respectfully directed to terminate the motions, Docs. 256 and 271.

It is SO ORDERED.

Dated:    February 4, 2022
            New York, New York

                                                  Edgardo Ramos, U.S.D.J.