April 10, 2023

**VIA ECF**

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Alvarado Balderramo et al v. Go New York Tours Inc. et al*, 15 CV 2326 (ER)

Your Honor:

    From counsel representing all parties to the above-referenced action, this is pursuant to the Court's April 6, 2023, order. The parties have agreed to mediate with a private mediator, have further agreed to propose to each other candidates for the mediator during the next week. We thank the court for its consideration.

    Respectfully submitted,

    LAW OFFICE OF JUSTIN A. ZELLER, P.C.

    By: _____
    Brandon D. Sherr
    bsherr@zellerlegal.com
    Justin A. Zeller
    jazeller@zellerlegal.com
    277 Broadway, Suite 408
    New York, N.Y. 10007-2036
    Telephone: (212) 229-2249
    Facsimile: (212) 229-2246
    **ATTORNEYS FOR PLAINTIFFS**

    BARTON LLP
    By: /s/
    Laura-Michelle Horgan
    lmhorgan@bartonesq.com
    Maurice N. Ross
    mross@bartonesq.com
    711 3rd Ave., Fl. 14
    New York, N.Y. 10017-9202
    Telephone: (212) 687-6262
    Facsimile: (212) 687-3667
    **ATTORNEYS FOR DEFENDANTS**