Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

Brandon D. Sherr
bsherr@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

December 5, 2023

*Via ECF*

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Alvarado Balderramo et al v. Go New York Tours Inc. et al*, 15 CV 2326 (ER)

Your Honor:

      This concerns the Court's November 22, 2023, order for the parties to jointly report the status of mediation. The parties employed a private mediator by mutual agreement. After several telephone conferences with the mediator, the parties concluded a mediation session of over ten hours on November 21, 2023. The parties now are working on preparing a settlement agreement and, once executed, anticipate moving to preliminarily approve a class action settlement. I thank the Court for its time and consideration.

      Respectfully submitted,

      Brandon D. Sherr