UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR H. ALVARADO BALDERRAMO and
LUIS FALQUEZ, *individually and on behalf of
and all others similarly situated*,

                        Plaintiffs,

            – against –

GO NEW YORK TOURS INC. and ASEN
KOSTADINOV, *jointly and severally*,
                        Defendants.

**ORDER**

15-cv-2326 (ER)

Ramos, D.J.:

      Victor H. Alvarado Balderramo brought this putative class action pursuant to the Fair

Labor Standards Act, New York Labor Law, the Minimum Wage Act, and the Wage Theft

Protection Act against Go New York Tours, Inc., and its president and owner, Asen Kostadinov

on March 27, 2015.  Doc. 1.  Luis Falquez filed his consent to become a party plaintiff on May

28, 2015.  Doc. 4.  The lengthy procedural history in this case is summarized in the Court's last

decision in this action, *Balderramo v. Go New York Tours Inc*., 668 F. Supp. 3d 207 (S.D.N.Y.

2023), which granted in part and denied in part the parties' cross-motions for summary judgment.

      On April 10, 2023, the parties informed the Court they were engaging in private

mediation.  Doc. 385.  On November 22, 2023, the Court directed the parties to file a joint status

report by December 5, 2023.  Doc. 389.  On that date, the parties informed the Court that they

had completed mediation and were working on preparing a settlement for *Cheeks* review.  Since

then, there has been no activity in this case.

      The parties are now directed to submit a status letter by July 23, 2023 advising the Court

on how they wish for the case to proceed, including whether they intend to submit the settlement

agreement for *Cheeks* review.

It is SO ORDERED.

Dated:    July 16, 2024
          New York, New York

_____
            Edgardo Ramos, U.S.D.J.

2