Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

Brandon D. Sherr
bsherr@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

July 24, 2024

*Via ECF*

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Alvarado Balderramo et al v. Go New York Tours Inc. et al*, 15 CV 2326 (ER)

Your Honor:

      This firm represents the plaintiffs in the above-referenced action. This letter concerns the Court's July 16, 2024, order, and is on behalf of all parties after they conferred concerning the same.

      The parties are working on finalizing a class action settlement and preparing to move, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, to preliminarily approve that class action settlement, with which we expect to include a precalculated share of the settlement fund for each member of the class without a claims process. Because the settlement includes a waiver of claims under the Fair Labor Standards Act, the parties will seek approval pursuant to *Cheeks* in combination with the motion for final approval of the class action settlement.

      I thank the Court for its time and consideration.

                                        Respectfully submitted,

                                        Brandon D. Sherr