UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR H. ALVARADO BALDERRAMO,
*individually and on behalf of all other persons similarly situated, et al.*,

                Plaintiffs,

– *against* –

GO NEW YORK TOURS INC., *and* ASEN KOSTADINOV, *jointly and severally*,

                Defendants.

**ORDER**

15 Civ. 2326 (ER)

Ramos, D.J.:

      Victor H. Alvarado Balderramo brought this putative class action pursuant to the Fair Labor Standards Act, New York Labor Law, the Minimum Wage Act, and the Wage Theft Protection Act against Go New York Tours, Inc., and its president and owner, Asen Kostadinov on March 27, 2015. Doc. 1. The lengthy procedural history in this case is summarized in the Court's last opinion in this action, *Balderramo v. Go New York Tours Inc.*, 668 F. Supp. 3d 207 (S.D.N.Y. 2023), which granted in part and denied in part the parties' cross-motions for summary judgment.

      On April 10, 2023, the parties informed the Court they were engaging in private mediation. Doc. 385. On December 5, 2023, the parties informed the Court that they were preparing a settlement agreement and once executed, anticipated moving to preliminarily approve a class action settlement. Doc. 390. On July 16, 2024, the Court directed the parties to submit a status letter by July 23, 2024 advising the Court on how they wished to proceed, including whether they intended to submit a settlement agreement for *Cheeks* review. Doc. 391. On July 24, 2024, the parties informed the Court that the parties were "working on finalizing a

class action settlement and preparing to move, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, to preliminarily approve that class action settlement." Doc. 392. The parties also noted that they would "seek approval pursuant to *Cheeks* in combination with the motion for final approval of the class action settlement." *Id.* On April 14, 2025, the Court directed the parties to submit a status letter by April 18, 2025. Doc. 393. On April 17, 2025, the parties filed a status letter informing the Court that they are finalizing a class action settlement and that Balderramo expected to share proposed motion papers with Defendants in the next few weeks. Doc. 394. On July 9, 2025, the Court directed the parties to submit a status letter by July 18, 2025. Doc. 395. On July 18, 2025, the parties filed a status letter informing the Court again that they are still finalizing a class action settlement. Doc. 396.

Since then, there has been no activity in this case. The parties are directed to appear for a conference on October 8, 2025 at 11:30 a.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

It is SO ORDERED.

Dated: September 11, 2025
New York, New York

Edgardo Ramos, U.S.D.J.