LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

**MEMO ENDORSED**

March 20, 2026

*Via ECF*

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Alvarado Balderramo et al v. Go New York Tours Inc. et al*, 15 CV 2326 (ER)

Your Honor:

This firm represents the plaintiffs in the above-referenced action. The plaintiffs move to extend the time to move to preliminarily approve the class action settlement to April 6, 2026. I am imminently sending the defendants the revised plan of settlement fund distribution to class members. I sincerely apologize for the delay that resulted from several emergent matters following the last conference. I thank the Court for its time and consideration.

Respectfully submitted,

Brandon D. Sherr

The request is granted. The deadline to file the motion for settlement approval is extended to April 6, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: March 23, 2026
New York, New York