UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR H. ALVARADO BALDERRAMO *and* LUIS FALQUEZ, *individually and on behalf of all other persons similarly situated*,

Plaintiffs,

*– against –*

GO NEW YORK TOURS INC. *and* ASEN KOSTADINOV, *jointly and severally*,

Defendants.

**ORDER**

15 Civ. 2326 (ER)

RAMOS, D.J.:

Victor H. Alvarado Balderramo brought this putative class action pursuant to the Fair Labor Standards Act, New York Labor Law, the Minimum Wage Act, and the Wage Theft Protection Act against Go New York Tours, Inc., and its president and owner, Asen Kostadinov, on March 27, 2015. Doc. 1. The parties jointly moved for preliminary approval of their class action settlement on April 6, 2026. Doc. 412. The Court denied the motion without prejudice on April 10, 2026, because it applied the incorrect legal standard. Doc. 416. It then directed the parties to file a revised motion by May 1, 2026. *Id.*

Notwithstanding the Court's order, the parties have not filed a revised motion or requested an extension of their deadline to do so. The parties are therefore directed to appear for in-person conference on August 4, 2026, at 10 a.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

It is SO ORDERED.

Dated: July 28, 2026
New York, New York

Edgardo Ramos, U.S.D.J.